**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5523
www.cftc.gov

USDC
DOC[...]
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/13

RICK GLASER
ASSOCIATE DIRECTOR
(202) 418-5358 (O)
(202) 418-5538 (F)
Rglaser@cftc.gov

Division of Enforcement

RECEIVED
JAN 14 2013
CHAMBERS OF
COLLEEN McMAHON

MEMO ENDORSED

January 3, 2013

*1/14/13 Not acceptable. Please come to a conference on 2/8/13 at 9:45 am to discuss scheduling.*

**VIA FACSIMILE: 212-805-6326**

The Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *U.S. Commodity Futures Trading Commission v. Eric Moncada, et. al.*
      Case No. 12CV8791, USDC S. NY

Dear Judge McMahon:

In accordance with this Court's Order Scheduling an Initial Pretrial Conference dated December 13, 2012, attached please find a faxed copy of the Civil Case Management Plan executed by the U.S. Commodity Futures Trading Commission ("CFTC") and Defendant Eric Moncada for the Court's consideration.

If you have any questions or concerns, please do not hesitate to have your law clerk contact me at (202) 418-5358.

Sincerely,

Rick Glaser
Associate Director
Division of Enforcement

cc:   Kenneth McCracken, Esq.
      Elizabeth Davis, Esq.
      Andrew Ridenour, Esq.
      Brian Walsh, Esq.