UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,        Civil Action No. 12 CV 8791 (CM)

   -against-          <u>MOTION TO EXTEND TIME</u>

ERIC MONCADA,          ECF Case
BES CAPITAL LLC, and
SERDIKA LLC,

        Defendants.

-------------------------------------------------------X

S I R S:

     PLEASE TAKE NOTICE that upon the annexed Declaration of Richard M.

Asche dated February 4, 2013, the defendant Eric Moncada moves for an order in the form

annexed hereto extending his time to move or answer with respect to the Complaint from

February 4, 2013 to February 25, 2013.

Dated:   New York, New York
      February 4, 2013

          Litman, Asche & Gioiella, LLP
          Attorneys for Defendant Eric Moncada


          By:  <u>/s/ Richard M. Asche</u>
             Richard M. Asche (RMA7081)

         140 Broadway – 38th Floor
         New York, New York  10005
         (212) 809-4500