UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                      Plaintiff,                          Civil Action No. 12 CV 8791 (CM)

        -against-                                            DECLARATION

ERIC MONCADA,                                               ECF Case
BES CAPITAL LLC, and
SERDIKA LLC,

                      Defendants.

---------------------------------------------------------X

       Richard M. Asche, a member of the firm of Litman, Asche & Gioiella, LLP. attorneys for the defendant Eric Moncada, declares the following:

       I make this declaration in support of the motion by Mr. Moncada to extend his time to move or answer with respect to the Complaint from February 4, 2013 to February 25, 2013.

       No previous application has been made to extend Mr. Moncada's time to answer.

       I have spoken with the attorneys for the plaintiff, who consent to the requested adjournment.

       The adjournment is necessitated by the fact that this firm has only within the past week been retained to represent Mr. Moncada.

Dated:       New York, New York
               February 4, 2013

                                                   /S/    Richard M. Asche
                                                   Richard M. Asche  (RMA 7081)