UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,                      Civil Action No. 12 CV 8791 (CM)

      -against-                             <u>ORDER</u>

ERIC MONCADA,                              ECF Case
BES CAPITAL LLC, and
SERDIKA LLC,

                Defendants.

---------------------------------------------------------X

        Upon reading and filing the declaration of Richard M. Asche in support of defendant's motion for an order extending his time to move or answer,

        IT IS HEREBY ORDERED that the time for the defendant Eric Moncada to move or answer with respect to the Complaint is on consent of the plaintiff extended from February 4, 2013 to February 25, 2013.

Dated:        New York, New York
                  February __, 2013

                                                SO ORDERED:

                                                _____
                                                United States District Judge