UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                    Plaintiff,

        -against-

ERIC MONCADA,
BES CAPITAL LLC, and  **MEMO ENDORSED**
SERDIKA LLC,

                    Defendants.

------------------------------------------------------X

Civil Action No. 12 CV 8791 (CM)

MOTION TO EXTEND TIME

ECF Case

*Motion Granted.*

*[signature]*
2/6/13

S I R S:

        PLEASE TAKE NOTICE that upon the annexed Declaration of Richard M. Asche dated February 4, 2013, the defendant Eric Moncada moves for an order in the form annexed hereto extending his time to move or answer with respect to the Complaint from February 4, 2013 to February 25, 2013.

Dated:      New York, New York
                February 4, 2013

                                  Litman, Asche & Gioiella, LLP
                                  Attorneys for Defendant Eric Moncada

                          By:    /s/   Richard M. Asche
                                 Richard M. Asche (RMA7081)

                          140 Broadway – 38th Floor
                          New York, New York  10005
                          (212) 809-4500