UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

U.S. Commodity Futures Trading Commission,

                Plaintiff(s),                    12   Civ.  8791   (CM) (GWG)


                                                 ORDER OF REFERENCE
        -against-                                TO A MAGISTRATE JUDGE

Eric Moncada, et al.,
                Defendant(s).
————————————————————————X

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States
Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling,        _____ Consent under 28 U.S.C.
       discovery, non-dispositive pretrial motions,         §636(c) for all purposes
       and settlement                                       (including trial)

_____Specific Non-Dispositive Motion/Dispute:*     _____ Consent under 28 U.S.C.
                                                            §636(c) for limited purpose
                                                            (e.g., dispositive motion,
                                                            preliminary injunction)

                                                     Purpose:_____

        If referral is for discovery disputes when   _____ Habeas Corpus
        the District Judge is unavailable, the time
        period of the referral:_____        _____ Social Security

   ✓    Settlement*                                   _____ Dispositive Motion (i.e., motion
                                                            requiring a Report and
_____ Inquest After Default/Damages Hearing                Recommendation

                                                     Particular Motion:_____
                                                     _____ _____ _____

                                                     All such motions:_____

* Do not check if already assigned for general pretrial.

Dated:   2/8/2013
         New York, New York

                                    SO ORDERED:

                                    _____
                                    Hon. Colleen McMahon
                                    United States District Judge