UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
U.S. COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff(s),                      Index No. 12-CV-8791

    -against-                           AFFIDAVIT OF SERVICE

ERIC MONCADA, et al.,

        Defendant(s).
------------------------------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.:
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 16th day of January, 2013, at approximately 6:50 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Order Scheduling an Initial Pretrial Conference, Individual Practices of Judge Colleen McMahon and Electronic Case Filing Rules & Instructions upon BES CAPITAL LLC, **through its agent, Cary Krumholtz** at 200 Lafayette Avenue, Brooklyn, New York, by personally delivering and leaving the same with Janet Skinner at that address.

        Janet Skinner is a white female, approximately 48 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 150 pounds with brown hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
12th day of February, 2013

_____
NOTARY PUBLIC

                        EVAN COHAN
           NOTARY PUBLIC & ATTORNEY AT LAW
                NO. 02CO4998577
             QUALIFIED IN ROCKLAND COUNTY
        CERTIFICATE FILED IN NEW YORK COUNTY
           COMMISSION EXPIRES JUNE 29, 2014