UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>                     Plaintiff,<br><br>v.<br><br>ERIC MONCADA,<br>BES CAPITAL LLC, and<br>SERDIKA LLC,<br><br>                     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 12-cv-8791 (CM) (GWG)<br><br>ECF Case |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff U.S. Commodity Futures Trading Commission ("CFTC" or "Commission") and

Defendant Eric Moncada ("Moncada") (collectively the "Parties") jointly request that the Court

enter an Order Relating to the Production of Confidential Information by the U.S. Commodity

Futures Trading Commission to expedite the flow of discovery material and facilitate the

protection of certain responsive material that warrants protection under the Privacy Act, 5 U.S.C.

§ 552a(b)(11), and implementing regulations. Defendants BES Capital LLC and Serdika LLC

have not filed responsive pleadings or entered appearances and are not parties to this motion.

Dated February 26 2013

Respectfully submitted,

Andrew Ridenour
U.S. Commodity Futures Trading Commission

Richard M. Asche
Litman, Asche & Gioiella, LLP
Counsel for Eric Moncada