UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                      Plaintiff,                    Civil Action No. 12 CV 8791 (CM)

      -against-                              ANSWER

ERIC MONCADA,                                    ECF Case
BES CAPITAL LLC, and
SERDIKA LLC,

                      Defendants.

--------------------------------------------------------X

        Defendant Eric Moncada, by his attorneys, Litman, Asche & Gioiella, LLP, as and for his Answer to the Complaint, states the following:

        1.     Defendant Moncada denies each and every allegation contained in the Complaint except as expressly admitted or otherwise specifically responded to below:

| Paragraphs | Response |
|---|---|
| 1-5 | Denies the allegations contained in these paragraphs. |
| 6 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph. |
| 7-9 | Denies the allegations contained in these paragraphs. |
| 10 | Admits the allegations contained in this paragraph. |
| 11 | Denies the allegations contained in this paragraph. |
| 12 | Admits the allegations contained in this paragraph. |
| 13 | Admits the allegations contained in this paragraph upon information and belief. |

| Paragraphs | Response |
|---|---|
| 14 | Admits the allegations contained in this paragraph upon information and belief, except deny knowledge and information sufficient to form a belief as to when Serdika ceased trading. |
| 15 | Denies the allegations contained in this paragraph, except admits that Moncada was a member of BES and traded on behalf of Serdika and BES in 2009 and is a floor broker registered with the plaintiff. |
| 16-18 | Admits the allegations contained in these paragraphs. |
| 19 | Admits the allegations contained in this paragraph upon information and belief, except deny knowledge and information sufficient to form a belief as to the average open interest and average volume for CVOT #2 Soft Red Winter Wheat Futures ("Wheat Futures"). |
| 20 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph, except admits that Wheat Futures contracts are quoted in cents per bushel. |
| 21 | Admits the allegations contained in this paragraph. |
| 22 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph. |
| 23-27 | Admits the allegations contained in these paragraphs. |
| 28-33 | Denies the allegations contained in this paragraph. |
| 34 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph. |
| 35 | Denies, except denies knowledge and information sufficient to form a belief as to the lengths of time between placing orders and cancelling them. |
| 36 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph. |
| 37-39 | Denies the allegations of these paragraphs. |
| 40, 41 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in these paragraphs. |

| Paragraphs | Response |
|---|---|
| 42 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph, except denies that there were several orders "ahead" of the defendants at the best bid price. |
| 43 | Denies the allegations contained in this paragraph. |
| 44 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph. |
| 45 | Denies the allegations contained in this paragraph. |
| 46 | Denies the allegations contained in this paragraph, except denies knowledge and information sufficient to form a belief as to the details of the defendant's trades. |
| 47, 48 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in these paragraphs. |
| 49 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph, except denies that there were "already several orders ahead of Moncada's at the best offer price", and denies that Moncada sought to minimize the risk that the large lot orders had been filled. |
| 50 | Denies the allegations contained in this paragraph, except denies knowledge and information sufficient to form a belief as to the details and timing of defendant's trades. |
| 51 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph. |
| 52 | Denies the allegations contained in this paragraph. |
| 53-57 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in these paragraphs. |
| 58 | Admits the allegations contained in this paragraph. |
| 59 | Denies the allegations contained in this paragraph. |
| 60 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph. |
| 61, 62 | Denies the allegations contained in these paragraphs. |

| Paragraphs | Response |
|---|---|
| 63, 64 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in these paragraphs. |
| 65 | Denies the allegations contained in this paragraph. |
| 66 | Denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph. |
| 67-70 | Denies the allegations contained in these paragraphs. |
| 71 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-62 of this Answer with the same force and effect as though set forth at length herein. |
| 72-75 | Denies the allegations contained in these paragraphs. |
| 76 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-62 of this Answer with the same force and effect as though set forth at length herein. |
| 77-80 | Denies the allegations contained in these paragraphs. |
| 81 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-62 of this Answer with the same force and effect as though set forth at length herein. |
| 82-85 | Denies the allegations contained in these paragraphs. |
| 86 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-62 of this Answer with the same force and effect as though set forth at length herein. |
| 87-90 | Denies the allegations contained in these paragraphs. |
| 91 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-62 of this Answer with the same force and effect as though set forth at length herein. |
| 92-95 | Denies the allegations contained in these paragraphs. |
| 96 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-62 of this Answer with the same force and effect as though set forth at length herein. |
| 97-100 | Denies the allegations contained in these paragraphs. |

| Paragraphs | Response |
|---|---|
| 101 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-62 of this Answer with the same force and effect as though set forth at length herein. |
| 102-105 | Denies the allegations contained in these paragraphs. |
| 106 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-62 of this Answer with the same force and effect as though set forth at length herein. |
| 107-110 | Denies the allegations contained in these paragraphs. |
| 111 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-70 of this Answer with the same force and effect as though set forth at length herein. |
| 112-117 | Denies the allegations contained in these paragraphs. |
| 118 | Defendant repeats and realleges each and every admission and denial set forth in response to Paragraphs 1-70 of this Answer with the same force and effect as though set forth at length herein. |
| 119-123 | Denies the allegations contained in these paragraphs. |

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

2. The Complaint fails to set forth with particularity the circumstances constituting the alleged fraud with respect to each of the counts in the Complaint.

Dated: New York, New York
March 20, 2013

        Yours, etc.,

        Litman, Asche & Gioiella, LLP
        Attorneys for Defendant Eric Moncada


        By: /s/ Richard M. Asche
           Richard M. Asche (RA7081)

        140 Broadway – 38th Floor
        New York, New York  10005
        Tel. (212) 809-4500
        Fax (212) 742-8757

TO: Brian Walsh, Esq.
U.S. Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, DC  20581