UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>   v.<br><br>ERIC MONCADA; BES CAPITAL LLC; and SERDIKA LLC.<br>     Defendant(s). | Civil Action No. 12-cv-8791 (CM) (GWG)<br><br>APPLICATION FOR CERTIFICATE OF DEFAULT UNDER F.R.C.P. 55(a) AND S.D.N.Y. LOCAL RULE 55.1 AGAINST DEFENDANTS SERDIKA LLC AND BES CAPITAL LLC |

TO: RUBY J. KRAJICK, CLERK OF COURT
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

   PURSUANT TO Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, for failure to plead or otherwise defend the above-captioned action, as fully appears from the court file herein and from the attached declaration in support of this request, plaintiff U.S. Commodity Futures Trading Commission respectfully submits this application to the Clerk of Court for a certificate of default against defendants Serdika LLC and BES Capital LLC ("defaulting defendants"). This application is supported by, pursuant to Local Rule 55.1, an affidavit of counsel stating that defaulting defendants are not minors, incompetents, or in military service; were properly served with process; and have not filed any responsive pleadings.

Dated: <u>May 30, 2013</u>

                                      Respectfully submitted,

                                      */s/ Andrew Ridenour*

Richard Glaser (Member, New York State Bar and U.S. District Court for the Southern District of New York Bar No. RG8652)
Andrew Ridenour (D.C. Bar No. 501628)
Brian M. Walsh (Member, Maryland Bar)
Kenneth McCracken (Missouri Bar No. 44049)
U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tel:  (202) 418-5358 (Glaser)
Tel:  (202) 418-5438 (Ridenour)
Tel:  (202) 418-5116 (Walsh)
Tel:  (202) 418-5348 (McCracken)
Fax:  (202) 418-5937
rglaser@cftc.gov
aridenour@cftc.gov
bwalsh@cftc.gov
kmccracken@cftc.gov

CERTIFICATE OF SERVICE

  I hereby certify that on  May 30, 2013 , I served the foregoing on all parties of record via UPS. Those parties are identified below:

Eric G. Moncada
c/o Richard M. Asche
Litman, Asche & Gioiella, LLP
140 Broadway
New York, NY 10005

              /s/ Andrew Ridenour
              Andrew L. Ridenour