UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br>            Plaintiff,<br><br>v.<br><br>ERIC MONCADA; BES CAPITAL LLC; and SERDIKA LLC.<br>            Defendant(s). | Civil Action No. <u>12-cv-8791 (CM)</u><br><u>(GWG)</u><br><br>AFFIDAVIT IN SUPPORT OF APPLICATION FOR CERTIFICATE OF DEFAULT UNDER F.R.C.P. 55(a) AND S.D.N.Y. LOCAL RULE 55.1 |

I, Andrew Ridenour, hereby declare as follows:

1. I am employed as a Trial Attorney by the Division of Enforcement of the Commodity Futures Trading Commission ("Commission"), located at 1155 21st Street NW, Washington, DC 20581.

2. I submit this affidavit in support of the Commission's application to the Clerk of Court for a certificate of default against defendants Serdika LLC ("Serdika") and BES Capital LLC ("BES").

3. Serdika and BES are limited liability companies. As such, they are not infants, incompetents, or in the military.

4. Serdika and BES have been properly served with true copies of the Complaint (Dkt. No. 1), as follows:

   a. On Serdika through personal service on its registered agent, Registered Office Service Co., on December 7, 2012, and proof of such service was filed by the Commission on December 20, 2012 (Dkt. No. 5); and

1

      b. On BES by personal service on its managing member, Cary Krumholtz, on January 16, 2013, and proof of such service was filed by the Commission on February 22, 2012 (Dkt. No. 15).

5. Neither Serdika nor BES has filed any responsive pleadings in the above-captioned action or otherwise defended the action. (See generally, Docket). More than 21 days have elapsed since Serdika and BES were served with copies of the Complaint.

6. Counsel for defendant Eric Moncada, Richard Asche, represented Serdika and BES during the Commission's investigation. Mr. Asche has represented to me that Serdika and BES are defunct and have ceased operations.

I declare under penalty of perjury that I am over the age of eighteen years, and this information is true.

May 30, 2013
Date

Andrew Ridenour
Trial Attorney
U.S. COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street, NW
Washington, D.C. 20581