UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── X

U.S. Commodity Futures Trading Commission,

        Plaintiff(s),                12  Civ.  8791  (CM) (GWG)

                                              ORDER OF REFERENCE
        -against-                         TO A MAGISTRATE JUDGE

Eric Moncada, et al.,
        Defendant(s).
──────────────────────────────── X

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

√ Specific Non-Dispositive Motion/Dispute:*
    Discovery Dispute

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Habeas Corpus

____ Social Security

____ Settlement*

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

____ Inquest After Default/Damages Hearing

    Particular Motion:_____

    All such motions:_____

──────────────────────────────────────────────

* Do not check if already assigned for general pretrial.

Dated: 6/11/13
       New York, New York

SO ORDERED:

/s/ Colleen McMahon
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/13