UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
U.S. COMMODITY FUTURES TRADING
COMMISSION,

                              Plaintiff,

     -against-

ERIC MONCADA,
BES CAPITAL LLC, and
SERDIKA LLC,

                             Defendants.
-----------------------------------------------------------X

ECF Case

Civil Action No. 12 CV 8791 (CM)

INITIAL DISCLOSURE OF ERIC
MONCADA TO RULE 26(a)(1)
OF THE FEDERAL RULES OF
CIVIL PROCEDURE

        Defendant Eric Moncada, for his required disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, states:

        1.     Apart from expert testimony, defendant is currently unaware of any individual likely to have discoverable information that the defendant may use to support its claims or defenses;

        2.     Answering defendant is unaware of any documents other than those previously produced during the investigation of this matter by co-defendants BES Capital LLC, Serdika LLC and answering defendant which defendant may use to support his claims or defenses. Defendant is in the process of reviewing emails and will supplement this notice should any relevant documents be discovered.

Dated:     New York, New York
               June 24, 2013

                                                  LITMAN, ASCHE & GIOIELLA, LLP
                                                  Attorneys for Defendant Eric Moncada

                                                  By:_____
                                                      Richard M. Asche

                                                  140 Broadway – 38th Floor
                                                 New York, New York  10005
                                                 (212) 809-4500

TO: U.S. Commodities Futures Trading
     Commission
    1155 21st Street, N.W.
    Washington, DC  20581