```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. COMMODITY FUTURES ) Case No. 12-cv-8791 (CM) (GWG)
TRADING COMMISSION, )
) ECF Case
Plaintiff, )
)
v. )
)
ERIC MONCADA, ) **CLERK'S CERTIFICATE**
BES CAPITAL LLC, and ) **OF DEFAULT**
SERDIKA LLC, )
)
Defendants. )

---

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 4, 2012 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants as follows:

(a) On Defendant Serdika LLC on December 7, 2012, the summons and complaint were served by process server on Registered Office Service Co., 203 N.E. Front Street, Milford DE 19963 (Dkt. No. 5).

(b) On Defendant BES Capital LLC on January 16, 2013, the summons and complaint were served by process server on Cary Krumholtz at his personal residence (Dkt. No. 15).

I further certify that the docket entries indicate that neither Serdika LLC nor BES Capital LLC has filed an answer or otherwise moved with respect to the complaint herein. The default of defendants Serdika LLC and BES Capital LLC is hereby noted.

Dated: New York, NY

    July 17, 2013    **RUBY J. KRAJICK**

                                    CLERK OF COURT

                                    BY: _____

                                        Deputy Clerk