Steven E. Wollack
Attorney At Law
3740 N. Lake Shore Drive
Chicago, IL 60613-4202

O: (773) 665-1334                                       Fax (773) 665-1358
C: (773) 551-6599                                       wlak42@gmail.com

**Attorney, Expert Witness, CME Director and Trader in Futures Industry**

With 35 years experience in the futures industry as a futures trader, lawyer, expert witness, consultant, CME Director and member, former Vice Chairman and Treasurer of the CME and current NFA and FINRA arbitrator, I offer a unique expertise to all participants in the futures industry. Among my accomplishments, I Chaired a Special Task Force committee to establish foreign currency trading on CME's GLOBEX electronic trading platform and as Treasurer, I revamped the CME budget process.

**Futures Expertise**

- Twelve years in the management, strategic planning and operation of the Chicago Mercantile Exchange as First Vice Chairman, Second Vice Chairman, Treasurer, Member of the Board of Directors, Executive Committee and Legislative Liaison to Congress.

- Chairman of the following CME committees: Finance and Budget, GLOBEX/Strategic Planning, Business Conduct, Floor Practices, Arbitration and Dual Trading. As Chairman of Business Conduct and Floor Practices Committee I presided over original hearings, appeals and investigations relating to trading practices, sales practices, business practices and trading ethics of members and their employees.

- Director, Member and futures trader on the Chicago Mercantile Exchange including 21 years on the trading floor and two years as CTA of futures fund.

**Legal, Expert Witness and Consulting Experience**

- Admitted to the Illinois and Seventh Circuit Federal Bar and specializing in the futures and commodities industry as attorney, consultant, expert witness and NFA arbitrator.

- Clients include futures commission merchants, traders, brokers and customers involving trading, joint ventures, employment, arbitration, reparation and disciplinary matters.

- As an expert witness and consultant I have performed services for and testified on behalf of clients in cases before the CME, CFTC, NFA and Federal and State Courts.

**Educational and Teaching Background**

Northwestern University Law School - JD
University of Illinois – BS in Accounting with honors
CPA Certificate, State of Illinois
Instructor in Taxation, Roosevelt University 1973-76