**Steven E. Wollack**
Attorney, Expert Witness, Trader, CME Director
3740 N. Lake Shore Drive
Chicago, IL 60613-4202

O: (773) 665-1334
C: (773) 551-6599

Fax (773) 665-1358
wlak42@gmail.com

September 10, 2013

Mr. Richard M. Asche
Litman, Asche & Gioiella, LLP
140 Broadway
New York, NY 10005

Re: CFTC v Moncada

Dear Richard:

Not being a technical expert, I experienced difficulty in downloading the massive amount of data that you forwarded to me in June. If you recall I needed a second hard drive since I lost some data from the first hard drive. Once downloaded it took me a significant amount of time to sort and organize the relevant data. It wasn't until last week that I was able to begin analyzing the data in anticipation of writing my expert report. I expect that my analysis should be concluded in the near future and that I should then be able to deliver my expert report no later than the end of September.

Sincerely yours,

Steven E. Wollack