UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                       Plaintiff,

            -against-

ERIC MONCADA,
BES CAPITAL LLC, and
SERDIKA LLC,

                      Defendants.

-----------------------------------------------------------X

**MEMO ENDORSED**

Civil Action No. 12 CV 8791 (CM)

MOTION TO EXTEND TIME

ECF Case

9/12/13

Granted

[signature]

S I R S:

        PLEASE TAKE NOTICE that upon the annexed Affirmation of Richard M. Asche dated September 10, 2013, the defendant Eric Moncada moves for an order in the form annexed hereto (1) extending the deadline set forth in this Court's scheduling order for filing his expert report from July 31, 2013 to September 2013; (2) extending the discovery deadline from September 13, 2013 to October 15, 2013; and (3) extending the time for filing the pre-trial report from October 11, 2013 to October 31, 2013.

Dated:      New York, New York
               September 10, 2013

                                      Litman, Asche & Gioiella, LLP
                                      Attorneys for Defendant Eric Moncada

                          By:    /s/   Richard M. Asche
                                 Richard M. Asche (RMA7081)

                          140 Broadway – 38th Floor
                          New York, New York  10005
                          (212) 809-4500

9/12/13