UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br>　　　　　Plaintiff,<br><br>v.<br><br>ERIC MONCADA; BES CAPITAL LLC; and SERDIKA LLC.<br>　　　　　Defendant(s). | Civil Action No. 12-cv-8791 (CM) (GWG) |

### SECOND AFFIDAVIT OF ANDREW RIDENOUR

I, Andrew L. Ridenour, affirm pursuant to 28 U.S.C. § 1746, as follows:

1.  I am an attorney duly admitted to practice in the District of Columbia. I am appearing before this Court as counsel for the United States Commodity Futures Trading Commission ("Commission"). I respectfully submit this affidavit in support of the Commission's Motion to Reconsider Order Granting Defendant Moncada's Motion to Extend Time, or In the Alternative, To Reset Discovery Deadlines.

2.  Defendant Eric Moncada ("Defendant") has not served the Commission with any requests for production, requests for admissions, or interrogatories in the above-captioned case. Defendant has not noticed any depositions in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  This 12th day of September, 2013
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Andrew L. Ridenour