UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                    Plaintiff,                    Civil Action No. 12 CV 8791 (CM)

     -against-                             MOTION TO EXTEND TIME

ERIC MONCADA,                             ECF Case
BES CAPITAL LLC, and    **MEMO ENDORSED**
SERDIKA LLC,

                    Defendants.

-----------------------------------------------------------X

S I R S:

        PLEASE TAKE NOTICE that upon the annexed Affirmation of Richard M. Asche dated September 10, 2013, the defendant Eric Moncada moves for an order in the form annexed hereto (1) extending the deadline set forth in this Court's scheduling order for filing his expert report from July 31, 2013 to September 2013; (2) extending the discovery deadline from September 13, 2013 to October 15, 2013; and (3) extending the time for filing the pre-trial report from October 11, 2013 to October 31, 2013.

Dated:     New York, New York
             September 10, 2013

                                             Litman, Asche & Gioiella, LLP
                                             Attorneys for Defendant Eric Moncada

                                             By:    /s/   Richard M. Asche
                                                      Richard M. Asche (RMA7081)

                                             140 Broadway – 38th Floor
                                             New York, New York 10005
                                             (212) 809-4500

---

*Handwritten endorsement (9/16/2013):* "The motion by attorney is made after the two of the three deadlines have elapsed. I will grant it. I will not grant another extension. /s/ [Judge]"

*Handwritten note at bottom left:* "A little late to make this motion, right?"

*Stamp:* FILED 9/16/13

Exhibit A | Exhibit B | Exhibit C | Exhibit D