**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5937

Division of
Enforcement

RECEIVED
SEP 18 2013
CHAMBERS OF
COLLEEN McMAHON

KENNETH W. MCCRACKEN
CHIEF TRIAL ATTORNEY
(202) 418-5348
(202) 418-5937 (Fax)
kmccracken@cftc.gov

MEMO ENDORSED

September 18, 2013

By Facsimile: (212) 805-6326
Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *CFTC v. Eric Moncada, et al.*, Civil Action No. 12-cv-8791

Dear Hon. Colleen McMahon:

On behalf of the U.S. Commodity Futures Trading Commission ("Commission"), I write
to the Court seeking clarification of discovery deadlines recently reset by the Court.

1.  On September 16, 2013, the case docket shows a memo endorsement stating that the
    Court "accept[s] the Commission's proposed dates."

2.  The dates proposed by the Commission in its Motion for Reconsideration, or, in the
    Alternative, to Reset Discovery Deadlines, were November 15, 2013 for the close of
    discovery, and December 13, 2013, for the date which the parties' joint pre-trial order as
    well as any dispositive motions are due. (Docket Entry 31).

3.  Also on September 16, 2013, there is a docket entry that simply states "Set/Reset
    Deadlines: Discovery due by 10/15/2013."

4.  October 15, 2013 was not one of the dates requested by the Commission, and thus this
    entry conflicts with the memo endorsement in which the Court states that it accepts the
    Commission's proposed dates.

5.  Additionally, I write to confirm that the due date for the Defendant's expert report is
    September 30, 2013, as the Defendant did not specify an exact date in September in his
    Motion to Extend Time, only referencing the month. September 30 is the last day of the

1

month. (Docket Entry 25). Counsel does, however, reference September 30 as the date requested in his Affirmation in Support of Motion for Extension of Time to Complete Discovery. (Docket Entry 26).

Could the Court please confirm that the deadlines and due dates referred to above in numbers 2 and 5 are correct?

Respectfully submitted,

Kenneth W. McCracken

U.S. Commodity Futures Trading Commission

Cc: Richard Asche (via e-mail)