UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES COMMODITY<br>FUTURES TRADING COMMISSION,<br>                  Plaintiff,<br><br>        v.<br><br>ERIC MONCADA; BES CAPITAL LLC;<br>and SERDIKA LLC.<br>                  Defendant(s). | Civil Action No. <u>12-cv-8791<br>(CM) (GWG)</u> |

**MOTION FOR WITHDRAWAL OF
<u>BRIAN WALSH AS COUNSEL FOR PLAINTIFF</u>**

Pursuant to Local Rule 1.4, Plaintiff U.S. Commodity Futures Trading Commission ("CFTC") hereby moves to withdraw Brian Walsh as counsel for Plaintiff in the above-captioned action. Mr. Walsh's employment with the CFTC ends on November 22, 2013 and therefore he will no longer be working on this matter. Plaintiff will continue to be represented in this matter by Kenneth McCracken, Rick Glaser and Andrew Ridenour, who remain counsel of record for Plaintiff in this matter. Accordingly, Plaintiff requests that the Court grant this motion and withdraw Mr. Walsh as counsel from this action.

Dated: November 22, 2013

                                        /s/ *Brian M. Walsh*  
                                        Brian M. Walsh (Member, Maryland Bar)  
                                        Richard Glaser (Member, New York State Bar and U.S. District Court for the Southern District of New York Bar No. RG8652)  
                                        Andrew Ridenour (D.C. Bar No. 501628)  
                                        Kenneth McCracken (Missouri Bar No. 44049)  
                                        U.S. Commodity Futures Trading Commission  
                                        1155 21st Street, NW  
                                        Washington, DC 20581  
                                        Tel:  (202) 418-5358 (Glaser)  
                                        Tel:  (202) 418-5438 (Ridenour)  
                                        Tel:  (202) 418-5348 (McCracken)  
                                        Fax:  (202) 418-5937  
                                        rglaser@cftc.gov  
                                        aridenour@cftc.gov  
                                        kmccracken@cftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, I electronically filed a copy of the foregoing Motion for Withdrawal of Brian Walsh as Counsel for Plaintiff using the CM/ECF system and via e-mail.

    /s/ *Brian M. Walsh*_____
Brian M. Walsh (Member, Maryland Bar)
Richard Glaser (Member, New York State Bar
and U.S. District Court for the Southern District
of New York Bar No. RG8652)
Andrew Ridenour (D.C. Bar No. 501628)
Kenneth McCracken (Missouri Bar No. 44049)
U.S. Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Tel:  (202) 418-5358 (Glaser)
Tel:  (202) 418-5438 (Ridenour)
Tel:  (202) 418-5348 (McCracken)
Fax:  (202) 418-5937
rglaser@cftc.gov
aridenour@cftc.gov
kmccracken@cftc.gov