AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| U.S. Commodity Futures Trading Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12 CV 8791 |
| Eric Moncada, BES Capital, LLC, and Serdika LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, U.S. Commodity Futures Trading Commission                                                      .

Date:      11/29/2013

/s/Jennifer S. Diamond
*Attorney's signature*

Jennifer Lynn Smrstik Diamond, Illinois ARDC 62784
*Printed name and bar number*

U.S. Commodity Futures Trading Commission,
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
*Address*

jdiamond@cftc.gov
*E-mail address*

(202) 418-5244
*Telephone number*

(202) 418-5531
*FAX number*