UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

-against-

ERIC MONCADA,
BES CAPITAL LLC, and
SERDIKA LLC,

                Defendants.
----------------------------------------------------------X

ECF Case

Civil Action No. 12 CV 8791 (CM)

NOTICE OF MOTION

        Upon the annexed Affirmation of Richard M. Asche, dated January 9, 2014, and all prior pleadings herein, the defendant Eric Moncada, on consent of the plaintiff U.S. Commodity Futures Trading Commission, moves this Court for an order extending the deadline for filing the Joint Pre-Trial Order and dispositive motions from January 15, 2014 to January 29, 2014.

Dated:    New York, New York
             January 9, 2014

                                                  Litman, Asche & Gioiella, LLP
                                                  Attorneys for Defendant Eric Moncada

                                                  By:    /s/   Richard M. Asche
                                                               Richard M. Asche (RMA7081)

                                                  140 Broadway – 38th Floor
                                                  New York, New York  10005
                                                  (212) 809-4500