UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

U.S. COMMODITY FUTURES TRADING
COMMISSION,                                                    ECF Case

                    Plaintiff,          Civil Action No. 12 CV 8791 (CM)

       -against-                                 NOTICE OF MOTION

ERIC MONCADA,
BES CAPITAL LLC, and
SERDIKA LLC,

             Defendants.

--------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
1/10/14

Upon the annexed Affirmation of Richard M. Asche, dated January 9, 2014, and

all prior pleadings herein, the defendant Eric Moncada, on consent of the plaintiff U.S.

Commodity Futures Trading Commission, moves this Court for an order extending the deadline

for filing the Joint Pre-Trial Order and dispositive motions from January 15, 2014 to January 29,

2014.

MEMO ENDORSED

Dated:     New York, New York
         January 9, 2014

Litman, Asche & Gioiella, LLP
Attorneys for Defendant Eric Moncada

By:   /s/   Richard M. Asche
        Richard M. Asche (RMA7081)

140 Broadway – 38th Floor
New York, New York 10005
(212) 809-4500

*1/10/2014*
*Motion granted. All dates pushed forward 2 weeks.*