UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIC MONCADA; BES CAPITAL LLC; and SERDIKA LLC.<br>　　　　　　Defendant(s). | ) Civil Action No. 12-cv-8791 (CM) (GWG)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THIRD AFFIDAVIT OF ANDREW L. RIDENOUR

I, Andrew L. Ridenour, affirm pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly admitted to practice in the District of Columbia. I am appearing before this Court as counsel for the United States Commodity Futures Trading Commission ("CFTC"). I respectfully submit this affidavit in support of the CFTC's Motion for Entry of Default Judgment, Permanent Injunction, Civil Monetary Penalties and Other Equitable Relief Pursuant to Federal Rule of Civil Procedure 55(b) and Memorandum in Support Against Defendants BES Capital LLC and Serdika LLC.

2. Attached to this Third Affidavit is a true and correct copy of the Clerk's Certificate of Default against defendants BES Capital LLC and Serdika LLC.

3. Also attached to this Third Affidavit is a proposed order for default judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: This 23rd day of January, 2014
　　　　Washington, DC

_____
Andrew L Ridenour