# EXHIBIT 1

TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT AGAINST DEFENDANT ERIC MONCADA

1

```
1                    UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
2                    CIVIL ACTION NO. 12-cv-88791 (CM)

3

4    UNITED STATES COMMODITY
     FUTURES TRADING COMMISSION,

5         Plaintiffs,
                                          DEPOSITION OF
6                                         ERIC MONCADA
          vs.
7
     ERIC MONCADA; BES CAPITAL,
8    LLC; and SERDIKA, LLC,

9

10

11        Defendants.

12   _____

13

14             T R A N S C R I P T of the stenographic

15

16   notes of THERESA L. TIERNAN, a Certified Court Reporter

17

18   and Notary Public, taken at the offices of CFTC, 140

19

20   BROADWAY, NEW YORK, NEW YORK, on TUESDAY, JULY 2, 2013,

21

22   commencing at 10:05 a.m.

23

24

25   _____
```

2

A P P E A R A N C E S:


            COMMODITY FUTURES TRADING COMMISSION

            BY:  ANDREW L. RIDENOUR, ESQ.,

            KENNETH W. MCCRACKEN, ESQ.,

            AND

            BRIAN WALSH, ESQ.     (VIA VIDEO CONFERENCE.)

            & JESSICA HARRIS, INV. (VIA VIDEO CONFERENCE.)

            DIVISION OF ENFORCEMENT

            1155 21ST STREET, N.W.

            WASHINGTON, D.C.  20581

            ATTORNEYS FOR THE CFTC.




            LITMAN, ASCHE & GIOIELLA, LLP

            BY:  RICHARD M. ASCHE, ESQ.,

            140 BROADWAY

            38th FLOOR

            NEW YORK, NEW YORK  10005

            ATTORNEYS FOR ERIC MONCADA.

3

```
1                      I N D E X

2      WITNESS              DIR   CRS   RED   REC

3
       ERIC MONCADA
4
       BY:  MR. RIDENOUR    4
5

6                    E X H I B I T S
7
       NUMBER      DESCRIPTION           IDENT
8
       EXHIBIT 1   DEPOSITION NOTICE      9
9
       EXHIBIT 2   ADVANTAGE STATEMENT    58
10
       EXHIBIT 3   EMAIL                 119
11
       EXHIBIT 4   3 PAGE SPREAD SHEET   119
12
       EXHIBIT 5   EMAIL                 121
13
       EXHIBIT 6   EXCERPT OF DOCUMENT   159
14
       EXHIBIT 7   SPREAD SHEET          181
15
       EXHIBIT 8   SPREAD SHEET          183
16
       EXHIBIT 9   EXCERPT OF TRADE DATA 184
17
       EXHIBIT 10  EXCERPT OF TRADE DATA 200
18
       EXHIBIT 11  TRADE DATA            210
19

20     EXHIBIT 12  TRADE DATA            220

21

22     EXHIBIT 13  TRADE DATA            221

23

24

25     EXHIBIT 14  TRADE DATA            223
```

4

1                         E X H I B I T S

2

3          NUMBER          DESCRIPTION              IDENT

4

5          EXHIBIT 15    TRADE DATA                  231

6

7          EXHIBIT 16    TRADE DATA                  233

8

9          EXHIBIT 17    TRADE DATA                  235

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

31

MONCADA

1

2  person who ended up being my boss, Serdika, it was

3  Highland Capital.

4          Q     And that's Emil Dontchev?

5  A       Yes.

6          Q     Was Serdika formed after you started

7  working with Emil Dontchev?

8  A       I believe so, yes.

9          Q     And where was Serdika located?

10  A       New York.

11          Q     On the 30th floor of this building?

12  A       No.

13          Q     Where was it located in New York?

14  A       Over on Rector.

15          Q     And how long were you with Serdika?

16  A       Till 2010.

17          Q     And what is BES?  When did you start

18  with BES?

19  A       I don't remember when we started BES, but it

20  was during the time I was working at Serdika.

21          Q     And does the beginning of 2009 sound

22  like the right time frame from when that started?

23  A       Sounds about right.

24          Q     And how long did BES trade until or

25  when did it trade until?

38

MONCADA

2      And were you trading an account in the

3 name of Highland Capital Group?

4 A      I don't remember what the account name was.

5      Q      Do you know what futures commission

6 merchant that account was through?

7 A      Merrill Lynch.

8      Q      And you said that after you had started

9 working with Emil Dontchev, that Serdika was formed.

10      What type of entity was Serdika?

11 A      Proprietary trading group, as far as I know.

12      Q      What's your understanding of what a

13 propriety trading group is?

14 A      It's a -- it's a group that takes their

15 proprietary capital and trades securities.

16      Q      Somebody trading on their own money?

17 A      And, yeah, it's no advisories, it's not

18 advising any clients or anything like that, it's not

19 doing any sort of brokerage.  It's just trading on

20 their own.

21      Q      Did you have a job title at Serdika?

22 A      Not really.  I just traded for them.

23      Q      What were your duties with Serdika?

24 A      Trading futures, checking my statements,

25 that's about it.

41

MONCADA

1

2  A    Uh-huh.

3       Q    Can you describe how that was

4  calculated?

5  A    The trade profits were just based on the

6  futures trades, and whatever was in my account was

7  the profits that I was responsible for, and I would

8  get paid out of that.

9       Q    So it was tied to just one trading

10 account?  Whatever profits happened on one trading

11 account?

12 A    Yeah.

13      Q    Did you get any benefits at Serdika?

14 Health insurance or anything like that?

15 A    No, I don't think so.  I don't think I did.

16      Q    Did you have any sort of written

17 contract with Serdika?

18 A    Yeah, I had a pretty simple agreement to

19 trade with them.

20      Q    It was written out?

21 A    I believe so.

22      Q    Do you have a copy of this?

23 A    I don't know if I do.  It was quite a while

24 ago.

25      Q    Did you ever have to put any of your

42

1                          MONCADA

2    own money into Serdika?

3    A     I don't remember if I did put money into

4    Serdika.  At some point in 2010 Emil asked me for

5    money to cover some downdraws of equity, and I don't

6    know if he put it in Serdika or BES, but it was for

7    my equity in the -- in my accounts.

8          Q     To cover a down draw of equity, you

9    said?

10   A     Yeah.

11         Q     What do you mean by that?

12   A     I had trading losses and my equity had been

13   depleted.

14         Q     So Emil asked you to put in money to

15   cover your trading losses?

16   A     Yeah.

17         Q     Do you know how much you put in?

18   A     No, I don't.

19         Q     Do you know if it was more than a

20   million?

21   A     No, it wasn't a million.

22         Q     Do you know if it was more than a half

23   a million?

24   A     I don't remember.

25         Q     The money that you put in in 2010, you

44

MONCADA

1  think that might have been it.  I didn't really --

2  yeah, as far as I knew it was Emil's company.

3       Q     Do you know if Highland Capital had an

4  ownership interest in it?

5  A       I do not.

6       Q     Do you know if Uriel Cohen had an

7  ownership interest in it?

8  A       I don't know what arrangement they had.

9       Q     And to go over to BES Capital.

10      Was BES a proprietary trading firm?

11  A       Yes.

12      Q     And that's with your same

13  understanding, that it's trading with its own money?

14  A       Yes.

15      Q     What does BES stand for?

16  A       It stands for Billy Eric Serdika.

17      Q     And the Eric is you?

18  A       Yes.

19      Q     And Billy is William Brandeis?

20  A       Correct.

21      Q     And Serdika is Serdika, LLC.

22  A       Uh-huh.

23      Q     Yes?

24  A       Yes.

45

MONCADA

1

2    Q      Did you have a job title at BES?

3    A      No, it was just understood that I was a

4    trader there.

5    Q      What were your job duties at BES?

6    A      They were pretty much the same as at Serdika.

7    I was responsible for trading futures and handling

8    the account, making sure that there weren't any

9    problems with the trades.

10   Q      Were you a member of BES?

11   A      Yes.

12   Q      When was BES formed?

13   A      Didn't you ask me that?

14   Q      Oh, yeah, I did.  So I'm sorry.

15          You had said that you thought BES was

16   formed sometime around?

17   A      The end of 2009.

18   Q      Who set it up?

19   A      Uriel Cohen, myself, Emil Dontchev, and

20   William Brandeis.

21   Q      How were you compensated from BES?

22   A      From the trading profits.

23   Q      What arrangement did you have setting

24   out what the compensation would be products?

25   A      The trading profits would be split with

MONCADA

1

2  trading activity collectively, so we basically

3  merged all of our accounts and traded together all

4  commodities, all the commodities were trading.

5       Q    And once you had put all those

6  commodities, all that trading then together, what

7  was the arrangement between you and Mr. Brandeis?

8  A    We would split everything.  Based on our

9  percentage, we would split the profits.

10       Q    So would you and Mr. Brandeis -- okay,

11  so I guess kind of back it up.

12            So there's a hundred percent of the pie

13  of profits.

14  A    Uh-huh.

15       Q    And a certain percentage goes to you

16  and Mr. Brandeis, and then of that percentage that

17  goes to you and Mr. Brandeis how would you split

18  that portion?

19  A    50/50.

20       Q    Okay.  You said that as you put more

21  equity into BES, you and Mr. Brandeis got a larger

22  share of the profits?

23  A    As we left more equity, we got a bigger

24  percent of properties.

25       Q    So BES was profitable, and you just

48

```
1                         MONCADA
2    left a portion of the profits in the company and
3    that became equity in it?
4    A       Correct.
5            Q       Correct?
6    A       Yes.
7            Q       What was the -- and you said that the
8    share that went to you and Mr. Brandeis increased
9    from 55 percent.
10           Do you know what it increased to?
11   A       80 percent.
12           Q       Do you know when it went up to
13   80 percent?
14   A       I don't remember exactly when.
15           Q       Did you have any sort of written
16   employment agreement with BES?
17   A       Yeah, I think there was a -- an employment --
18   a pretty simple employment document.
19           Q       Do you have a copy of that?
20   A       Somewhere in a file cabinet an Oklahoma I
21   probably do.
22           Q       Did you ever contribute any capital to
23   BES?
24           MR. ASCHE:   Other than what he's
25   testified to?
```

49

1                          MONCADA

2    A       Yeah, other than what you just mentioned

3    about the 200,000 that I put into -- that I gave to

4    Emil.

5            Q       But that was -- that was at the end of

6    2010.

7    A       Yeah.

8            Q       At the beginning, when BES was first

9    formed, did you put any capital into BES?

10   A       Yeah, Billy and I, William and I put in

11   175,000 each.  I think it was 175,000 each.

12           Q       And what was the purpose of that

13   contribution?

14   A       That was to start the energy trading at BES.

15           Q       Did anyone else put in capital at the

16   beginning?

17   A       I believe Uriel and Emil put in some, put in

18   equity so that we could begin trading.

19           Q       Do you know how much they put in?

20   A       No.

21           Q       After the 175,000 at the beginning, and

22   other than the 200,000 sometime in 2010, did you put

23   any other cash into BES?

24   A       Not that I remember.

25           Q       Did you get any funds from BES?

81

MONCADA

1

2  A     What do you mean by "more frequently"?

3         Q     Well, I guess, how often would you work

4  outright positions in CBOT wheat back in October of

5  '09?

6  A     I don't remember exactly what orders I worked

7  in October, but I would have hundreds of trades a

8  day, some of them were outrights and some of them

9  were spreads.  Hundreds, if not thousands.

10        Q     What did you do more frequently,

11 though, outrights or spreads?

12 A     I'm not really sure.  I traded -- I traded

13 both all day.

14        Q     Did you trade outright positions daily?

15 For, I guess, every day you were in the market would

16 you put in an outright position?

17 A     I would consider outright positions daily.

18 Whether or not I put them on, I would have to look

19 back at the data.  But I generally had a view of the

20 market, every day, I had an idea.

21        Q     What would your view of the market be

22 based on?

23 A     Based on weather, news, outside markets,

24 meaning most of the global commodity marks, equity

25 markets, what the other grains are doing.

1                          MONCADA

2    events like the equity markets, the global equity

3    markets.  The other grains tend to have some pretty

4    big moves then they would affect wheat as well.

5           Q    Do you recall ever taking a view on a

6    market in wheat, in CBOT wheat, based off of any of

7    these other markets in late 2009?

8    A    Yeah.

9           Q    What sort of time horizon view would

10   you take from events in other markets?

11   A    It would depend on what exactly I saw.

12          Q    If you saw gold going up, how would

13   that impact your view of the wheat market?

14   A    It would have to be more than just something

15   like gold going up.  I would to be looking at

16   several other factors.

17          Q    And what other types of news?  Because

18   you also mentioned news as something that would need

19   you to take a view on the market.

20               What types of news would lead to you

21   take a view on the wheat market?

22   A    Well, there was general reports that came out

23   on the condition of the wheat market.  There was, as

24   we mentioned, weather.  There was always rumors

25   about the wheat market.

96

MONCADA

1
2       order in another market of a similar volume?
3       A       Well, if I didn't get filled, I probably
4       would have done anything in the other market.
5                   MR. MCCRACKEN:  I'm sorry.  I couldn't
6       hear.
7       A       If I didn't get it filled, I probably
8       wouldn't do anything in another market.
9                   MR. ASCHE:  If he can't get it filled,
10      he probably wouldn't do anything in another market.
11      Q       And for outright positions, do you
12      recall in October 2009 placing any orders of 200
13      lots or greater for purposes of getting an outright
14      position?
15      A       I don't recall exactly what my orders are.  I
16      don't know.  I don't know my order history from
17      2009.  I don't really know exactly what sizes I put
18      in.
19      Q       Why would you have put in an order for
20      200 lots or greater?
21                  MR. ASCHE:  Didn't you ask him that
22      question?
23      Q       If you're trying to get an outright
24      position, what would lead you to want to get an
25      outright position of 200 lots or greater in CBOT

97

MONCADA

1

2      wheat?

3      A      Theoretically, if I wanted an outright

4      position of 200 lots, if I wanted to put in an order

5      of 200 lots or greater, the order mechanism would be

6      rewarding to placing a large order that the CBOT had

7      to place at that time.

8              Q      Rewarding to place a large order?  What

9      do you mean by that.

10     A      Meaning because of the order mechanism being

11     a percentage.  What is it?  Part of the fills that

12     would happen would be the larger orders would get

13     the bigger percentage of fills that came in at that

14     price.

15             Q      Can you explain that a little bit more?

16     A      How?

17             Q      Well, I mean, you're saying larger

18     orders would get more fills, how would they get more

19     fills.

20     A      The -- the Exchange had an order mechanism

21     that went beyond first in first out.  It -- a larger

22     order would get a percentage of a fill that came at

23     that price based on its size.

24             Q      So you're saying that you would want to

25     put in larger orders to increase your likelihood of

98

MONCADA

1

2       getting a fill?

3       A       That's a possibility, yes.

4       Q       Do you recall ever using that rationale

5       in placing a larger order in October of 2009?

6               MR. ASCHE:  Do you mean specific

7       examples?

8       Q       Do you recall ever doing that, for

9       having that as being a thought process in October of

10      2009?

11      A       I was certainly aware that that was a -- a

12      method that could be used.  I'm not sure if during

13      those dates, during the day, during October, that if

14      I did it or not.  I'd have to look back, you know,

15      and remember exactly what the situation was.

16      Q       So you're not sure if you ever used

17      that rationale in October of 2009?

18      A       I'm not.  I'm not sure.

19      Q       Would there be any other reasons for

20      you to put in an order of 200 lots or greater?

21      A       Not that I can think of.

22      Q       So the two reasons that you believe

23      would be either to get a large outright position

24      based on a view of the market or because you believe

25      that it might have gotten you a better chance of

99

MONCADA

1

2     getting a partial fill.

3              Is that correct?

4     A      Yes.

5              Q      Are there any other reasons that you

6     would have placed a large lot order in October of

7     2009?

8     A      Putting a large order in a market, it also --

9     I'm trying to think how to word this.  It could be

10    used to kind of signal -- send a signal that you're

11    looking for liquidity.

12             Q      Why would you have sent the signal that

13    you were looking for liquidity?

14    A      Because I was trying to -- I was trying to

15    trade a large lot.

16             Q      So I guess this would fold into the

17    first reason you were talking about.  You were

18    looking to execute a large outright order.

19    A      Uh-huh.

20             Q      And yes?

21    A      Yes.

22             Q      And you were putting in these large

23    orders to signal to the market that you were looking

24    for liquidity, correct?

25    A      That's correct.

MONCADA

1

2     Q     Are there any other reasons why you

3  would have put in a large lot order in October of

4  2009?

5  A     Not that I could think of right now.

6     Q     And when you say you can't think of

7  anything right now, you've already given

8  investigative testimony to the CFTC, and the CFTC

9  has filed a complaint against you relating to these

10  large lot orders.

11           So just to be clear, you have known

12  about the allegations for quite sometime, and so in

13  looking back on it these are the only two reasons

14  that you can think of?

15           MR. ASCHE:  Three reasons.

16     Q     One, to hold -- to get an outright

17  order, which you may put in a large lot order to

18  get -- to signal other market participants for

19  liquidity.  Or secondly, because you think it will

20  help you increase your likelihood of getting fills.

21           MR. ASCHE:  Object to the form.

22     Q     Are those the two reasons that you may

23  have entered large lot orders in October of 2009?

24  A     Well, the first one was two reasons.

25     Q     Okay.  So the first one was two

101

1                        MONCADA

2    reasons.  Okay.  So you're saying -- I just want to

3    make sure, okay?  So we're looking at three reasons;

4    one, is you wanted an outright position because you

5    had a view on the market, correct?

6    A      Yeah.

7          Q      Two, you believe that the order

8    mechanism gave you an advantage if you put in a

9    large lot order, correct?  Yes?

10   A      Yes.

11         Q      And, three, that you were signaling to

12   the market that you were looking for liquidity,

13   correct?

14   A      Correct.

15         Q      Correct.  And there are no other

16   reasons that you can think of that you would put in

17   a large lot order?

18   A      Not that I can think of.

19         Q      And just, I guess, as a shorthand for

20   the rest of this deposition, when I talk about --

21   when I use the term "large lot order," I'm going to

22   be referring to something that's 200 lots or

23   greater.

24              Can we agree to that shorthand?

25   A      That's fine.

103

MONCADA

1

2  A      If the market moved either in my favor or

3  against me, it would change my view of what I

4  thought of the market.

5      Q      So you're saying that you would develop

6  a view of the market based off of news or weather,

7  or what was happening in other markets, develop

8  an -- or build an outright position, and then if the

9  market moved, that would change your view of the

10  market?

11  A      It could change my view of the market.  Other

12  markets moving could also change my view of the

13  market.  As I mentioned earlier, it's a -- sort of

14  a -- it's a constant reassessment of what's going on

15  and what factors are affecting the markets.

16      Q      Earlier we had talked about margin

17  requirements.

18          If you were to build an outright

19  position of 200 lots, what would the margin

20  requirement on that position then be?

21  A      It would be 200 lots times whatever the

22  margin requirement was for a future.

23      Q      Which you believe the initial margin

24  requirement was somewhere around $2,000 and the

25  maintenance margin requirement was some discount to

1                          MONCADA

2    that?

3              MR. ASCHE:  I think he said it was a

4    thousand or more, but I don't think he said it was

5    2,000.

6              MR. RIDENOUR:  He said it was around

7    2,000.

8    A     I said it was somewhere around there.  I

9    don't -- I don't remember exactly what it was.

10        Q     So if you were to build an outright

11   position of 200 lots, you would have to be able to

12   post margin to cover that position?

13   A     If you want to do keep it overnight, yeah.

14        Q     Did you ever build an outright position

15   of 200 lots or more and keep it overnight?

16   A     Yeah.

17        Q     And you posted margin to cover that?

18   A     Yeah.

19        Q     Do you recall ever doing that in

20   October of 2009, building an outright position of

21   over 200 lots?

22   A     I don't remember.  I know I did in 2009.  I

23   don't know if it was in October or when, but I

24   know -- I know I have definitely taken positions

25   like that.

114

MONCADA

1

2       A       Yeah, I mean, it's -- you can.  You have

3       every right to change your mind on a order.

4               Q       Well, there's a difference between

5       changing your mind on a two lot order and changing

6       your mind on a 200 lot order.

7       A       Well, the only difference is that the

8       distinction you guys made by calling it a large lot

9       order.

10              I didn't really -- what's the difference

11      between a two lot or a 200 lot order?  You tell me.

12              Q       Why were you canceling these orders?

13      A       Because I'm constantly re-evaluating and

14      adjusting to the market conditions.

15              Q       Is that the only reason you would

16      cancel?

17      A       It's the only reason I can think of.

18              Q       So the only reason that you would

19      cancel a large lot is because you re-evaluated what

20      the market was doing in October of 2009?

21      A       Yeah.

22              Q       How quickly can you react to market

23      news?

24      A       I react -- when I was trading I reacted

25      pretty quickly to all little fluctuations that I saw

MONCADA

1    in the markets.

3        Q    What sort of reactions would you have?

4    A    Anything from just changing my gut feeling,

5    to -- what do you mean, what sort of reactions?

6        Q    I mean, you're talking about reacting

7    to something in the market as being the reason that

8    you would cancel a large lot order.

9            So what --

10   A    Yeah, reacting to something in the market,

11   changing my mind, changing my opinion, changing the

12   feeling that I -- you know, maybe I just didn't want

13   to hold a -- maybe I changed my mind on taking a

14   position at that time, you know, not wanting to

15   expose myself to the market running through me and

16   decided not to.

17       Q    And what would cause to you change your

18   mind?

19   A    The market conditions.

20       Q    What market conditions would those be?

21   A    Depends on the situation.

22       Q    Well, tell me all of them.

23   A    What do you mean?  Tell you all of what?

24       Q    I'm talking about changing your mind

25   based off of market conditions.

129

MONCADA

1

2      Q      Could you tell based off of the market

3  data whether or not that was the rationale for

4  entering a large lot order or for taking on a

5  outright position?

6  A      I couldn't tell by the statements, no.

7      Q      Could you tell by the market data?

8  A      No, I would need to really look at what my

9  positions were intraday, and still I wouldn't -- you

10 know, it would be hard to remember what my thought

11 process was back then.  I would have to -- I'd have

12 to review the situation.

13     Q      We talked about some of the rationales

14 that you had given for placing large lot orders back

15 in October of 2009.  One of those was that you said

16 you were trying to send a signal to the market.

17            What do you mean by that?

18 A      I said, it's possible to send a signal with a

19 large lot order.  It's a way of asking for

20 liquidity.

21     Q      Do you recall specifically using that

22 rationale in placing large lot orders in October of

23 2009?

24 A      I don't -- I don't remember if I did in

25 that -- in October or not, but I know it's a -- it's

130

1                          MONCADA

2     a -- it's a method that's used.

3          Q     Is it a method that you ever used?

4     A     Yeah, I think so.

5          Q     How often?

6     A     I don't know how often.  I would have to look

7     at the situation and try to remember if that's what

8     I was doing or not.

9          Q     Did you ever talk to anyone else at BES

10    or Serdika about this rationale?

11    A     Not that I remember.

12         Q     If you were trying to send a signal to

13    the market, what size order would you put in?

14              MR. ASCHE:  Object on the form.  You

15    can answer.

16    A     In what situation?

17         Q     Well, what situations would you put in

18    an order of over 200 lots with that rationale in

19    mind?

20    A     If I wanted to buy over 200 lots and the bid

21    and offer wasn't at the price that I was comfortable

22    buying.

23         Q     Were you trying to induce someone to

24    lift your order from the book?

25    A     That would be a rational way to do that.

                          MONCADA

1

2    his intention was this morning.  He had alternative

3    intentions.  One was to --

4             MR. MCCRACKEN:  Again --

5             MR. RIDENOUR:  No speaking objections.

6             MR. ASCHE:  You asked me a question.  I

7    can't answer your question without speaking, and

8    unless you know American sign language.

9             MR. MCCRACKEN:  I appreciate that.

10            MR. ASCHE:  In which the case the

11   reporter would be unable to take it.

12            MR. MCCRACKEN:  If you believe he

13   answered the question this morning, the record would

14   so reflect.  Go ahead and ask your question.

15            MR. ASCHE:  Well, he's not going to

16   answer it again is what I'm saying.

17   BY MR. RIDENOUR:

18       Q    Were there any times where you did not

19   intend to fully fill a large lot order?

20   A    I would have to -- I would have to look at

21   the situation.  I don't --

22       Q    Do you ever recall placing --

23            MR. ASCHE:  Let him finish his answer.

24   At least, if you ask him a question several times,

25   he should be allowed to answer it.

136

                              MONCADA

1              MR. RIDENOUR:  And if you ask a yes or

2    no question, you would assume that you would get a

3    yes or no answer.

4              MR. ASCHE:  Well, you make all the

5    assumptions you want, but he's the witness.

6        Q    Do you recall ever placing a large lot

7    order that you did not intend to fully fill?

8              MR. ASCHE:  That's a different

9    question.

10             He's asking you for your recollection

11   of the specific order.

12   A    I would have to look at each time I placed

13   one and the situation, I don't recall.

14       Q    So is that a no, you do not recall?

15   A    I don't recall.

16       Q    Okay.  You said that it could depend on

17   the situation, that there may be times where you did

18   not intend to fully fill?

19   A    I never said that.

20       Q    But you just said that, to tell whether

21   or not you intend to do fully fill something, you'd

22   have to look at the situation, correct?

23   A    Any time I placed an order, I would look at

24   the -- I would look at the market condition and the

138

MONCADA

1

2          MR. ASCHE:  I let you ask him whether

3  he ever recalls ever not intending to have an order

4  filled, and he said he didn't recall.  So that's

5  about as far as you're going to get with him now.

6          Q     So you started saying something about

7  your understanding of the way that the market

8  matched its orders, and you seem to be saying that

9  sometimes you put in orders to try to -- a large lot

10  orders to try to get a priority in filling.

11              Could you describe that a little bit

12  more for me?

13  A       The market has a size priority function in

14  it, in the matching order.  If you are one of the

15  bigger bids or offers in the engine, whether you're

16  first or last, you could potentially get a partial

17  fill.

18          Q     Did you ever -- is there a shorthand

19  that we can use for this rationale just for

20  simplicity's sake?

21  A       Size priority.

22          Q     Size priority, okay.  Let's talk about

23  size priority.

24              Do you ever recall, or do you recall

25  placing any orders, large lot orders on

144

1                          MONCADA

2    E-mail that we're aware of, so, I guess, we would

3    ask that if you specifically --

4              MR. ASCHE:  We'll look for it.

5              MR. MCCRACKEN:  If you would, thank

6    you.  And you didn't recall, I'm sorry, you didn't

7    recall when you got this E-mail?  You don't remember

8    a month or a year or anything when you would have

9    gotten this E-mail?

10             MR. ASCHE:  He said 2008.

11   A     I thought it might be 2008, but I don't know.

12             MR. MCCRACKEN:  Okay.  Thank you.

13   That's fine.

14   BY MR. RIDENOUR:

15        Q     When would you place large lot orders

16   to try to get a size priority?

17   A     What do you mean by "when"?

18        Q     What market conditions or conditions in

19   your own trading, what would lead you to --

20   A     It's very situational.  I mean, it's just

21   depending on what, you know, what was going on the

22   market, depending on, you know, how I felt about,

23   you know, trading a big position.

24        Q     Why would you put in a large lot order

25   to try to get size priority?

MONCADA

1

2   A     I don't recall exact situations.  I don't

3   recall exact situations on when I would do it.

4         Q     Do you recall ever doing it, though?

5   A     Yeah.

6         Q     But you don't recall why you would have

7   done it, or what would have been going on in the

8   market that caused you to do that?

9   A     No, not specifically.

10        Q     Did you ever put in large lot orders to

11  get size priority because you were having difficulty

12  filling your smaller orders?

13  A     Yeah.

14        Q     Do you specifically recall doing it for

15  that reason?

16  A     Yeah.

17        Q     Do you recall using that reason in

18  October of 2009?

19  A     I don't -- I don't know.  I don't know

20  exactly when I did it, but I know I have been.

21        Q     Do you recall doing that while you were

22  trading for BES or Serdika?

23  A     Yeah.

24        Q     Do you recall specifically if you used

25  that reason while trading for the BES account?

152

MONCADA

1

2      Q      Did you ever use icebergs?

3  A      Yeah.

4      Q      While you were trading at BES and

5  Serdika in October of '09?

6  A      Yes.

7      Q      When would you use those?

8  A      I would use them -- I would use them.  There

9  are many situations, I guess, where I'd use them.

10  I'd use them if the market was -- I don't know if

11  the market was falling, and I -- I don't know.  I

12  would use them whenever it just felt like it was a

13  better way to get -- might have a better chance of

14  getting filled.

15      Q      Why would it be a better chance of

16  getting filled?

17  A      I don't know.  A lot of times I would

18  experiment to see if the order was getting filled in

19  a better fashion than other orders.

20      Q      Did you ever find that using iceberg

21  has helped you get a better fill?

22  A      I didn't have enough data to really make it a

23  determination on whether I thought it was better or

24  not.

25      Q      What's the advantage of using an

153

1                         MONCADA

2    iceberg?  Why would it result in getting a better

3    fill sometimes?

4    A       If I had -- if I had put an iceberg in and

5    somebody tried to sweep the market, the iceberg

6    would get filled in that repeated fashion, and the

7    person that's sweeping the market would fill it.  I

8    don't know how to explain the advantage.  It's just

9    a different style of order.

10        Q      And it's one that doesn't involve

11   showing the full order to the rest of the market,

12   correct?

13   A       Yeah.

14        Q      Well --

15   A       It's a deceptive order.

16        Q      What are the reasons that somebody

17   would use an iceberg and not want to show that full

18   order size to the rest of the market?

19   A       They're trying to either -- they're trying to

20   hide the size of the order.

21        Q      Why would you try to the size of an

22   order?

23   A       That's just you wouldn't -- you don't always

24   want to show exactly what you're trying to do.

25        Q      Why not?

154

MONCADA

1

2    A      Because people can lean on your order if the

3    market has a big -- the markets have a big move,

4    people could lean on your order, and kind of use

5    your order as a crutch to do either, to spread or to

6    fill your order.

7         Q      What do you mean "lean on your order"?

8    A      Meaning, if I think all the markets are going

9    up and there's a large offer, you would look at that

10   offer and say, you know, "If it starts to trade, I'm

11   going to take the end of it.  I'm going to take the

12   last.  I'm going to get some of it," meaning market

13   forces are pushing everything up.  You see a big

14   offer, it keeps the market down for a while, and

15   then it goes.  The market continues up.

16        Q      You're saying a large offer would

17   impact orders on the buy side?

18   A      People would -- people lean on these orders.

19   You see an order, and they -- what was the question

20   again?

21        Q      So a large offer, would that -- would

22   that have an impact on the -- you're talking about a

23   reason somebody might want to use an iceberg because

24   otherwise if you had a large offer out there it

25   might -- and the price was moving up, then it might

MONCADA

1

2    impact the way that the demand on the buy side was

3    reacting?

4    A      It could.  It's possible.

5           Q      Did you ever see that happen?

6    A      See what happen?  The large order impact the

7    price of the market?

8           Q      Yes.

9    A      I've seen it, yeah.

10          Q      How large is large in your mind of the

11   wheat market?

12   A      Well over 500.

13          Q      You don't think 500 is large?

14   A      No, I think over 500 is large.

15          Q      You don't think something under 500

16   could impact the rest of the market?

17   A      I think a two lot could impact the rest of

18   the market.  I think it just depends on what the --

19   to what degree it impacts.

20          Q      Do you think a 500 lot order would have

21   more of an impact than a two lot order?

22   A      It seems like a -- it could.  It depends on

23   the market.

24          Q      Are there any times where a two lot

25   order, all things being equal, would have less of an

1                          MONCADA

2    people --

3                MR. MCCRACKEN:  But you aren't holding

4    your Blackberry and swapping --

5                MR. ASCHE:  He's allowed to do that.

6    He's allowed to talk to people during the

7    deposition.  He's allowed to talk to people at

8    lunch.  He's allowed loud to talk to people during

9    the break, and right now we're on a break.

10               MR. MCCRACKEN:  No, she's still taking

11   everything down, because he didn't say we went off

12   the record.

13               MR. ASCHE:  Fine.  He said we were on

14   break from questions.

15   A      He said he wanted some time to pull out some

16   information, and I pulled out my phone.

17        Q     Okay.  We are still on the record.

18               I'm going to hand this -- this is

19   Exhibit 6.  It has some highlighted stuff on there.

20   I'm going to give that one, that's the original, I'm

21   going to give to Mr. Moncada because the highlights

22   just came out better on that one.

23               This document is an excerpt from Bates

24   number WHEAT-AF-000218.

25               MR. ASCHE:  Again, we've never seen

MONCADA

1    these documents with Bates numbers on before this

2    deposition.

3           (Exhibit marked Exhibit 6 for

4           identification.)

5           MR. RIDENOUR:  Well.  The file name has

6    the Bates number on it.  We gave it to you two

7    months ago.  So if you haven't figured out how to

8    use your computer, that's not my fault.  However,

9    I'm going to hand you -- that CD holds all of the,

10   just for convenience sake, to mark it as an exhibit,

11   I put all of the spread sheets that we're going to

12   look at on the CD.

13          MR. ASCHE:  I appreciate it.

14      Q     Okay.  So this is an excerpt from it.

15   I'm going to tell you what this excerpt is.

16          Up on the screen on the right we have

17   the full document.  You can scroll through it to

18   provide additional data, background, everything, but

19   the excerpt right here is a 12-page document.

20          What this is is an excerpt starting at

21   record number 187601, and going to record number

22   220089.  This is all activity attributed to user

23   name E. Moncada in account A5187 on 10/27/2009.

24   This is all -- I have not changed any data in this

MONCADA

1
2   excerpt from the original.  The only thing I did was

3   filter field 47, which you can see field 47 on page

4   8, I'm sorry, I'm sorry, on page 9s, field 47, and I

5   could show you up on the main screen here, you

6   have -- it's going to have one of two values, either

7   order SRC equals normal OS.  Or order SRC equals

8   Autospreader.  I filtered out the ones saying order

9   SRC equals Autospreader, otherwise all the data is

10  same between the record numbers that I identified.

11  There are obviously a bunch of columns at the top,

12  some of them are self-explanatory, some of them we

13  may want to talk about just so that you can

14  understand all the things.

15          The columns across the top, record

16  number, those are sequential.  That's just the,

17  based on my understanding of what this document is,

18  and we can certainly talk to Advantage because

19  they're the ones who generated the report, if you

20  have any questions about what each column means,

21  date, times, pretty self-explanatory, Exchange, all

22  of these are CBOT-1 or CBOT-I.

23          Let me know if you have any questions

24  about specific ones, but I guess I'll just go ahead

25  and tell you what this is.

161

MONCADA

1
2          This is the log of all information that
3  went through your TT platform for this account on
4  October 27th, and then I just took an excerpt from
5  that.  This one would include data as to whether it
6  was buy or sell, quantity, whether it was good to
7  close, get till day, iceberg, et cetera, et cetera.
8          MR. ASCHE:  Who produced this document?
9          MR. RIDENOUR:  Advantage.  Advantage
10  produced the master one, which is up on the screen.
11          MR. ASCHE:  Right.  SRS key is what?
12  Is that the commodity.
13          MR. RIDENOUR:  SRS key, I'm not
14  entirely sure.  The last three characters on it are
15  ZWZ.
16          MR. ASCHE:  Right.
17      Q      Which, Mr. Moncada, your understanding
18  of what ZW would mean?  CBOT wheat?
19  A      Yeah, it could be.
20      Q      Because if you look over that there's a
21  column for product, or prod, it says ZW.
22  A      Uh-huh.
23      Q      And then right next to it is expiry.
24  It says Dec. 09.  So ZWZ would be December CBOT
25  wheat from my understanding.

162

MONCADA

1

2      So if you have any questions, I'm sure

3  this is a lot to look at.  You want to just take a

4  break and take a look at it for a minute?

5  A      No, I've looked at it.

6      Q      Okay.  All right.  Now, on page 2

7  towards the top of the page there's a line, and line

8  of data says "add, sell," and then under "order

9  quantity" it says "302."  And then at the end it

10  says the price was 524.  If you look over at the

11  left side the time that this was entered was 9:36

12  and 16.757 seconds.

13  A      Okay.

14      Q      This is record.  The record number on

15  the left-hand side is 192766.

16      So also assuming this printout to be a

17  true reflection of what happened in your -- in your

18  account, does that look like you put in a 302 lot

19  order?

20  A      It sure looks like it.

21      Q      Okay.  And then you go down a few

22  lines, record number 193115, at 9:36:17.554 seconds

23  was an entry saying, "delete sell 203."

24      Does that look like you deleted that

25  302 lot order?

166

MONCADA

1
2    canceled after .8 seconds there was another sell

3    order, this time for 402 lots.  That was entered at

4    9:36:26.742 seconds, and then if you look three

5    lines down it was canceled at 9:36:27.570 seconds.

6    The record number on the orders 115785.  So the

7    record number on the cancellation it was 196121.

8                 If you looked at the difference between

9    those two times that, again, is approximately .8

10   seconds.  So can you -- can you tell from this data

11   why you would have canceled an order after only .8

12   seconds?

13   A       It looks like, again, I put the order in, I

14   didn't full it, it canceled.

15           Q       Would it appear that you were trying to

16   fill this entire order?

17                 MR. ASCHE:  Objection to the form of

18   the question.

19           Q       Do you believe that you were trying to

20   fill this entire order?

21   A       That's hard for me to recall what my feelings

22   were back then, but it looks like I was willing to

23   sell 402 futures at 523.75.

24           Q       Does it look like you were trying to

25   send a signal to the market in putting these orders

167

                                MONCADA

1

2    out?

3    A        I don't recall.  I don't know.  I'd have to

4    look at what the market looked like.  And I don't --

5    I don't remember what the market -- what was going

6    on in the wheat markets or any of the markets back

7    then.

8            Q       Now, up on the screen right now, I just

9    changed this over to a different document.  The file

10   number on this is MASKED_ZWZ9_ 10272009.  This

11   document was produced by the CME to the CFTC.  It is

12   all orders or all messages going into the Globex

13   machine.  The date of this document is for the trade

14   day of October 27th, 2006.  You'll notice that the

15   column date up there actually says 10/26/2009, and

16   the time is approximately 5:00 p.m.

17              Mr. Moncada, when does the overnight

18   session for wheat start, do you know?

19   A        Back then?

20          Q       Yeah.

21   A        I think it started at 7:00 p.m.

22          Q       Okay.

23              MR. ASCHE:  That may be five central

24   time.

25   A        Yeah.  That would be 6:00 p.m.

173

MONCADA

1  lots.  And it looks like the price is dropping.

2         What's the question now?

3         Q     So what's the purpose of all these

4  large lot orders?

5  A       I don't have -- I don't know.  I would have

6  to look at the situation.  It looks like I'm trying

7  to sell futures at 524 and 523.75, and then 523.5.

8         Q     It looks like you're -- it looks like

9  you're filling a bunch of sell orders in smaller

10 increment, and then putting in significantly larger

11 sell orders that you're canceling before any of them

12 can execute, and then putting in buy orders the

13 opposite side of the market and filling those buy

14 orders.

15        MR. ASCHE:  So is that a question?

16 A       I don't think that's a question.

17        Q     Well, that's what it appears from the

18 data so...

19        MR. ASCHE:  Is that a question?

20 A       Is that the question?

21        Q     So what were you doing?

22 A       I already explained it to you.

23        Q     What was --

24 A       I'm trying to sell 302 futures at 524, and

184

                              MONCADA

1

2        Q      After that long-winded explanation, I'm

3    going to go ahead and mark this document as

4    Exhibit 10.

5            (Court Reporter clarification at this time.)

6            MR. RIDENOUR:  Exhibit 9 is -- oh, 7

7    and 8?

8            (Exhibit marked Exhibit 9 for

9            identification.)

10       Q      So this is Exhibit 9, similar to

11   Exhibit 6.  This is an excerpt of trade data from

12   the TT logs.  This exhibit is an excerpt of

13   WHEAT-AF-00016.  It's an excerpt.  It goes from

14   record number 536206 to record number 53 -- I'm

15   sorry 563554, produced at CFTC by Advantage.

16           MR. ASCHE:  This is not the same format

17   as the other one.

18           MR. RIDENOUR:  Should be almost

19   exactly.  I mean, it should be, it's all the same

20   columns.

21           MR. ASCHE:  No, it's not.

22           MR. RIDENOUR:  Sometimes the columns

23   get slightly out of --

24           MR. ASCHE:  No, it's completely

25   different.

185

1                         MONCADA

2              MR. RIDENOUR:  Did I give you the right

3    one?  Richard, what's the Bates?

4              MR. MCCRACKEN:  He may have given you

5    the wrong one.

6              MR. ASCHE:  00016.

7              MR. RIDENOUR:  Yeah, that's it.  The

8    highlights came out much letter better on these

9    other ones.

10             MR. ASCHE:  Turn the page --

11             MR. RIDENOUR:  18?

12             MR. ASCHE:  Yeah, if I just turn to

13   page 10 as an example, stuff on these pages.

14             MR. RIDENOUR:  So, yeah, okay, what it

15   is -- it's actually three different sections.

16   There's so many columns on it, that you couldn't

17   print it off on all the columns appearing on one

18   page.

19             MR. ASCHE:  All right.

20             MR. RIDENOUR:  So it's pages 1 through

21   6 will be the first however many columns, pages 7

22   through 12 will be the second set of columns, and

23   pages 13 through 18 will be the final columns.

24   Again, this is an excerpt where I filtered out

25   anything, we're in field 47, as you can see on

1                              MONCADA

2    page --

3                 MR. ASCHE:  So it doesn't include any

4    of the spreads.

5                 MR. RIDENOUR:  No Autospreaders.

6                 MR. ASCHE:  No Autospreaders.

7                 MR. MCCRACKEN:  But the record number

8    column on the far left should match with every page,

9    so that you could keep track if you laid them out.

10        Q    Mr. Moncada, have you had a chance to

11   look at this?

12   A    Yeah.

13        Q    If you go on to the -- onto page 2, the

14   second line on page 2 is buy order for 500 lots at

15   506.5 is the price, and it's record number 536595.

16   And if you go down a few lines, record number

17   536608 -- oh, I'm sorry, a little further down,

18   record number 536614, the 500 lot buy order was

19   canceled approximately 1.3 seconds after it was

20   originally entered.

21                 Just looking at this, at this data, can

22   you tell what your rationale would have been for

23   entering that 500 lot order?

24   A    I was trying to buy futures at 506.5.

25        Q    And --

190

                              MONCADA

1

2    A      Possibly so.

3          Q      So you had a generally -- your view of

4    the market was that the price would be moving up?

5    A      Could be.

6          Q      It could be, or it was?

7    A      I don't recall exactly.  I don't recall the

8    exact situation, but it could be.

9          Q      Why then were you putting in sell

10   orders for five lots between when you put in that

11   500 lot buy order and the 402 lot buy order?

12   A      Sell orders were higher prices, so I was

13   probably trying to buy at one price and sell on the

14   another.

15         Q      But you were unsuccessful at buying at

16   the price of the large lot order?

17   A      Yeah, it looks like I canceled it without

18   getting filled.

19         Q      I want to direct your attention over to

20   page 4.  Towards the top of the page record number

21   559802, there's a buy order for 402 lots, and then

22   approximately 7/10 of a second later that was -- the

23   order was deleted after filling only one lot of a

24   402 lot order.

25              Without getting too repetitive, can you

197

MONCADA

1

2   I focused a lot on currencies because of the dollar

3   carry trade.

4        Q      So what -- you're saying that movement

5   in one market would impact whether or not you wanted

6   to fill this order in the wheat market?

7   A      Absolutely.

8        Q      And you're -- what would you have been

9   able to see and process and think through in 7/10 of

10  a second that would make you decide to cancel that

11  order?

12  A      Gyrations in other markets.

13       Q      You're willing to take on 402 lots,

14  which is a pretty substantial position, and

15  you're -- but your re-evaluating that in 7/10 of a

16  second?

17  A      Yeah.

18              MR. MCCRACKEN:  I'm sorry.  Was that a

19  yes?

20              THE WITNESS:  Yes.

21       Q      You're talking about currency

22  gyrations, and movements in other markets.  How many

23  other markets are you -- are you comparing or

24  judging your desire to fill this order against?

25  A      I don't know the exact specific of this one

198

MONCADA

1

2  order.

3          Q      But just --

4  A      I just know generally what I looked at, and I

5  know generally that I look at all of the markets

6  that have any relation to the grain trade and that

7  includes currencies, that includes macro markets

8  like gold, that includes U.S. equity indexes, that

9  includes specifically the grains.

10         Q      And what about those other markets are

11 you evaluating?

12 A      I'm looking at which way and how fast they're

13 moving.

14         Q      So you're looking at price swings in

15 other markets?

16 A      Absolutely.

17         Q      And you're evaluating whether or not

18 you want to fill a large lot order in the wheat

19 market based off of price ratings and swings in

20 those other markets?

21 A      In addition to how I feel about the wheat

22 market, yeah.

23         Q      And you're evaluating all of that in

24 less than a second?

25 A      Probably.  In this case, probably.

199

MONCADA

1

2      Q      So you go from wanting to fill a 402

3   lot order, to wanting to cancel a 402 lot order in

4   7/10 of a second based off of your analysis of other

5   markets?

6   A      Yeah, in addition to intuition and feel of

7   the market.

8      Q      What sort of price swings are you able

9   to monitor and evaluate in other markets in less

10  than a second?

11  A      Like I said, I look at the momentum and

12  gyration of those markets.

13     Q      Are these other markets so volatile

14  that there could be a noticeable movement in 7/10 of

15  a second that you would react to?

16  A      Noticeable to me.

17     Q      Do you know how long it is takes a

18  human to process any amount of stimulus?

19  A      No.

20     Q      Do you know how long it takes a human

21  to click a mouse?

22  A      It could be done pretty quickly.

23     Q      Do you know how long it takes for you

24  to actually --

25  A      No -- I don't.

200

MONCADA

1

2       Q      -- change your mind on something?

3    A       I don't know how long it takes me to change

4    my mind, but I know I'm able to make quick

5    decisions.

6       Q      You're able to judge multiple different

7    markets in 7/10 of a second and determine whether or

8    not you want to or don't want to fill a 402 lot

9    order in the wheat market?

10   A       Yeah.

11              MR. RIDENOUR:  Okay.  We're going to

12   move onto a new exhibit, and I anticipate that they

13   will start getting a little bit faster.

14              What exhibit are we up to?  This is

15   actually 10.  Okay.  This is actually Exhibit 10.

16          (Exhibit marked Exhibit 10 for

17          identification.)

18       Q      I'll walk through this one quickly.

19              This is an excerpt from

20   WHEAT-AF-000017, October 30th, 2009, from records

21   359146 to 367866.  And I again represent that this

22   was from the TT logs produced by Advantage, and I

23   filtered out all items where field 47 said order SRC

24   equals Autospreader.  All one word.

25              Mr. Moncada, and I think this one is

201

MONCADA

1

2   based off the previous questions that we've had, we

3   can go through this pretty quickly, but, you know,

4   once again we're looking at a series of large lot

5   buy orders that were immediately canceled.

6           Do you have any idea why you would have

7   canceled, to start with the first one, 402 lots?

8           Any idea why you would have canceled

9   that one approximately .7 seconds after it was first

10  entered?

11  A     Well, it looks here that the futures were

12  trading slightly higher, so I put the order in, and

13  it didn't get filled, and I decided to cancel it and

14  move on.

15      Q     And you're -- at the same time you're

16  seeing a number of sell orders that you're putting

17  in at higher prices, at 501.5?

18  A     Yes.  Well, that must be the price level I

19  wanted to sell.

20      Q     Two other 500 lot -- or two 500 lot

21  orders on this page.  They were each canceled, one

22  at approximately .7 seconds, one at approximately .6

23  seconds.  You stated in prior testimony that you

24  would have been re-evaluating the market.

25              Does this look like you had

202

1                          MONCADA

2    re-evaluated the market.

3              MR. ASCHE:  I don't think that's what

4    his prior testimony was.  And the question is --

5         Q    Any idea what you were doing?

6              MR. ASCHE:  -- does he know whether

7    he's re-evaluating the market in this time frame?

8    That's fine.

9         Q    Do you know if you were re-evaluating

10   the market in this time frame?

11   A    I can't recall this exact instance, but it

12   looks to me like there was a level at which I was

13   willing to buy, tried to buy, didn't get filled,

14   canceled my order, moved on, and tried to buy again,

15   slightly cheaper.

16        Q    So actually the first and the third

17   large lot orders are both -- the price on those were

18   both 499.25.  Why would you enter two large lot

19   orders when, in the course, they were at the same

20   price and cancel both of them so quickly?

21   A    Well, they didn't get filled, and I probably

22   decided to move on and, again, decided to try to buy

23   at that price again later on.

24        Q    The second one in there, the price on

25   that is 499.75, which is two ticks higher than the

Moncada, Eric - July 2, 2013

MONCADA

1   first large lot order.

3           Do you know why you would have

4   increased the price that you were willing to buy by

5   two ticks?

6   A     Maybe I was wanting to be more aggressive on

7   buying.  It looks like I decided I wanted a futures

8   a little bit higher prices, and then decided no.

9           Q     And then the third large lot order was,

10  again, 499.25, so it was two ticks below where that

11  second large lot order was.

12          Any idea on why you would have changed

13  the price on that?

14  A     Most likely I got a less -- I started feeling

15  less and less like I wanted to pay 499.75, and I

16  changed my mind.

17          Q     Now, on all of those you canceled the

18  large lot orders with no portion of them filled, all

19  in 7/10 of a second less.

20          Would you have been -- or why -- what

21  could you have reasoned to cause to you cancel those

22  orders in such a short time frame?

23  A     They didn't have the ability to get filled,

24  and so I took -- I didn't have any interest in

25  leaving an order out there that would possibly get

MONCADA

1   run through, so I canceled and waited for another

2   time to buy.

3        Q     You didn't want --

4   A     That seems like a reasonable scenario here.

5        Q     What do you mean, you didn't want to

6   leave an order to get run through?

7   A     When I place an order, a lot of times I want

8   to -- I immediately buy there, or I want to wait and

9   see what the markets does.

10        Q     But you said "run through."  What does

11   that mean?

12   A     It could have -- there's something could have

13   happened in the other markets that would have caused

14   futures to sell off and I -- I could have just

15   decided I didn't want that many futures at that

16   price and changed my mind.

17        Q     You said that you would have been

18   concerned that something would have happened in

19   another market, and another market would have caused

20   the price decrease in wheat?

21   A     Possibly.  That's a possibility.

22        Q     And, again, in .7 seconds you made that

23   evaluation?

24   A     That's what it looks like I did.

1                           MONCADA

2           Q     Well, once again the term "run through"

3    that you just used.  You said that you were worried

4    about the order getting run through.

5    A      I don't eye why I used that term.  I don't

6    even know what that means.

7           Q     And what does that term mean?

8    A      I don't really know what that means.  I

9    just -- I just got concerned that price was going to

10   drop, and decided maybe to wait till a little bit

11   lower price, and try to buy.

12          Q     You just said "run through," though, I

13   mean run --

14   A      I just said I don't really know what that

15   means.  I don't know why I said it.

16          Q     It sounds like you were saying that you

17   were worried that the -- that that would get filled,

18   that the orders on the opposite side could come in,

19   and actually lift the holding, your large holding,

20   lift all of your large lot order.  So when you said

21   "run through", and I just want to know what you

22   meant by that.

23   A      I just said -- told you, I don't know why I

24   used that term.  I don't know what it means.  I

25   don't -- it looks to me that I was willing to pay

206

1                          MONCADA

2    40.99.75 (sic).  I cancel the order, and I decided

3    to wait for a slightly lower private.  Obviously, I

4    liked the price 499.25 at some point.  It looks like

5    I decided to try for that price again.

6          Q     Why wouldn't you have used an iceberg

7    order for that?

8    A     Because if a large sell order had come in, it

9    would probably be more likely that I would get

10   filled putting an order with the size priority.

11         Q     You're saying if a large order came in,

12   you would have gotten a better fill if you had had

13   an iceberg?

14   A     No.  Iceberg would have been less likely to

15   get filled.

16         Q     Why is that?

17   A     Because if a large sell order came to the

18   market, at the market, and touched my limit, I would

19   be more likely to get a bigger partial fill with

20   this order than I would with an iceberg order.

21         Q     Would you have known what volume of

22   orders there were at the price at which you put in

23   that buy order?

24   A     What you mean would I have known?

25         Q     When you're looking at -- when you're

210

MONCADA

1          All right.  We can go on to the next

2    Exhibit.  What exhibit are we on?

3          (Exhibit marked Exhibit 11 for

4          identification.)

5          MR. RIDENOUR:  It's also a short one.

6     Q     Exhibit no. 11, Bates number is

7    WHEAT-AF-000217.  Trade date is 10/26/2009.  This is

8    for the BES account.  Record number starts with

9    712458, ends with record number 721537.  This is an

10   excerpt from full document WHEATAF217, which I

11   filtered to remove from all items where field 47 has

12   a value of order SRC Equals Autospreader.

13          All right.  Mr. Moncada, the orders

14   here, you'll see a 302 lot buy order.  It's record

15   715929, canceled approximately 7/10 of a second

16   later.  The price here is 537.75.  The next entry,

17   which is record 716 -- I'm sorry, 717248, is a buy

18   order for 500 lots, which was canceled 7/10 of a

19   second later, also at a price of 537.75.

20          Do you know why you would have put in

21   two large lot orders and canceled them 7/10 of a

22   second later at the same price?

23   A     No, I don't know why.

24          MR. MCCRACKEN:  I'm sorry, I just

213

MONCADA

1

2   719368.  That Exchange order ID is associated with a

3   sell order that's the first item entered on this, on

4   this excerpt.  And if you look at the time stamp on

5   that, that five lot sell order is sitting in the

6   market for about a minute.

7              Why is it that you would leave that

8   five lot sell order in the market for a minute while

9   you cancel your large lot orders at 7/10 of a

10  second?

11  A      I don't know.

12              MR. MCCRACKEN:  I'm sorry.

13  A      I don't know.  I don't recall the situation,

14  exactly this situation.

15      Q      Would you leave -- how long would you

16  normally leave orders live in the market?

17  A      It depended on the order.  Depended on the

18  market.

19      Q      For a five lot order like this, how

20  long would you anticipate leaving it in the market

21  if you were intended for it to fill?

22  A      If it didn't fill right away --

23              (Court Reporter clarification at this time.)

24  A      If it did not fill right away, I could cancel

25  it right away, or I could decide to leave it in, or

MONCADA

1

2    A      I'm not sure.   I don't know why they would be

3    different, but I could imagine that I was -- I would

4    imagine I was hoping to buy a large number of

5    futures at this price.

6          Q      And then do what with them?

7    A      Well, I would either keep -- decide to keep

8    them or decide to sell them back out.

9          Q      And under what circumstances would you

10   decide to keep them?

11   A      I could keep them if they go in my favor, and

12   the market feels good, or I could decide to sell

13   them back out if the market goes in my favor, and I

14   want to take a profit, or I could decide if it goes

15   against me I will exit the position and move on.

16         Q      And if you executed a 500 lot order,

17   and what -- what change in value is there in the

18   value of one contract of CBOT wheat per tick?

19            Do you know?

20   A      It's $12.50 per tick.

21         Q      And if you had a 500 lot order, and it

22   fully executed, and it moved against you by a tick,

23   what would that mean for your equity?

24   A      It would go down by $625.

25         Q      Or is that 6,250?

217

MONCADA

2    A       Oh, 500.

3            Q       500.

4    A       Yeah, 6,250.

5            Q       And if you decided to hold onto that

6    order, how much margin would you have to post for

7    that order?

8    A       I don't know what the margin requirements

9    were back then.

10           Q       You said that the initial margin you

11   thought was somewhere in the neighborhood of $2,000

12   per contract, and then the maintenance margin was

13   some discount thereof?

14   A       That could have been -- that could have been

15   close to the million dollar margin call, if I

16   decided to hold it overnight -- or, sorry, a million

17   dollars of margin if I decided to hold it overnight.

18   If I decided to hold it overnight and didn't decide

19   to spread it off in some way.

20           Q       So in 7/10 of a second, with one of

21   these orders on this page, you went from willing to

22   fill an order that could, if you decided to hold

23   onto it, mean that you would have to post somewhere

24   in the neighborhood of a million dollars margin,

25   7/10 of a second you decided -- you went from, "I

218

MONCADA

1
2       want to do this," to "I don't want to do this."

3                   Is that what you're saying?

4       A       It's possible.

5               Q     Is there any other reason that you

6       would have canceled?

7       A       You know --

8                   MR. ASCHE:  He's already given you

9       several reasons.  You want some additional ones

10      other than what he's already given you?  He said

11      several times --

12              Q    I want to know -- I want to know the

13      universe.  I want to know the universe.

14      A       I've given you --

15                  MR. ASCHE:  He's given you several

16      reasons.

17              Q    And he's given me a lot of, "Well,

18      possibles." (sic)

19                  So I want --

20                  MR. ASCHE:  Are there any other reasons

21      other than what you've testified no?

22      A       I don't have any other reasons.

23              Q    Okay.  So you would have canceled

24      because either you would have changed your mind,

25      based off of other macro market issues, or still was

219

                              MONCADA

1

2    that -- I think that was the only reason.

3              MR. ASCHE:  No, it wasn't.

4        Q    What were the other reasons?

5              MR. ASCHE:  He's not going to go over

6    it again.  It's 4:35.  He's not going to keep

7    answering the same questions with the same answers.

8              You have to look at the transcript if

9    want to know what the prior answer is, or you can

10   ask me.

11             MR. MCCRACKEN:  Are you as good as a

12   transcript, Richard?

13             MR. ASCHE:  No, but I'm not going to

14   have the witness go back and reiterate prior

15   answers.

16       Q    All right.  Let's move on to the next

17   one.

18             MR. RIDENOUR:  Exhibit 12.

19        (Exhibit marked Exhibit 12 for

20        identification.)

21        Q    So let me ask you a question about -- I

22   guess let me mark this one for the record.

23             This is Exhibit 12, Bates number at the

24   top it says excerpt from WHEAT-AF-000212.  Trade

25   date 10/14/2009.  Goes from record number 409621 to

MONCADA

1    464167.  This is trading in the BES account.

2              Mr. Moncada, I want to direct your

3    attention to two orders that you had entered.  I

4    guess just generally speaking, we'll just take the

5    first one.  Buy order 202 two lots, 9:50:30.539

6    seconds, record number 409621 is the first line

7    there.  This one wasn't canceled until 9:50:32.930

8    seconds, four lines down, approximately 2.4 seconds.

9              Do you know why you would have left

10   this large lot order in the market longer than some

11   of the other ones that we've seen?

12   A     Maybe I liked the market conditions a little

13   bit longer.

14             Q     And sometimes you've said that you

15   didn't want to leave an order out there, but in this

16   case it seems that you left your order on, not a

17   particularly long time, but longer than at some

18   other points.

19             Do you know why you would have left it

20   on longer this time?

21   A     It's we're talking about one second versus

22   two and a half seconds.  I was probably just liking

23   the market conditions a little bit longer.

24             Q     And then you'll notice approximately

221

MONCADA

1  
2     four seconds after that first one was canceled, you

3     entered another 202 buy order at the exact same

4     price, record number 410588, and that that one you

5     canceled approximately 9/10 of a second later.

6              Again, why would you have left the

7     order in the market for two-and-a-half seconds then

8     canceled it, and then four seconds later put another

9     one in at the exact same price?

10    A     I might have changed my mind.  I'm not really

11    sure.  It looks like I liked the price, I took it

12    out because I wanted to re-evaluate for a sec, put

13    it back in, didn't like it again.

14           Q     So you changed your mind about changing

15    your mind?

16    A     Yeah, it's possible.

17           Q     Okay.  All right.  I'm going to mark

18    this as Exhibit 13.

19           (Exhibit marked Exhibit 13 for

20           identification.)

21           Q     Bates number at the top of this is --

22    this is an excerpt from WHEAT-AF-000207.  Trade date

23    10/6/2009.  Again, record number 570027 going

24    through record number 582353.  Excerpt from trade

25    data 10/6/2009 and in the BES account.

222

1                        MONCADA

2              I want to draw your attention to the

3    first large lot order.  The first -- the first

4    record on here was a buy order for 500 lots at 462.

5    It's record number 570027.  Then approximately 2.4

6    seconds later you added a second buy order for 225

7    lots at 462.25.

8              Why would you have had two large orders

9    working at the same time?

10   A      I don't really know.

11         Q      Would you have intended to execute all

12   of those orders?

13   A      If I put them out there on the screen, I

14   would have -- I would have been comfortable with the

15   risk of having both orders filled.

16         Q      That's different than actually

17   intending to execute.

18              Would you have been intending to

19   execute that full --

20              MR. ASCHE:  Object to the form of the

21   question.

22         Q      -- order?

23              MR. MCCRACKEN:  You can still answer.

24              MR. ASCHE:  Can you answer the question

25   about your intent?

223

MONCADA

1

2   A     I don't really know what my intent was in

3   this specific instant.

4        Q    These two orders together are for 725

5   lots.

6   A     Yes.

7        Q    Previously we talked about the amount

8   of margin that would be required if you would have

9   taken overnight 500 lot order, I guess, let's not

10   tax our brains on math, but the margin requirement

11   for 725 lots would be even greater, correct, if you

12   took it overnight?

13   A     If I took it overnight, yes.

14        Q    Okay.  I'm going to move onto -- I'm

15   going to mark this as Exhibit 14.

16        (Exhibit marked Exhibit 14 for

17        identification.)

18        Q    The first page of this starts off with

19   a sell order for 500 lots at 532.  It's record

20   number 1 -- actually, hold on.  Let me introduce the

21   exhibit.  This is marked at Exhibit no. 14.  It's an

22   excerpt from document WHEAT-AF-000013.  Trade date

23   10/26/2009 for the Serdika account.  It goes from

24   record number 1294050 through 1301348.

25        Mr. Moncada, the first item on this

224

1                          MONCADA

2     sheet is a 500 lot sell order at 532.

3               Do you see that?

4     A      Uh-huh.

5          Q     Yes?

6     A      Yes.

7          Q     And this order was canceled

8     approximately one second later.

9               Do you see that?

10    A      Yes.

11         Q     The next item after the cancellation of

12    the 500 lot sell order is a 20 lot buy order.  This

13    20 lot buy order is at record number 1300892.

14              If you look at the right-hand column,

15    order res, there are a number of entries.  The

16    first -- the first one associated with that large

17    lot order column says GTD.

18              Is that your understanding that that

19    would mean good till day?

20    A      Yes.

21         Q     The 20 lot order on the buy side that I

22    just referred to, the order res. entry for that says

23    "iceberg."

24              Do you know or can you tell from this

25    if that was a -- if that order was entered as an

228

MONCADA

1

2      Q     Okay.  So --

3   A      I used the iceberg sometimes.  I decided not

4   to use it other times.  I don't know of the exact

5   situation on why I would do that, but...

6      Q     But you wanted the market to see the

7   full 500 lots of your order?

8   A      I don't remember the situation.  I don't

9   know.  I can't speculate on what I wanted the market

10  to do.

11     Q     But you wanted the market to see.  It's

12  not a question of what you wanted the market to

13  react to, but you wanted the market to see the full

14  500 lot orders, correct?

15  A     Well, most of my orders are without using

16  iceberg, so I don't want the market to see all my

17  orders.

18     Q     No.  In this situation for that 500 lot

19  order, you wanted the market to see the full 500

20  lots, correct?

21  A     I don't know exactly what I was trying to do.

22  You've given me a snapshot of a couple of minutes.

23  I don't know what I did after.

24     Q     If you had not wanted the market to see

25  the entire 500 lots of the order, would you have

229

1                           MONCADA

2    used an iceberg?

3    A       I don't use iceberg very often.

4       Q       Here's a situation where you used an

5    iceberg at the same time that you were putting in a

6    500 lot order.  So it's obvious that at this point

7    in time you're at least thinking about using

8    icebergs, so why didn't you use an iceberg for your

9    large order, but you used it for your 20 lot order?

10   A       I don't know.  Again, I don't know what the

11   situation was in the market here.

12      Q       Are you trying to signal the market in

13   any way with this 500 lot order?

14   A       I wouldn't be able to answer that.  I don't

15   know.  I don't know what I was trying to do.

16      Q       Are you trying to -- are you trying --

17   are you using that 500 lot order trying to help that

18   20 lot iceberg fill?

19   A       It looks to me that was one of the -- that I

20   was willing to buy and sell.  I was willing to buy

21   below and sell little bit higher.

22              MR. MCCRACKEN:  Mr. Moncada, you

23   understand just repeating the data back to us is not

24   an answer, don't you?

25              MR. ASCHE:  Is that a question?

Moncada, Eric - July 2, 2013

231

MONCADA

1

2          So we need you to say --

3          MR. ASCHE:  All right --

4      Q    Give possible reasons --

5          MR. ASCHE:  That's it.  That's it.

6  You're not to go ask him the same question again

7  with a pre-ample.  He told you that he can't answer

8  the question, move on and ask another question or

9  terminate the deposition, but you can't ask the same

10  question a hundred times.  He's given you an answer.

11  If you don't like his answer, fine.  If you do like

12  his answer, also fine.

13          MR. RIDENOUR:  I think we are towards

14  the end.  Three more that I hope to do in rapid

15  success.

16      Q    I'll mark this as Exhibit 15.

17          (Exhibit marked Exhibit 15 for

18          identification.)

19      Q    Okay.  This is an excerpt from document

20  WHEAT-AF-000014.  Trade date 10/27/2009 in the

21  Serdika account beginning with record number

22  1474745, ending with 1548830.

23          Mr. Moncada, just, again, you know,

24  there's some large lot orders in here.  I want to

25  direct your attention to page 3, unfortunately I did

1                           MONCADA

2     not get all of this on the same page, it's a little

3     bit more difficult to follow.  If you look at pages

4     1 and 3 side by side.  It would probably be the

5     easiest, if you want to take the staple off.  The

6     column order res, wound up being on page 3 rather

7     than page 1, but I want to point you down to an

8     order where on the -- on page 1 you'll see it's

9     order quantity 102 lots.  And that is record number

10    1546924.  If you look at page 3 with the same order

11    number, it shows that the order res. entry is

12    iceberg.  This -- I guess, I'll just ask you why, to

13    the best of your recollection, would you have used

14    an iceberg order type for this 102 lot order?

15    A       I have no -- again, I have no idea of the

16    circumstance.  I don't know why I would use an

17    iceberg order.

18         Q     At the top of the page, first line, is

19    a buy order of 302 lots, a price of 507.  Canceled

20    approximately .6 seconds later.

21              Do you know why you would have canceled

22    this order within 6/10 of a second?

23    A       It appears that I could have changed my mind,

24    or I just didn't want to leave the order out there.

25              Q     And the reasons that you would have

233

MONCADA

1

2    changed your mind, would those be the same reasons

3    we discussed earlier?

4    A       Yeah, general market reasons.

5           Q       You have no specific recollection of

6    orders on this day or these orders?

7    A       No.

8           Q       And move over to -- we're going to mark

9    as Exhibit 16.

10          (Exhibit marked Exhibit 16 for

11          identification.)

12          Q       This is an excerpt from document

13   WHEAT-AF-000215, trade date 10/19/2009 in the BES

14   account beginning with record number 128983, going

15   through record number 134705.

16          Mr. Moncada, you see about halfway down

17   the page there is a 500 lot order.  There's, I

18   guess, at the top of the page there's a 500 lot

19   order, and then this order seems to have been

20   replaced and then deleted.

21          Do you see that --

22   A       Yeah.

23          Q       -- on the first page?

24   A       Yeah.

25          Q       Okay.  And then it appears actually

234

MONCADA

1
2      simultaneous with the deleted order another 500 lot

3      order was entered.  Does -- and the difference, I

4      guess, one of -- the first lot -- the first 500 lot

5      order the original price was 509, then it was

6      replaced with one at 509.25.  The 500 lot order at

7      509.25, if you see just past halfway down the page

8      appears to have been partially filled with two lots.

9              Do you see that?  Two single lot fills?

10     A      Yes.

11             Q      Yes?

12     A      Yes.

13             Q      And approximately 3/10 of a second

14     later you look over at the date and time, the

15     remaining 498 lots was canceled.

16             Do you know why you would have canceled

17     the remaining 498 lots in this order?

18     A      It could have been a number of reasons

19     including the market, what the markets were doing.

20             Q      Do you have any specific recollection

21     of these trades, or any other large lot orders you

22     placed on this date?

23     A      No, I don't.

24             Q      And we're going to go to Exhibit 17

25     now.

235

MONCADA

1

2          (Exhibit marked Exhibit 17 for

3          identification.)

4          Q      Exhibit 17 is an excerpt from

5     WHEAT-AF-000210, trade date 10/12/2009 in the BES

6     account, starting at record number 266202, going

7     through record 306257.

8                 Mr. Moncada, first line on here is a

9     buy order for 500 lots at 484.5, and it appears to

10    have been deleted or canceled approximately 6/10 of

11    a second later.

12                Do you know why you would have canceled

13    that large lot order?

14    A      Most likely the same reasons as before, but I

15    don't really recall this example specifically.

16         Q      Approximately 11 seconds after that

17    first large lot order was canceled, you entered

18    another one for 200 lots at a price one tick below

19    where the first one was entered, and that order was

20    canceled approximately 1.3 seconds later.

21                Any idea why you would have entered a

22    new order 11 seconds later and then canceled it?

23    A      The market could have given me a reason to

24    want to buy it at a slightly lower price.

25         Q      Do you know why you would have canceled

246

1                       Moncada

2       Q       When was the last time you spoke

3    to him?

4       A       I spoke to him last weekend.

5       Q       Do you know where he is located?

6       A       He is in New York.

7       Q       Do you know if he is still

8    trading futures?

9       A       I don't believe he is trading

10   futures.

11      Q       You said that you weren't quite

12   sure when he would have started at BES.  Do

13   you have an idea on the timeframe?

14      A       I think it was early 2009.

15      Q       And is there someone with the

16   last name Moriarty?

17      A       Yes.  James Patrick Moriarty.

18   He is known as Patrick.

19      Q       Which entities did he trade for?

20      A       He traded for Serdika.

21      Q       Did he also trade for BES?

22      A       No.

23      Q       Do you know when he started at

24   Serdika?

25      A       He started around the same time

247

Moncada

1   I did.

2

3        Q        Early 2009?

4        A        He started around the same time

5   I did, 2007.

6        Q        Sorry, BES was 2009.

7                 Do you know if or how long he

8   was with Serdika?

9        A        No, I don't know when he left.

10       Q        Was it after you left?

11       A        I believe so, yes.

12       Q        How long have you known Mr.

13  Moriarty?

14       A        Since 2007.

15       Q        When was the last time you spoke

16  to him?

17       A        I spoke to him yesterday.

18       Q        Do you know where he is located?

19       A        Somewhere in upstate New York.

20       Q        You said you spoke to him

21  yesterday.  What did you speak to him about?

22       A        I spoke to him about trying to

23  get together and have dinner.  He is a

24  friend of mine.

25       Q        Do you know if he is still

254

Moncada

1     Q     What discussions did you have

2 with him?

3     A     We talked about different

4 trading ideas and different approaches to

5 trading wheat.

6     Q     And did you discuss specific

7 trades that you were placing in wheat?

8     A     Sometimes we did, yes.

9     Q     Mr. Brandeis, did you discuss

10 specific trades that you were placing in the

11 wheat market?

12     A     Yes, we discussed all trades.

13     Q     Back in October of 2009, did you

14 ever place orders in the BES account and the

15 Serdika account trying to move positions

16 between those two accounts?

17     A     I had offsetting positions in

18 both accounts, and we had expiration risk,

19 and I tried to move some trades over and was

20 told it wasn't possible, and I closed the

21 trades out by offsetting them.

22     Q     How would you close out those

23 positions by offsetting them?

24     A     I put orders into the market in

255

                        Moncada

1

2    one account and put orders in the market in

3    another account and closed out the

4    positions.

5         Q      So you put a buy order in one

6    account and a sell order in the other

7    account?

8         A      Correct.

9         Q      And those would be for the same

10   quantity?

11        A      It would be for the quantity

12   that I wanted to get out of in that

13   position.

14        Q      And the offsetting orders would

15   be at the same price?

16        A      Sometimes they were the same

17   price, sometimes they were a very close

18   price to each other.

19        Q      Sometimes a close price; is that

20   what you said?

21        A      Yes.

22        Q      And did you say something at the

23   end of that?

24        A      No.

25             MR. ASCHE:   He said "close price

256

1                    Moncada

2        to each other."

3        Q       Is that correct, Mr. Moncada,

4   you put in a price close?

5        A       Yes.

6        Q       By close do you mean one tick

7   apart?

8        A       Close.  I don't know exactly

9   what it was.

10        Q       Do you know how many times you

11   put in orders or offsetting orders in your

12   BES and your Serdika account in October of

13   2009?

14        A       I don't know how many times in

15   October, no.

16        Q       Do you know how many times you

17   did that overall?

18        A       I think it was around ten or 12.

19        Q       Were those trades in the wheat

20   market, the CBOT wheat market?

21        A       Yes.

22                MR. RIDENOUR:  I want to

23        introduce an exhibit right now.  I'm

24        going to mark this as Exhibit 18.  Just

25        take a look at that for a moment.  I'll

262

1                    Moncada

2          Moncada, but all market activity.  This

3          excerpt is from time 10:29 and 9.476

4          seconds to 10:20 and 10.944 seconds.

5          Q      Mr. Moncada, have you had a

6    chance to review this?

7          A      Yes.

8          Q      The first line of this excerpt

9    shows an order to buy 80 lots in the Serdika

10   account at a price of 466.  Do you see that?

11         A      Yes.

12         Q      And a little past halfway down

13   the page there is an 80 lot order to sell in

14   the BES account also at 464.  Do you see

15   that?

16         A      Yes.

17         Q      Does it look like this is an

18   example of when you were trying to move a

19   position from the BES account to the Serdika

20   account?

21         A      It looks like I was trying to

22   close out the position in the accounts, yes.

23         Q      Does it look like you were

24   trying to have the order in the BES account

25   match against the order in the Serdika

1                      Moncada

2    account?

3          A      Yes, it does.

4          Q      Seeing the fills towards the

5    bottom of the page, in particular a 46 lot

6    fill, does it appear to you that at least a

7    large portion of the BES order was filled

8    against the Serdika order?

9          A      It looks like some of the order

10   was filled against the Serdika order, yes.

11              MR. RIDENOUR:  I'm going to mark

12          another document.  This one is

13          Exhibit 20.  Just take a look at that.

14              (Four-page spreadsheet was

15          marked as Plaintiff's Exhibit 20 for

16          identification, as of this date.)

17              MR. RIDENOUR:  Exhibit 20 is an

18          excerpt from the top-left corner says,

19          "Excerpt masked underscore ZWZ9

20          underscore 10122009."  Again, this is

21          an excerpt for CME data produced to the

22          Commission that has been anonymized to

23          Mr. Moncada's trading and produced to

24          defendants on April 30th.  This excerpt

25          runs from confirmation time 12:27 and

265

                              Moncada

1

2    that new order in the Serdika account, do

3    you see the number of fills or a series of

4    fills of both of those orders?

5         A     Yes.

6         Q     And does it appear that most if

7    not all of each of those 116 lot orders was

8    filled against the other?

9         A     Yes.

10        Q     Do you believe that this is one

11   of those examples of you trying to move an

12   account or move a position from your BES

13   account to the Serdika account?

14        A     I was trying to close out the

15   position in the account, yes.

16        Q     Were you trying to place those

17   orders to have them filled against each

18   other?

19        A     Yes.

20             MR. RIDENOUR:  And lastly I'm

21        going to put in Exhibit 21.  Exhibit 21

22        on the top-left corner says excerpt

23        from masked underscore ZWZ9 underscore

24        10292009.  This is again an excerpt

25        from CME data produced to the

268

1                      Moncada

2     quarter.  And then there is a series of

3     fills of both of these orders.  Do you see

4     those fills?

5          A     Yes.

6          Q     Looking at this, do you see --

7                MR. McCRACKEN:  Page 13.

8                MR. RIDENOUR:  Yes, on page 13

9         there is a series of fills.

10         Q     Does it appear that this is an

11    instance of you trying to move a position

12    from BES to Serdika?

13         A     Yes, yes.

14         Q     Were you trying to have the two

15    orders filled against each other?

16         A     Yes, I was trying to close the

17    position out on both sides.

18         Q     Were you tying to have those

19    orders filled against each other though?

20         A     Yes.

21         Q     You said that you were trying to

22    close out positions because of expiration

23    risk.

24         A     Sometimes it was because of

25    expiration risk.  Sometimes we had open

259

1                   Moncada

2    about halfway down the page there is a new

3    order entered for 271 lots.  There is a buy

4    order in account A4858, which is the Serdika

5    account at a price of 499.

6        A      What page are you on?

7        Q      It's on page eight.

8        A      Okay.

9        Q      Do you recall placing these

10   orders?

11       A      Not specifically, no.

12              MR. ASCHE:  You have to keep

13       your voice up.

14       A      I don't exactly recall the

15   situation.

16       Q      If you look, it winds up being

17   offsetting orders, both for 271 lots, both

18   with a price of 499 with the sell order in

19   the Serdika account and the buy order in the

20   BES account.  Would that be one of the times

21   that we just discussed where you had placed

22   offsetting orders in the two accounts?

23       A      It looks like it could have

24   been.

25       Q      Can you think of any other

260

1                        Moncada

2    reason why you would have put in orders,

3    offsetting orders at the same price and the

4    same quantity?

5        A       No.

6        Q       If you look down the rest of

7    page eight and page nine there is a series

8    of fills with a function name on this trade

9    which makes it easy to spot, and the 271

10   lots of both orders appears to be fully

11   executed, including a 100 lot fill and a 63

12   lot fill that appear in both accounts.

13   Looking at this, does it appear that most if

14   not all of your order in one account was

15   filled against the other order?

16       A       Yes, it does.

17       Q       Were you trying to have each

18   order filled against the other order?

19       A       I was trying to close the

20   position.

21       Q       But were you trying to have

22   those orders hit each other?

23       A       It looks like it.  It looks like

24   I was just trying to get out of the risk and

25   size.

261

                        Moncada

1

2       Q       But the way that you were doing

3    that was by trying to fill the order in the

4    BES account against the order in the Serdika

5    account, correct?

6       A       It looks like it.

7               MR. McCRACKEN:  Is that a yes?

8               THE WITNESS:  I said it looks

9       like it, yes.

10              MR. RIDENOUR:  I'm going to mark

11      this document as Exhibit 19.  This is a

12      one-page spreadsheet.  I'll explain it

13      in just one second.

14              (One-page spreadsheet was marked

15      as Plaintiff's Exhibit 19 for

16      identification, as of this date.)

17              MR. RIDENOUR:  This document,

18      top-left corner is marked excerpt from

19      masked underscore ZWZ9 underscore

20      10062009.  I will represent that this

21      is an excerpt from the file that was

22      produced over to the defendant with the

23      same Bates number, and it's just an

24      excerpt of all market activity, not

25      just as with the last one, not just Mr.

267

                              Moncada

1

2    order to buy in the BES account for 154 lots

3    at a price of 504 and a half.  Do you see

4    that?

5         A       That's the Serdika account,

6    right?

7         Q       The first line.

8         A       That's BES, yes.

9         Q       So it's a buy order in the BES

10   account.  About halfway down that page do

11   you see a sell order in the Serdika account

12   for 154 lots at 508?

13        A       Yes.

14        Q       If you flash forward to the

15   bottom of page 12, do you see the second and

16   third lines from the bottom there is a

17   cancellation of the order from the BES

18   account, a reposting of that order basically

19   instantaneously at a price of 508 and a

20   quarter.  Do you see that?

21        A       Yes.  There is a price change.

22        Q       Back to where the order was in

23   the Serdika account, that was to sell at

24   508.  So then we are looking at one order to

25   sell at 508, one order to buy at 508 and a

316

1                          Moncada

2          civil procedure.

3                  Mr. Moncada, do you have to

4          clarify anything that you said today or

5          yesterday?

6                  MR. ASCHE:   I may ask him a few

7          questions to clarify.

8                  MR. RIDENOUR:   Go ahead and ask

9          your clarifying questions.

10     EXAMINATION BY

11     MR. ASCHE:

12          Q     Mr. Moncada, prior to yesterday,

13     had you reviewed any of the documents

14     produced by the plaintiff in connection with

15     your trading in October of 2009?

16          A     No.

17          Q     Or refresh your recollection

18     with any documents of any kind?

19          A     No.

20          Q     Do you have any specific

21     recollection of trades in October of 2009?

22          A     No, not from that time period,

23     not specifically.

24          Q     You were asked why you would

25     leave on a five lot order for a minute at

318

                          Moncada

1

2      capacity to be able to know whether

3      that's possible.

4            MR. ASCHE:  You object only to

5      the form of the question?

6            MR. McCRACKEN:  Well, I object

7      to the question.  I object to the form

8      of the question.  He already previously

9      testified he doesn't know whether that

10     is possible.

11           MR. ASCHE:  That's an example of

12     the kind of speaking objection that Mr.

13     McCracken objected to yesterday.

14           MR. McCRACKEN:  It is.  I

15     figured I can get a few in, too.

16           THE WITNESS:  I'm allowed to

17     clarify.

18           MR. McCRACKEN:  You certainly

19     can, and we're allowed to object.

20           MR. ASCHE:  You're not part of

21     this conversation, so just answer the

22     question.

23           THE WITNESS:  What was the

24     question?

25     Q      If there is a buyer or a seller

319

1                     Moncada

2     with a big order to fill, could it be done

3     in less than a second?

4             MR. McCRACKEN:  Lacks

5         foundation.

6         A      The market moves in -- at that

7     time it was moving in milliseconds.  The

8     computer algorithms that were there to trade

9     could move in hundreds of a second.  People

10    were locating servers close to the exchange

11    so they can trade faster and faster at the

12    time.

13        Q      So is the answer yes?

14        A      The answer is yes.

15        Q      Now, you gave one reason for

16    cancelling orders in a very quick fashion

17    was that you might have seen adverse market

18    news in some other commodity or in some

19    other arena that caused you to change your

20    mind.  Do you recall that testimony?

21        A      Yes.

22        Q      Do you have any specific

23    recollection of that happening in October of

24    2009?

25        A      Of what happening?

324

                        Moncada

1

2        Q        With a large lot order?

3        A        A large lot order is more

4    pronounced.

5        Q        So I guess just to put it in a

6    little bit more of a concrete example, let's

7    say that you have a buy order of 200 lots

8    and the price is 100, and when you are

9    talking about the market moving against you

10   what would that mean?

11       A        If the market goes through 100

12   and continues to go down you're subject to a

13   lot of downside, whereas if the market never

14   touches 100 and continues to go up you don't

15   get filled and you get no upside.

16       Q        Why would you be putting in a

17   large lot order in that case at all?

18       A        I would put it in with the

19   intention of hopefully being filled from

20   some order flow.  If there was back and

21   forth order flow and I got filled possibly

22   that would be a position I would be happy to

23   take, but I'm not going to leave the order

24   out there for somebody to possibly take

25   advantage of or lean against.  I'm prepared

                Moncada, Eric - July 3, 2013

325

Moncada

1

2      to make a decision on the market at that

3      moment and then change my mind, cancel and

4      reevaluate.

5          Q      When you said that you're not

6      going to leave it out there for someone else

7      to take advantage of, what do you mean by

8      that?

9          A      I mean if people sense that

10     general weakness in the market and you have

11     an order out there, it could be an order

12     that somebody else finds, you know, as an

13     advantage to take because it's an order that

14     is a little mispriced.

15         Q      You would be worried about

16     leaving a large lot order in the market

17     because someone would want to take advantage

18     of it?

19         A      Because it could be a mispriced

20     order.

21         Q      How would it be mispriced?

22         A      Based on the market conditions,

23     based on the market factors.

24         Q      What would you consider a

25     mispriced order to be?

332

1                    Moncada

2    out of that trade.

3        Q      So that is why you would have

4    cancelled it before it got filled, so you

5    wouldn't have someone lean against you?

6        A      No.  Generally what we want to

7    do is when I want to take a position in the

8    market I want to take a position at that

9    price at that moment.  If that's not going

10   to get filled I'm not going to leave my

11   order out there so somebody could take their

12   time and decide what they want to do.  I

13   choose to trade at that moment at that

14   price.  If I don't get filled I'm going to

15   cancel my order and look for another spot to

16   trade.

17       Q      So you choose to trade at that

18   moment and at that price, and if you're not

19   filled in less than a second you would

20   consider that stale; is that what you would

21   consider a stale order?

22       A      It was a strategy that I had

23   employed in 2009, and that was a

24   possibility, yes.

25       Q      So is your answer that the

Moncada, Eric - July 3, 2013

238

1

2                    C E R T I F I C A T E   O F   O F F I C E R

3         I, T H E R E S A   L.   T I E R N A N, A N o t a r y   P u b l i c   and

4    C e r t i f i e d   C o u r t   R e p o r t e r,   d o   h e r e b y   c e r t i f y   t h a t   p r i o r

5    t o   t h e   c o m m e n c e m e n t   o f   t h e   e x a m i n a t i o n,

6              E R I C     M O N C A D A

7    w a s   s w o r n   b y   m e   t o   t e s t i f y   t h e   t r u t h,   t h e   w h o l e   t r u t h

8    a n d   n o t h i n g   b u t   t h e   t r u t h.

9              I   D O   F U R T H E R   C E R T I F Y   t h a t   t h e   f o r e g o i n g

10   i s   a   t r u e   a n d   c o r r e c t   t r a n s c r i p t   o f   t h e   t e s t i m o n y   a s

11   t a k e n   s t e n o g r a p h i c a l l y   b y   a n d   b e f o r e   m e   a t   t h e   t i m e,

12   p l a c e   a n d   o n   t h e   d a t e   h e r e i n   b e f o r e   s e t   f o r t h.

13        I   D O   F U R T H E R   C E R T I F Y   t h a t   I   a m   n e i t h e r   a

14   r e l a t i v e   n o r   e m p l o y e e   n o r   a t t o r n e y   n o r   c o u n s e l   o f   a n y

15   o f   t h e   p a r t i e s   t o   t h i s   a c t i o n,   a n d   t h a t   I   a m   n e i t h e r   a

16   r e l a t i v e   n o r   e m p l o y e e   o f   s u c h   a t t o r n e y   o r   c o u n s e l,   a n d

17   t h a t   I   a m   n o t   f i n a n c i a l l y   i n t e r e s t e d   i n   t h e   a c t i o n.

18

19                    _Theresa Tiernan_

     ---------------------------------------

20      T H E R E S A   L.   C A R I D D I   T I E R N A N

        N o t a r y   P u b l i c

21      C. C. R.   L i c e n s e   N o.   X I 0 1 2 1 0 1

22

23

24

25