# ATTACHMENT AA

## TO JESSICA HARRIS AFFIDAVIT

Excerpt from WHEAT-AF-000017

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 359146 | 2009-10-30 09:56:21.628 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 359147 | 2009-10-30 09:56:21.628 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 359148 | 2009-10-30 09:56:21.643 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22893977 | 000DMP3T | Add | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 359245 | 2009-10-30 09:56:22.347 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 22893977 | 000DMP3T | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 359246 | 2009-10-30 09:56:22.347 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 22893977 | 000DMP3T | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 359247 | 2009-10-30 09:56:22.347 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22893977 | 000DMP3T | Delete | Buy | 402 | 0 | 402 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 359632 | 2009-10-30 09:56:27.503 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22876731 | 000DMBSR | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 500 | | | Limit |
| 359651 | 2009-10-30 09:56:29.612 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 501.5 | | | Limit |
| 359652 | 2009-10-30 09:56:29.612 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 501.5 | | | Limit |
| 359653 | 2009-10-30 09:56:29.612 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22894145 | 000DMP8H | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 501.5 | | | Limit |
| 359654 | 2009-10-30 09:56:30.300 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22876731 | 000DMBSR | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 500 | | | Limit |
| 359700 | 2009-10-30 09:56:31.659 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22874966 | 000DMAFQ | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 500.25 | | | Limit |
| 361035 | 2009-10-30 09:56:40.675 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 499.75 | | | Limit |
| 361036 | 2009-10-30 09:56:40.675 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 499.75 | | | Limit |
| 361037 | 2009-10-30 09:56:40.675 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22894605 | 000DMPL9 | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 499.75 | | | Limit |
| 361068 | 2009-10-30 09:56:41.394 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 22894605 | 000DMPL9 | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 499.75 | | | Limit |
| 361069 | 2009-10-30 09:56:41.394 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 22894605 | 000DMPL9 | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 499.75 | | | Limit |
| 361070 | 2009-10-30 09:56:41.394 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22894605 | 000DMPL9 | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 499.75 | | | Limit |
| 361309 | 2009-10-30 09:56:44.019 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22874966 | 000DMAFQ | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 500.25 | | | Limit |
| 361589 | 2009-10-30 09:56:45.566 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22874967 | 000DMAFR | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 500.5 | | | Limit |
| 361590 | 2009-10-30 09:56:45.566 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22874967 | 000DMAFR | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 500.5 | | | Limit |
| 367750 | 2009-10-30 09:57:24.316 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 367751 | 2009-10-30 09:57:24.316 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 367752 | 2009-10-30 09:57:24.316 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22896833 | 000DMRB5 | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 367864 | 2009-10-30 09:57:24.973 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 22896833 | 000DMRB5 | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 367865 | 2009-10-30 09:57:24.973 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 22896833 | 000DMRB5 | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 499.25 | | | Limit |
| 367866 | 2009-10-30 09:57:24.973 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 22896833 | 000DMRB5 | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 499.25 | | | Limit |



EXHIBIT 10

Excerpt from

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 359146 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359147 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359148 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:21.0 | | 10.35.118.103 | | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359245 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:21.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359246 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:21.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359247 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:22.0 | | 10.35.118.103 | | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359632 | <None> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:27.0 | | N/A | N/A | TrnNo=227 | SOK=062PI | RecNo=769 | Contract=Z |
| 359651 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359652 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359653 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:29.0 | | 10.35.118.103 | | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 359654 | <None> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:30.0 | | N/A | N/A | TrnNo=227 | SOK=062PI | RecNo=769 | Contract=Z |
| 359700 | <None> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:31.0 | | N/A | N/A | TrnNo=227 | SOK=062PI | RecNo=769 | Contract=Z |
| 361035 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 361036 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 361037 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:40.0 | | 10.35.118.103 | | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 361068 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:40.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 361069 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:40.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 361070 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:41.0 | | 10.35.118.103 | | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 361309 | <None> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:44.0 | | N/A | N/A | TrnNo=227 | SOK=062PI | RecNo=769 | Contract=Z |
| 361589 | <None> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:45.0 | | N/A | N/A | TrnNo=227 | SOK=062PI | RecNo=769 | Contract=Z |
| 361590 | <None> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:56:45.0 | | N/A | N/A | TrnNo=227 | SOK=062PI | RecNo=769 | Contract=Z |
| 367750 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 367751 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 367752 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:57:24.0 | | 10.35.118.103 | | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 367864 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:57:24.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 367865 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:57:24.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |
| 367866 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 14:57:24.0 | | 10.35.118.103 | | StopTrigQt | SOK=062PI | Sndr=1735 | DisclQty=0 |

Excerpt fro

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 359146 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359147 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359148 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359245 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359246 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359247 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359632 | CTI=4 | Origin=0 | | | | | | | | | |
| 359651 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359652 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359653 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 359654 | CTI=4 | Origin=0 | | | | | | | | | |
| 359700 | CTI=4 | Origin=0 | | | | | | | | | |
| 361035 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 361036 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 361037 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 361068 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 361069 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 361070 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 361309 | CTI=4 | Origin=0 | | | | | | | | | |
| 361589 | CTI=4 | Origin=0 | | | | | | | | | |
| 361590 | CTI=4 | Origin=0 | | | | | | | | | |
| 367750 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 367751 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 367752 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 367864 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 367865 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 367866 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |