# ATTACHMENT I

## TO JESSICA HARRIS AFFIDAVIT

| date | conf_time | instrument | tag_50 | account__at_ | buy_sell | func_code | quantity | price__at_ | order__at_ |
|------|-----------|------------|--------|--------------|----------|-----------|----------|------------|------------|
| 9/30/2009 | 12:14:30.889 | ZWZ9 | EM4 | A5187 | S | 1 | 500 | 444 | 0006Q6HA |
| 9/30/2009 | 12:14:31.535 | ZWZ9 | EM4 | A5187 | S | 3 | 500 | 444 | 0006Q6HA |
| 9/30/2009 | 12:14:42.022 | ZWZ9 | EM4 | A5187 | S | 1 | 2 | 443.25 | 0006Q6QM |
| 9/30/2009 | 12:14:42.022 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 443.25 | 0006Q6QM |
| 9/30/2009 | 12:14:42.022 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 443.25 | 0006Q6QM |
| 9/30/2009 | 12:14:54.496 | ZWZ9 | EM4 | A5187 | S | 1 | 402 | 443.5 | 0006Q74D |
| 9/30/2009 | 12:14:55.127 | ZWZ9 | EM4 | A5187 | S | 3 | 402 | 443.5 | 0006Q74D |
| 9/30/2009 | 12:15:37.472 | ZWZ9 | EM4 | A5187 | S | 1 | 500 | 443.25 | 0006Q7ZP |
| 9/30/2009 | 12:15:38.296 | ZWZ9 | EM4 | A5187 | S | 3 | 500 | 443.25 | 0006Q7ZP |