# ATTACHMENT J

TO JESSICA HARRIS AFFIDAVIT

| Date | Conf_Time | Instrument | Tag_50 | Account__AT_ | Buy_Sell | Func_Code | Quantity | Price__AT_ | Order__AT_ |
|---|---|---|---|---|---|---|---|---|---|
| 10/06/2009 | 10:20:09.476 | ZWZ9 | EM4 | A4858 | B | 1 | 80 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:10.943 | ZWZ9 | EM4 | A5187 | S | 1 | 80 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.943 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.943 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.943 | ZWZ9 | EM4 | A5187 | S | 105 | 5 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.943 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A4858 | B | 105 | 46 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A5187 | S | 105 | 20 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A5187 | S | 105 | 46 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.944 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 466 | 0007U9S1 |
| 10/06/2009 | 10:20:10.955 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:14.827 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:14.827 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:14.832 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:16.233 | ZWZ9 | EM4 | A5187 | S | 1 | 500 | 466.25 | 0007U9US |
| 10/06/2009 | 10:20:16.241 | ZWZ9 | EM4 | A4858 | B | 105 | 3 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:16.242 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:16.242 | ZWZ9 | EM4 | A4858 | B | 105 | 2 | 466 | 0007U9RR |
| 10/06/2009 | 10:20:16.601 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 466.25 | 0007U9US |
| 10/06/2009 | 10:20:17.114 | ZWZ9 | EM4 | A5187 | S | 3 | 499 | 466.25 | 0007U9US |
| 10/06/2009 | 10:20:24.160 | ZWZ9 | EM4 | A4858 | B | 3 | 22 | 466 | 0007U9RR |