# ATTACHMENT K

TO JESSICA HARRIS AFFIDAVIT

| Date | Conf_Time | Instrument | Tag_50 | Account__AT_ | Buy_Sell | Func_Code | Quantity | Price__AT_ | Order__AT_ |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2009 | 11:27:30.974 | ZWZ9 | EM4 | A4858 | B | 1 | 116 | 482.25 | 00094C3Y |
| 10/12/2009 | 11:27:56.161 | ZWZ9 | EM4 | A5187 | S | 1 | 116 | 483.5 | 00094CEL |
| 10/12/2009 | 11:27:57.787 | ZWZ9 | EM4 | A4858 | B | 3 | 116 | 482.25 | 00094C3Y |
| 10/12/2009 | 11:27:57.793 | ZWZ9 | EM4 | A4858 | B | 1 | 116 | 483.5 | 00094CF5 |
| 10/12/2009 | 11:27:57.794 | ZWZ9 | EM4 | A4858 | B | 105 | 100 | 483.5 | 00094CF5 |
| 10/12/2009 | 11:27:57.794 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 483.5 | 00094CF5 |
| 10/12/2009 | 11:27:57.794 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 483.5 | 00094CF5 |
| 10/12/2009 | 11:27:57.794 | ZWZ9 | EM4 | A4858 | B | 105 | 5 | 483.5 | 00094CF5 |
| 10/12/2009 | 11:27:57.794 | ZWZ9 | EM4 | A4858 | B | 105 | 9 | 483.5 | 00094CF5 |
| 10/12/2009 | 11:27:57.794 | ZWZ9 | EM4 | A5187 | S | 105 | 100 | 483.5 | 00094CEL |
| 10/12/2009 | 11:27:57.794 | ZWZ9 | EM4 | A5187 | S | 105 | 5 | 483.5 | 00094CEL |
| 10/12/2009 | 11:27:57.794 | ZWZ9 | EM4 | A5187 | S | 105 | 9 | 483.5 | 00094CEL |
| 10/12/2009 | 11:27:57.802 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 483.5 | 00094CEL |
| 10/12/2009 | 11:27:57.805 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 483.5 | 00094CEL |