# ATTACHMENT L

TO JESSICA HARRIS AFFIDAVIT

| Date | Conf_Time | Instrument | Tag_50 | Account__AT_ | Buy_Sell | Func_Code | Quantity | Price__AT_ | Order__AT_ |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2009 | 13:00:04.395 | ZWZ9 | EM4 | A5187 | B | 1 | 5 | 506 | 000A62F5 |
| 10/14/2009 | 13:00:04.412 | ZWZ9 | EM4 | A5187 | B | 105 | 5 | 506 | 000A62F5 |
| 10/14/2009 | 13:00:30.158 | ZWZ9 | EM4 | A5187 | B | 1 | 5 | 506.5 | 000A62YG |
| 10/14/2009 | 13:00:30.158 | ZWZ9 | EM4 | A5187 | B | 105 | 2 | 506.5 | 000A62YG |
| 10/14/2009 | 13:00:30.158 | ZWZ9 | EM4 | A5187 | B | 105 | 3 | 506.5 | 000A62YG |
| 10/14/2009 | 13:00:30.491 | ZWZ9 | EM4 | A5187 | B | 1 | 5 | 506.5 | 000A62YM |
| 10/14/2009 | 13:00:30.492 | ZWZ9 | EM4 | A5187 | B | 105 | 2 | 506.5 | 000A62YM |
| 10/14/2009 | 13:00:30.492 | ZWZ9 | EM4 | A5187 | B | 105 | 3 | 506.5 | 000A62YM |
| 10/14/2009 | 13:00:31.483 | ZWZ9 | EM4 | A5187 | B | 1 | 5 | 506.75 | 000A6346 |
| 10/14/2009 | 13:00:31.494 | ZWZ9 | EM4 | A5187 | B | 105 | 5 | 506.75 | 000A6346 |
| 10/14/2009 | 13:00:40.512 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 506.5 | 000A63AU |
| 10/14/2009 | 13:00:41.592 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 506.5 | 000A63AU |
| 10/14/2009 | 13:01:47.624 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 510 | 000A556J |
| 10/14/2009 | 13:01:47.641 | ZWZ9 | EM4 | A4858 | S | 105 | 2 | 507.75 | 000A654F |
| 10/14/2009 | 13:01:47.643 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 508 | 000A654I |
| 10/14/2009 | 13:01:48.239 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 510.25 | 000A557X |
| 10/14/2009 | 13:01:48.695 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 509.75 | 000A556L |
| 10/14/2009 | 13:01:49.712 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 512.5 | 000A26V8 |
| 10/14/2009 | 13:01:50.215 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 512.75 | 000A26VA |
| 10/14/2009 | 13:01:51.206 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 508.75 | 000A6591 |
| 10/14/2009 | 13:01:51.776 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 508.5 | 000A659L |
| 10/14/2009 | 13:01:52.145 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 508.75 | 000A65AR |
| 10/14/2009 | 13:01:52.625 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 509.25 | 000A65BV |
| 10/14/2009 | 13:01:52.991 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 509.25 | 000A65CN |
| 10/14/2009 | 13:01:53.609 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 509 | 000A65DD |
| 10/14/2009 | 13:01:56.759 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 508.5 | 000A659L |
| 10/14/2009 | 13:01:58.024 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 508.25 | 000A65KE |
| 10/14/2009 | 13:01:58.043 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 508.5 | 000A659L |
| 10/14/2009 | 13:01:58.640 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 508.25 | 000A65KE |
| 10/14/2009 | 13:02:01.509 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 509 | 000A65Q0 |
| 10/14/2009 | 13:02:08.917 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 507.25 | 000A666N |
| 10/14/2009 | 13:02:08.917 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 507.25 | 000A666N |
| 10/14/2009 | 13:02:08.917 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 507.25 | 000A666N |
| 10/14/2009 | 13:02:08.922 | ZWZ9 | EM4 | A4858 | S | 3 | 2 | 508.5 | 000A6630 |
| 10/14/2009 | 13:02:08.936 | ZWZ9 | EM4 | A4858 | S | 1 | 1 | 507.25 | 000A6678 |
| 10/14/2009 | 13:02:08.936 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 507.25 | 000A6678 |
| 10/14/2009 | 13:02:13.281 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 507.25 | 000A66DS |
| 10/14/2009 | 13:02:13.426 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 507.25 | 000A66E9 |
| 10/14/2009 | 13:02:17.800 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 507.25 | 000A66RL |
| 10/14/2009 | 13:02:18.384 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 507.25 | 000A66RL |
| 10/14/2009 | 13:02:29.284 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 509.5 | 000A673H |
| 10/14/2009 | 13:02:29.417 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 509.25 | 000A673I |
| 10/14/2009 | 13:02:30.192 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 509 | 000A673M |
| 10/14/2009 | 13:02:31.585 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 510.25 | 000A674Y |
| 10/14/2009 | 13:02:31.864 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 510.5 | 000A674Z |
| 10/14/2009 | 13:02:32.304 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 510.5 | 000A6752 |
| 10/14/2009 | 13:02:41.336 | ZWZ9 | EM4 | A4858 | S | 105 | 2 | 507.5 | 000A675U |
| 10/14/2009 | 13:02:41.336 | ZWZ9 | EM4 | A4858 | S | 105 | 2 | 507.5 | 000A675T |
| 10/14/2009 | 13:02:41.338 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 507.75 | 000A676C |
| 10/14/2009 | 13:03:35.421 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 510.5 | 000A6752 |
| 10/14/2009 | 13:03:35.422 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 510.5 | 000A674Z |
| 10/14/2009 | 13:03:36.000 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 510.5 | 000A68K8 |
| 10/14/2009 | 13:03:39.248 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 507.75 | 000A68KY |
| 10/14/2009 | 13:03:39.816 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 507.75 | 000A68KY |

| Date | Time | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2009 | 13:03:51.536 | ZWZ9 | EM4 | A5187 | B | 1 | 302 | 507.75 | 000A68RO |
| 10/14/2009 | 13:03:52.081 | ZWZ9 | EM4 | A5187 | B | 3 | 302 | 507.75 | 000A68RO |
| 10/14/2009 | 13:04:07.012 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 509.5 | 000A673H |
| 10/14/2009 | 13:04:25.208 | ZWZ9 | EM4 | A4858 | S | 105 | 4 | 508.5 | 000A693O |
| 10/14/2009 | 13:04:25.208 | ZWZ9 | EM4 | A4858 | S | 105 | 5 | 508.5 | 000A693Q |
| 10/14/2009 | 13:04:25.209 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 508.75 | 000A693R |
| 10/14/2009 | 13:04:26.312 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 508.5 | 000A69K7 |
| 10/14/2009 | 13:04:26.984 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 508.5 | 000A69K7 |
| 10/14/2009 | 13:05:00.970 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 508.75 | 000A6AU0 |
| 10/14/2009 | 13:05:01.289 | ZWZ9 | EM4 | A4858 | S | 1 | 1 | 507.75 | 000A6AUA |
| 10/14/2009 | 13:05:01.289 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 508 | 000A6AUA |
| 10/14/2009 | 13:05:05.956 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 508.5 | 000A6AUZ |
| 10/14/2009 | 13:05:24.392 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 508 | 000A6BQG |
| 10/14/2009 | 13:05:25.026 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 508 | 000A6BQG |
| 10/14/2009 | 13:06:10.288 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 508.25 | 000A6CX5 |
| 10/14/2009 | 13:06:10.928 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 508.25 | 000A6CX5 |
| 10/14/2009 | 13:06:16.989 | ZWZ9 | EM4 | A5187 | S | 105 | 5 | 509 | 000A673M |
| 10/14/2009 | 13:06:16.991 | ZWZ9 | EM4 | A4858 | S | 105 | 2 | 509 | 000A6D2W |
| 10/14/2009 | 13:06:16.992 | ZWZ9 | EM4 | A5187 | S | 105 | 5 | 509.25 | 000A673I |
| 10/14/2009 | 13:06:16.993 | ZWZ9 | EM4 | A4858 | S | 105 | 4 | 509.25 | 000A6D31 |
| 10/14/2009 | 13:06:16.996 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 509.5 | 000A6D2X |
| 10/14/2009 | 13:06:16.996 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 509.5 | 000A6D2Y |
| 10/14/2009 | 13:06:16.996 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 509.5 | 000A6D2Z |
| 10/14/2009 | 13:06:17.100 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 509 | 000A6D4D |
| 10/14/2009 | 13:06:20.339 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 509 | 000A6D4D |
| 10/14/2009 | 13:06:25.745 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 510.25 | 000A6DCT |
| 10/14/2009 | 13:06:25.745 | ZWZ9 | EM4 | A5187 | S | 105 | 5 | 510.25 | 000A674Y |
| 10/14/2009 | 13:06:25.746 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 510.25 | 000A6DCU |
| 10/14/2009 | 13:06:25.746 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 510.25 | 000A6DCV |
| 10/14/2009 | 13:06:31.520 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 510.5 | 000A68K8 |
| 10/14/2009 | 13:06:39.229 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.25 | 000A6EN5 |
| 10/14/2009 | 13:06:39.370 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.25 | 000A6END |
| 10/14/2009 | 13:06:39.608 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511 | 000A6ENN |
| 10/14/2009 | 13:06:39.659 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 510.25 | 000A6ENZ |
| 10/14/2009 | 13:06:39.659 | ZWZ9 | EM4 | A4858 | S | 105 | 5 | 510.75 | 000A6ENZ |
| 10/14/2009 | 13:06:39.660 | ZWZ9 | EM4 | A4858 | S | 3 | 5 | 511 | 000A6ENN |
| 10/14/2009 | 13:06:40.105 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.25 | 000A6EQO |
| 10/14/2009 | 13:06:40.570 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.5 | 000A6ERC |
| 10/14/2009 | 13:06:40.738 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.5 | 000A6ERF |
| 10/14/2009 | 13:06:41.001 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.75 | 000A6ETG |
| 10/14/2009 | 13:06:41.289 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.75 | 000A6ETI |
| 10/14/2009 | 13:06:41.453 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.75 | 000A6ETK |
| 10/14/2009 | 13:06:41.953 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 512 | 000A6ETM |
| 10/14/2009 | 13:06:42.107 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 512 | 000A6ETX |
| 10/14/2009 | 13:06:44.804 | ZWZ9 | EM4 | A4858 | S | 105 | 3 | 511 | 000A6EVN |
| 10/14/2009 | 13:06:44.804 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511 | 000A6EVN |
| 10/14/2009 | 13:06:44.805 | ZWZ9 | EM4 | A4858 | S | 105 | 4 | 511 | 000A6EVO |
| 10/14/2009 | 13:06:44.805 | ZWZ9 | EM4 | A4858 | S | 105 | 4 | 511 | 000A6EVR |
| 10/14/2009 | 13:06:44.806 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511 | 000A6EVN |
| 10/14/2009 | 13:06:44.853 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511 | 000A6EVO |
| 10/14/2009 | 13:06:44.857 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511 | 000A6EVR |
| 10/14/2009 | 13:06:46.531 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F5Z |
| 10/14/2009 | 13:06:46.531 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F5W |
| 10/14/2009 | 13:06:46.531 | ZWZ9 | EM4 | A4858 | S | 105 | 2 | 511.25 | 000A6F60 |
| 10/14/2009 | 13:06:46.531 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F62 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2009 | 13:06:46.531 | ZWZ9 | EM4 | A4858 | S | 105 | 2 | 511.25 | 000A6F63 |
| 10/14/2009 | 13:06:46.532 | ZWZ9 | EM4 | A4858 | S | 105 | 2 | 511.25 | 000A6F5W |
| 10/14/2009 | 13:06:46.532 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F5Z |
| 10/14/2009 | 13:06:46.568 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F5Z |
| 10/14/2009 | 13:06:46.569 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F60 |
| 10/14/2009 | 13:06:46.569 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F60 |
| 10/14/2009 | 13:06:46.569 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F60 |
| 10/14/2009 | 13:06:46.570 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6F63 |
| 10/14/2009 | 13:06:49.978 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.75 | 000A6FJO |
| 10/14/2009 | 13:06:51.497 | ZWZ9 | EM4 | A4858 | S | 1 | 1 | 510.75 | 000A6FTX |
| 10/14/2009 | 13:06:51.497 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6FTX |
| 10/14/2009 | 13:06:51.520 | ZWZ9 | EM4 | A4858 | S | 1 | 1 | 510.75 | 000A6FU5 |
| 10/14/2009 | 13:06:51.520 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6FU5 |
| 10/14/2009 | 13:06:51.523 | ZWZ9 | EM4 | A4858 | S | 1 | 1 | 510.75 | 000A6FU6 |
| 10/14/2009 | 13:06:51.523 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.25 | 000A6FU6 |
| 10/14/2009 | 13:06:55.067 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.75 | 000A6G01 |
| 10/14/2009 | 13:06:57.057 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 510 | 000A6G2C |
| 10/14/2009 | 13:06:57.208 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 510 | 000A6G2E |
| 10/14/2009 | 13:06:57.545 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 510 | 000A6G2H |
| 10/14/2009 | 13:06:57.889 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 509.75 | 000A6G2P |
| 10/14/2009 | 13:06:58.057 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 509.75 | 000A6G2R |
| 10/14/2009 | 13:07:11.884 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 511.25 | 000A6GDO |
| 10/14/2009 | 13:07:12.683 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 511.25 | 000A6GDO |
| 10/14/2009 | 13:07:21.302 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511.75 | 000A6G4W |
| 10/14/2009 | 13:07:23.941 | ZWZ9 | EM4 | A4858 | S | 105 | 4 | 511.75 | 000A6G4W |
| 10/14/2009 | 13:07:23.941 | ZWZ9 | EM4 | A4858 | S | 105 | 2 | 511.75 | 000A6G6R |
| 10/14/2009 | 13:07:36.120 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 511.25 | 000A6HK2 |
| 10/14/2009 | 13:07:36.707 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 511.25 | 000A6HK2 |
| 10/14/2009 | 13:08:18.401 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 511.5 | 000A6K6I |
| 10/14/2009 | 13:08:18.592 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 511.5 | 000A6K6Q |
| 10/14/2009 | 13:08:25.081 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 513.25 | 000A6KL1 |
| 10/14/2009 | 13:08:25.267 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 513.25 | 000A6KL3 |
| 10/14/2009 | 13:08:25.603 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 513.25 | 000A6KMG |
| 10/14/2009 | 13:09:12.013 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 509.25 | 000A6ME6 |
| 10/14/2009 | 13:09:12.014 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 509.25 | 000A6ME0 |
| 10/14/2009 | 13:09:12.297 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 509 | 000A6ME3 |
| 10/14/2009 | 13:09:51.872 | ZWZ9 | EM4 | A4858 | S | 1 | 1 | 510.75 | 000A6OLA |
| 10/14/2009 | 13:09:51.872 | ZWZ9 | EM4 | A4858 | S | 1 | 1 | 510.75 | 000A6OLC |
| 10/14/2009 | 13:09:51.872 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511 | 000A6OLC |
| 10/14/2009 | 13:09:51.872 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 511 | 000A6OLA |
| 10/14/2009 | 13:10:37.228 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.5 | 000A6TO7 |
| 10/14/2009 | 13:10:37.228 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A6TO7 |
| 10/14/2009 | 13:10:37.229 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 510.75 | 000A6RHX |
| 10/14/2009 | 13:10:37.229 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.5 | 000A6TO9 |
| 10/14/2009 | 13:10:37.229 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A6TO7 |
| 10/14/2009 | 13:10:37.229 | ZWZ9 | EM4 | A4858 | B | 105 | 2 | 512 | 000A6TO9 |
| 10/14/2009 | 13:10:37.230 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 510.75 | 000A6RI0 |
| 10/14/2009 | 13:10:37.230 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 512.5 | 000A6TOB |
| 10/14/2009 | 13:10:37.231 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A6TOB |
| 10/14/2009 | 13:10:37.258 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 512.5 | 000A6TPJ |
| 10/14/2009 | 13:10:37.258 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A6TPJ |
| 10/14/2009 | 13:10:37.261 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 512.5 | 000A6TPM |
| 10/14/2009 | 13:10:37.261 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A6TPM |
| 10/14/2009 | 13:10:37.262 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 512.5 | 000A6TPO |
| 10/14/2009 | 13:10:37.262 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A6TPO |

| Date | Time | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2009 | 13:10:37.291 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 510.75 | 000A6TOC |
| 10/14/2009 | 13:10:37.326 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 510.75 | 000A6TPK |
| 10/14/2009 | 13:10:39.488 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 512.5 | 000A6U2I |
| 10/14/2009 | 13:10:39.488 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2I |
| 10/14/2009 | 13:10:39.488 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2I |
| 10/14/2009 | 13:10:39.489 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 510.5 | 000A6U29 |
| 10/14/2009 | 13:10:39.489 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 512.5 | 000A6U1R |
| 10/14/2009 | 13:10:39.489 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2I |
| 10/14/2009 | 13:10:39.489 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 512.5 | 000A6U1S |
| 10/14/2009 | 13:10:39.516 | ZWZ9 | EM4 | A4858 | B | 1 | 4 | 512.5 | 000A6U2U |
| 10/14/2009 | 13:10:39.516 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2I |
| 10/14/2009 | 13:10:39.517 | ZWZ9 | EM4 | A4858 | B | 1 | 4 | 512.5 | 000A6U2W |
| 10/14/2009 | 13:10:39.518 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 512.5 | 000A6U2Y |
| 10/14/2009 | 13:10:39.518 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 510.75 | 000A6U1P |
| 10/14/2009 | 13:10:39.529 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2I |
| 10/14/2009 | 13:10:39.529 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2U |
| 10/14/2009 | 13:10:39.529 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2U |
| 10/14/2009 | 13:10:39.529 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2W |
| 10/14/2009 | 13:10:39.530 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 512.5 | 000A6U39 |
| 10/14/2009 | 13:10:39.530 | ZWZ9 | EM4 | A4858 | B | 105 | 2 | 512.5 | 000A6U2U |
| 10/14/2009 | 13:10:39.530 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2W |
| 10/14/2009 | 13:10:39.530 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U2Y |
| 10/14/2009 | 13:10:39.531 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 510.75 | 000A6U1Q |
| 10/14/2009 | 13:10:39.531 | ZWZ9 | EM4 | A4858 | B | 105 | 2 | 512.5 | 000A6U2W |
| 10/14/2009 | 13:10:39.531 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U39 |
| 10/14/2009 | 13:10:39.532 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 512.5 | 000A6U3C |
| 10/14/2009 | 13:10:39.551 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.5 | 000A6U3C |
| 10/14/2009 | 13:10:39.565 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 510.75 | 000A6U2V |
| 10/14/2009 | 13:10:41.342 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512 | 000A6UDQ |
| 10/14/2009 | 13:10:41.449 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512 | 000A6UDS |
| 10/14/2009 | 13:10:41.587 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 511.75 | 000A6UDU |
| 10/14/2009 | 13:10:41.771 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 511.75 | 000A6UEQ |
| 10/14/2009 | 13:10:43.946 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 512 | 000A6UL6 |
| 10/14/2009 | 13:10:44.130 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 511.75 | 000A6UL8 |
| 10/14/2009 | 13:10:44.306 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 511.5 | 000A6ULH |
| 10/14/2009 | 13:10:44.481 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 511.5 | 000A6ULU |
| 10/14/2009 | 13:10:57.151 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.75 | 000A6VDA |
| 10/14/2009 | 13:10:58.897 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512.75 | 000A6VDA |
| 10/14/2009 | 13:11:04.721 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 512.25 | 000A6V9O |
| 10/14/2009 | 13:11:04.722 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 512.25 | 000A6VA3 |
| 10/14/2009 | 13:11:04.723 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 512.25 | 000A6V9B |
| 10/14/2009 | 13:11:04.725 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 512.25 | 000A6VAT |
| 10/14/2009 | 13:11:05.288 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 512.5 | 000A6V9A |
| 10/14/2009 | 13:11:05.289 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 512.5 | 000A6VA4 |
| 10/14/2009 | 13:11:05.624 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 512.75 | 000A6VDA |
| 10/14/2009 | 13:11:06.777 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.25 | 000A6VK3 |
| 10/14/2009 | 13:11:07.154 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.5 | 000A6VK8 |
| 10/14/2009 | 13:11:08.483 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 511.75 | 000A6VKI |
| 10/14/2009 | 13:11:08.642 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 511.5 | 000A6VKK |
| 10/14/2009 | 13:11:09.321 | ZWZ9 | EM4 | A4858 | B | 3 | 4 | 511.75 | 000A6VAC |
| 10/14/2009 | 13:11:09.322 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 511.75 | 000A6VAD |
| 10/14/2009 | 13:11:09.323 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 511.75 | 000A6VAU |
| 10/14/2009 | 13:11:09.324 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 511.75 | 000A6VAS |
| 10/14/2009 | 13:11:09.325 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 511.75 | 000A6VKI |
| 10/14/2009 | 13:11:09.649 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 511.75 | 000A6VKX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2009 | 13:11:10.344 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 512 | 000A6VAI |
| 10/14/2009 | 13:11:10.345 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 512 | 000A6VAL |
| 10/14/2009 | 13:11:10.347 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 512 | 000A6VA1 |
| 10/14/2009 | 13:11:10.348 | ZWZ9 | EM4 | A4858 | B | 3 | 5 | 512 | 000A6VAQ |
| 10/14/2009 | 13:11:10.624 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 512 | 000A6VLF |
| 10/14/2009 | 13:11:27.880 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 513.75 | 000A6VTP |
| 10/14/2009 | 13:11:27.880 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 513.5 | 000A6VTP |
| 10/14/2009 | 13:11:32.906 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 513.25 | 000A6W43 |
| 10/14/2009 | 13:13:50.844 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 514 | 000A73RP |
| 10/14/2009 | 13:13:51.264 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 513.75 | 000A73S5 |
| 10/14/2009 | 13:13:59.664 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 513.75 | 000A747M |
| 10/14/2009 | 13:14:00.408 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 513.5 | 000A74A1 |
| 10/14/2009 | 13:14:00.861 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 513.5 | 000A74A1 |
| 10/14/2009 | 13:14:00.862 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 513.5 | 000A74A1 |
| 10/14/2009 | 13:14:01.701 | ZWZ9 | EM4 | A5187 | S | 105 | 3 | 513.5 | 000A74A1 |
| 10/14/2009 | 13:14:02.615 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 513.75 | 000A73S5 |
| 10/14/2009 | 13:14:03.453 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 513.75 | 000A747M |
| 10/14/2009 | 13:14:03.467 | ZWZ9 | EM4 | A5187 | S | 105 | 4 | 513.75 | 000A73S5 |
| 10/14/2009 | 13:14:03.468 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 513.75 | 000A747M |
| 10/14/2009 | 13:14:03.517 | ZWZ9 | EM4 | A5187 | S | 3 | 2 | 513.75 | 000A747M |
| 10/14/2009 | 13:14:03.987 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 514 | 000A73RP |
| 10/14/2009 | 13:14:09.732 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.75 | 000A753K |
| 10/14/2009 | 13:14:09.852 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.75 | 000A753M |
| 10/14/2009 | 13:14:10.617 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 512.25 | 000A757I |
| 10/14/2009 | 13:14:11.249 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 512 | 000A759O |
| 10/14/2009 | 13:14:11.514 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 512 | 000A75BW |
| 10/14/2009 | 13:14:11.767 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 511.5 | 000A75F6 |
| 10/14/2009 | 13:14:12.154 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 511.25 | 000A75I3 |
| 10/14/2009 | 13:14:12.347 | ZWZ9 | EM4 | A4858 | B | 1 | 5 | 511.25 | 000A75IU |
| 10/14/2009 | 13:14:29.844 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.75 | 000A7793 |
| 10/14/2009 | 13:14:29.844 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A7793 |
| 10/14/2009 | 13:14:29.845 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 511.5 | 000A76QK |
| 10/14/2009 | 13:14:29.845 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.75 | 000A7795 |
| 10/14/2009 | 13:14:29.845 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A7793 |
| 10/14/2009 | 13:14:29.846 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A7795 |
| 10/14/2009 | 13:14:29.846 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 512 | 000A7795 |
| 10/14/2009 | 13:14:29.847 | ZWZ9 | EM4 | A4858 | B | 3 | 2 | 511.5 | 000A76QM |
| 10/14/2009 | 13:14:32.452 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512 | 000A77UF |
| 10/14/2009 | 13:14:38.969 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512 | 000A78TU |
| 10/14/2009 | 13:14:39.326 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512 | 000A78WQ |
| 10/14/2009 | 13:14:46.433 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 513.5 | 000A79T4 |
| 10/14/2009 | 13:14:46.433 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 513.5 | 000A79T6 |
| 10/14/2009 | 13:14:46.433 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 513.25 | 000A79T4 |
| 10/14/2009 | 13:14:46.433 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 513.25 | 000A79T6 |
| 10/14/2009 | 13:14:46.434 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 513.5 | 000A79T8 |
| 10/14/2009 | 13:14:46.434 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 513.5 | 000A79T9 |
| 10/14/2009 | 13:14:46.434 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 513.25 | 000A79T8 |
| 10/14/2009 | 13:14:46.435 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 513.25 | 000A79T9 |
| 10/14/2009 | 13:14:46.487 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 512.25 | 000A79T5 |
| 10/14/2009 | 13:14:46.488 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 512.25 | 000A79T7 |
| 10/14/2009 | 13:14:49.673 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.5 | 000A7AAY |
| 10/14/2009 | 13:14:49.834 | ZWZ9 | EM4 | A4858 | B | 1 | 2 | 512.5 | 000A7AC0 |