# ATTACHMENT M

TO JESSICA HARRIS AFFIDAVIT

| date | conf_time | instrument | tag_50 | account__at_ | buy_sell | func_code | quantity | price__at_ | order__at_ |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/2009 | 10:34:54.801 | ZWZ9 | EM4 | A5187 | S | 1 | 271 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:54.810 | ZWZ9 | EM4 | A4858 | B | 105 | 2 | 498.75 | 000AE4I9 |
| 10/15/2009 | 10:34:54.810 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.75 | 000AE4I8 |
| 10/15/2009 | 10:34:55.516 | ZWZ9 | EM4 | A4858 | B | 1 | 271 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.516 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.5 | 000AE4XB |
| 10/15/2009 | 10:34:55.516 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.5 | 000AE4XB |
| 10/15/2009 | 10:34:55.517 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.5 | 000AE4XB |
| 10/15/2009 | 10:34:55.517 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.5 | 000AE4XB |
| 10/15/2009 | 10:34:55.517 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.75 | 000AE4XB |
| 10/15/2009 | 10:34:55.517 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.75 | 000AE4XB |
| 10/15/2009 | 10:34:55.518 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.75 | 000AE4XB |
| 10/15/2009 | 10:34:55.518 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.75 | 000AE4XB |
| 10/15/2009 | 10:34:55.518 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.75 | 000AE4XB |
| 10/15/2009 | 10:34:55.519 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 498.75 | 000AE4XB |
| 10/15/2009 | 10:34:55.520 | ZWZ9 | EM4 | A4858 | B | 105 | 100 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.520 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.520 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.520 | ZWZ9 | EM4 | A4858 | B | 105 | 63 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.520 | ZWZ9 | EM4 | A5187 | S | 105 | 100 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.521 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.521 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.521 | ZWZ9 | EM4 | A4858 | B | 105 | 79 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.521 | ZWZ9 | EM4 | A5187 | S | 105 | 79 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.521 | ZWZ9 | EM4 | A5187 | S | 105 | 63 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.522 | ZWZ9 | EM4 | A4858 | B | 105 | 2 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.522 | ZWZ9 | EM4 | A4858 | B | 105 | 2 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.522 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.522 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.523 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.523 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.523 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.523 | ZWZ9 | EM4 | A4858 | B | 105 | 2 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.524 | ZWZ9 | EM4 | A4858 | B | 105 | 4 | 499 | 000AE4XB |
| 10/15/2009 | 10:34:55.524 | ZWZ9 | EM4 | A5187 | S | 105 | 4 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.537 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.538 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.564 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.564 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.595 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 499 | 000AE4XQ |
| 10/15/2009 | 10:34:55.595 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XQ |
| 10/15/2009 | 10:34:55.595 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.596 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 498 | 000AE4VW |
| 10/15/2009 | 10:34:55.596 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 499 | 000AE4XV |
| 10/15/2009 | 10:34:55.596 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4XV |
| 10/15/2009 | 10:34:55.597 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.605 | ZWZ9 | EM4 | A4858 | B | 1 | 1 | 499 | 000AE4Y5 |
| 10/15/2009 | 10:34:55.605 | ZWZ9 | EM4 | A4858 | B | 105 | 1 | 499 | 000AE4Y5 |
| 10/15/2009 | 10:34:55.606 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.626 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 499 | 000AE4UR |
| 10/15/2009 | 10:34:55.641 | ZWZ9 | EM4 | A4858 | B | 3 | 1 | 498 | 000AE4XX |
| 10/15/2009 | 10:35:00.827 | ZWZ9 | EM4 | A5187 | S | 105 | 16 | 499 | 000AE4UR |