# ATTACHMENT N

## TO JESSICA HARRIS AFFIDAVIT

| Date | Conf_Time | Instrument | Tag_50 | Account__AT_ | Buy_Sell | Func_Code | Quantity | Price__AT_ | Order__AT_ |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 10:10:22.129 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 517.5 | 000CQ8JC |
| 10/27/2009 | 10:10:22.129 | ZWZ9 | EM4 | A5187 | B | 105 | 2 | 517.5 | 000CQ8JC |
| 10/27/2009 | 10:10:22.129 | ZWZ9 | EM4 | A5187 | B | 105 | 79 | 517.5 | 000CQ8JC |
| 10/27/2009 | 10:10:22.130 | ZWZ9 | EM4 | A5187 | B | 105 | 115 | 517.5 | 000CQ8JC |
| 10/27/2009 | 10:10:22.130 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQ8JC |
| 10/27/2009 | 10:10:22.130 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQ8JC |
| 10/27/2009 | 10:10:22.130 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQ8JC |
| 10/27/2009 | 10:10:22.130 | ZWZ9 | EM4 | A5187 | B | 105 | 3 | 517.5 | 000CQ8JC |
| 10/27/2009 | 10:10:25.622 | ZWZ9 | EM4 | A5187 | S | 1 | 100 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:10:27.471 | ZWZ9 | EM4 | A5187 | B | 3 | 3 | 517.25 | 000CQ87G |
| 10/27/2009 | 10:10:27.472 | ZWZ9 | EM4 | A5187 | B | 3 | 4 | 517.25 | 000CQ87U |
| 10/27/2009 | 10:10:27.473 | ZWZ9 | EM4 | A5187 | B | 3 | 4 | 517.25 | 000CQ87V |
| 10/27/2009 | 10:10:27.473 | ZWZ9 | EM4 | A5187 | B | 3 | 5 | 517.25 | 000CQ89D |
| 10/27/2009 | 10:10:27.473 | ZWZ9 | EM4 | A5187 | B | 3 | 5 | 517.25 | 000CQ8C2 |
| 10/27/2009 | 10:10:27.473 | ZWZ9 | EM4 | A5187 | B | 3 | 5 | 517.25 | 000CQ8CX |
| 10/27/2009 | 10:10:36.138 | ZWZ9 | EM4 | A5187 | S | 1 | 100 | 518.5 | 000CQ9DI |
| 10/27/2009 | 10:11:51.208 | ZWZ9 | EM4 | A5187 | B | 1 | 5 | 517 | 000CQBSA |
| 10/27/2009 | 10:11:52.144 | ZWZ9 | EM4 | A5187 | B | 3 | 5 | 517 | 000CQBSA |
| 10/27/2009 | 10:12:13.928 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.915 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.915 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.916 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.916 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.916 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.916 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.916 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.916 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.916 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.917 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.917 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.917 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.917 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.917 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.918 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.918 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.918 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:14.918 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:17.035 | ZWZ9 | EM4 | A5187 | S | 3 | 80 | 518 | 000CQ8Y6 |
| 10/27/2009 | 10:12:17.040 | ZWZ9 | EM4 | A5187 | S | 1 | 80 | 518.75 | 000CQCQ7 |
| 10/27/2009 | 10:12:18.866 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 518 | 000CQCS4 |
| 10/27/2009 | 10:12:18.866 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 518 | 000CQCS4 |
| 10/27/2009 | 10:12:18.866 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 518 | 000CQCS4 |
| 10/27/2009 | 10:12:21.430 | ZWZ9 | EM4 | A5187 | S | 3 | 80 | 518.75 | 000CQCQ7 |
| 10/27/2009 | 10:12:21.435 | ZWZ9 | EM4 | A5187 | S | 1 | 80 | 518 | 000CQCYK |
| 10/27/2009 | 10:12:27.675 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.5 | 000CQD7N |
| 10/27/2009 | 10:12:27.675 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD7N |
| 10/27/2009 | 10:12:27.676 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD7N |
| 10/27/2009 | 10:12:29.796 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.5 | 000CQD80 |
| 10/27/2009 | 10:12:29.797 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD80 |
| 10/27/2009 | 10:12:29.797 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD80 |
| 10/27/2009 | 10:12:32.073 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.5 | 000CQD8P |
| 10/27/2009 | 10:12:32.073 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD8P |
| 10/27/2009 | 10:12:32.073 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD8P |
| 10/27/2009 | 10:12:32.182 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.5 | 000CQD8S |
| 10/27/2009 | 10:12:32.182 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD8S |
| 10/27/2009 | 10:12:32.183 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD8S |
| 10/27/2009 | 10:12:32.516 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.5 | 000CQD8V |

| Date | Time | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 10:12:32.516 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD8V |
| 10/27/2009 | 10:12:32.517 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD8V |
| 10/27/2009 | 10:12:32.676 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.5 | 000CQD98 |
| 10/27/2009 | 10:12:32.676 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD98 |
| 10/27/2009 | 10:12:32.677 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD98 |
| 10/27/2009 | 10:12:32.826 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.5 | 000CQD9Y |
| 10/27/2009 | 10:12:32.826 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD9Y |
| 10/27/2009 | 10:12:32.827 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.5 | 000CQD9Y |
| 10/27/2009 | 10:12:35.160 | ZWZ9 | EM4 | A5187 | S | 1 | 2 | 518.25 | 000CQDD0 |
| 10/27/2009 | 10:12:35.306 | ZWZ9 | EM4 | A5187 | S | 1 | 2 | 518.25 | 000CQDE2 |
| 10/27/2009 | 10:12:35.458 | ZWZ9 | EM4 | A5187 | S | 1 | 2 | 518.25 | 000CQDFD |
| 10/27/2009 | 10:12:37.045 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:12:38.499 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:12:39.010 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:12:43.255 | ZWZ9 | EM4 | A5187 | S | 3 | 100 | 518.5 | 000CQ9DI |
| 10/27/2009 | 10:12:43.261 | ZWZ9 | EM4 | A5187 | S | 1 | 100 | 519 | 000CQDPJ |
| 10/27/2009 | 10:12:48.753 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQDX1 |
| 10/27/2009 | 10:12:48.753 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.75 | 000CQDX1 |
| 10/27/2009 | 10:12:48.915 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQDXB |
| 10/27/2009 | 10:12:49.049 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQDXJ |
| 10/27/2009 | 10:12:49.211 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQDXR |
| 10/27/2009 | 10:12:49.344 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQDXS |
| 10/27/2009 | 10:12:49.482 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQDXT |
| 10/27/2009 | 10:12:49.600 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQDXU |
| 10/27/2009 | 10:12:50.210 | ZWZ9 | EM4 | A5187 | B | 3 | 1 | 517.75 | 000CQDX1 |
| 10/27/2009 | 10:12:50.211 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517.75 | 000CQDXB |
| 10/27/2009 | 10:12:50.212 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517.75 | 000CQDXJ |
| 10/27/2009 | 10:12:50.212 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517.75 | 000CQDXR |
| 10/27/2009 | 10:12:50.212 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517.75 | 000CQDXT |
| 10/27/2009 | 10:12:50.212 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517.75 | 000CQDXS |
| 10/27/2009 | 10:12:50.213 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517.75 | 000CQDXU |
| 10/27/2009 | 10:12:52.426 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:42.475 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQFFW |
| 10/27/2009 | 10:13:42.475 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.75 | 000CQFFW |
| 10/27/2009 | 10:13:42.475 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.75 | 000CQFFW |
| 10/27/2009 | 10:13:42.557 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQFG6 |
| 10/27/2009 | 10:13:42.730 | ZWZ9 | EM4 | A5187 | B | 105 | 2 | 517.75 | 000CQFG6 |
| 10/27/2009 | 10:13:43.249 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQFGQ |
| 10/27/2009 | 10:13:43.249 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.75 | 000CQFGQ |
| 10/27/2009 | 10:13:43.258 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517.75 | 000CQFGQ |
| 10/27/2009 | 10:13:43.819 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517.75 | 000CQFHB |
| 10/27/2009 | 10:13:44.954 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517.75 | 000CQFHB |
| 10/27/2009 | 10:13:47.755 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 517.75 | 000CQFMC |
| 10/27/2009 | 10:13:47.788 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:47.789 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:47.881 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:47.881 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:48.379 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 517.75 | 000CQFMC |
| 10/27/2009 | 10:13:50.353 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:50.354 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:50.354 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:50.354 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:50.354 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:50.354 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:52.738 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:52.738 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:52.739 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:52.739 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:52.739 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |

| Date | Time | Symbol | | Code | Side | Qty1 | Qty2 | Price | ID |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 10:13:52.739 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:52.739 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:52.739 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:52.740 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:53.628 | ZWZ9 | | EM4 | A5187 | S | 3 | 2 | 518.25 | 000CQDFD |
| 10/27/2009 | 10:13:53.629 | ZWZ9 | | EM4 | A5187 | S | 3 | 2 | 518.25 | 000CQDE2 |
| 10/27/2009 | 10:13:53.630 | ZWZ9 | | EM4 | A5187 | S | 3 | 2 | 518.25 | 000CQDD0 |
| 10/27/2009 | 10:13:53.641 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:54.704 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:55.198 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:55.199 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:55.199 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:55.199 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:55.199 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:55.199 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:55.340 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:55.340 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:56.455 | ZWZ9 | | EM4 | A5187 | B | 1 | 402 | 517.75 | 000CQGCM |
| 10/27/2009 | 10:13:57.244 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.245 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.245 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.245 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.245 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.245 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.245 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.246 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.246 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.258 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:57.591 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:13:58.357 | ZWZ9 | | EM4 | A5187 | B | 3 | 402 | 517.75 | 000CQGCM |
| 10/27/2009 | 10:14:00.459 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQCYK |
| 10/27/2009 | 10:14:02.040 | ZWZ9 | | EM4 | A5187 | S | 3 | 34 | 518 | 000CQCYK |
| 10/27/2009 | 10:14:02.046 | ZWZ9 | | EM4 | A5187 | S | 1 | 34 | 518.25 | 000CQGIB |
| 10/27/2009 | 10:14:04.648 | ZWZ9 | | EM4 | A5187 | S | 3 | 34 | 518.25 | 000CQGIB |
| 10/27/2009 | 10:14:04.654 | ZWZ9 | | EM4 | A5187 | S | 1 | 34 | 518 | 000CQGM3 |
| 10/27/2009 | 10:14:09.971 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CQGM3 |
| 10/27/2009 | 10:14:30.299 | ZWZ9 | | EM4 | A5187 | B | 1 | 402 | 517.5 | 000CQGYV |
| 10/27/2009 | 10:14:31.051 | ZWZ9 | | EM4 | A5187 | B | 3 | 402 | 517.5 | 000CQGYV |
| 10/27/2009 | 10:14:36.243 | ZWZ9 | | EM4 | A5187 | S | 3 | 33 | 518 | 000CQGM3 |
| 10/27/2009 | 10:14:36.248 | ZWZ9 | | EM4 | A5187 | S | 1 | 33 | 518.25 | 000CQH65 |
| 10/27/2009 | 10:14:38.254 | ZWZ9 | | EM4 | A5187 | S | 3 | 33 | 518.25 | 000CQH65 |
| 10/27/2009 | 10:14:38.259 | ZWZ9 | | EM4 | A5187 | S | 1 | 33 | 518.5 | 000CQH7R |
| 10/27/2009 | 10:14:39.741 | ZWZ9 | | EM4 | A5187 | S | 3 | 100 | 519 | 000CQDPJ |
| 10/27/2009 | 10:14:39.746 | ZWZ9 | | EM4 | A5187 | S | 1 | 100 | 519.5 | 000CQH80 |
| 10/27/2009 | 10:14:59.901 | ZWZ9 | | EM4 | A5187 | B | 1 | 300 | 517.75 | 000CQHPG |
| 10/27/2009 | 10:15:00.562 | ZWZ9 | | EM4 | A5187 | B | 3 | 300 | 517.75 | 000CQHPG |
| 10/27/2009 | 10:15:12.037 | ZWZ9 | | EM4 | A5187 | S | 3 | 33 | 518.5 | 000CQH7R |
| 10/27/2009 | 10:15:12.042 | ZWZ9 | | EM4 | A5187 | S | 1 | 33 | 518 | 000CQI5M |
| 10/27/2009 | 10:16:18.401 | ZWZ9 | | EM4 | A4858 | S | 3 | 2 | 519.5 | 000CQJK2 |
| 10/27/2009 | 10:16:18.404 | ZWZ9 | | EM4 | A4858 | S | 3 | 2 | 519.5 | 000CQJK1 |
| 10/27/2009 | 10:16:18.404 | ZWZ9 | | EM4 | A4858 | S | 3 | 2 | 519.25 | 000CQJK0 |
| 10/27/2009 | 10:18:09.746 | ZWZ9 | | EM4 | A5187 | B | 3 | 2 | 515.75 | 000CQ1D9 |
| 10/27/2009 | 10:18:22.767 | ZWZ9 | | EM4 | A5187 | B | 1 | 500 | 516.5 | 000CQMNZ |
| 10/27/2009 | 10:18:23.391 | ZWZ9 | | EM4 | A5187 | B | 3 | 500 | 516.5 | 000CQMNZ |
| 10/27/2009 | 10:18:37.434 | ZWZ9 | | EM4 | A5187 | B | 3 | 5 | 515.25 | 000CQMXL |
| 10/27/2009 | 10:18:37.435 | ZWZ9 | | EM4 | A5187 | B | 3 | 5 | 515 | 000CQMXM |
| 10/27/2009 | 10:18:37.436 | ZWZ9 | | EM4 | A5187 | B | 3 | 2 | 515.75 | 000CQMXI |
| 10/27/2009 | 10:18:37.437 | ZWZ9 | | EM4 | A5187 | B | 3 | 2 | 515.5 | 000CQMXJ |

| Date | Time | Code | Type | ID | Side | Qty1 | Qty2 | Price | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 10:18:37.437 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 515.5 | 000CQMXK |
| 10/27/2009 | 10:19:00.745 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 516.75 | 000CQNR4 |
| 10/27/2009 | 10:19:00.745 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 516.75 | 000CQNR4 |
| 10/27/2009 | 10:19:00.746 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 516.75 | 000CQNR4 |
| 10/27/2009 | 10:19:00.853 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 516.75 | 000CQNR5 |
| 10/27/2009 | 10:19:00.854 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 516.75 | 000CQNR5 |
| 10/27/2009 | 10:19:00.854 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 516.75 | 000CQNR5 |
| 10/27/2009 | 10:19:01.169 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 516.75 | 000CQNRQ |
| 10/27/2009 | 10:19:01.169 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 516.75 | 000CQNRQ |
| 10/27/2009 | 10:19:01.169 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 516.75 | 000CQNRQ |
| 10/27/2009 | 10:19:01.666 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 516.75 | 000CQNS5 |
| 10/27/2009 | 10:19:01.666 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 516.75 | 000CQNS5 |
| 10/27/2009 | 10:19:01.666 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 516.75 | 000CQNS5 |
| 10/27/2009 | 10:19:02.129 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 516.75 | 000CQNSD |
| 10/27/2009 | 10:19:03.074 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517 | 000CQNTQ |
| 10/27/2009 | 10:19:03.074 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517 | 000CQNTQ |
| 10/27/2009 | 10:19:03.075 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517 | 000CQNTQ |
| 10/27/2009 | 10:19:03.217 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517 | 000CQNTS |
| 10/27/2009 | 10:19:03.360 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 517 | 000CQNTW |
| 10/27/2009 | 10:19:04.220 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517 | 000CQNTS |
| 10/27/2009 | 10:19:04.221 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 517 | 000CQNTW |
| 10/27/2009 | 10:19:04.755 | ZWZ9 | EM4 | A5187 | B | 3 | 2 | 516.75 | 000CQNSD |
| 10/27/2009 | 10:19:06.565 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 517.5 | 000CQNUF |
| 10/27/2009 | 10:19:06.872 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 517.75 | 000CQNUG |
| 10/27/2009 | 10:19:13.240 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 516.5 | 000CQNWA |
| 10/27/2009 | 10:19:13.790 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 516.5 | 000CQNWA |
| 10/27/2009 | 10:19:20.071 | ZWZ9 | EM4 | A5187 | B | 1 | 102 | 517 | 000CQO78 |
| 10/27/2009 | 10:19:20.071 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517 | 000CQO78 |
| 10/27/2009 | 10:19:20.071 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517 | 000CQO78 |
| 10/27/2009 | 10:19:20.090 | ZWZ9 | EM4 | A5187 | B | 105 | 6 | 517 | 000CQO78 |
| 10/27/2009 | 10:19:20.118 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 517 | 000CQO78 |
| 10/27/2009 | 10:19:20.660 | ZWZ9 | EM4 | A5187 | B | 3 | 93 | 517 | 000CQO78 |
| 10/27/2009 | 10:19:21.736 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 517.25 | 000CQO7P |
| 10/27/2009 | 10:19:22.410 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 517.5 | 000CQO7U |
| 10/27/2009 | 10:21:43.055 | ZWZ9 | EM4 | A5187 | B | 1 | 102 | 515.25 | 000CQSXC |
| 10/27/2009 | 10:21:43.771 | ZWZ9 | EM4 | A5187 | B | 3 | 102 | 515.25 | 000CQSXC |
| 10/27/2009 | 10:21:59.251 | ZWZ9 | EM4 | A5187 | S | 1 | 402 | 514.75 | 000CQTHM |
| 10/27/2009 | 10:22:00.066 | ZWZ9 | EM4 | A5187 | S | 3 | 402 | 514.75 | 000CQTHM |
| 10/27/2009 | 10:23:43.615 | ZWZ9 | EM4 | A5187 | S | 1 | 50 | 514.75 | 000CQX75 |
| 10/27/2009 | 10:24:48.615 | ZWZ9 | EM4 | A5187 | S | 3 | 50 | 514.75 | 000CQX75 |
| 10/27/2009 | 10:25:16.215 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 513 | 000CQZ4A |
| 10/27/2009 | 10:25:16.730 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 513 | 000CQZ4A |
| 10/27/2009 | 10:25:25.654 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 513.25 | 000CQZGW |
| 10/27/2009 | 10:25:25.918 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 513.25 | 000CQZGX |
| 10/27/2009 | 10:25:26.342 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 513.5 | 000CQZH4 |
| 10/27/2009 | 10:25:26.648 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 513.5 | 000CQZH7 |
| 10/27/2009 | 10:25:27.398 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 513.25 | 000CQZGX |
| 10/27/2009 | 10:25:27.399 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 513.25 | 000CQZGW |
| 10/27/2009 | 10:25:27.750 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 513.5 | 000CQZH7 |
| 10/27/2009 | 10:25:27.751 | ZWZ9 | EM4 | A5187 | S | 3 | 5 | 513.5 | 000CQZH4 |
| 10/27/2009 | 10:29:05.323 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 514.75 | 000CR39M |
| 10/27/2009 | 10:29:07.090 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 514.5 | 000CR3AC |
| 10/27/2009 | 10:29:22.089 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 514.5 | 000CR3AC |
| 10/27/2009 | 10:29:22.093 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 515.25 | 000CR3HQ |
| 10/27/2009 | 10:29:29.704 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 514.75 | 000CR39M |
| 10/27/2009 | 10:29:29.709 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 515.5 | 000CR3IY |
| 10/27/2009 | 10:29:50.210 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 515.5 | 000CR3IY |
| 10/27/2009 | 10:29:50.215 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 514.5 | 000CR3MR |
| 10/27/2009 | 10:29:51.163 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 515.25 | 000CR3HQ |

| Date | Time | Code | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 10:29:51.168 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 514.75 | 000CR3MX |
| 10/27/2009 | 10:30:41.515 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 514.5 | 000CR3MR |
| 10/27/2009 | 10:30:41.519 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 516.25 | 000CR4CD |
| 10/27/2009 | 10:30:42.069 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 516.25 | 000CR4CD |
| 10/27/2009 | 10:31:00.882 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 514.75 | 000CR3MX |
| 10/27/2009 | 10:31:00.888 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 514.25 | 000CR4ME |
| 10/27/2009 | 10:31:02.091 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 514.25 | 000CR4ME |
| 10/27/2009 | 10:31:02.096 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 514 | 000CR4MY |
| 10/27/2009 | 10:31:05.602 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 514 | 000CR4MY |
| 10/27/2009 | 10:32:08.603 | ZWZ9 | EM4 | A5187 | S | 105 | 5 | 517.25 | 000CQO7P |
| 10/27/2009 | 10:32:08.606 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CQNUF |
| 10/27/2009 | 10:32:18.144 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CQNUF |
| 10/27/2009 | 10:32:18.144 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CQNUF |
| 10/27/2009 | 10:32:18.359 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CQO7U |
| 10/27/2009 | 10:32:18.359 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 517.5 | 000CQNUF |
| 10/27/2009 | 10:32:23.767 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 517.5 | 000CQO7U |
| 10/27/2009 | 10:32:23.767 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CQO7U |
| 10/27/2009 | 10:32:27.736 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CQO7U |
| 10/27/2009 | 10:32:43.391 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CQNUG |
| 10/27/2009 | 10:32:43.391 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CQNUG |
| 10/27/2009 | 10:32:43.392 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CQNUG |
| 10/27/2009 | 10:32:43.392 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CQNUG |
| 10/27/2009 | 10:32:43.392 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CQNUG |
| 10/27/2009 | 10:32:43.400 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CQI5M |
| 10/27/2009 | 10:32:49.271 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 517.75 | 000CR6D3 |
| 10/27/2009 | 10:32:49.783 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 517.75 | 000CR6D3 |
| 10/27/2009 | 10:32:55.283 | ZWZ9 | EM4 | A5187 | S | 3 | 32 | 518 | 000CQI5M |
| 10/27/2009 | 10:32:55.288 | ZWZ9 | EM4 | A5187 | S | 1 | 32 | 517.75 | 000CR6KE |
| 10/27/2009 | 10:33:02.173 | ZWZ9 | EM4 | A5187 | S | 3 | 32 | 517.75 | 000CR6KE |
| 10/27/2009 | 10:33:02.180 | ZWZ9 | EM4 | A5187 | S | 1 | 32 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:02.180 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:02.180 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:02.180 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:02.181 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:02.181 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:02.181 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.847 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 517.25 | 000CR6RL |
| 10/27/2009 | 10:33:14.856 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.870 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.870 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.870 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.870 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.871 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.871 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.871 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.871 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.871 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.871 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.872 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.872 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.872 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.872 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.886 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.886 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.893 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.910 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.910 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:14.998 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |

| Date | Time | Code1 | Code2 | Ref | Side | Qty1 | Qty2 | Price | ID |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 10:33:14.998 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:15.221 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:15.221 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:15.297 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.5 | 000CR6MD |
| 10/27/2009 | 10:33:15.416 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 517.25 | 000CR6RL |
| 10/27/2009 | 10:33:19.500 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 517.75 | 000CR6YE |
| 10/27/2009 | 10:33:20.110 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 518 | 000CR72K |
| 10/27/2009 | 10:33:20.288 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 518 | 000CR72L |
| 10/27/2009 | 10:33:20.800 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 517.75 | 000CR73R |
| 10/27/2009 | 10:33:20.965 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 517.75 | 000CR73T |
| 10/27/2009 | 10:33:22.390 | ZWZ9 | EM4 | A5187 | S | 3 | 100 | 519.5 | 000CQH80 |
| 10/27/2009 | 10:33:25.686 | ZWZ9 | EM4 | A5187 | S | 1 | 50 | 519.25 | 000CR7D1 |
| 10/27/2009 | 10:33:26.425 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 518.5 | 000CR7D8 |
| 10/27/2009 | 10:33:26.606 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 518.5 | 000CR7DV |
| 10/27/2009 | 10:33:32.519 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 514.75 | 000CR7IO |
| 10/27/2009 | 10:33:32.662 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 514.75 | 000CR7IP |
| 10/27/2009 | 10:33:32.830 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 514.5 | 000CR7IQ |
| 10/27/2009 | 10:33:33.133 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 514 | 000CR7J5 |
| 10/27/2009 | 10:33:33.330 | ZWZ9 | EM4 | A5187 | B | 1 | 2 | 513.75 | 000CR7J6 |
| 10/27/2009 | 10:36:48.875 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 516.5 | 000CRBI7 |
| 10/27/2009 | 10:36:49.434 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 516.5 | 000CRBI7 |
| 10/27/2009 | 10:37:19.890 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 516.75 | 000CRBXE |
| 10/27/2009 | 10:37:20.455 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 516.75 | 000CRBXE |
| 10/27/2009 | 10:39:36.683 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR6YE |
| 10/27/2009 | 10:39:36.683 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR73T |
| 10/27/2009 | 10:39:36.683 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR73R |
| 10/27/2009 | 10:39:36.683 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR6YE |
| 10/27/2009 | 10:39:36.863 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR73T |
| 10/27/2009 | 10:39:36.863 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR73R |
| 10/27/2009 | 10:39:36.863 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR73R |
| 10/27/2009 | 10:39:36.863 | ZWZ9 | EM4 | A5187 | S | 105 | 3 | 517.75 | 000CR6YE |
| 10/27/2009 | 10:39:37.467 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR73R |
| 10/27/2009 | 10:39:37.549 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR73R |
| 10/27/2009 | 10:39:37.993 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 517.75 | 000CR73T |
| 10/27/2009 | 10:39:38.150 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 517.75 | 000CR73T |
| 10/27/2009 | 10:39:38.151 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CR72K |
| 10/27/2009 | 10:39:38.151 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CR72L |
| 10/27/2009 | 10:39:39.445 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 517.75 | 000CRDE5 |
| 10/27/2009 | 10:39:40.055 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 517.75 | 000CRDE5 |
| 10/27/2009 | 10:39:53.573 | ZWZ9 | EM4 | A5187 | S | 3 | 50 | 519.25 | 000CR7D1 |
| 10/27/2009 | 10:39:53.577 | ZWZ9 | EM4 | A5187 | S | 1 | 50 | 519.5 | 000CRDI4 |
| 10/27/2009 | 10:40:25.616 | ZWZ9 | EM4 | A5187 | S | 105 | 3 | 518 | 000CR72L |
| 10/27/2009 | 10:40:25.616 | ZWZ9 | EM4 | A5187 | S | 105 | 3 | 518 | 000CR72K |
| 10/27/2009 | 10:40:25.734 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CR72K |
| 10/27/2009 | 10:40:25.734 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CR72L |
| 10/27/2009 | 10:40:28.533 | ZWZ9 | EM4 | A5187 | S | 105 | 5 | 518.5 | 000CR7D8 |
| 10/27/2009 | 10:40:28.533 | ZWZ9 | EM4 | A5187 | S | 105 | 5 | 518.5 | 000CR7DV |
| 10/27/2009 | 10:42:01.980 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 518.5 | 000CRG63 |
| 10/27/2009 | 10:42:02.617 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 518.5 | 000CRG63 |
| 10/27/2009 | 10:42:09.799 | ZWZ9 | EM4 | A5187 | S | 3 | 50 | 519.5 | 000CRDI4 |
| 10/27/2009 | 10:42:09.804 | ZWZ9 | EM4 | A5187 | S | 1 | 50 | 519 | 000CRGDI |
| 10/27/2009 | 10:42:48.019 | ZWZ9 | EM4 | A5187 | B | 1 | 500 | 518 | 000CRGRK |
| 10/27/2009 | 10:42:48.616 | ZWZ9 | EM4 | A5187 | B | 3 | 500 | 518 | 000CRGRK |
| 10/27/2009 | 10:42:57.891 | ZWZ9 | EM4 | A5187 | S | 3 | 50 | 519 | 000CRGDI |
| 10/27/2009 | 10:42:57.903 | ZWZ9 | EM4 | A5187 | S | 1 | 50 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.903 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.903 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.903 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.903 | ZWZ9 | EM4 | A5187 | S | 105 | 13 | 518 | 000CRGTG |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 10:42:57.904 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.904 | ZWZ9 | | EM4 | A5187 | S | 105 | 2 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.905 | ZWZ9 | | EM4 | A5187 | S | 105 | 9 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.905 | ZWZ9 | | EM4 | A5187 | S | 105 | 3 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.905 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518 | 000CRGTG |
| 10/27/2009 | 10:42:57.906 | ZWZ9 | | EM4 | A5187 | S | 105 | 2 | 518 | 000CRGTG |
| 10/27/2009 | 10:43:00.065 | ZWZ9 | | EM4 | A5187 | S | 3 | 16 | 518 | 000CRGTG |
| 10/27/2009 | 10:43:02.561 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 518.25 | 000CRGU0 |
| 10/27/2009 | 10:43:02.944 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 518.5 | 000CRGU1 |
| 10/27/2009 | 10:43:03.561 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 518.75 | 000CRGU3 |
| 10/27/2009 | 10:43:03.985 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 519 | 000CRGUE |
| 10/27/2009 | 10:43:04.851 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 519.25 | 000CRGUO |
| 10/27/2009 | 10:44:58.296 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.25 | 000CRGU0 |
| 10/27/2009 | 10:44:58.296 | ZWZ9 | | EM4 | A5187 | S | 105 | 3 | 518.25 | 000CRGU0 |
| 10/27/2009 | 10:44:58.311 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.25 | 000CRGU0 |
| 10/27/2009 | 10:44:58.921 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.5 | 000CRGU1 |
| 10/27/2009 | 10:44:58.921 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.5 | 000CRGU1 |
| 10/27/2009 | 10:45:00.824 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.5 | 000CRGU1 |
| 10/27/2009 | 10:45:00.824 | ZWZ9 | | EM4 | A5187 | S | 105 | 2 | 518.5 | 000CRGU1 |
| 10/27/2009 | 10:45:15.277 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.75 | 000CRGU3 |
| 10/27/2009 | 10:45:15.489 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.75 | 000CRGU3 |
| 10/27/2009 | 10:45:15.571 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.75 | 000CRGU3 |
| 10/27/2009 | 10:45:15.689 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.75 | 000CRGU3 |
| 10/27/2009 | 10:45:15.815 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 518.75 | 000CRGU3 |
| 10/27/2009 | 10:45:16.148 | ZWZ9 | | EM4 | A5187 | S | 3 | 5 | 519 | 000CRGUE |
| 10/27/2009 | 10:45:20.611 | ZWZ9 | | EM4 | A5187 | B | 1 | 500 | 518.75 | 000CRIQQ |
| 10/27/2009 | 10:45:20.636 | ZWZ9 | | EM4 | A5187 | S | 105 | 1 | 519.25 | 000CRGUO |
| 10/27/2009 | 10:45:21.763 | ZWZ9 | | EM4 | A5187 | S | 3 | 4 | 519.25 | 000CRGUO |
| 10/27/2009 | 10:45:23.341 | ZWZ9 | | EM4 | A5187 | B | 3 | 500 | 518.75 | 000CRIQQ |
| 10/27/2009 | 10:45:34.882 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 527.75 | 000CRIYO |
| 10/27/2009 | 10:45:35.140 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 527.5 | 000CRIYP |
| 10/27/2009 | 10:45:36.484 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 527.5 | 000CRIZ6 |
| 10/27/2009 | 10:45:36.668 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 527.25 | 000CRIZ7 |
| 10/27/2009 | 10:45:36.836 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 527 | 000CRIZ8 |
| 10/27/2009 | 10:45:37.221 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 526.5 | 000CRIZ9 |
| 10/27/2009 | 10:45:37.430 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 526.5 | 000CRIZA |
| 10/27/2009 | 10:45:37.634 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 526.25 | 000CRIZB |
| 10/27/2009 | 10:45:37.825 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 526.25 | 000CRIZE |
| 10/27/2009 | 10:45:38.022 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 526.5 | 000CRIZH |
| 10/27/2009 | 10:45:38.253 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 526.75 | 000CRJ2B |
| 10/27/2009 | 10:45:38.410 | ZWZ9 | | EM4 | A5187 | S | 1 | 5 | 526.75 | 000CRJ3V |
| 10/27/2009 | 10:54:30.212 | ZWZ9 | | EM4 | A5187 | B | 1 | 500 | 519 | 000CRP19 |
| 10/27/2009 | 10:54:30.917 | ZWZ9 | | EM4 | A5187 | B | 3 | 500 | 519 | 000CRP19 |