# ATTACHMENT O

## TO JESSICA HARRIS AFFIDAVIT

| Date | Conf_Time | Instrument | Tag_50 | Account__AT_ | Buy_Sell | Func_Code | Quantity | Price__AT_ | Order__AT_ |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 11:45:41.275 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 510.25 | 000CTE2B |
| 10/27/2009 | 11:45:41.892 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 510.25 | 000CTE2B |
| 10/27/2009 | 11:45:49.877 | ZWZ9 | EM4 | A5187 | B | 1 | 50 | 510.25 | 000CTE4A |
| 10/27/2009 | 11:45:53.461 | ZWZ9 | EM4 | A5187 | S | 1 | 302 | 510.5 | 000CTE4Y |
| 10/27/2009 | 11:45:53.471 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 510.25 | 000CTE4A |
| 10/27/2009 | 11:45:54.468 | ZWZ9 | EM4 | A5187 | S | 3 | 302 | 510.5 | 000CTE4Y |
| 10/27/2009 | 11:45:56.206 | ZWZ9 | EM4 | A5187 | B | 3 | 49 | 510.25 | 000CTE4A |
| 10/27/2009 | 11:46:08.279 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 511.25 | 000CTED2 |
| 10/27/2009 | 11:46:08.653 | ZWZ9 | EM4 | A4858 | S | 1 | 2 | 511.5 | 000CTED6 |
| 10/27/2009 | 11:46:09.119 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 511.75 | 000CTEDA |
| 10/27/2009 | 11:46:09.349 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 512 | 000CTEDE |
| 10/27/2009 | 11:46:09.541 | ZWZ9 | EM4 | A4858 | S | 1 | 5 | 512.25 | 000CTEDI |
| 10/27/2009 | 11:46:24.357 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 510.5 | 000CTELN |
| 10/27/2009 | 11:46:24.916 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 510.5 | 000CTELN |
| 10/27/2009 | 11:46:57.883 | ZWZ9 | EM4 | A4858 | S | 3 | 2 | 511.25 | 000CTF2U |
| 10/27/2009 | 11:46:57.887 | ZWZ9 | EM4 | A4858 | S | 3 | 2 | 511.5 | 000CTF2V |
| 10/27/2009 | 11:46:57.888 | ZWZ9 | EM4 | A4858 | S | 3 | 5 | 511.75 | 000CTGDC |
| 10/27/2009 | 11:46:57.889 | ZWZ9 | EM4 | A4858 | S | 3 | 5 | 512 | 000CTGDD |
| 10/27/2009 | 11:46:57.890 | ZWZ9 | EM4 | A4858 | S | 3 | 5 | 512.25 | 000CTGDE |
| 10/27/2009 | 11:48:09.190 | ZWZ9 | EM4 | A5187 | B | 1 | 302 | 510.75 | 000CTJ9J |
| 10/27/2009 | 11:48:09.200 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 510.75 | 000CTJ9J |
| 10/27/2009 | 11:48:09.215 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 510.75 | 000CTJ9J |
| 10/27/2009 | 11:48:09.218 | ZWZ9 | EM4 | A5187 | B | 105 | 5 | 510.75 | 000CTJ9J |
| 10/27/2009 | 11:48:09.236 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 510.75 | 000CTJ9J |
| 10/27/2009 | 11:48:09.903 | ZWZ9 | EM4 | A5187 | B | 3 | 294 | 510.75 | 000CTJ9J |
| 10/27/2009 | 11:48:11.065 | ZWZ9 | EM4 | A5187 | S | 1 | 5 | 511 | 000CTJCV |
| 10/27/2009 | 11:48:11.735 | ZWZ9 | EM4 | A5187 | S | 1 | 2 | 511 | 000CTJD9 |
| 10/27/2009 | 11:48:26.191 | ZWZ9 | EM4 | A5187 | B | 1 | 202 | 510.5 | 000CTK1Y |
| 10/27/2009 | 11:48:26.798 | ZWZ9 | EM4 | A5187 | B | 3 | 202 | 510.5 | 000CTK1Y |
| 10/27/2009 | 11:50:26.678 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 511 | 000CTJCV |
| 10/27/2009 | 11:50:26.678 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 511 | 000CTJD9 |
| 10/27/2009 | 11:50:26.678 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 511 | 000CTJCV |
| 10/27/2009 | 11:50:26.702 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 511 | 000CTJCV |
| 10/27/2009 | 11:50:26.702 | ZWZ9 | EM4 | A5187 | S | 105 | 1 | 511 | 000CTJD9 |
| 10/27/2009 | 11:50:33.411 | ZWZ9 | EM4 | A5187 | S | 105 | 2 | 511.75 | 000CT5QM |
| 10/27/2009 | 11:52:17.029 | ZWZ9 | EM4 | A5187 | S | 1 | 202 | 511.75 | 000CTT5X |
| 10/27/2009 | 11:52:18.810 | ZWZ9 | EM4 | A5187 | S | 1 | 202 | 512 | 000CTT8N |
| 10/27/2009 | 11:52:21.616 | ZWZ9 | EM4 | A5187 | S | 3 | 202 | 512 | 000CTT8N |
| 10/27/2009 | 11:52:21.621 | ZWZ9 | EM4 | A5187 | S | 1 | 202 | 511.25 | 000CTT8P |
| 10/27/2009 | 11:52:24.844 | ZWZ9 | EM4 | A5187 | S | 3 | 202 | 511.75 | 000CTT5X |
| 10/27/2009 | 11:52:24.850 | ZWZ9 | EM4 | A5187 | S | 1 | 202 | 511.25 | 000CTTH5 |
| 10/27/2009 | 11:52:26.881 | ZWZ9 | EM4 | A5187 | S | 3 | 202 | 511.25 | 000CTTH5 |
| 10/27/2009 | 11:52:26.882 | ZWZ9 | EM4 | A5187 | S | 3 | 202 | 511.25 | 000CTT8P |
| 10/27/2009 | 11:53:16.899 | ZWZ9 | EM4 | A5187 | B | 1 | 402 | 511.25 | 000CTVU4 |
| 10/27/2009 | 11:53:17.697 | ZWZ9 | EM4 | A5187 | B | 3 | 402 | 511.25 | 000CTVU4 |