# ATTACHMENT P

TO JESSICA HARRIS AFFIDAVIT

| Date | Conf_Time | Instrument | Tag_50 | Account__AT_ | Buy_Sell | Func_Code | Quantity | Price__AT_ | Order__AT_ |
|---|---|---|---|---|---|---|---|---|---|
| 10/29/2009 | 12:08:59.899 | ZWZ9 | EM4 | A4858 | S | 1 | 154 | 508 | 000DGWCF |
| 10/29/2009 | 12:09:14.491 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 508 | 000DGWCF |
| 10/29/2009 | 12:09:17.258 | ZWZ9 | EM4 | A5187 | B | 3 | 154 | 504.5 | 000DGW9C |
| 10/29/2009 | 12:09:17.266 | ZWZ9 | EM4 | A4858 | S | 105 | 1 | 508 | 000DGWCF |
| 10/29/2009 | 12:09:17.266 | ZWZ9 | EM4 | A4858 | S | 105 | 90 | 508 | 000DGWCF |
| 10/29/2009 | 12:09:17.266 | ZWZ9 | EM4 | A4858 | S | 105 | 62 | 508 | 000DGWCF |
| 10/29/2009 | 12:09:17.266 | ZWZ9 | EM4 | A5187 | B | 1 | 154 | 508.25 | 000DGWL6 |
| 10/29/2009 | 12:09:17.266 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 508 | 000DGWL6 |
| 10/29/2009 | 12:09:17.266 | ZWZ9 | EM4 | A5187 | B | 105 | 1 | 508 | 000DGWL6 |
| 10/29/2009 | 12:09:17.266 | ZWZ9 | EM4 | A5187 | B | 105 | 90 | 508 | 000DGWL6 |
| 10/29/2009 | 12:09:17.266 | ZWZ9 | EM4 | A5187 | B | 105 | 62 | 508 | 000DGWL6 |