# ATTACHMENT Q

TO JESSICA HARRIS AFFIDAVIT

## Checking Continued

Checking Activity Continued

**High Interest Checking** REDACTED

| Date | Description | | Amount |
|---|---|---|---|
| 10/10/08 | ACH Electronic Credit SERDIKA LLC | Eric Draw | 280,000.00 |
| 10/29/08 | ACH Electronic Credit SERDIKA LLC | Eric Draw | 350,000.00 |

*All transaction times and dates reflected are based on Eastern Standard Time.*

*[1] Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

March 2 - March 31, 2009
ERIC MONCADA   REDACTED
Citigold Account

Page 2 of 6

## Messages From Citigold

**Help protect yourself from fraud**

Change your passwords and PINs regularly. Protect your account numbers–do not give them to a stranger. Don't fall for fake check scams. These can involve someone offering to: *buy something you advertised for sale; pay you to work at home; give you an advance on a sweepstakes you've won or give you the first installment of millions if you agree to the use of your bank account for safekeeping.* Review you account statements promptly and call us at **1-800-274-6660** (**New York metro area call 1-800-627-3999**), if you find a discrepancy.

End of Summary Section

## Fees & Rates Detail

Start of Bank Statement

Citibank gives you the benefit of lower charges, better rates and higher transaction limits as you maintain higher balance levels. When determining your rates, rebates of ATM surcharges for non-Citibank ATM transactions and monthly service charge for this statement period, and the transaction limits and fee waivers–that apply during the next statement period, Citibank considers your average balance during the month of February in all your qualifying checking, savings, investment, credit card and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements. To link additional eligible Citibank accounts for consideration for next month's balances please refer to the phone number on page 1.

| Rates and Charges | |
|---|---|
| Rates | Your Combined Balance Range $250,000-$499,999 |
| | Preferred |
| Monthly Service Charge | None |

Please refer to your Client Manual and Marketplace Addendum booklet for details on how to determine monthly fees, charges and applicable transaction limits. All fees assessed for this statement period will appear as charges to your checking account on your next Citigold statement.

## Checking

**High Interest Checking** REDACT

### Checking Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 3/03/09 | ACH Electronic Credit BES CAPITAL LLC Payroll | | 12,371.46 | |

000002R1/04F

May 1 - May 31, 2009
ERIC MONCADA
Citigold Account
REDACTED

## Checking Continued

### Checking Activity Continued

**High Interest Checking** REDACTED

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 5/05/09 | Incoming Wire Transfer WIRE FROM BES CAPITAL LLC C/O CARY | | 500,000.00 | |
| 5/12/09 | Incoming Wire Transfer WIRE FROM SERDIKA LLC | | 1,065,860.41 | |

## Fees & Rates Detail

Start of Bank Statement

Citibank gives you the benefit of lower charges, better rates and higher transaction limits as you maintain higher balance levels. When determining your rates, rebates of ATM surcharges for non-Citibank ATM transactions and monthly service charge for this statement period, and the transaction limits and fee waivers that apply during the next statement period, Citibank considers your average balance during the month of June in all your qualifying checking, savings, investment, credit card and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements. To link additional eligible Citibank accounts for consideration for next month's balances please refer to the phone number on page 1.

| Rates and Charges | Your Combined Balance Range $1,000,000-$1,999,999 |
|---|---|
| Rates | Preferred |
| Monthly Service Charge | None |
| Rebate of Surcharges from Upto Six non-Citibank ATM Transactions | $13.74 |

Please refer to your Client Manual and Marketplace Addendum booklet for details on how to determine monthly fees, charges and applicable transaction limits. All fees assessed for this statement period will appear as charges to your checking account on your next Citigold statement.

## Checking

Checking Activity

| | | |
|---|---|---|
| 7/01/09 | Outgoing Domestic Funds Transfer CBOL WIRE TO Eric Moncada #9429279119 | 50,000.00 |

**October 1 - November 1, 2009**
ERIC MONCADA
Citigold Account   REDACTED

## Fees & Rates Detail

### Start of Bank Statement

Citibank gives you the benefit of lower charges, better rates and higher transaction limits as you maintain higher balance levels. When determining your rates, rebates of ATM surcharges for non-Citibank ATM transactions and monthly service charge for this statement period, and the transaction limits and fee waivers that apply during the next statement period, Citibank considers your average balance during the month of September in all your qualifying checking, savings, investment, credit card and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements. To link additional eligible Citibank accounts for consideration for next month's balances please refer to the phone number on page 1.

| Rates and Charges | |
|---|---|
| | Your Combined Balance Range $1,000,000-$1,999,999 |
| Rates | Preferred |
| Monthly Service Charge | None |
| Rebate of Surcharges from Upto Six non-Citibank ATM Transactions | $15.00 |

Please refer to your Client Manual and Marketplace Addendum booklet for details on how to determine monthly fees, charges and applicable transaction limits. All fees assessed for this statement period will appear as charges to your checking account on your next Citigold statement.

## Checking

### Checking Activity

| | High Interest CheckingREDACT ED | Amount Subtracted | Amount Added |
|---|---|---|---|
| 10/09/09 | ACH Electronic Credit BES CAPITAL LLC Payroll | | 100,000.00 |

## Savings

Rate Accelerator
Money Market
Account Activity

| Date | Description | Amount |
|---|---|---|
| 12/23/09 | Outgoing Domestic Funds Transfer CBOL WIRE TO Serdika LLC., #7926529012 | 300,000.00 |

## Bank Loans

December 1 - January 3, 2010
ERIC MONCADA
Citigold Account
REDACTED

Page 4 of 5

000004/R1/041