# ATTACHMENT S

## TO JESSICA HARRIS AFFIDAVIT

Excerpt from WHEAT-AF-210

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderI | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 266202 | 2009-10-12 09:41:24.147 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 266203 | 2009-10-12 09:41:24.147 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 266204 | 2009-10-12 09:41:24.147 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15124986 | 000906II | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 266442 | 2009-10-12 09:41:24.725 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 15124986 | 000906II | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 266443 | 2009-10-12 09:41:24.725 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 15124986 | 000906II | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 266444 | 2009-10-12 09:41:24.725 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15124986 | 000906II | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 268298 | 2009-10-12 09:41:35.710 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 200 | 0 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 268299 | 2009-10-12 09:41:35.710 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 200 | 0 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 268300 | 2009-10-12 09:41:35.710 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15125684 | 0009071W | Add | Buy | 200 | 200 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 268313 | 2009-10-12 09:41:37.007 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 15125684 | 0009071W | Delete | Buy | 200 | 200 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 268314 | 2009-10-12 09:41:37.007 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 15125684 | 0009071W | Delete | Buy | 200 | 200 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 268315 | 2009-10-12 09:41:37.007 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15125684 | 0009071W | Delete | Buy | 200 | 0 | 200 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 271383 | 2009-10-12 09:41:55.960 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 271384 | 2009-10-12 09:41:55.960 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 271385 | 2009-10-12 09:41:55.976 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15126697 | 000907U1 | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 271518 | 2009-10-12 09:41:56.476 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 15126697 | 000907U1 | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 271519 | 2009-10-12 09:41:56.476 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 15126697 | 000907U1 | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 271520 | 2009-10-12 09:41:56.491 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15126697 | 000907U1 | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 287234 | 2009-10-12 09:43:34.399 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 287235 | 2009-10-12 09:43:34.399 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 287236 | 2009-10-12 09:43:34.399 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15131952 | 00090BW0 | Add | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 287264 | 2009-10-12 09:43:34.946 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 15131952 | 00090BW0 | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 287265 | 2009-10-12 09:43:34.946 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 15131952 | 00090BW0 | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 287266 | 2009-10-12 09:43:34.962 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15131952 | 00090BW0 | Delete | Buy | 402 | 0 | 402 | ZW | DEC09 | Open | | 484.25 | | | Limit |
| 299913 | 2009-10-12 09:45:12.308 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 299914 | 2009-10-12 09:45:12.308 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 299917 | 2009-10-12 09:45:12.308 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15136149 | 00090F4L | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 300182 | 2009-10-12 09:45:13.026 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 15136149 | 00090F4L | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 300183 | 2009-10-12 09:45:13.026 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 15136149 | 00090F4L | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 300188 | 2009-10-12 09:45:13.026 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15136149 | 00090F4L | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304630 | 2009-10-12 09:45:29.417 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304631 | 2009-10-12 09:45:29.417 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304632 | 2009-10-12 09:45:29.417 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137719 | 00090GC7 | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304636 | 2009-10-12 09:45:29.558 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304637 | 2009-10-12 09:45:29.558 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304638 | 2009-10-12 09:45:29.574 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137721 | 00090GC9 | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304639 | 2009-10-12 09:45:29.730 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304640 | 2009-10-12 09:45:29.730 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304641 | 2009-10-12 09:45:29.730 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137722 | 00090GCA | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304923 | 2009-10-12 09:45:31.886 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137719 | 00090GC7 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304924 | 2009-10-12 09:45:31.886 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137721 | 00090GC9 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 304925 | 2009-10-12 09:45:31.886 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137722 | 00090GCA | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 305485 | 2009-10-12 09:45:35.886 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137719 | 00090GC7 | Fill | Sell | 0 | 0 | 2 | ZW | DEC09 | Open | | 484.5 | | | Limit |



| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderI | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 305486 | 2009-10-12 09:45:35.886 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137721 | 00090GC9 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 305487 | 2009-10-12 09:45:35.886 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137722 | 00090GCA | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 305488 | 2009-10-12 09:45:35.886 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137719 | 00090GC7 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 306253 | 2009-10-12 09:45:37.996 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137719 | 00090GC7 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 306254 | 2009-10-12 09:45:37.996 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137721 | 00090GC9 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |
| 306257 | 2009-10-12 09:45:37.996 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 15137722 | 00090GCA | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 484.5 | | | Limit |

Excerpt from

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 266202 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 266203 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 266204 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:24.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 266442 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:24.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 266443 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:24.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 266444 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:24.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 268298 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 268299 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 268300 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:35.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 268313 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:35.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 268314 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:35.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 268315 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:37.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 271383 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 271384 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 271385 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:55.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 271518 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:55.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 271519 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:55.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 271520 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:41:56.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 287234 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 287235 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 287236 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:43:34.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 287264 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:43:34.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 287265 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:43:34.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 287266 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:43:34.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 299913 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 299914 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 299917 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:12.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 300182 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:12.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 300183 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:12.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 300188 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:13.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304630 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304631 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304632 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:29.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304636 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304637 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304638 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:29.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304639 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304640 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304641 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:29.0 | | 10.0.1.200 | | StopTrigQt SOK=082H! Sndr=-9394 DisclQty=0 | | | |
| 304923 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:31.0 | | N/A | | N/A | TrnNo=149 SOK=082H! RecNo=696 Contract=Z | | |
| 304924 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:31.0 | | N/A | | N/A | TrnNo=149 SOK=082H! RecNo=696 Contract=Z | | |
| 304925 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:31.0 | | N/A | | N/A | TrnNo=149 SOK=082H! RecNo=696 Contract=Z | | |
| 305485 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:35.0 | | N/A | | N/A | TrnNo=149 SOK=082H! RecNo=696 Contract=Z | | |

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi | Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 305486 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:35.0 | | N/A | | N/A | | TrnNo=149 | SOK=082H! | RecNo=696 Contract=Z |
| 305487 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:35.0 | | N/A | | N/A | | TrnNo=149 | SOK=082H! | RecNo=696 Contract=Z |
| 305488 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:35.0 | | N/A | | N/A | | TrnNo=149 | SOK=082H! | RecNo=696 Contract=Z |
| 306253 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:37.0 | | N/A | | N/A | | TrnNo=149 | SOK=082H! | RecNo=696 Contract=Z |
| 306254 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:37.0 | | N/A | | N/A | | TrnNo=149 | SOK=082H! | RecNo=696 Contract=Z |
| 306257 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:45:37.0 | | N/A | | N/A | | TrnNo=149 | SOK=082H! | RecNo=696 Contract=Z |

4

Excerpt from

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 266202 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 266203 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 266204 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 266442 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 266443 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 266444 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 268298 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 268299 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 268300 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 268313 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 268314 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 268315 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 271383 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 271384 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 271385 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 271518 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 271519 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 271520 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 287234 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 287235 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 287236 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 287264 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 287265 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 287266 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 299913 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 299914 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 299917 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 300182 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 300183 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 300188 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304630 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304631 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304632 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304636 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304637 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304638 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304639 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304640 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304641 | ExchOrdId= | ExchTrans\ | OrdNoOld= | OrderSrc=\ | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 304923 | CTI=4 | Origin=0 | | | | | | | | | |
| 304924 | CTI=4 | Origin=0 | | | | | | | | | |
| 304925 | CTI=4 | Origin=0 | | | | | | | | | |
| 305485 | CTI=4 | Origin=0 | | | | | | | | | |

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 305486 | CTI=4 | Origin=0 | | | | | | | | | |
| 305487 | CTI=4 | Origin=0 | | | | | | | | | |
| 305488 | CTI=4 | Origin=0 | | | | | | | | | |
| 306253 | CTI=4 | Origin=0 | | | | | | | | | |
| 306254 | CTI=4 | Origin=0 | | | | | | | | | |
| 306257 | CTI=4 | Origin=0 | | | | | | | | | |

6