# ATTACHMENT T

TO JESSICA HARRIS AFFIDAVIT

Excerpt from WHEAT-AF-000212

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 409621 | 2009-10-14 09:50:30.539 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 202 | 0 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 409622 | 2009-10-14 09:50:30.539 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 202 | 0 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 409623 | 2009-10-14 09:50:30.539 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16625970 | 0009WCOI | Add | Buy | 202 | 202 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 409834 | 2009-10-14 09:50:32.930 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16625970 | 0009WCOI | Delete | Buy | 202 | 202 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 409835 | 2009-10-14 09:50:32.930 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16625970 | 0009WCOI | Delete | Buy | 202 | 202 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 409836 | 2009-10-14 09:50:32.930 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16625970 | 0009WCOI | Delete | Buy | 202 | 0 | 202 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 410588 | 2009-10-14 09:50:36.618 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 202 | 0 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 410589 | 2009-10-14 09:50:36.618 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 202 | 0 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 410590 | 2009-10-14 09:50:36.618 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16626286 | 0009WCXA | Add | Buy | 202 | 202 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 410697 | 2009-10-14 09:50:37.524 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16626286 | 0009WCXA | Delete | Buy | 202 | 202 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 410698 | 2009-10-14 09:50:37.524 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16626286 | 0009WCXA | Delete | Buy | 202 | 202 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 410699 | 2009-10-14 09:50:37.524 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16626286 | 0009WCXA | Delete | Buy | 202 | 0 | 202 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 429587 | 2009-10-14 09:51:33.384 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 524 | | | Limit |
| 429588 | 2009-10-14 09:51:33.384 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 524 | | | Limit |
| 429594 | 2009-10-14 09:51:33.384 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16632592 | 0009WHSG | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 524 | | | Limit |
| 429984 | 2009-10-14 09:51:33.650 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 523.75 | | | Limit |
| 429985 | 2009-10-14 09:51:33.650 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 523.75 | | | Limit |
| 429986 | 2009-10-14 09:51:33.650 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16632713 | 0009WHVT | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 523.75 | | | Limit |
| 433361 | 2009-10-14 09:51:52.322 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 433362 | 2009-10-14 09:51:52.322 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 433363 | 2009-10-14 09:51:52.322 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16633832 | 0009WIQW | Add | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 433370 | 2009-10-14 09:51:52.978 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16633832 | 0009WIQW | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 433371 | 2009-10-14 09:51:52.978 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16633832 | 0009WIQW | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 433372 | 2009-10-14 09:51:52.978 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16633832 | 0009WIQW | Delete | Buy | 402 | 0 | 402 | ZW | DEC09 | Open | | 522 | | | Limit |
| 441833 | 2009-10-14 09:52:32.667 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 523 | | | Limit |
| 441834 | 2009-10-14 09:52:32.667 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 523 | | | Limit |
| 441835 | 2009-10-14 09:52:32.667 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636644 | 0009WKX0 | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 523 | | | Limit |
| 442109 | 2009-10-14 09:52:33.385 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 523.25 | | | Limit |
| 442110 | 2009-10-14 09:52:33.385 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 523.25 | | | Limit |
| 442111 | 2009-10-14 09:52:33.385 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636736 | 0009WKZK | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 523.25 | | | Limit |
| 442166 | 2009-10-14 09:52:33.839 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 523.5 | | | Limit |
| 442167 | 2009-10-14 09:52:33.839 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 523.5 | | | Limit |
| 442168 | 2009-10-14 09:52:33.839 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636755 | 0009WL03 | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 523.5 | | | Limit |
| 445400 | 2009-10-14 09:52:46.917 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 445401 | 2009-10-14 09:52:46.917 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 445402 | 2009-10-14 09:52:46.917 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16637814 | 0009WLTI | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 445874 | 2009-10-14 09:52:47.745 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16637814 | 0009WLTI | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 445875 | 2009-10-14 09:52:47.745 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16637814 | 0009WLTI | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 445876 | 2009-10-14 09:52:47.745 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16637814 | 0009WLTI | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 449691 | 2009-10-14 09:52:57.902 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 449692 | 2009-10-14 09:52:57.902 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 449693 | 2009-10-14 09:52:57.917 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16639222 | 0009WMWM | Add | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 450137 | 2009-10-14 09:52:58.308 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16639222 | 0009WMWM | Fill | Buy | 0 | 0 | 5 | ZW | DEC09 | Open | | 521.75 | | | Limit |

EXHIBIT

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 450298 | 2009-10-14 09:52:58.636 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16639222 | 0009WMWM | Delete | Buy | 402 | 397 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 450299 | 2009-10-14 09:52:58.636 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16639222 | 0009WMWM | Delete | Buy | 402 | 397 | 0 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 450300 | 2009-10-14 09:52:58.652 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16639222 | 0009WMWM | Delete | Buy | 402 | 0 | 397 | ZW | DEC09 | Open | | 521.75 | | | Limit |
| 450369 | 2009-10-14 09:52:59.683 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 450370 | 2009-10-14 09:52:59.683 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 450371 | 2009-10-14 09:52:59.698 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16639447 | 0009WN2V | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 450591 | 2009-10-14 09:53:00.073 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16639447 | 0009WN2V | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 522 | | | Limit |
| 451684 | 2009-10-14 09:53:11.933 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16639447 | 0009WN2V | Fill | Sell | 0 | 0 | 4 | ZW | DEC09 | Open | | 522 | | | Limit |
| 452256 | 2009-10-14 09:53:15.964 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 452257 | 2009-10-14 09:53:15.964 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 452258 | 2009-10-14 09:53:15.964 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16640047 | 0009WNJJ | Add | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 452307 | 2009-10-14 09:53:16.214 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16640047 | 0009WNJJ | Fill | Buy | 0 | 0 | 2 | ZW | DEC09 | Open | | 522 | | | Limit |
| 452329 | 2009-10-14 09:53:16.855 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16640047 | 0009WNJJ | Delete | Buy | 402 | 400 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 452330 | 2009-10-14 09:53:16.855 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16640047 | 0009WNJJ | Delete | Buy | 402 | 400 | 0 | ZW | DEC09 | Open | | 522 | | | Limit |
| 452331 | 2009-10-14 09:53:16.871 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16640047 | 0009WNJJ | Delete | Buy | 402 | 0 | 400 | ZW | DEC09 | Open | | 522 | | | Limit |
| 452446 | 2009-10-14 09:53:17.574 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 2 | 0 | 0 | ZW | DEC09 | Open | | 522.25 | | | Limit |
| 452447 | 2009-10-14 09:53:17.574 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 2 | 0 | 0 | ZW | DEC09 | Open | | 522.25 | | | Limit |
| 452448 | 2009-10-14 09:53:17.574 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16640110 | 0009WNLA | Add | Sell | 2 | 2 | 0 | ZW | DEC09 | Open | | 522.25 | | | Limit |
| 452485 | 2009-10-14 09:53:18.355 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 2 | 0 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 452486 | 2009-10-14 09:53:18.355 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 2 | 0 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 452487 | 2009-10-14 09:53:18.355 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16640123 | 0009WNLN | Add | Sell | 2 | 2 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 454537 | 2009-10-14 09:53:43.356 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16640110 | 0009WNLA | Fill | Sell | 0 | 0 | 2 | ZW | DEC09 | Open | | 522.25 | | | Limit |
| 454538 | 2009-10-14 09:53:43.356 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16640123 | 0009WNLN | Fill | Sell | 0 | 0 | 2 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 454539 | 2009-10-14 09:53:43.356 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16640532 | 0009WNX0 | Fill | Sell | 0 | 0 | 2 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 457412 | 2009-10-14 09:53:58.137 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636644 | 0009WKX0 | Fill | Sell | 0 | 0 | 5 | ZW | DEC09 | Open | | 523 | | | Limit |
| 457506 | 2009-10-14 09:53:58.309 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636736 | 0009WKZK | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 523.25 | | | Limit |
| 458776 | 2009-10-14 09:54:02.372 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 522.75 | | | Limit |
| 458777 | 2009-10-14 09:54:02.372 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 522.75 | | | Limit |
| 458778 | 2009-10-14 09:54:02.372 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16642194 | 0009WP76 | Add | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522.75 | | | Limit |
| 459559 | 2009-10-14 09:54:03.793 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16642194 | 0009WP76 | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522.75 | | | Limit |
| 459560 | 2009-10-14 09:54:03.793 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16642194 | 0009WP76 | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522.75 | | | Limit |
| 459561 | 2009-10-14 09:54:03.793 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16642194 | 0009WP76 | Delete | Buy | 402 | 0 | 402 | ZW | DEC09 | Open | | 522.75 | | | Limit |
| 460366 | 2009-10-14 09:54:13.747 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 460367 | 2009-10-14 09:54:13.747 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 460368 | 2009-10-14 09:54:13.747 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16642725 | 0009WPLX | Add | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 460504 | 2009-10-14 09:54:14.387 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16642725 | 0009WPLX | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 460505 | 2009-10-14 09:54:14.387 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16642725 | 0009WPLX | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 460506 | 2009-10-14 09:54:14.387 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16642725 | 0009WPLX | Delete | Buy | 402 | 0 | 402 | ZW | DEC09 | Open | | 522.5 | | | Limit |
| 462504 | 2009-10-14 09:54:19.200 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636736 | 0009WKZK | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 523.25 | | | Limit |
| 462505 | 2009-10-14 09:54:19.200 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636736 | 0009WKZK | Fill | Sell | 0 | 0 | 2 | ZW | DEC09 | Open | | 523.25 | | | Limit |
| 462507 | 2009-10-14 09:54:19.200 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636736 | 0009WKZK | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 523.25 | | | Limit |
| 462943 | 2009-10-14 09:54:19.934 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636755 | 0009WL03 | Fill | Sell | 0 | 0 | 2 | ZW | DEC09 | Open | | 523.5 | | | Limit |
| 463166 | 2009-10-14 09:54:20.622 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 16636755 | 0009WL03 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 523.5 | | | Limit |
| 463476 | 2009-10-14 09:54:22.153 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 16636755 | 0009WL03 | Delete | Sell | 5 | 2 | 0 | ZW | DEC09 | Open | | 523.5 | | | Limit |
| 463477 | 2009-10-14 09:54:22.153 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 16636755 | 0009WL03 | Delete | Sell | 5 | 2 | 0 | ZW | DEC09 | Open | | 523.5 | | | Limit |

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 463478 | 2009-10-14 09:54:22.153 | CBOT-I | 00A0LJ00Z | ToClnt | OK | 16636755 | 0009WL03 | Delete | Sell | 5 | 0 | 0 | 2 ZW | DEC09 | Open | | 523.5 | | | Limit |
| 464056 | 2009-10-14 09:54:25.950 | CBOT-I | 00A0LJ00Z | ToClnt | OK | 16632713 | 0009WHVT | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 523.75 | | | Limit |
| 464060 | 2009-10-14 09:54:26.153 | CBOT-I | 00A0LJ00Z | ToClnt | OK | 16632713 | 0009WHVT | Fill | Sell | 0 | 0 | 4 | ZW | DEC09 | Open | | 523.75 | | | Limit |
| 464061 | 2009-10-14 09:54:26.153 | CBOT-I | 00A0LJ00Z | ToClnt | OK | 16632592 | 0009WHSG | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 524 | | | Limit |
| 464167 | 2009-10-14 09:54:26.700 | CBOT-I | 00A0LJ00Z | ToClnt | OK | 16632592 | 0009WHSG | Fill | Sell | 0 | 0 | 4 | ZW | DEC09 | Open | | 524 | | | Limit |

| Excerpt fro | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi | Remaining | Field41 | Field42 | Field43 |
| 409621 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 409622 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 409623 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:50:30.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 409834 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:50:30.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 409835 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:50:30.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 409836 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:50:32.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 410588 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 410589 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 410590 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:50:36.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 410697 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:50:36.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 410698 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:50:36.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 410699 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:50:37.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 429587 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 429588 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 429594 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:51:33.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 429984 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 429985 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 429986 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:51:33.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 433361 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 433362 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 433363 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:51:52.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 433370 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:51:52.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 433371 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:51:52.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 433372 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:51:52.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 441833 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 441834 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 441835 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:32.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 442109 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 442110 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 442111 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:33.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 442166 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 442167 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 442168 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:33.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 445400 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 445401 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 445402 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:46.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 445874 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:46.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 445875 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:46.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 445876 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:47.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 449691 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 449692 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 449693 | GTD | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:57.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735 | DisclQty=0 |
| 450137 | <None> | LFZ737 | EM4 | EM4 | EMONCAD. LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:52:58.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |

4

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi | Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 450298 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:52:57.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 450299 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:52:57.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 450300 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:52:58.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 450369 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 450370 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 450371 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:52:59.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 450591 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:0.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 451684 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:11.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 452256 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452257 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452258 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:15.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452307 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:16.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 452329 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:15.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452330 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:15.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452331 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:16.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452446 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452447 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452448 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:17.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452485 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452486 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 452487 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:18.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 454537 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:43.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 454538 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:43.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 454539 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:43.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 457412 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:58.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 457506 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:53:58.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 458776 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 458777 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 458778 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:2.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 459559 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:2.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 459560 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:2.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 459561 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:3.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 460366 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 460367 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 460368 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:13.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 460504 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:13.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 460505 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:13.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 460506 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:14.0 | | 10.35.118.103 | | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 462504 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:19.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 462505 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:19.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 462507 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:19.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 462943 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:19.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 463166 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:20.0 | | N/A | | N/A | TrnNo=164 | SOK=062H' | RecNo=707 | Contract=Z |
| 463476 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:52:33.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |
| 463477 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:52:33.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=062H' | Sndr=1735' | DisclQty=0 | |

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srv | TxtMsg | GW Specifi | Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 463478 | GTD | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:22.0 | 10.35.118.103 | N/A | | N/A | | StopTrigQt SOK<=062H¹ Sndr=1735 DiscIQty=0 | |
| 464056 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4. | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:25.0 | N/A | | N/A | | TrnNo=164 SOK<=062H¹ RecNo=707 Contract=Z | | | |
| 464060 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:26.0 | N/A | | N/A | | TrnNo=164 SOK<=062H¹ RecNo=707 Contract=Z | | | |
| 464061 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:26.0 | N/A | | N/A | | TrnNo=164 SOK<=062H¹ RecNo=707 Contract=Z | | | |
| 464167 | <None> | LFZ737 | EM4 | EM4 | EMONCAD.LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:54:26.0 | N/A | | N/A | | TrnNo=164 SOK<=062H¹ RecNo=707 Contract=Z | | | |

Excerpt from

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 409621 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 409622 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 409623 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 409834 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 409835 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 409836 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 410588 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 410589 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 410590 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 410697 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 410698 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 410699 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 429587 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 429588 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 429594 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 429984 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 429985 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 429986 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 433361 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 433362 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 433363 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 433370 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 433371 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 433372 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 441833 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 441834 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 441835 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 442109 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 442110 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 442111 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 442166 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 442167 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 442168 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 445400 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 445401 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 445402 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 445874 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 445875 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 445876 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 449691 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 449692 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 449693 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 450137 | | | | | | | | | | CTI=4 | Origin=0 |

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 450298 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 450299 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 450300 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 450369 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 450370 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 450371 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 450591 | CTI=4 | Origin=0 | | | | | | | | | |
| 451684 | CTI=4 | Origin=0 | | | | | | | | | |
| 452256 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452257 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452258 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452307 | CTI=4 | Origin=0 | | | | | | | | | |
| 452329 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452330 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452331 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452446 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452447 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452448 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452485 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452486 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 452487 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 454537 | CTI=4 | Origin=0 | | | | | | | | | |
| 454538 | CTI=4 | Origin=0 | | | | | | | | | |
| 454539 | CTI=4 | Origin=0 | | | | | | | | | |
| 457412 | CTI=4 | Origin=0 | | | | | | | | | |
| 457506 | CTI=4 | Origin=0 | | | | | | | | | |
| 458776 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 458777 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 458778 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 459559 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 459560 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 459561 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 460366 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 460367 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 460368 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 460504 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 460505 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 460506 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 462504 | CTI=4 | Origin=0 | | | | | | | | | |
| 462505 | CTI=4 | Origin=0 | | | | | | | | | |
| 462507 | CTI=4 | Origin=0 | | | | | | | | | |
| 462943 | CTI=4 | Origin=0 | | | | | | | | | |
| 463166 | CTI=4 | Origin=0 | | | | | | | | | |
| 463476 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 463477 | ExchOrdId= | ExchTransId= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 463478 | ExchOrdId= | ExchTrans= | OrdNoOld= | OrderSrc=N | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 464056 | CTI=4 | Origin=0 | | | | | | | | | |
| 464060 | CTI=4 | Origin=0 | | | | | | | | | |
| 464061 | CTI=4 | Origin=0 | | | | | | | | | |
| 464167 | CTI=4 | Origin=0 | | | | | | | | | |