# ATTACHMENT U

## TO JESSICA HARRIS AFFIDAVIT

Excerpt from WHEAT-AF-000215

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128983 | 2009-10-19 09:32:19.584 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 509 | | | Limit |
| 128984 | 2009-10-19 09:32:19.584 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 0 | | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open | | 509 | | | Limit |
| 128985 | 2009-10-19 09:32:19.599 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155046 | 000AT4IU | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 509 | | | Limit |
| 130762 | 2009-10-19 09:32:23.334 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130763 | 2009-10-19 09:32:23.334 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130777 | 2009-10-19 09:32:23.334 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155651 | 000AT4ZN | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130812 | 2009-10-19 09:32:23.521 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130813 | 2009-10-19 09:32:23.521 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130814 | 2009-10-19 09:32:23.521 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155656 | 000AT4ZS | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130815 | 2009-10-19 09:32:23.678 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130816 | 2009-10-19 09:32:23.678 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130817 | 2009-10-19 09:32:23.693 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155657 | 000AT4ZT | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130833 | 2009-10-19 09:32:23.849 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130834 | 2009-10-19 09:32:23.849 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 130835 | 2009-10-19 09:32:23.865 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155663 | 000AT4ZZ | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 131885 | 2009-10-19 09:32:27.475 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18155046 | 000AT4IU | Replace | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 131886 | 2009-10-19 09:32:27.475 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18155046 | 000AT4IU | Replace | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 131887 | 2009-10-19 09:32:27.490 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155046 | 000AT4IU | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 509 | | | Limit |
| 131888 | 2009-10-19 09:32:27.475 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18156013 | 000AT4IU | Add | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 131889 | 2009-10-19 09:32:27.490 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18156013 | 000AT4IU | Add | Buy | 500 | 0 | 500 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 131890 | 2009-10-19 09:32:27.490 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156014 | 000AT59Q | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132130 | 2009-10-19 09:32:27.787 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156014 | 000AT59Q | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132131 | 2009-10-19 09:32:27.787 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156014 | 000AT59Q | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132135 | 2009-10-19 09:32:28.068 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18156014 | 000AT59Q | Delete | Buy | 500 | 498 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132136 | 2009-10-19 09:32:28.068 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18156014 | 000AT59Q | Delete | Buy | 500 | 498 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132137 | 2009-10-19 09:32:28.068 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156014 | 000AT59Q | Delete | Buy | 500 | 0 | 498 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132623 | 2009-10-19 09:32:29.912 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132624 | 2009-10-19 09:32:29.912 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132625 | 2009-10-19 09:32:29.912 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156256 | 000AT5GG | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132665 | 2009-10-19 09:32:30.256 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132666 | 2009-10-19 09:32:30.256 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132667 | 2009-10-19 09:32:30.256 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156270 | 000AT5GU | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132668 | 2009-10-19 09:32:30.475 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132669 | 2009-10-19 09:32:30.475 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 132670 | 2009-10-19 09:32:30.475 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156270 | 000AT5GV | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133238 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18155651 | 000AT4ZN | Replace | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133239 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18155651 | 000AT4ZN | Replace | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133240 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18155656 | 000AT4ZS | Replace | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133241 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18155656 | 000AT4ZS | Replace | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133242 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18155657 | 000AT4ZT | Replace | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133243 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18155657 | 000AT4ZT | Replace | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133244 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18155663 | 000AT4ZZ | Replace | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133245 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18155663 | 000AT4ZZ | Replace | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |

EXHIBIT

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133246 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155651 | 000AT4ZN | Delete | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 133247 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18156460 | 000AT4ZN | Add | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133248 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18156460 | 000AT4ZN | Add | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133249 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155656 | 000AT4ZS | Delete | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 133250 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18156461 | 000AT4ZS | Add | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133251 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18156461 | 000AT4ZS | Add | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133252 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155657 | 000AT4ZT | Delete | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 133253 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18156462 | 000AT4ZT | Add | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133254 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18156462 | 000AT4ZT | Add | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133255 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18155663 | 000AT4ZZ | Delete | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.75 | | | Limit |
| 133256 | 2009-10-19 09:32:32.412 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18156463 | 000AT4ZZ | Add | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133257 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18156463 | 000AT4ZZ | Add | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133258 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156464 | 000AT5M8 | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133259 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156465 | 000AT5M9 | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133260 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156466 | 000AT5MA | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 133261 | 2009-10-19 09:32:32.428 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156467 | 000AT5MB | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 134317 | 2009-10-19 09:32:35.553 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | | 0 | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 508.75 | | | Limit |
| 134318 | 2009-10-19 09:32:35.553 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | | 0 | Add | Buy | 402 | 0 | 0 | ZW | DEC09 | Open | | 508.75 | | | Limit |
| 134325 | 2009-10-19 09:32:35.553 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156819 | 000AT5W3 | Add | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 508.75 | | | Limit |
| 134337 | 2009-10-19 09:32:35.568 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156256 | 000AT5GG | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 134340 | 2009-10-19 09:32:35.568 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156270 | 000AT5GU | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 509.25 | | | Limit |
| 134703 | 2009-10-19 09:32:36.850 | CBOT-I | 00A0LI00ZWZ | FrmClnt | OK | 18156819 | 000AT5W3 | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 508.75 | | | Limit |
| 134704 | 2009-10-19 09:32:36.850 | CBOT-I | 00A0LI00ZWZ | ToHst | OK | 18156819 | 000AT5W3 | Delete | Buy | 402 | 402 | 0 | ZW | DEC09 | Open | | 508.75 | | | Limit |
| 134705 | 2009-10-19 09:32:36.865 | CBOT-I | 00A0LI00ZWZ | ToClnt | OK | 18156819 | 000AT5W3 | Delete | Buy | 402 | 0 | 402 | ZW | DEC09 | Open | | 508.75 | | | Limit |

2

Excerpt fro

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi | Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128983 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 128984 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 128985 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:19.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130762 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130763 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130777 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130812 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130813 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130814 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130815 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130816 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130817 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130833 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130834 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 130835 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 131885 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:19.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 131886 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:19.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 131887 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:27.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 131888 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:19.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 131889 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:19.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 131890 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:27.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132130 | \<None\> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:27.0 | | N/A | N/A | | TrnNo=180 | SOK=090X0 | RecNo=722 | Contract=Z |
| 132131 | \<None\> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:27.0 | | N/A | N/A | | TrnNo=180 | SOK=090X0 | RecNo=722 | Contract=Z |
| 132135 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:27.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132136 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:27.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132137 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:28.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132623 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132624 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132625 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:29.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132665 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132666 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132667 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:30.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132668 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132669 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 132670 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:30.0 | | 10.0.1.200 | | StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 133238 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 133239 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 133240 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 133241 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 133242 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 133243 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 133244 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |
| 133245 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to StopTrigQt | SOK=090X0 | Sndr=-9394 | DisclQty=0 | | |

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMembe | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi | Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133246 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:32.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133247 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133248 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133249 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133250 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133251 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:32.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133252 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:32.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133253 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133254 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133255 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133256 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133257 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:23.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133258 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:32.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133259 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:32.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133260 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:32.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 133261 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:32.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 134317 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 134318 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 134325 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:35.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 134337 | <None> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:35.0 | | N/A | | N/A | TrnNo=180 | SOK=090X | RecNo=723 | Contract=Z |
| 134340 | <None> | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:35.0 | | N/A | | N/A | TrnNo=180 | SOK=090X | RecNo=723 | Contract=Z |
| 134703 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:35.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 134704 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:35.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |
| 134705 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | | LFZ737 | 14:32:36.0 | | 10.0.1.200 | | | StopTrigQt | SOK=090X | Sndr=-939 | DisclQty=0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Excerpt fro| | | | | | | | | | | |
| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
| 128983 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 128984 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 128985 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130762 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130763 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130777 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130812 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130813 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130814 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130815 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130816 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130817 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130833 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130834 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 130835 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 131885 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 131886 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 131887 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 131888 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 131889 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 131890 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132130 | CTI=4 | | Origin=0 | | | | | | | | |
| 132131 | CTI=4 | | Origin=0 | | | | | | | | |
| 132135 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132136 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132137 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132623 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132624 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132625 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132665 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132666 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132667 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132668 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132669 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 132670 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133238 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133239 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133240 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133241 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133242 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133243 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133244 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133245 | ExchOrdId= | ExchTransI | OrdNoOld= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 133246 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133247 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133248 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133249 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133250 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133251 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133252 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133253 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133254 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133255 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133256 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133257 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133258 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133259 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133260 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 133261 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 134317 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 134318 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 134325 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 134337 | | | | | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 134340 | | | Origin=0 | | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 134703 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 134704 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 134705 | ExchOrdId= | ExchTransf | OrdNoOId= | OrderSrc=Normal OS | OrdKey=17 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |