# ATTACHMENT V

TO JESSICA HARRIS AFFIDAVIT

Excerpt from WHEAT-AF-000217

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 712458 | 2009-10-26 10:09:37.956 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 |  | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 712459 | 2009-10-26 10:09:37.956 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 |  | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 712460 | 2009-10-26 10:09:37.956 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773307 | 000CD8SB | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 712468 | 2009-10-26 10:09:38.706 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 |  | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open |  | 538.75 |  |  | Limit |
| 712469 | 2009-10-26 10:09:38.706 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 |  | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open |  | 538.75 |  |  | Limit |
| 712470 | 2009-10-26 10:09:38.706 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773310 | 000CD8SE | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open |  | 538.75 |  |  | Limit |
| 712873 | 2009-10-26 10:09:39.565 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 |  | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open |  | 538.5 |  |  | Limit |
| 712874 | 2009-10-26 10:09:39.565 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 |  | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open |  | 538.5 |  |  | Limit |
| 712875 | 2009-10-26 10:09:39.565 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773443 | 000CD8W3 | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open |  | 538.5 |  |  | Limit |
| 715929 | 2009-10-26 10:10:00.488 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 |  | Add | Buy | 302 | 0 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 715930 | 2009-10-26 10:10:00.488 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 |  | Add | Buy | 302 | 0 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 715931 | 2009-10-26 10:10:00.488 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20774457 | 000CD9O9 | Add | Buy | 302 | 302 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 716307 | 2009-10-26 10:10:01.128 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 20774457 | 000CD9O9 | Delete | Buy | 302 | 302 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 716308 | 2009-10-26 10:10:01.128 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 20774457 | 000CD9O9 | Delete | Buy | 302 | 302 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 716309 | 2009-10-26 10:10:01.144 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20774457 | 000CD9O9 | Delete | Buy | 302 | 0 | 302 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 717248 | 2009-10-26 10:10:13.175 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 |  | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 717249 | 2009-10-26 10:10:13.175 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 |  | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 717250 | 2009-10-26 10:10:13.191 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20774896 | 000CDA0G | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 717478 | 2009-10-26 10:10:13.847 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 20774896 | 000CDA0G | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 717479 | 2009-10-26 10:10:13.847 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 20774896 | 000CDA0G | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 717481 | 2009-10-26 10:10:13.863 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20774896 | 000CDA0G | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open |  | 537.75 |  |  | Limit |
| 719343 | 2009-10-26 10:10:33.660 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 |  | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open |  | 538 |  |  | Limit |
| 719344 | 2009-10-26 10:10:33.660 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 |  | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open |  | 538 |  |  | Limit |
| 719345 | 2009-10-26 10:10:33.660 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20775585 | 000CDAJL | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 538 |  |  | Limit |
| 719349 | 2009-10-26 10:10:33.738 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773307 | 000CD8SB | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 719368 | 2009-10-26 10:10:33.754 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773307 | 000CD8SB | Fill | Sell | 0 | 0 | 4 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 719541 | 2009-10-26 10:10:34.488 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 20775585 | 000CDAJL | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 538 |  |  | Limit |
| 719542 | 2009-10-26 10:10:34.488 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 20775585 | 000CDAJL | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 538 |  |  | Limit |
| 719543 | 2009-10-26 10:10:34.488 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20775585 | 000CDAJL | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open |  | 538 |  |  | Limit |
| 719734 | 2009-10-26 10:10:42.207 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 0 |  | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 719735 | 2009-10-26 10:10:42.207 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 0 |  | Add | Buy | 500 | 0 | 0 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 719736 | 2009-10-26 10:10:42.207 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20775713 | 000CDAN5 | Add | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 719845 | 2009-10-26 10:10:42.785 | CBOT-I | 00A0LJ00ZWZ | FrmClnt | OK | 20775713 | 000CDAN5 | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 719846 | 2009-10-26 10:10:42.785 | CBOT-I | 00A0LJ00ZWZ | ToHst | OK | 20775713 | 000CDAN5 | Delete | Buy | 500 | 500 | 0 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 719847 | 2009-10-26 10:10:42.785 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20775713 | 000CDAN5 | Delete | Buy | 500 | 0 | 500 | ZW | DEC09 | Open |  | 538.25 |  |  | Limit |
| 720859 | 2009-10-26 10:10:45.410 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773443 | 000CD8W3 | Fill | Sell | 0 | 0 | 3 | ZW | DEC09 | Open |  | 538.5 |  |  | Limit |
| 720860 | 2009-10-26 10:10:45.410 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773443 | 000CD8W3 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open |  | 538.5 |  |  | Limit |
| 721536 | 2009-10-26 10:10:48.661 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773443 | 000CD8W3 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open |  | 538.5 |  |  | Limit |
| 721537 | 2009-10-26 10:10:48.661 | CBOT-I | 00A0LJ00ZWZ | ToClnt | OK | 20773310 | 000CD8SE | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open |  | 538.75 |  |  | Limit |



EXHIBIT 11

| Excerpt from | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RecordNo | OrderRes | ExchMember | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specific | Remaining Fields | Field41 | Field42 | Field43 |
| 712458 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 712459 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 712460 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:9:37.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 712468 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 712469 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 712470 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:9:38.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 712873 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 712874 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 712875 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:9:39.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 715929 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 715930 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 715931 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:0.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 716307 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 716308 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 716309 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:1.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 717248 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 717249 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 717250 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:13.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 717478 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:13.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 717479 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:13.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 717481 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:13.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719343 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719344 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719345 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:33.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719349 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:33.0 | | N/A | | N/A | TrnNo=204 | SOK=082J3 RecNo=746 | Contract=Z |
| 719368 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:33.0 | | N/A | | N/A | TrnNo=204 | SOK=082J3 RecNo=746 | Contract=Z |
| 719541 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:33.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719542 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:33.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719543 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:34.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719734 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719735 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719736 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:42.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719845 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:42.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719846 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:42.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 719847 | GTD | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:42.0 | | 10.0.1.200 | | StopTrigQt | SOK=082J3 | Sndr=-9394 | DisclQty=0 |
| 720859 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:45.0 | | N/A | | N/A | TrnNo=204 | SOK=082J3 RecNo=746 | Contract=Z |
| 720860 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:45.0 | | N/A | | N/A | TrnNo=204 | SOK=082J3 RecNo=746 | Contract=Z |
| 721536 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:48.0 | | N/A | | N/A | TrnNo=204 | SOK=082J3 RecNo=746 | Contract=Z |
| 721537 | <None> | LFZ737 | EM4 | EM4 | EMONCAD | LFZ737 | EM4 | EM4 | A1 | A5187 | C | | LFZ737 | 15:10:48.0 | | N/A | | N/A | TrnNo=204 | SOK=082J3 RecNo=746 | Contract=Z |

| Excerpt fron | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
| 712458 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 712459 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 712460 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 712468 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 712469 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 712470 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 712873 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 712874 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 712875 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 715929 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 715930 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 715931 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 716307 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 716308 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 716309 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 717248 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 717249 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 717250 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 717478 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 717479 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 717481 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719343 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719344 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719345 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719349 | CTI=4 | Origin=0 | | | | | | | | | |
| 719368 | CTI=4 | Origin=0 | | | | | | | | | |
| 719541 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719542 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719543 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719734 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719735 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719736 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719845 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719846 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 719847 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 720859 | CTI=4 | Origin=0 | | | | | | | | | |
| 720860 | CTI=4 | Origin=0 | | | | | | | | | |
| 721536 | CTI=4 | Origin=0 | | | | | | | | | |
| 721537 | CTI=4 | Origin=0 | | | | | | | | | |