# ATTACHMENT W

TO JESSICA HARRIS AFFIDAVIT

Excerpt from WHEAT-AF-000013

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType | OrderRes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1294050 | 2009-10-26 11:51:52.181 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 500 | 0 | 0 | ZW | DEC09 | Open | | 532 | | | Limit | GTD |
| 1294051 | 2009-10-26 11:51:52.181 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 500 | 0 | 0 | ZW | DEC09 | Open | | 532 | | | Limit | GTD |
| 1294052 | 2009-10-26 11:51:52.196 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20965515 | 000CHD3F | Add | Sell | 500 | 500 | 0 | ZW | DEC09 | Open | | 532 | | | Limit | GTD |
| 1294281 | 2009-10-26 11:51:53.102 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 20965515 | 000CHD3F | Delete | Sell | 500 | 500 | 0 | ZW | DEC09 | Open | | 532 | | | Limit | GTD |
| 1294282 | 2009-10-26 11:51:53.102 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 20965515 | 000CHD3F | Delete | Sell | 500 | 500 | 0 | ZW | DEC09 | Open | | 532 | | | Limit | GTD |
| 1294283 | 2009-10-26 11:51:53.102 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20965515 | 000CHD3F | Delete | Sell | 500 | 0 | 500 | ZW | DEC09 | Open | | 532 | | | Limit | GTD |
| 1300892 | 2009-10-26 11:54:42.402 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 20 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1300893 | 2009-10-26 11:54:42.402 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 20 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1300895 | 2009-10-26 11:54:42.402 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Add | Buy | 20 | 20 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301061 | 2009-10-26 11:54:45.590 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 500 | 0 | 0 | ZW | DEC09 | Open | | 530.5 | | | Limit | GTD |
| 1301062 | 2009-10-26 11:54:45.590 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 500 | 0 | 0 | ZW | DEC09 | Open | | 530.5 | | | Limit | GTD |
| 1301063 | 2009-10-26 11:54:45.590 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967850 | 000CHEWA | Add | Sell | 500 | 500 | 0 | ZW | DEC09 | Open | | 530.5 | | | Limit | GTD |
| 1301064 | 2009-10-26 11:54:45.606 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 2 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301065 | 2009-10-26 11:54:45.606 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301066 | 2009-10-26 11:54:45.606 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 2 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301067 | 2009-10-26 11:54:45.606 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 5 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301068 | 2009-10-26 11:54:45.606 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 2 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301069 | 2009-10-26 11:54:45.606 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301070 | 2009-10-26 11:54:45.621 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 2 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301071 | 2009-10-26 11:54:45.621 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301072 | 2009-10-26 11:54:45.621 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301082 | 2009-10-26 11:54:45.653 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967794 | 000CHEUQ | Fill | Buy | 0 | 0 | 3 | ZW | DEC09 | Open | | 530.25 | | | Limit | Iceberg |
| 1301197 | 2009-10-26 11:54:47.246 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301198 | 2009-10-26 11:54:47.246 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301199 | 2009-10-26 11:54:47.246 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967892 | 000CHEXG | Add | Buy | 5 | 5 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301200 | 2009-10-26 11:54:47.246 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967892 | 000CHEXG | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301201 | 2009-10-26 11:54:47.246 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967892 | 000CHEXG | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301202 | 2009-10-26 11:54:47.246 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967892 | 000CHEXG | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301203 | 2009-10-26 11:54:47.262 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967892 | 000CHEXG | Fill | Buy | 0 | 0 | 2 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301277 | 2009-10-26 11:54:47.434 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301278 | 2009-10-26 11:54:47.434 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301281 | 2009-10-26 11:54:47.434 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967918 | 000CHEY6 | Add | Buy | 5 | 5 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301282 | 2009-10-26 11:54:47.434 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967918 | 000CHEY6 | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301285 | 2009-10-26 11:54:47.434 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967918 | 000CHEY6 | Fill | Buy | 0 | 0 | 2 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301293 | 2009-10-26 11:54:47.449 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967918 | 000CHEY6 | Fill | Buy | 0 | 0 | 2 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301360 | 2009-10-26 11:54:47.606 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301361 | 2009-10-26 11:54:47.606 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301362 | 2009-10-26 11:54:47.621 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967944 | 000CHEYW | Add | Buy | 5 | 5 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301363 | 2009-10-26 11:54:47.621 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967944 | 000CHEYW | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301364 | 2009-10-26 11:54:47.621 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967944 | 000CHEYW | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301365 | 2009-10-26 11:54:47.637 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967944 | 000CHEYW | Fill | Buy | 0 | 0 | 1 | ZW | DEC09 | Open | | 530.25 | | | Limit | <None> |
| 1301393 | 2009-10-26 11:54:47.793 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301394 | 2009-10-26 11:54:47.793 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType | OrderRes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1301395 | 2009-10-26 11:54:47.793 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967954 | 000CHEZ6 | Add | Buy | 5 | 5 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301423 | 2009-10-26 11:54:47.965 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301424 | 2009-10-26 11:54:47.965 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301425 | 2009-10-26 11:54:47.965 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967964 | 000CHEZG | Add | Buy | 5 | 5 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301426 | 2009-10-26 11:54:48.137 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301427 | 2009-10-26 11:54:48.137 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301428 | 2009-10-26 11:54:48.137 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967965 | 000CHEZH | Add | Buy | 5 | 5 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301429 | 2009-10-26 11:54:48.293 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301430 | 2009-10-26 11:54:48.293 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 5 | 0 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301431 | 2009-10-26 11:54:48.293 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967966 | 000CHEZI | Add | Buy | 5 | 5 | 0 | ZW | DEC09 | Open | | 530.25 | | | Limit | GTD |
| 1301432 | 2009-10-26 11:54:48.949 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 20967850 | 000CHEWA | Delete | Sell | 500 | 500 | 0 | ZW | DEC09 | Open | | 530.5 | | | Limit | GTD |
| 1301433 | 2009-10-26 11:54:48.949 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 20967850 | 000CHEWA | Delete | Sell | 500 | 500 | 0 | ZW | DEC09 | Open | | 530.5 | | | Limit | GTD |
| 1301438 | 2009-10-26 11:54:48.949 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 20967850 | 000CHEWA | Delete | Sell | 500 | 0 | 500 | ZW | DEC09 | Open | | 530.5 | | | Limit | GTD |

Excerpt from

| RecordNo | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi | Remaining Field41 | Field42 | Field43 | Field44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1294050 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1294051 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1294052 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:51:52.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1294281 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:51:52.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1294282 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:51:52.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1294283 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:51:53.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1300892 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=5 ExchOrdId= |
| 1300893 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=5 ExchOrdId= |
| 1300895 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:42.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=5 ExchOrdId= |
| 1301061 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301062 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301063 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301064 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301065 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301066 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301067 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301068 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301069 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301070 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301071 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301072 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301082 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301197 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301198 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301199 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301200 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301201 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301202 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301203 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301277 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301278 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301281 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301282 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301285 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301293 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301360 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301361 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301362 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301363 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301364 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301365 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | N/A | N/A | TrnNo=204 | SOK=042F/ RecNo=748 Contract=Z CTI=4 |
| 1301393 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |
| 1301394 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ Sndr=1735 DisclQty=0 ExchOrdId= |

| RecordNo | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi | Remaining | Field41 | Field42 | Field43 | Field44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1301395 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301423 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301424 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301425 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:47.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301426 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301427 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301428 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:48.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301429 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301430 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301431 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:48.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301432 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301433 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:45.0 | | 10.35.118.: | OrderReceived sent to | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |
| 1301438 | LFZ737 | EM4 | EM4 | EMONCAD. | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 16:54:48.0 | | 10.35.118.103 | | StopTrigQt | SOK=042F/ | Sndr=1735 | DisclQty=0 | ExchOrdId= |

Excerpt from

| RecordNo | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1294050 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1294051 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1294052 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1294281 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1294282 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1294283 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1300892 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1300893 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1300895 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301061 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301062 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301063 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301064 | Origin=0 | | | | | | | | | |
| 1301065 | Origin=0 | | | | | | | | | |
| 1301066 | Origin=0 | | | | | | | | | |
| 1301067 | Origin=0 | | | | | | | | | |
| 1301068 | Origin=0 | | | | | | | | | |
| 1301069 | Origin=0 | | | | | | | | | |
| 1301070 | Origin=0 | | | | | | | | | |
| 1301071 | Origin=0 | | | | | | | | | |
| 1301072 | Origin=0 | | | | | | | | | |
| 1301082 | Origin=0 | | | | | | | | | |
| 1301197 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301198 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301199 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301200 | Origin=0 | | | | | | | | | |
| 1301201 | Origin=0 | | | | | | | | | |
| 1301202 | Origin=0 | | | | | | | | | |
| 1301203 | Origin=0 | | | | | | | | | |
| 1301277 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301278 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301281 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301282 | Origin=0 | | | | | | | | | |
| 1301285 | Origin=0 | | | | | | | | | |
| 1301293 | Origin=0 | | | | | | | | | |
| 1301360 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301361 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301362 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301363 | Origin=0 | | | | | | | | | |
| 1301364 | Origin=0 | | | | | | | | | |
| 1301365 | Origin=0 | | | | | | | | | |
| 1301393 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301394 | ExchTrans | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |

| RecordNo | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1301395 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301423 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301424 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301425 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301426 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301427 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301428 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301429 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301430 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301431 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301432 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301433 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1301438 | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |