# ATTACHMENT Y

TO JESSICA HARRIS AFFIDAVIT

Excerpt from WHEAT-AF-000014

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1474745 | 2009-10-27 13:03:28.318 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 302 | 0 | 0 | ZW | DEC09 | Open | | 507 | | | Limit |
| 1474746 | 2009-10-27 13:03:28.318 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 302 | 0 | 0 | ZW | DEC09 | Open | | 507 | | | Limit |
| 1474747 | 2009-10-27 13:03:28.334 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21694368 | 000CWZHC | Add | Buy | 302 | 302 | 0 | ZW | DEC09 | Open | | 507 | | | Limit |
| 1474781 | 2009-10-27 13:03:28.928 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 21694368 | 000CWZHC | Delete | Buy | 302 | 302 | 0 | ZW | DEC09 | Open | | 507 | | | Limit |
| 1474782 | 2009-10-27 13:03:28.928 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 21694368 | 000CWZHC | Delete | Buy | 302 | 302 | 0 | ZW | DEC09 | Open | | 507 | | | Limit |
| 1474783 | 2009-10-27 13:03:28.943 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21694368 | 000CWZHC | Delete | Buy | 302 | 0 | 302 | ZW | DEC09 | Open | | 507 | | | Limit |
| 1488947 | 2009-10-27 13:05:43.071 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1488948 | 2009-10-27 13:05:43.071 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1488967 | 2009-10-27 13:05:43.071 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21699087 | 000CX34F | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1489548 | 2009-10-27 13:05:45.743 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 21699087 | 000CX34F | Delete | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1489549 | 2009-10-27 13:05:45.743 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 21699087 | 000CX34F | Delete | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1489550 | 2009-10-27 13:05:45.758 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21699087 | 000CX34F | Delete | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1498471 | 2009-10-27 13:06:54.447 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Buy | 350 | 0 | 0 | ZW | DEC09 | Open | | 505.25 | | | Limit |
| 1498472 | 2009-10-27 13:06:54.447 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Buy | 350 | 0 | 0 | ZW | DEC09 | Open | | 505.25 | | | Limit |
| 1498473 | 2009-10-27 13:06:54.447 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21702240 | 000CX5K0 | Add | Buy | 350 | 350 | 0 | ZW | DEC09 | Open | | 505.25 | | | Limit |
| 1498474 | 2009-10-27 13:06:55.103 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 21702240 | 000CX5K0 | Delete | Buy | 350 | 350 | 0 | ZW | DEC09 | Open | | 505.25 | | | Limit |
| 1498475 | 2009-10-27 13:06:55.103 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 21702240 | 000CX5K0 | Delete | Buy | 350 | 350 | 0 | ZW | DEC09 | Open | | 505.25 | | | Limit |
| 1498476 | 2009-10-27 13:06:55.119 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21702240 | 000CX5K0 | Delete | Buy | 350 | 0 | 350 | ZW | DEC09 | Open | | 505.25 | | | Limit |
| 1501628 | 2009-10-27 13:07:19.073 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506.5 | | | Limit |
| 1501629 | 2009-10-27 13:07:19.073 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506.5 | | | Limit |
| 1501637 | 2009-10-27 13:07:19.073 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21703295 | 000CX6DB | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506.5 | | | Limit |
| 1501672 | 2009-10-27 13:07:19.432 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1501673 | 2009-10-27 13:07:19.432 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1501674 | 2009-10-27 13:07:19.432 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21703307 | 000CX6DN | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1502511 | 2009-10-27 13:07:29.854 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 21703307 | 000CX6DN | Delete | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1502512 | 2009-10-27 13:07:29.854 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 21703307 | 000CX6DN | Delete | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1502520 | 2009-10-27 13:07:29.870 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21703307 | 000CX6DN | Delete | Sell | 5 | 0 | 5 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1502785 | 2009-10-27 13:07:31.651 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1502786 | 2009-10-27 13:07:31.651 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1502787 | 2009-10-27 13:07:31.651 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21703678 | 000CX6NY | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506.25 | | | Limit |
| 1505551 | 2009-10-27 13:07:45.839 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506 | | | Limit |
| 1505552 | 2009-10-27 13:07:45.839 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 506 | | | Limit |
| 1505569 | 2009-10-27 13:07:45.839 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21704604 | 000CX7DO | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 506 | | | Limit |
| 1546924 | 2009-10-27 13:12:31.407 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 102 | 0 | 0 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1546925 | 2009-10-27 13:12:31.407 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 102 | 0 | 0 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1546926 | 2009-10-27 13:12:31.422 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718292 | 000CXHXW | Add | Sell | 102 | 102 | 0 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1546927 | 2009-10-27 13:12:31.422 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718292 | 000CXHXW | Fill | Sell | 0 | 0 | 4 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1547036 | 2009-10-27 13:12:34.797 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 21718292 | 000CXHXW | Delete | Sell | 102 | 98 | 0 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1547037 | 2009-10-27 13:12:34.797 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 21718292 | 000CXHXW | Delete | Sell | 102 | 98 | 0 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1547038 | 2009-10-27 13:12:34.797 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718292 | 000CXHXW | Delete | Sell | 102 | 0 | 98 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1547066 | 2009-10-27 13:12:35.501 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1547067 | 2009-10-27 13:12:35.501 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1547068 | 2009-10-27 13:12:35.501 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718339 | 000CXHZ7 | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 504.25 | | | Limit |

www.legalstore.com No. 7001 EXHIBIT 15

| RecordNo | Date/Time | Exch | SrsKey | Source | Status | OrderNo | ExchOrderId | Action | B/S | OrdQty | WrkQty | ExcQty | Prod | Expiry | O/C | C/P | LimitPrc | StopPrc | Strike | OrderType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1547114 | 2009-10-27 13:12:37.719 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718339 | 000CXHZ7 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1547190 | 2009-10-27 13:12:40.766 | CBOT-I | 00A0LJ00Z' | FrmClnt | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 504.5 | | | Limit |
| 1547191 | 2009-10-27 13:12:40.766 | CBOT-I | 00A0LJ00Z' | ToHst | OK | 0 | | Add | Sell | 5 | 0 | 0 | ZW | DEC09 | Open | | 504.5 | | | Limit |
| 1547192 | 2009-10-27 13:12:40.766 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718380 | 000CXI0C | Add | Sell | 5 | 5 | 0 | ZW | DEC09 | Open | | 504.5 | | | Limit |
| 1547688 | 2009-10-27 13:12:45.798 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718339 | 000CXHZ7 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1548493 | 2009-10-27 13:12:57.360 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718339 | 000CXHZ7 | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1548494 | 2009-10-27 13:12:58.720 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718339 | 000CXHZ7 | Fill | Sell | 0 | 0 | 2 | ZW | DEC09 | Open | | 504.25 | | | Limit |
| 1548606 | 2009-10-27 13:12:59.376 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718380 | 000CXI0C | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 504.5 | | | Limit |
| 1548806 | 2009-10-27 13:13:00.095 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718380 | 000CXI0C | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 504.5 | | | Limit |
| 1548828 | 2009-10-27 13:13:00.142 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718380 | 000CXI0C | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 504.5 | | | Limit |
| 1548829 | 2009-10-27 13:13:00.439 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718380 | 000CXI0C | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 504.5 | | | Limit |
| 1548830 | 2009-10-27 13:13:00.751 | CBOT-I | 00A0LJ00Z' | ToClnt | OK | 21718380 | 000CXI0C | Fill | Sell | 0 | 0 | 1 | ZW | DEC09 | Open | | 504.5 | | | Limit |

Excerpt from

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1474745 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1474746 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1474747 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:3:28.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1474781 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:3:28.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1474782 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:3:28.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1474783 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:3:28.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1488947 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1488948 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1488967 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:5:43.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1489548 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:5:43.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1489549 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:5:43.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1489550 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:5:45.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1498471 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1498472 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1498473 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:6:54.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1498474 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:6:54.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1498475 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:6:54.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1498476 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:6:55.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1501628 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1501629 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1501637 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:7:19.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1501672 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1501673 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1501674 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:7:19.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1502511 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:7:19.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1502512 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:7:19.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1502520 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:7:29.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1502785 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1502786 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1502787 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:7:31.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1505551 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1505552 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1505569 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:7:45.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1546924 | Iceberg | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=1 | | |
| 1546925 | Iceberg | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=1 | | |
| 1546926 | Iceberg | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:31.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=1 | | |
| 1546927 | Iceberg | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:31.0 | | N/A | N/A | TrnNo=211 SOK=062M RecNo=759 | Contract=Z | | |
| 1547036 | Iceberg | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:31.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=1 | | |
| 1547037 | Iceberg | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:31.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=1 | | |
| 1547038 | Iceberg | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:34.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=1 | | |
| 1547066 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1547067 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | 10.0.1.200 | OrderReceived sent to | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |
| 1547068 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:35.0 | | 10.0.1.200 | | StopTrigQt SOK=062M Sndr=-9394 | DisclQty=0 | | |

| RecordNo | OrderRes | ExchMemb | ExchGroup | ExchTrader | User ID | Member | Group | Trader | Account | FFT1 | FFT2 | FFT3 | ClrMember | ExchTime | ExchDate | Srvr | TxtMsg | GW Specifi | Remaining | Field41 | Field42 | Field43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1547114 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:37.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |
| 1547190 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=062M Sndr=-9394 | DisclQty=0 |
| 1547191 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 0:0:0.0 | | | | 10.0.1.200 | OrderReceived sent to | StopTrigQt | SOK=062M Sndr=-9394 | DisclQty=0 |
| 1547192 | GTD | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:40.0 | | 10.0.1.200 | | | | StopTrigQt | SOK=062M Sndr=-9394 | DisclQty=0 |
| 1547688 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:45.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |
| 1548493 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:57.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |
| 1548494 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:58.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |
| 1548606 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:12:59.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |
| 1548806 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:13:0.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |
| 1548828 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:13:0.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |
| 1548829 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:13:0.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |
| 1548830 | &lt;None&gt; | LFZ737 | EM4 | EM4 | EMONCADA | LFZ737 | EM4 | EM4 | A1 | A4858 | C | | LFZ737 | 18:13:0.0 | | N/A | | N/A | | TrnNo=211 | SOK=062M RecNo=759 | Contract=Z |

Excerpt from

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1474745 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1474746 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1474747 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1474781 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1474782 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1474783 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1488947 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1488948 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1488967 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1489548 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1489549 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1489550 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1498471 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1498472 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1498473 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1498474 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1498475 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1498476 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1501628 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1501629 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1501637 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1501672 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1501673 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1501674 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1502511 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1502512 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1502520 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1502785 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1502786 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1502787 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1505551 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1505552 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1505569 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1546924 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1546925 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1546926 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1546927 | CTI=4 | Origin=0 | | | | | | | | | | |
| 1547036 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1547037 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1547038 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1547066 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1547067 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1547068 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal | OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |

| RecordNo | Field44 | Field45 | Field46 | Field47 | Field48 | Field49 | Field50 | Field51 | Field52 | Field53 | Field54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1547114 | CTI=4 | Origin=0 | | | | | | | | | |
| 1547190 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1547191 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=0 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1547192 | ExchOrdId= | ExchTransN | OrdNoOld= | OrderSrc=Normal OS | OrdKey=18 | OrdActOrig | OrdFlgs=0 | MinQty=0 | Contract=Z | CTI=4 | Origin=0 |
| 1547688 | CTI=4 | Origin=0 | | | | | | | | | |
| 1548493 | CTI=4 | Origin=0 | | | | | | | | | |
| 1548494 | CTI=4 | Origin=0 | | | | | | | | | |
| 1548606 | CTI=4 | Origin=0 | | | | | | | | | |
| 1548806 | CTI=4 | Origin=0 | | | | | | | | | |
| 1548828 | CTI=4 | Origin=0 | | | | | | | | | |
| 1548829 | CTI=4 | Origin=0 | | | | | | | | | |
| 1548830 | CTI=4 | Origin=0 | | | | | | | | | |