# EXHIBIT 8

TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT ERIC MONCADA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                        :
                                        :
U.S. COMMODITY FUTURES TRADING          :       CIVIL ACTION NO. 12-CV-8791
COMMISSION,                             :
                                        :
                PLAINTIFF,              :
                                        :
        v.                              :
                                        :
ERIC MONCADA,                           :
BES CAPITAL LLC, and                    :
SERDIKA LLC,                            :
                                        :
                DEFENDANTS.             :
                                        :
_____     :

## AFFIDAVIT OF JAMES P. MORAN

James P. Moran, being duly sworn, deposes and says:

1. I am the Executive Director, Global Head of Market Regulation Strategic and Technology Initiatives at CME Group Inc. ("CME"). As part of that role, I am responsible for designing and refining systems and processes to regulate surveillance of electronic markets, and for overseeing the creation of CME's audit trail. I have been an employee of CME for over 25 years.

2. Except where otherwise indicated, the statements in this affidavit are based on my personal knowledge and experience from my role at CME.

3. The CME Globex system captures and records all electronic orders, modifications, cancellations and executions for products listed for trading on Globex.

4. CME maintains the Globex data in the ordinary course of its business and as part of its obligations under CFTC regulations.

5. At the request of the CFTC, the CME generated spreadsheets of audit trail data from its systems regarding Globex trading in the Chicago Board of Trade Soft Red Winter Wheat futures December 2009 contract during certain dates from August 2009 through December 2009.

6. The spreadsheets were provided to the CFTC under cover letters dated November 23, 2009, December 7, 9, 17, 22, 2009, July 27, 2010, August 4, 2010, September 2, 2010 and September 28, 2010.

7. The spreadsheets include data for each new, modified, and cancelled Globex order, as well as all trades executed on Globex. The spreadsheets include trade date, contract, time, quantity, price, buy or sell, account, clearing firm, trader identification, and whether the order was a market or limit order. Due to the volume of data for certain days some of the spreadsheets do not include 1-lot orders, modifications, cancellations and trades.

8. To the best of my knowledge, the spreadsheets provided to the CFTC by CME are an accurate reflection of the data maintained in the CME systems.

James P. Moran

Sworn to before me this 1st day of July 2013.

Notary Public

OFFICIAL SEAL
GLORIA A NABORS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/19/17