# EXHIBIT 10

TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT ERIC MONCADA

## AFFIDAVIT OF LISA JONES

I, Lisa Jones, affirm as follows:

1. I am Chief Compliance Officer for Advantage Futures LLC ("Advantage").

2. I submit this Affidavit to authenticate the data provided by Advantage to the U.S. Commodity Futures Trading Commission ("CFTC") on or about March 29, 2011.

3. The statements made herein are based on my personal knowledge.

4. In response to a request from the CFTC, I oversaw a team at Advantage responsible for gathering data maintained by Advantage for trading accounts owners Serdika LLC, BES Capital LLC, and Emil Dontchev.

5. The following account numbers are associated with accounts which were maintained by Advantage on behalf of account owner Serdika LLC: A4856, A4857, A4858, A4859, A4861, A4862, A4863, A4864, A4866, A4867, A4868, A4873, A4874 (collectively, the "Serdika Account").

6. The following account numbers are associated with accounts which were maintained by Advantage on behalf of account owner BES Capital LLC: A5176, A5181, A5182, A5183, A5187, A5188, A5189 (collectively, the "BES Account").

7. The following account numbers are associated with accounts maintained by Advantage on behalf of account owner Emil Dontchev ("Dontchev"): A5436 and A5439 (collectively, the "Dontchev Account").

8. Advantage's provides clients with access to various exchanges through a Trading Technologies' electronic trading platform (referred to as "TT").

9. In response to the request from the CFTC, I was responsible for overseeing the collection of trade data, including, but not limited to, TT audit logs, for the Serdika Account, the BES Account and the Dontchev Account (the "Trade Data").

10.   As a result, I have personal knowledge regarding the Trade Data gathered by Advantage in response to the CFTC's request with respect to the Serdika Account, the BES Account and the Dontchev Account.

11.   The Trade Data for the Serdika Account, the BES Account and the Dontchev Account gathered by Advantage in response to the CFTC's request was produced on three disks to the CFTC by Advantage, through its counsel, on March 29, 2011.

12.   The Trade Data for the Serdika Account, the BES Account and the Dontchev Account gathered by Advantage in response to the CFTC's request and produced to the CFTC by Advantage on March 29, 2011 constitutes true and accurate records maintained by Advantage in the regular course of its business activity.

13.   Included with the Trade Data for the Serdika and BES Accounts gathered by Advantage in response to the CFTC's request and produced to the CFTC by Advantage on March 29, 2011, were TT audit logs for Serdika account number A4858 and for BES account number A5187 (the "TT Audit Logs").

14.   The TT Audit Logs for the Serdika and BES Accounts gathered by Advantage in response to the CFTC's request and produced to the CFTC by Advantage on March 29, 2011 constitute true and accurate records maintained by Advantage in the regular course of its business activity.

I solemnly affirm under the penalties of perjury that the contents of the foregoing are true to the best of my knowledge, information, and belief.

*Lisa Jones*

STATE OF ILLINOIS            }
                             }   ss.:
COUNTY OF COOK               }

NOTARIZED before me this 20TH day of June, 2013

OFFICIAL SEAL
BRANDY NORMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/08/14

3