# EXHIBIT 13

TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT ERIC MONCADA



## Chat with james moriarty

**james moriarty** <jamesmoria@gmail.com>      Wed, Sep 30, 2009 at 2:35 PM
To: erichighlandcapital@gmail.com

| 11:07 AM | **james**: yo |
| 23 minutes | |
| 11:31 AM | **me**: whats up |
| 11:33 AM | **james**: you never gave me an answer about the yanks ganme tonite |
| 5 minutes | |
| 11:39 AM | **james**: is that a no? |
| | **me**: nah i'm in |
| | for sure |
| | if its still cool |
| | **james**: ok cool, we just needed to know for the tix |
| | **me**: ok |
| 49 minutes | |
| 12:29 PM | **james**: shuff saying massive MOC buying in corn today |
| | **me**: hmm |
| | why? |
| 12:30 PM | **james**: just forewarded it to you |
| 20 minutes | |
| 12:51 PM | **me**: hey |
| | **james**: yo |
| 12:52 PM | cl should trade to 7060 |
| | **me**: that would give me a semi |
| | started watching sons of anarchy last night |
| | **james**: its ok |
| | **me**: yeah entertaining |
| | very bored |
| | **james**: id beat the living shit out of that blonde guy |
| 12:53 PM | **me**: ha |
| | i like the old guys stash |
| | **james**: beauty and the beast would be begging me to stop |
| | **me**: what is the plan today |
| 12:54 PM | meet pjock at b cafe? |
| | **james**: hes in connectcut today, going to meet us at the park |
| | **me**: i was short 180 crude this morning |
| | **james**: oooo |
| | **me**: ok |
| | flipped it and got long |
| | **james**: good |
| | **me**: around 6810 |
| | still down |
| | **james**: nice |
| 12:55 PM | this fucker is gonna go |
| | **me**: yeah |
| | dice was pissed |
| | **james**: some resistance at 6977 |
| | then straight up |
| 12:56 PM | stops and shit , its gonna blow, bit get out quick |
| 12:57 PM | here it goes |



EXHIBIT 5

| Time | Message |
|---|---|
| 1:02 PM | watch this shit |
| | im telling you...put sales in up there |
| 1:03 PM | me: up where? |
| | james: from 7012 up to 7040 or so |
| 1:04 PM | where do you get profitable? |
| | me: i'm out |
| | james: ah |
| 7 minutes | |
| 1:12 PM | me: oh yeah |
| | watch wheat dump cada on the close |
| | so bcafe? |
| 1:13 PM | james: yeah, i saw the reports from the floor. the only to be careful of is month end buying |
| | me: do you want to meet emil |
| | james: do we have a plan? he said either b or oak bar |
| 1:15 PM | me: not really |
| | james: is that you fucking around with the 500 lot? |
| | me: of course ont |
| | not |
| | james: lol |
| 1:17 PM | http://www.youtube.com/watch?v=6pUSIjdvTIY |
| | me: sounds like billy |
| | james: lol] |
| 15 minutes | |
| 1:33 PM | james: cl!! |
| | 6977 |
| | who needs Nando |
| 1:37 PM | me: http://www.hulu.com/watch/33010/three-amigos-look-up-here |
| | james: loolk |
| 1:38 PM | find the one its like beer |
| 9 minutes | |
| 1:48 PM | james: B cafe 530 |
| 43 minutes | |
| 2:31 PM | james: did you kill it? |
| 2:35 PM | dude, that thing got 4 cents away from my number 7077 |