Exhibit B
Deposition transcript of
Plaintiff's Expert Witness
Of Hendik Bessembinder

# ORIGINAL TRANSCRIPT

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) |
| | ) Deposition of: |
| Plaintiff, | ) HENDRIK BESSEMBINDER |
| | ) |
| vs. | ) |
| | ) |
| ERIC MONCADA, | ) Civil No. 12-CV-8791 |
| BES CAPITAL, LLC, and | ) |
| SERDIKA, LLC, | ) |
| | ) |
| Defendants. | ) |

December 4, 2013 * 9:08 a.m.

Location:
United States Securities and Exchange Commission
Salt Lake District Office
15 West South Temple, Suite 1800
Salt Lake City, Utah   84101

Reporter:   Reporter:  Kathy Morgan, CSR, RPR
Utah License No. 259764-7801 Nevada License No. 357
Notary Public in and for the State of Utah



**CITICOURT**
THE REPORTING GROUP

236 South 300 East
Salt Lake City, Utah 84111

PH: 801.532.3441   FAX: 801.532.3414   TOLL FREE: 877.532.3441

## A P P E A R A N C E S

### FOR THE PLAINTIFFS:

> **Andrew Ridnour**, Trial Attorney
> **Jennifer Diamond**, Trial Attorney
> UNITED STATES COMMODITY FUTURES
> TRADING COMMISSION
> Division of Enforcement
> 1155 21st N.W. Washington, D.C.  20581
> Tel: 202.418.5244
> jdiamond@cftc.gov

Present via teleconference:

> **Ken McCracken**, Chief Trial Attorney
> UNITED STATES COMMODITY FUTURES
> TRADING COMMISSION
> Division of Enforcement
> 1155 21st N.W. Washington, D.C.  20581
> Tel: 202.418.5244
> kmccraken@cftc.gov

### FOR THE DEFENDANTS:

> **Richard M. Asche**
> LITMAN, ASCHE & GIOIELLA, LLP
> 140 Broadway
> New York, Yew York 10005
> Tel: 212.809.4500
> Fax: 212.742.8757
> richardasche@lagnyc.com

## I N D E X

HENDRIK BESSEMBINDER:                                    PAGE

Examination by Mr. Asche _____ 3
Examination by Mr. Ridnour _____ 110

## E X H I B I T S

NUMBER              DESCRIPTION                        PAGE

   1      Expert report by Mr. Bessembinder _____ 4

1                    P R O C E E D I N G S

2                    HENDRIK BESSEMBINDER

3        called as a witness, being first duly sworn,

4              was examined and testified as follows:

5

6                        EXAMINATION

7    BY MR. ASCHE:

8         Q.    Good morning, sir.

9         A.    Good morning.

10        Q.    I'll try to get you in and out of this as

11   fast as we can.  Would you just, for the record, just

12   state your name and your business address.

13        A.    Yeah.  So my name is Hendrik Bessembinder.

14   My business address is David Eccles School of

15   Business, University of Utah, Salt Lake City, Utah.

16        Q.    Did you prepare an expert report in the

17   matter of CFTC versus Moncada?

18        A.    I did, yes.

19        Q.    Do you have a copy of that report with

20   you?

21        A.    I do not.

22        Q.    Oh, you don't?

23        A.    I don't.

24        Q.    I, unfortunately, brought only my copy.

25              MR. ASCHE:  Can you give that to the

1    witness?

2                    THE WITNESS:  Thank you.

3                    MR. ASCHE:  And could we mark that?  Why

4    don't we mark that as Bessembinder Exhibit 1.

5                    **(EXHIBIT 1 WAS MARKED.)**

6         Q.    (By Mr. Asche) Is Exhibit 1 a copy of the

7    expert report which you prepared?

8         A.    I have not gone through it page by page,

9    but it does appear to be my report.

10        Q.    If you look at page 34, is that your

11   signature?

12        A.    That is my signature, yes.

13        Q.    When were you retained by the CFTC to

14   prepare an expert report?

15        A.    I don't think I can give the exact date.

16   It would have been approximately late February of

17   this year.

18        Q.    And were you retained pursuant to a

19   written retainer agreement?

20        A.    There is a contract in place.

21        Q.    Do you have a copy of that with you?

22        A.    No.

23        Q.    Without holding you to the exact terms of

24   the contact, are you being compensated on an hourly

25   basis?

1          A.      Yes, an hourly basis.

2          Q.      And does the rate of compensation change

3     depending on whether you're testifying or

4     researching?

5          A.      No.  Single flat rate.

6          Q.      And what is that rate?

7          A.      $525 per hour.

8          Q.      Now, on page 1 of your report near the

9     bottom.

10         A.      Yes.

11         Q.      You state that you "served as a consultant

12    on issues relating to financial and commodity markets

13    for private and governmental clients."  Do you see

14    that?

15         A.      I do.

16         Q.      And you list FINRA?

17         A.      Yes.

18         Q.      Have you done any work for FINRA in

19    connection with commodities?

20         A.      No.  My work with FINRA was regarding

21    so-called structured products, debt securities.

22         Q.      And with respect to the New York Stock

23    Exchange, have you done any consulting work in

24    connection with commodities?

25         A.      No.  The New York Stock Exchange, of

1    course, is an equity market.

2         Q.    Okay.  The DOJ?

3         A.    Those were commodity-related matters, some

4    equity, some commodity.

5         Q.    And when did you perform those services?

6         A.    My first work with DOJ was as far back as

7    '95 or so.  Commodity work was more recent.  I

8    couldn't give an exact date, but five, seven years

9    ago, something like that.

10        Q.    And what was the nature of the work that

11   you did for DOJ five to seven years ago?

12        A.    I'm somewhat limited in what I can

13   discuss, but it involved potential manipulation of

14   commodity prices.

15        Q.    Was it in connection with litigation?

16        A.    There was an investigation.  I'm not sure

17   that it ever went to formal charges from DOJ, in any

18   event.  It was an investigation, I think is the

19   accurate way to put it.

20        Q.    And I take it you're not at liberty to

21   disclose the name of the subject of that.

22        A.    That's correct.

23        Q.    Did you generate any kind of a written

24   report for the DOJ?

25        A.    In that matter, no.

1          Q.      What have you done for the CFTC?

2          A.      I've done a few cases for CFTC, all

3     commodity cases, some manipulation cases, some price

4     reporting cases.

5          Q.      Did any of those result in your testifying

6     in court?

7          A.      Yes.  The Placido case just about a decade

8     ago.

9          Q.      Since the Placido --

10              MR. RIDNOUR:  It's DiPlacido, D-i.

11              MR. ASCHE:  DiPlacido, D-i-P-l-a-c-i-d-o.

12         Q.      (By Mr. Asche) And since that case, have

13    you testified in any form for the CFTC?

14         A.      No, nothing else has gone to trial, not

15    that I've worked on.

16         Q.      How about depositions?

17         A.      Yes, I did a deposition for the CFTC six

18    or seven years so, in this very building, as a matter

19    of fact.

20         Q.      What kind of case?

21         A.      That was a price reporting case.  The

22    question was whether certain traders had accurately

23    reported prices to plats.

24         Q.      So manipulation by price reporting?

25         A.      I'm not sure if "manipulation" was the

1    label that was used or not.

2        Q.    And were you -- what was the nature of

3    your opinion that you held?  I don't need to know the

4    exact opinion, but what was the nature, the subject

5    matter of the opinion?

6        A.    I would characterize it as a financial

7    economist clarifying why false reporting of prices is

8    a bad thing from an economic viewpoint.

9        Q.    And that matter never went to trial?

10       A.    Not that I know of.  I don't think it did.

11       Q.    Since that occasion six or seven years

12   ago, have you testified on behalf of the CFTC?

13       A.    No.

14       Q.    What work have you done for the attorney

15   generals or the attorneys general of the New York

16   area and California?

17       A.    Those were matters quite distinct from

18   each other.  The Attorney General of the State of New

19   York case involved the compensation of the New York

20   Stock Exchange chairman.

21       Q.    Mr. Phelan?

22       A.    No.

23            MR. RIDNOUR:  Grasso?

24       Q.    (By Mr. Asche) Grasso, yes.

25       A.    Grasso.  The case got a fair amount of

1    press, so that was my work for the -- and I'm not a

2    compensation expert.

3          Q.     You believe he was undercompensated?

4          A.     Not necessarily.  I'm not a compensation

5    expert.  My work in that case was related to the

6    performance of the exchange itself during his watch.

7    In any event, that was the Attorney General of New

8    York.  The Attorney General of California was

9    actually a tax case involving the use of

10   controversial tax shelters to avoid tax liability,

11   and I was involved -- the tax shelter involved

12   complex trading strategies, so my expertise was in

13   terms of the trading strategies that were used and

14   the economics of the trades.

15         Q.     And for Goldman Sachs or for Interactive

16   Data Corporation?

17         A.     Interactive Data Corporation, that was a

18   nonlitigation matter.  They were considering

19   acquisition of another firm, and I was involved in

20   their due diligence of evaluating the potential

21   acquisition.

22         Q.     And Goldman Sachs?

23         A.     I worked with them on strategies for

24   quantifying trade execution costs.

25         Q.     Attached to your report is a CV, a résumé,

1    which lists publications.

2          A.     Yes.

3          Q.     Could you just go down the list and

4    identify publications that -- the subject of which is

5    manipulation of any securities markets.

6          A.     None of my published work is focused on

7    manipulation in particular.

8          Q.     Would you just go down the list and list

9    any published works that deal with the commodities

10   markets.

11         A.     Well, some of them deal with issues that

12   are germane to commodities as well as equities.  Then

13   there are some that focus on commodities in

14   particular.  So in the first category, the second and

15   third publications listed, "Noisy Prices and

16   Inference Regarding Returns," "Liquidity Biases in

17   Asset Pricing Tests," the issues there are

18   statistical issues, but they apply to data from any

19   financial market.

20              Which ones focus on commodities in

21   particular, there's two papers about electric power

22   markets, one published in *Journal of Business*, one

23   published in *Journal of Finance*.  There's several

24   papers with futures markets in the title, and those

25   papers in general included an array of commodities

1    within the study.  I can point out the particular

2    ones if you wish.

3         Q.    If you can.

4         A.    So I might be missing some, but the ones

5    that in particular would -- I'm quite sure from

6    memory -- would include commodities would be near the

7    bottom of the second page, "An Empirical Analysis of

8    Risk Premia in Futures Markets," "Price Volatility,

9    Trading Volume and Market Depth: Evidence from

10   Futures Markets."

11           Over to the third page, "Systematic Risk,

12   Hedging Pressure and Risk Premiums in Futures

13   Markets," "Time Varying Risk Premia and Forecastable

14   Returns in Futures Markets," those all included

15   commodities, if my memory's correct.  And again, I

16   may have missed one or two in the sense that one or

17   two more may have included commodities.

18        Q.    But futures markets would include any

19   security, I take it?

20        A.    Yeah.  I mean, some of those studies would

21   have also had financial futures in the study, along

22   with commodity futures.

23        Q.    Right.  And equity futures as well?

24        A.    I'm not remembering exactly what was in

25   every individual study, but some of the studies would

1    have had equity futures along with commodity futures.

2         Q.     Your résumé lists work for FERC, which may

3    be a dirty word in this room, but...

4         A.     I thought all the government agencies all

5    got along very well.

6         Q.     Maybe they're a dirty word with me.  What

7    have you done for them?

8         A.     FERC, I was involved in, I think the label

9    they used was the Western Markets Investigation, but

10   to most of the world it would be known as the Enron

11   investigation.

12        Q.     And specifically what did you do?

13        A.     So around the time of the controversy

14   related to Enron, FERC was charged by Congress with

15   investigating various aspects of energy trading,

16   particularly in the Western U.S.  FERC assembled a

17   team of consultants and academics and collectively

18   carried out that investigation.  It's been more than

19   a decade, so I have to think a little bit about where

20   I was most involved.

21              I recall trying to work to quantify

22   Enron's profitability.  I recall some assessment of

23   whether Enron may, at various times, have attempted

24   to manipulate natural gas markets.  I feel like I'm

25   missing something in the sense that I contributed to

1   other aspects, but sorry, it's not fresh in my

2   memory.

3          Q.     Have you traded commodities?

4          A.     No.  I'm an academic, not a trader.

5          Q.     On page 2 of your report, at the bottom of

6   paragraph 3, you state that you have examined -- I

7   assume examined a longer time period.  Do you see

8   that?

9          A.     Yes, I do see that.

10         Q.     What time period did you examine?

11         A.     The specific dates are laid out within the

12  report, but going from memory, it was from some point

13  in August through the end of November of 2009.

14         Q.     Did you look at any records for any period

15  prior to August 2009?

16         A.     No.

17         Q.     Or after the end of November?

18         A.     No.

19         Q.     So it was only on this one product,

20  December wheat, that you focused?

21         A.     Correct.

22         Q.     You conclude in paragraph 4 that

23  Mr. Moncada "did not enter the large lot orders with

24  intention that they generate trades."  Do you see

25  that?

1       A.      That's correct.

2       Q.      But, in fact, some of them did generate

3  trades; correct?

4       A.      There were some trades generated, yes.

5       Q.      And I think in your report you say that

6  the average time between entering the order and

7  cancellation of the order was on the order of

8  2.4 seconds?

9       A.      I believe that's about correct, yes.

10       Q.      And is it fair to say that that's ample

11  time for someone to hit his orders?

12       A.      Someone could react in two seconds, yes.

13       Q.      Someone could react in one second;

14  correct?

15       A.      I believe so, yes.

16       Q.      And automatic trading programs could react

17  in a fraction of a second; correct?

18       A.      I believe that's correct, yes.

19       Q.      And maybe a millisecond?

20       A.      Yes.

21       Q.      And did you learn in the course of your

22  work whether Mr. Moncada used an automatic

23  algorithmic method of entering orders or did it by

24  hand?

25       A.      The only direct evidence I have is a field

1    that was in with what I refer to as the "lag files."

2    But there was a field that delineated use of -- I

3    believe the phrase was "autospreader," and then a

4    manual entry.  So my understanding is he had both

5    manual and automated entry options.

6         Q.    Do you know whether any of the

7    cancellations were accomplished via some algorithmic

8    method?

9         A.    I'm not certain of that.

10        Q.    Would that be relevant to your conclusion

11   concerning his intention?

12        A.    Not particularly.

13        Q.    Is it fair to say that someone who wanted

14   to enter an order and cancel it before it could get

15   hit, it would be more effective to use an automatic

16   device as opposed to do it by hand?

17        A.    Well, effective can't be judged without an

18   understanding of what the trader's intentions were.

19        Q.    It would be faster; correct?

20        A.    Certainly -- I would certainly think he

21   could have cancelled even faster than two seconds if

22   he had wished to.

23        Q.    And he could have cancelled even faster if

24   he'd used an algorithmic method as opposed to doing

25   it by hand?

1      A.      Presumably.

2      Q.      Much faster; correct?

3      A.      I would anticipate that he could have

4  entered and cancelled within microseconds if he had

5  wished to.

6      Q.      On page 3 in paragraph little (i) you

7  state that 710 large lot orders were entered by

8  Moncada on the eight charge dates and 143 by other

9  market participants combined.  Do you see that?

10     A.      Yes.

11     Q.      Did the 143 large lot orders by other

12 market participants include orders by other market

13 participants that were entered via the Iceberg

14 method?

15     A.      I would not be able to tell.  I can

16 clarify, if you wish, about why, why I couldn't tell.

17     Q.      Yes, please.

18     A.      The data that I received from the Chicago

19 Board of Trade did not contain a field that would

20 allow me to identify which orders were Iceberg orders

21 and which are not.  The only data set that clarified

22 that was what I referred to as the "lag files," and

23 the lag files were pertaining to the two firms that

24 Moncada was affiliated with.  So I didn't have that

25 data for the broader set of traders.

1      Q.     So there may have been an unlimited number

2   of traders who wanted to trade in large lot

3   quantities but did it via Iceberg; correct?

4      A.     Well, it couldn't be unlimited, given

5   there was only 143 of such orders entered by all the

6   rest of the traders out there.

7      Q.     But the 143 orders for all the rest of the

8   traders don't include Iceberg orders; correct?

9      A.     I don't think that's correct.  The

10  database does not flag Iceberg orders, but I'm not

11  sure.  Your question seems to presume that the

12  database excludes Iceberg orders, and I'm not sure if

13  that's the case or not.

14     Q.     Well, an Iceberg order would show up on

15  the database as an order of 20, and then an order of

16  20, and then an order of 20, et cetera; correct?

17     A.     Well, there's an issue of what's displayed

18  to the world and there's an issue of what's recorded

19  by the exchange, and those are not necessarily the

20  same.

21     Q.     Well, do you know in this case whether the

22  143 large lot orders included orders that were

23  entered via the Iceberg method a few contacts at a

24  time?

25     A.     So if I understand your question

Hendrik Bessembinder * December 4, 2013                18

1    carefully -- sorry -- if I understand your question

2    correctly, you're asking do I know whether the 143

3    orders includes or excludes large Iceberg orders?

4           Q.    No, not large Iceberg orders.  Yeah,

5    Iceberg orders, no one of which would be a large lot

6    order.  But in the aggregate, in other words, if a

7    trader wanted to buy or sell 200 contracts, but he

8    entered the orders 20 contracts at a time, would

9    those transactions be included in your 143 large lot

10   orders?

11          A.    No, not for Moncada and not for other

12   traders.  The large lot orders were defined by me as

13   orders where the individual order was 200 contracts

14   or more, not an accumulation.

15          Q.    And do you have any idea of what

16   percentage of trades where a trader wanted to

17   accumulate or sell 200 lots or more were accomplished

18   via the Iceberg method?

19          A.    No.  As I said, other than the data

20   pertaining to the two firms that Moncada was

21   associated with, I do not have anything that

22   identifies Iceberg orders for me.

23          Q.    And I believe you intimate or you say in

24   your report that the Iceberg method is a more

25   effective method of accumulating or disposing of

1   large numbers of contracts?

2       A.    In general, what I had to say about

3   Iceberg orders is they can be effective for getting

4   your trades done without moving the price unduly.

5       Q.    So there may have been a large number of

6   traders who entered Iceberg orders for large lots,

7   but did it in small increments that are not captured

8   by this data; is that correct?

9       A.    I think we're using the word "large lot"

10  differently.  Again, I'm referring to "large lot" to

11  mean 200 or more contracts in a single order.

12      Q.    Correct, and I understand that.  What I'm

13  saying is that there may have been traders who wanted

14  to buy or sell 200 or more contracts at the same

15  time, but did it by the Iceberg method of entering

16  smaller orders sequentially?

17      A.    So when you say "smaller orders," do you

18  mean smaller displayed to the world orders?

19      Q.    Correct.

20      A.    In any event, the answer is it's certainly

21  possible, if somebody wanted to accumulate a big

22  position and used many small orders rather than one

23  big order.  That's certainly possible.

24      Q.    And you have stated in here that that is

25  an effective method of buying or selling large

Hendrik Bessembinder * December 4, 2013                    20

1    numbers of contracts?

2          A.    Well, what I did say is that you --

3    electing to use the Iceberg method, based on economic

4    reasoning in my analysis of an equity market that has

5    a similar option can be an effective method of

6    getting trades executed without moving the market as

7    much as you would if you exposed your orders.

8          Q.    So the only trades encompassed in the 143

9    large lot orders by other marketing participants were

10   trades of 200 or more contracts entered at the same

11   time not via the Iceberg method?

12         A.    Or orders of 200 or more.  Trades are

13   separate, a separate issue, yeah.

14         Q.    Separate issue.

15         A.    Orders of 200 or more, and again, on the

16   last part I'm not certain because I'm not certain --

17   again, the fact that something was not displayed to

18   traders in realtime is not necessarily the same as

19   saying that it was not recorded by the exchange in

20   their database.  So I'm using an exchange database,

21   so an Iceberg order says you don't display this to

22   the world in realtime, other than the tip of the

23   Iceberg, but that doesn't necessarily mean it's not

24   in the database.

25         Q.    You don't know?

1        A.      I don't know.

2        Q.      You testified that Moncada cancelled his

3   large lot orders quickly as compared to other market

4   participants; correct?

5        A.      That's correct, yes.

6        Q.      And is a cancellation rate of

7   99.6 percent, which you say that Moncada -- that

8   includes cases where he would enter a large lot

9   order, cancel it, enter another one, cancel it, enter

10  another one, cancel it, all in a very short period of

11  time; is that correct?

12       A.      That's correct.  In the scenario you just

13  laid out, that would be three entries, three

14  cancellations.

15       Q.      And he might have done that in response to

16  market movement; correct?

17       A.      I mean, nobody but him knows for sure why

18  he followed the strategies he did.

19       Q.      Correct.  But that's one possibility --

20       A.      So better to pose that question to him

21  than to me.

22       Q.      But that would be one possible

23  explanation?

24       A.      It's within the realm of reason that a

25  trader would cancel an order in response to what they

1    saw in the market.

2        Q.    And he might do it very quickly and very

3    often, depending on what he saw in the market?

4        A.    Might.  Well, I'll go along with the word

5    "might."

6        Q.    Well, you're trying to reach conclusions

7    about what he intended; correct?

8        A.    I am, based on what he did.

9        Q.    And I'm trying to suggest that there were

10   other motivations that were possible.  Would you

11   agree with that?

12       A.    Neither you or I is a mind reader.  My

13   conclusions are based on what he did.

14       Q.    Okay.  But what he did, that is, to cancel

15   rapidly and reenter orders, might well have been

16   based on a response to market conditions; correct?

17       A.    Pure conjecture.  Maybe.  Who knows?

18       Q.    Okay.

19       A.    In some cases.

20       Q.    Now, if Moncada placed a large lot order

21   at a price, and the market -- let's say it was an

22   order to buy at 500, and the market went down from

23   500, would it be likely that anyone would buy his

24   large lot order at 500?

25       A.    So if I understand your scenario, he's put

1    in an order.  He's put in an order to buy at a given

2    price.  The market has dropped.

3         Q.    Right.

4         A.    I mean, nobody's going to pay above

5    market, if that's your question.

6         Q.    Yeah.  If the market goes up from there,

7    people will buy at 500 from him; correct?

8         A.    They might.  I mean, you know, if an

9    order's the best on the book, it might get hit, it

10   might not.

11        Q.    Well, if there is a demand for commodity

12   at a price and someone is offering to buy it --

13   someone's offering to sell it at a lower price, isn't

14   it likely that it's going to get sold?

15        A.    All I can say is if you have the best

16   price, you may get hit, you may not.  But you're

17   certainly more likely to get hit if you have the best

18   price.

19        Q.    It's certainly a great risk?

20        A.    At risk?  I guess it depends on what you

21   have in mind for risk.  But if you have the best

22   price on the book, you might get hit.

23        Q.    So if he has a large lot order out there

24   and the market -- a large lot order to buy -- and the

25   market goes down, there's a good chance that someone

1  will buy his large lot order, and he'll lose the

2  difference between what he sells at and what the --

3  I'm sorry -- when the market goes down, no one will

4  buy at his price; correct?

5        MR. RIDNOUR:  Object to the form.  I think

6  he said he put in a buy order, and then someone else

7  tried to buy his buy order.

8        MR. ASCHE:  Then let me start over and say

9  it again.

10     Q.    (By Mr. Asche) If he has a large lot order

11  to buy at a price.

12     A.     Uh-huh.

13     Q.     And the market goes down, it is certainly

14  likely that other traders will accept his offer and

15  sell to him at his price, which is now higher than

16  the market; correct?

17     A.     Again, you know, how likely is an open

18  question, but again, if he's the best, if he's the

19  best price, the chances that somebody will hit

20  certainly go up.

21     Q.     Okay.  And conversely, if he has an order

22  to buy and the market goes up, so he's offering to

23  buy at lower than the market, he's not going to get

24  hit?

25     A.     Less likely to get hit.  It would take a

1    big order to get to him.

2         Q.    Right.  So he has, in that circumstance, a

3    risk, but little or no potential for reward; is that

4    correct?

5         A.    I'm not sure I would agree with that.

6    There are certainly times when one could have a trade

7    executed that one would say, "I wish that hadn't

8    happened."  That can happen in general.

9         Q.    But if Mr. Moncada employed that reasoning

10   that I just suggested in my question, that would be a

11   reasonable -- that would be a reasonable conclusion

12   for a trade.  If he can't make money, if the market

13   moves lower and he has to lose money, or he is at

14   risk of losing money if it moves higher, isn't that a

15   good reason for not leaving that large lot order out

16   there?

17        A.    Well, certainly there are legitimate

18   reasons for cancelling an order.

19        Q.    And that's one of them?

20        A.    The scenario you lay out is a reason that

21   one might want to cancel an order.

22        Q.    Okay.  Now, if a trader has a strategy of

23   placing large lot orders and cancelling them quickly

24   and reinstating them so that there are a large number

25   of such orders, isn't it more likely that a smaller

1  percentage of his orders will get hit than a trader

2  who leaves his order on for an extended period of

3  time?

4      A.    If I understand what you're saying

5  correctly, I think I agree.  Rapid cancellations will

6  tend to reduce your execution rate as compared to

7  letting the order sit.

8      Q.    Okay, and why would a trader let an order

9  sit for any length of time, a large lot order?

10     A.    Other things equal, you're going to get a

11 higher rate of execution if you let the order sit.

12     Q.    But you might get a higher rate of

13 execution at a less advantageous price; correct?

14     A.    Well, you set your price, so...

15     Q.    Right, you've set your price, but the

16 market may disagree; correct?

17     A.    Well, no.  In some sense disagreement is

18 what makes trades happen.

19     Q.    Correct.

20     A.    I'm willing to buy at a price, you're

21 willing to sell at a price, there must be something

22 different in our motivations.

23     Q.    And are there some traders who are willing

24 to buy at a price or sell at a price at a given

25 instance in time and not two seconds or five seconds

1    later?

2         A.    I mean, we do see people cancel trades,

3    modify -- sorry -- cancel orders, and we also see a

4    lot of modifications of orders.

5         Q.    Right.  By the way, the cancellation rates

6    that you're reporting here, do those include

7    modifications?

8         A.    No.  The field says "cancel" on these.

9         Q.    So if Moncada enters an order and cancels

10   it, and trader X enters an order and modifies it, the

11   score is one to nothing Moncada; correct?

12        A.    In terms of counting cancellations, yes.

13        Q.    Okay.  Do you have any idea whether and

14   how, to what extent traders other than Moncada would

15   modify large lot orders as opposed to cancelling?

16        A.    I did not quantify that.

17        Q.    Could you?

18        A.    I believe that could be done with the

19   data.

20        Q.    Okay.  Is it fair -- I mean, is there a

21   difference in terms of result between placing an

22   order, cancelling it, placing another order at a

23   different price, as opposed to placing an order and

24   modifying?

25        A.    Well, modification keeps you continually

1    part of the market.  Cancellation, obviously you're

2    out of the market for some amount of time.

3          Q.     Okay.  So the advantage of cancellation

4    might be to give the trader a chance to look at the

5    market, look at his charts, consult the stars or do

6    whatever else he does to decide --

7          A.     It takes you out of the market for

8    whatever -- for whatever your motivation might be.

9          Q.     Are there traders who are interested in

10   buying or selling large lots who are less price

11   sensitive than other traders?  That is, they want the

12   commodity or they want to unload the commodity, and

13   they're not as concerned about a tick or two up or

14   down.

15         A.     In general, some traders are more

16   motivated to get trades done than others.

17         Q.     And would a trader who is more motivated

18   to get a trade done than others tend to keep his

19   offer on longer than one who is more price sensitive?

20         A.     Indeed.  If you don't want your trade to

21   get done or are not particularly concerned with it

22   getting done, you would cancel quickly.  If you want

23   to ensure it gets done, all things equal, you'd tend

24   to leave it there longer.

25         Q.     And the fact that you're price sensitive

1   doesn't mean that you don't intend to -- doesn't

2   necessarily mean that you don't intend to effectuate

3   the trade, it just means that you intend to do it at

4   your price, not some other price?

5          A.    Potentially.

6          Q.    On page 4, on paragraph (v), little (v).

7          A.    Yes.

8          Q.    You state that Moncada's actual trades

9   were systematically in the opposite direction of his

10  large lot order.  Do you see that?

11         A.    I do.

12         Q.    Were those trades at the same prices as

13  his large lot orders or at different prices?

14         A.    I did not assess whether they were at same

15  or different prices.

16         Q.    Do you know whether, prior to entering the

17  large lot orders, Moncada had positions that were

18  consistent with the large lot orders?

19         A.    I did not quantify his positions prior to

20  entering the orders.

21         Q.    So hypothetically, if Moncada had owned

22  ten contracts and there's a large lot order to buy

23  200, he then sells ten contracts; that is, the ten

24  contracts he owns?

25         A.    Yes.

1      Q.     That would be an example of what you're
2 talking about in paragraph (v)?
3      A.     That would be an example.  My analysis
4 says that, in fact, that's what he typically did.
5      Q.     Yeah, and so -- but wasn't it also true
6 that he typically already was either long or short in
7 the same direction as his large lot order?
8      A.     I didn't quantify that.
9      Q.     Would that be something you'd want to
10 know?
11      A.     Doesn't seem terribly central to me.
12 First of all, it's difficult for me to do without
13 actually seeing his account statements.  In other
14 words, I didn't know his overnight positions.  That
15 was not necessary for any of the analysis I did, but
16 it would be necessary for the analysis you propose.
17 I don't think it's particularly useful.  I think
18 nothing speaks louder about what somebody intends
19 than what they do, and what he did was trade in the
20 opposite direction of his large orders.
21      Q.     But he traded in the opposite direction of
22 existing positions.  Wouldn't that be relevant?
23      A.     I guess I don't see the relevance.
24 Whether this was done to liquidate an existing
25 position or put on a new position, in my mind the

1  key -- the key point, I think, in terms of learning

2  what his intent was from the data, was that he

3  consistently traded in the opposite direction of his

4  large orders.

5         Q.    In your experience, do traders sometimes

6  put in orders to buy at a price and orders to sell at

7  a higher price at the same time?

8         A.    That's sometimes done, yes.

9         Q.    So they're putting themselves in a

10 position where they would trade in the opposite

11 direction of another order?

12        A.    Sorry, I didn't follow that, where you

13 were headed with that.

14        Q.    Okay.  Moncada puts in an offer, an offer

15 to buy at 500, and he puts in an offer to sell at

16 501.

17        A.    Uh-huh.

18        Q.    The offer to sell -- the offer to buy is

19 withdrawn and the offer to sell is hit.  That would

20 be an example of what you're talking about; correct?

21        A.    That would be an example, yes.

22        Q.    But there would be nothing wrong with

23 those orders; correct?

24        A.    I'm not sure.  I think it depends on what

25 the overall pattern was and what the evidence of

1   intent is.

2          Q.     Well, say he did it a thousand times, he

3   put in an order to buy at a price and put in an order

4   to sell at a higher price, and he executed one of

5   those orders and not the other.  Would there be

6   anything wrong with that strategy?

7          A.     I can't answer that in isolation.  It

8   depends on what the overall strategy is and what his

9   intent was.

10         Q.     Well, that's all he did.  He would

11  routinely, hundreds of times a day, do that.  He

12  would put in large lot orders, cancel them, and then

13  execute a trade in the opposite direction at a

14  different price.  Anything wrong with that?

15                MR. RIDNOUR:  Objection; calls for a legal

16  conclusion.

17         A.     Yeah, just what I was going to say.

18  There's both legal and economic issues here.

19         Q.     (By Mr. Asche) Economically, isn't that a

20  reasonable strategy?

21         A.     Reasonable can be in the eye of the

22  beholder.  I would want to know what it did, what

23  effect it had on the market.  Did it improve the

24  market or degrade the market?  As an economist, I

25  would want to know.  Then, of course, there's the

1    question of whether it's legal, which is not for me

2    to decide.

3         Q.    It's not a question of whether it's legal.

4    Is it an indication that he didn't intend to trade?

5         A.    If it's happening again and again and

6    again, it would be consistent with the interpretation

7    that he didn't intend to trade on one side.  Nothing

8    speaks louder about intentions than actions.

9         Q.    If he routinely places orders at different

10   prices and the market moves in a direction which

11   leads him to execute one trade and cancel the other,

12   you're saying that that would be indicative of

13   manipulation?

14            MR. RIDNOUR:  Objection; asked and

15   answered.

16        A.    I'm not opining on manipulation.  Now, if

17   it was random on the buy side and the sell side, that

18   would be one thing.  If it was systematically on one

19   side versus the other, then I would ask, "Well,

20   what's this doing to other people's order strategy?

21   What's this doing to the liquidity in the market?

22   What's this doing to bid-ask spreads?  What's this

23   doing to volatility in the market?"  Those would all

24   be relevant questions that I would want to assess.

25        Q.    So what did his trading do to liquidity in

1    the market?

2         A.    Slightly widened the bid-ask spreads

3    around the times that he was entering his large

4    orders.

5         Q.    Slightly by how much?

6         A.    I'd -- report estimates.

7         Q.    Is it fair to say less than a tenth of a

8    penny, on average?

9         A.    There's coefficients in the tables, and

10   right offhand I can't convert that into a penny

11   amount for you.  I think it's safe to say moderate,

12   modest effects on the bid-ask spread, on average,

13   across all his orders.  Probably table 12 is probably

14   the one you're looking for.

15        Q.    I'm looking at the text here.

16        A.    Okay.  Probably page 29.

17        Q.    I think paragraph 62 on page 26.

18        A.    In 62, I think I'm focusing on the level

19   of prices rather than spreads.

20        Q.    Okay.  Is it fair to say that for every

21   1,000 net contract entered by Moncada, the increase

22   was about a tenth of a penny or less?

23        A.    So I'm just reading the paragraph 62 here.

24   So some of the coefficients .096, prices were

25   measured in cents.  Those are contracts, so for each

```
 1   thousand contracts we have an increase of .09 cents,
 2   correct, yes.
 3        Q.    And --
 4        A.    I should clarify that's on average, across
 5   all.
 6        Q.    And how are wheat contracts quoted?  In
 7   increments of what?
 8        A.    The tick size I've mentioned in here, I'm
 9   not recalling offhand.
10        Q.    If I suggest 2-and-a-half cents; is that
11   correct?
12        A.    That sounds correct.
13        MR. RIDNOUR:  I think it's a quarter cent.
14        MR. ASCHE:  I'm sorry, quarter cent.
15        THE WITNESS:  I know I have it written
16   down here somewhere.
17        MR. ASCHE:  See, you can get a witness to
18   say anything.
19        THE WITNESS:  I know I have it written
20   down here at some point.
21        MR. ASCHE:  I think it's a quarter cent.
22        THE WITNESS:  Quarter cent, yeah.
23        Q.    (By Mr. Asche) So the average movement was
24   less than a tick?
25        A.    Per thousand.
```

1        Q.      Yes, okay.  And I think, just again

2    focusing on this area, I believe you looked at it in

3    10-second intervals up to 30 seconds?

4        A.      I measured things at 10-second intervals,

5    yes.

6        Q.      And essentially between 20 and 30 seconds,

7    there was no impact?

8        A.      That was not true across the board.  It

9    was true for -- I need to refresh my memory.

10       Q.      Look at the footnote 26 on page 26.

11       A.      So the footnote 26 refers to the third

12   lag, so there was no evidence of an independent

13   effect at a 30-second lag, so there was a

14   contemporaneous effect, a 10-second lag defect, a

15   20-second lag defect, but no 30-second lag defect.

16       Q.      And did you measure how long after Moncada

17   put in his large lot orders he traded in the opposite

18   direction?  Did you ever quantify the time lag?

19       A.      I mean, there is data in here on that

20   issue.  So to back up a little bit, I provided

21   estimates that showed he traded in the opposite

22   direction of his large orders, and then I provided

23   estimates of how big that net effect was, how big was

24   his trading in the opposite direction as greater

25   amounts of elapsed time went by.  So we can look at

1    the specific numbers, if you wish.

2         Q.    Could you find that here in your report,

3    please.

4         A.    Yes.

5         Q.    Look at text first, if you don't mind, so

6    that I can read it.

7         A.    Sure.

8         Q.    Maybe it's easier to look at text than

9    charts.  I put myself in that chair, not you.

10             MR. RIDNOUR:  Thank you for your

11    consideration.

12        A.    And not your colleagues.  So the specific

13    numbers begin -- the discussion begins around

14    paragraph 40.  Specific numbers start to show up by

15    paragraph 42.

16        Q.    (By Mr. Asche) So at the bottom of

17    page 18, you said: "The estimates indicate that

18    within one minute of posting large lot orders, he had

19    traded in the opposite direction an average of 34

20    contracts."

21        A.    3.4.

22        Q.    I'm sorry, 3.4.

23        A.    No problem.

24        Q.    And then you go on to talk about five

25    minutes later and 20 minutes later, okay?

1        A.      Correct, yes.

2        Q.      Where do you discuss what happens in the

3   first 20 seconds?

4        A.      Let me look at the table.

5        Q.      And which table is that?

6        A.      It will take me a moment to find it.

7   Table 8 would be the relevant table.  So I believe

8   you asked about 20 seconds?

9        Q.      Yes.

10       A.      I don't have 20 seconds in the table.  I

11  have 10 seconds and one minute in the table.

12       Q.      So walk me through this table, if you can.

13       A.      So shall we start with the panel A?  I

14  think it's the most relevant since it involves the

15  most data and also combines information from the two

16  markets, Kansas City and Chicago.  So what we have

17  here is that the first coefficient listed there,

18  negative .59, says that in the same 10 seconds that

19  the large orders were entered, on balance Moncada

20  trades slightly in the opposite direction within the

21  same 10 seconds.

22       Q.      And that would be the period that you say

23  there was some effect on the price?

24       A.      Correct.

25       Q.      Okay, go ahead.

1        A.      So he traded slightly in the opposite

2   direction even in the same 10 seconds that he entered

3   the large order.  But we're talking about less than

4   one contract per thousand.  He entered a thousand,

5   and on average traded slightly less than one in the

6   opposite direction during the same 10 seconds.

7             Now, these are cumulative effects, so by

8   10 seconds later, so now adding in also the trading

9   during the 10 seconds after entering an average of

10  1.16 contracts in the opposite direction, by one

11  minute later he had traded, on average, 4.8 contracts

12  in the opposite direction, and so on and so forth.

13       Q.      I'm a little confused by "the same 10

14  seconds."  Does that mean within 10 seconds of the

15  large lot trade?

16       A.      No, same 10-second interval.  So we've got

17  a 10-second interval.  He entered some large lot

18  orders during the 10-second interval, and then I

19  asked what was the change in his position during the

20  same 10-second interval that he entered the large lot

21  orders.

22       Q.      Meaning within 10 seconds of order?

23       A.      No.  We have a 10-second period of time,

24  say, from straight noon to 10 seconds after straight

25  noon.  During that 10-second period, some orders were

1   entered, some trades were executed.  During the same

2   10-second interval, he traded slightly opposite --

3       Q.    I'm not -- and why would you use an

4   arbitrary 10-second interval as opposed to starting

5   with the large lot trade as second zero and going 10

6   seconds after that and then 10 seconds after that,

7   the same as you did in paragraph 62?

8       A.    Well, that seems like a reasonable

9   alternative strategy.

10      Q.    Well, it would at least be able -- enable

11  someone to compare what you said the effect on prices

12  was with his actual trading; correct?

13      A.    I can see why you might want to see that

14  analysis.

15      Q.    But you didn't do it?

16      A.    Not one that has been done.

17      Q.    And did you do any analysis which traced

18  the effect of large lot trading beyond 30 seconds?

19      A.    No.  Statistically it becomes very hard to

20  identify an effect over longer periods of time, just

21  because there's other things going on in the market.

22      Q.    Were there occasions where Moncada,

23  subsequent to entering large lot orders, traded in

24  the same direction as the large lot order?

25      A.    I didn't specifically identify them, but I

1  expect there would be.  My estimates are all what

2  holds in the data on average.  There can be

3  individual data points that differ from the average.

4       Q.    So more often than not he would trade in

5  the opposite direction.  Is that what you're saying?

6       A.    I didn't precisely identify that.  It's a

7  slightly different statement from saying that on

8  average he sold, but loosely speaking.

9       Q.    So one isn't the mean and the other --

10       A.    How about if we use the loose word

11  "typically."  Typically, he traded the opposite

12  direction.

13       Q.    But not always?

14       A.    Not necessarily always.

15       Q.    And you made no effort to quantify the

16  percentage of times he traded in the same direction

17  or the opposite direction?

18       A.    That was not something I quantified.

19       Q.    And is it fair to say that Mr. Moncada

20  traded pretty heavily?  I mean, he entered a lot of

21  trades?

22       A.    He had a lot of orders.

23       Q.    And he executed a lot of trades?

24       A.    Yeah.  I mean, I have data on his

25  executions.

Hendrik Bessembinder * December 4, 2013          42

1          Q.     So it would be surprising to see

2    Mr. Moncada not executing orders in the minute, two

3    minutes, ten minutes, hour much after a large lot

4    order; correct?

5          A.     I'm sorry?  What would be surprising?

6          Q.     To see Mr. Moncada not executing orders in

7    that interval.

8          A.     I guess I'm not sure quite what you're

9    looking for here.

10         Q.     Let me -- you looked at Mr. Moncada's

11   trading pattern; correct?

12         A.     Yeah.

13         Q.     And he would enter many, many trades in

14   the course of an hour?

15         A.     Many, many orders, yes.

16         Q.     And many trades?

17         A.     Yes, he had a lot of --

18         Q.     He executed --

19         A.     -- trades.

20         Q.     -- a lot of trades.  And if you looked at

21   any 10-minute slice, it would not be atypical to see

22   him both buying and selling; correct?

23         A.     You know, I didn't precisely quantify

24   that, but I can say, you know, I would not be

25   surprised to see him buying and selling in a given

1    period of time.  He was an active trader.

2         Q.    And that would not even be unusual for an

3    average trader; correct?

4         A.    I guess it depends on the average trader.

5    I think, you know, my sense if there's a lot of

6    traders who just dabble a little bit in the market.

7    But there will be other active traders, and you will

8    find cases where traders are both buying and selling

9    in a given period.

10        Q.    Now, in the 20-second interval that you

11   say there was some effect on price, even though it

12   was less than quantifiable as a bid --

13        A.    I wouldn't agree it's less than

14   quantifiable.  It was quantifiable.

15        Q.    Well, it was less than the minimum

16   measurement on the --

17        A.    Per thousand contracts.

18        Q.    Correct.

19        A.    Over the periods where he put in many

20   thousands of contracts.

21        Q.    Yes.  So were you able to determine what

22   Mr. Moncada did in that 20-second interval?

23        A.    I'm sorry, which 20-second interval do you

24   have in mind in particular?

25        Q.    The interval that you referred to in

1    paragraph 62.

2         A.    I can say that on balance he was trading

3    the opposite direction.

4         Q.    Do you know what percentage?

5         A.    I do not know the percentage of times he

6    went the opposite direction.  I know that on average,

7    he went the opposite direction.

8         Q.    And you know that for the 20-second period

9    after the large lot orders?  There's --

10        A.    Well, we have --

11        Q.    -- the 10 and the 10.

12        A.    Let me refresh my memory on what we had in

13   the table again.

14             MR. RIDNOUR:  For the court reporter's

15   sake, if you could wait until he finishes his

16   questions.

17             MR. ASCHE:  I'm sorry.

18             THE WITNESS:  I have specifically

19   quantified what he did in the same 10 seconds and

20   then what he did in the combination of same 10

21   seconds and following ten seconds.

22        Q.    (By Mr. Asche) And you said that the

23   effect was -- I don't know whether you used the word

24   "minimal" or "slight."

25        A.    On prices was --

1          Q.     Yes.

2          A.     -- as you pointed out, less than a tick

3     per thousand contracts.

4          Q.     But again, let's go back to that table 8,

5     panel A.

6          A.     Uh-huh.

7          Q.     What does this show?  I mean, what is, in

8     English, what does a "coefficient" mean?  What is a P

9     value?  What does this show?

10         A.     So the question I'm trying to go after and

11    the reason I did this analysis is to assess what

12    Mr. Moncada's actual trading was around the time that

13    he submitted his large orders.  So the technique is a

14    regression analysis.  I don't know if you want to go

15    deeply into that or not.

16         Q.     I don't want to, but I think I have to.

17    (Laughter)

18         A.     So regression analysis, I think I used the

19    phrase in the text, is arguably the most widely-used

20    statistical tool, I think I said in finance and

21    economics.  That's the branch of science that I'm

22    most familiar with.  I would not be surprised if it

23    was also the most widely-used in other branches of

24    science.  It's just I don't read the journals in

25    other areas as often.

1           Anyway, suffice it to say, it's an

2    extremely widely used statistical technique for

3    assessing the relationship between variables.  In

4    this case the variable that I was interested in

5    quantifying was Mr. Moncada's actual trades, and I

6    was interested in assessing the relationship between

7    his large order entry and his actual trades.  So that

8    was the issue I was after.

9           Regression analysis was the tool that I

10   used.  The coefficients are estimates of the average

11   statistical association.  So he's entering large

12   trades.  I wish to quantify the association between

13   large trades entered -- I'm sorry, I said "trades

14   entered" and I should be saying "orders entered" --

15   large orders entered and what actual trades occurred

16   simultaneously and subsequently.  The coefficient

17   estimates are based on the statistical technique of

18   the best estimate of the relationship between his

19   orders entered and his subsequent trades.

20      Q.    Okay.  So let's just translate that to a

21   hypothetical, if we can.  If he places a large lot

22   order to buy for 200, and subsequently, within 10

23   seconds, sells 10 contracts, what -- I mean, suppose

24   that was the only transaction.  What would the

25   coefficient be?

1          A.     So you said, in your example, it was an

2     order of 200 and a trade of 10?

3          Q.     Yeah.  By the way, does it matter what the

4     quantity is in your analysis?

5          A.     I mean, quantities matter in the sense

6     that the coefficient is per thousand, and again, I

7     want to stress we're talking about on average in the

8     data.  Individual data points will differ.  But the

9     coefficient is per thousand, so if you want to

10     estimate, say, typically how much did he trade, it

11     would be the size of the orders in thousands times

12     the coefficient to get an answer.  So quantity

13     matters in that sense.

14          Q.     Okay, so if it was 200.

15          A.     Okay.  So 200, so the units I'm using is a

16     thousand, so we'd multiply by 5.  So sorry, give me

17     your example again.  He put in a 200 order and then

18     traded how much the opposite direction?

19          Q.     Ten.

20          A.     Ten?  So since I'm using units of 1,000 in

21     terms of my numbers and your single example, if I'd

22     applied my data to only that data point, it would

23     have said 50 that he put in.  He put in per thousand,

24     because he put in 200 in your example, then traded

25     ten in the opposite direction.  So per thousand, he's

1    trading 50 the opposite direction.

2         Q.    Okay.  And what does the coefficient of

3    minus .59 tell you?  Let's do it this way.  Suppose

4    he puts in -- let's say he puts in a large lot order.

5    Let's make it easy.  Let's say 1,000, okay?

6         A.    Uh-huh.

7         Q.    Okay.  What would that tell you his

8    average trade in the opposite direction would be in

9    the ensuing 10 seconds or in the same 10 seconds?

10        A.    The same 10 seconds, just about half a

11   contract.  1,000, the hypothetical here, a 1,000

12   contract buy order, on average, in the same 10

13   seconds he sold half a contract.

14        Q.    And if he put in 1,000 contract buy order

15   in the next 10 seconds, you would expect that it

16   might be slightly over one contract that he would

17   purchase and sell in the opposite direction?

18        A.    It's a little more complicated than that,

19   because I've also got the 10 seconds later effect

20   here.

21        Q.    So it's cumulative?

22        A.    It's cumulative.

23        Q.    So if you took the same 10 seconds and the

24   next 10 seconds, it would be about one?

25        A.    Well, getting close to two, because if I

1    understand your hypothetical, it's a 1,000 contract

2    buy order in a given 10 seconds followed by another

3    1,000 contract buy order in the next 10 seconds?

4         Q.    No, no, no.  A 1,000 contract buy order,

5    what would happen over the same 10 seconds plus the

6    next 10 seconds?

7         A.    Oh, okay.  So this data says that on

8    average, if you combine current and next 10 seconds,

9    he has sold 1.1 contracts.

10        Q.    Okay.  Now, if instead of 1,000, I mean,

11   there were very few -- there were no orders for

12   1,000, were there?

13        A.    I don't recall offhand.

14        Q.    Typically it would be 200, 400, something

15   like that?

16        A.    I'm thinking 500 might have the biggest,

17   but this is by memory and a little loose.

18        Q.    So let's say 500.  Over the same 10

19   seconds, how many contracts would you have expected

20   him to trade in the opposite direction?

21        A.    In the same 10 seconds?

22        Q.    Yeah, same 10 seconds.

23        A.    Only about a quarter of a contract in the

24   same 10 seconds.

25        Q.    And in the same 10 seconds -- sorry -- in

1    the same 10 seconds plus the next 10 seconds, how

2    many contracts would you expect him to trade in the

3    opposite direction?

4         A.     About one, and you're using the word

5    "expect."  Again, this is an average.

6         Q.     I understand.

7         A.     It wouldn't have been that case every

8    incident.  But on average, per 500 contracts, he's

9    trading about one the opposite direction in the same

10   and subsequent 10 seconds.

11        Q.     Okay.  And the price change per that

12   contract would be one-tenth of a penny?

13        A.     I mean, the estimate of his effect on the

14   price was in the vicinity of a tenth of a penny;

15   correct.

16        Q.     Now --

17        A.     Per thousand.

18        Q.     I understand.  Now I understand panel A is

19   cumulative; correct?

20        A.     Correct.

21        Q.     But just eyeballing it, it looks like most

22   of his trading in the opposite direction occurred

23   well after a minute after he placed the large lot

24   order; correct?

25        A.     That's correct.

1          Q.     And by far most of them?

2          A.     Indeed.   It's out 10 minutes, 30 minutes,

3    60 minutes later that we see the largest cumulative

4    trading in the opposite direction.

5          Q.     And you never quantified the effect on the

6    market of these large lot orders that far out?

7          A.     What do you mean "that far out"?   In terms

8    of did his orders affect prices 60 minutes out?

9          Q.     Yes.

10          A.     Yeah.   The data, there's just not enough

11    information in the data to reliably say what he did

12    to prices that far out.

13          Q.     Understood.   So coming back to the text on

14    page 4, you have a lot of -- you discuss what happens

15    within 2 minutes, within 10 minutes, within 30

16    minutes, within 60 minutes.   Do you see that?

17          A.     Yes.

18          Q.     But you have no information as to whether

19    those trades in the opposite direction benefitted

20    from any price change associated with his large lot

21    orders?

22          A.     That's correct.   My assessment of his

23    effect on the market shows short-term effects.   I

24    cannot say whether he affected the market that far

25    out.

1       Q.    And the bulk of his trading in the

2    opposite direction was not short-term.  It was more

3    than a minute after?

4       A.    Correct.

5       MR. ASCHE:  This might actually be a good

6    time for a five-minute break.

7                 (Recess)

8       Q.    (By Mr. Asche) On paragraph 10 of your

9    report --

10       A.    Yes.

11       Q.    -- you note that he accounted for

12    6.1 percent of total executions against large lot

13    orders.  Do you see that?

14       A.    Yes.

15       Q.    Would you characterize that as a

16    substantial amount of trading?  Just the executed

17    large lot orders.

18       A.    I mean, "substantial" is a subjective

19    word.  You know, he was, in general, an active

20    trader, and I believe we quantified the exact number

21    of contracts that were traded against his large lot

22    orders.  You know, is that substantial or is that

23    insubstantial is a little subjective.  There's a

24    specific number in the report.

25       Q.    Well, on page 11 you talk about his

1    cancellations.  I'm sorry, paragraph 11, forgive me.

2         A.    Okay.

3         Q.    You discuss his cancellation rate at 99.6

4    percent of the large orders?

5         A.    Yes.

6         Q.    Do you report in here what his

7    cancellation rate was on other orders?

8         A.    Yes, it is quantified.

9         Q.    Where is that?

10        A.    I'm just looking to see if it's in the

11   text.  If not, we can go to the tables.

12             MR. RIDNOUR:  Paragraph 16.

13             THE WITNESS:  Yes, exactly.  So he

14   cancelled 51.5 percent of his small lot CBOT orders.

15        Q.    (By Mr. Asche) And without knowing more,

16   would you expect that there would be a higher

17   cancellation rate of large lot orders than the

18   smaller orders?

19        A.    You know, if you just came to me and said,

20   "Do you think people cancel more large orders or

21   small orders," I would not have a firm opinion on

22   that.  It could depend on a lot of things, like how

23   motivated are they to get executed?  Which I don't

24   know.  In the markets in general, you know, do the

25   people who put in large orders do that because

 1    they're more motivated to get executed?  That would

 2    matter also.  Anyway, my answer is that I don't know

 3    how that would go in general.

 4         Q.     You do have -- you do reflect the

 5    cancellation rate of large lot orders for non-Moncada

 6    traders, traders other than Moncada.

 7         A.     Yes, I did.  I did quantify that.

 8         Q.     About 20 percent; is that right?

 9         A.     We can look.  I'm finding, in

10    paragraph 15: "On the eight charge dates, other

11    participants cancelled only 28.7 percent of their

12    large lot orders," yes.

13         Q.     Did you compare cancellations of non-large

14    lot orders among other participants?  That is the

15    market in general.

16         A.     Yes.  That's here somewhere as well.

17         Q.     Okay.

18         A.     Do you want to find the specific number?

19    It's in the table.  I don't recall if I mentioned it

20    in the text.  We can find it in the table if you

21    wish.

22         Q.     Yes.

23         A.     So table 3, Order Entry and Cancellation.

24    This is CBOT.  So small lot orders not EM4.  EM4 was

25    in the data to identify Moncada, so that's the order

1  we're interested in.  Looks like small lot orders by

2  other than Moncada, 70 percent were cancelled.

3       Q.    Okay.  So the market in general, it

4  cancelled small lot orders at a rate of 70-plus

5  percent and large lot orders at only 28 percent?

6       A.    Yeah.  The number is 29 percent, 28.7

7  percent on the charge dates, 36 percent in the

8  broader sample.

9       Q.    Okay.  In terms of actual number of

10  contracts traded by Moncada, what percentage, if you

11  recall, during this period that you studied, what

12  percentage of actual trades, contracts traded, were

13  the result of large lot orders?

14       A.    I believe I may have that number.  Let's

15  have a look.  There's a lot of numbers in this

16  report.

17       Q.    Yes.

18       A.    So table 2 has some market shares.  So in

19  the middle of table 2 we have CBOT's total order

20  entry.  It was 10,380,000 contracts.  Large lots were

21  1.3 million contracts.  I'm sorry, your specific

22  question was?

23       Q.    This table doesn't, I don't think, address

24  my question.  My question was looking at Moncada's

25  trading, not the market, what percentage of contracts

1   he actually traded were the result of large lot

2   orders.

3        A.     Let me see what we've got here.  I'm not

4   sure that percentage is here, but I think the data, I

5   think the data is here.  So he traded --

6        Q.     Oh, I see.  So he traded 6,000 large lot

7   orders?

8        A.     He traded 6,000 contracts off of his large

9   lot orders.

10       Q.     And 50,000 small lot orders?

11       A.     And 50,000 off of the small lot orders,

12   correct.

13       Q.     Over what period of time?

14       A.     So okay, it's indicated here on the table.

15   This is August 13th to November 30th, 2009.  This is

16   on CBOT.  I think originally you were looking for a

17   percentage.  Looks like it would be about 11 percent.

18   About 11 percent of his total trading came off of his

19   large lot orders.

20       Q.     Okay.  And each contract was worth, on

21   average, how much; do you recall?

22       A.     No, I don't.  We'd have to go back.  I'd

23   have to refresh my memory as to how many bushels were

24   involved and then multiply it by price.  So I don't

25   have that readily at hand.

1      Q.      Well, do you know how much bushels are

2   involved in a contract?

3      A.      I'm thinking it was 1,000, but I'm going

4   by memory.  These are the sort of things that I have

5   to look up every time I return to the data.

6      Q.      Okay.

7      A.      It is in the report somewhere, I believe,

8   if we need to verify it now.

9      Q.      Let me just ask you, then, eyeballing

10  table 2, is it fair to say that the percentage --

11  that, first of all, that Moncada's percentage of all

12  CBOT large lot orders -- which was 6.1 percent; is

13  that correct?

14     A.      If we're talking about his trades, his

15  share of the trades generated by large orders.

16     Q.      Yes, 6.1 percent?

17     A.      Yes.

18     Q.      His -- but his total share of the CBOT is

19  1.9 percent, in terms of trades?

20     A.      I believe that's correct, yes.

21     Q.      So his -- relative to the rest of the

22  market, he did relatively more trading in large lot

23  orders than would be expected by his share of the

24  total market?

25     A.      He did much less trading than you would

1  expect, given his share of the order entry.  He did

2  more trading than you would expect, based on his

3  share of overall trading.

4          Q.     And looking at his -- the number of

5  contracts, large lot orders, traded versus small lot

6  orders traded, his percentage of about 10.7 percent

7  was significantly higher than the percentage of large

8  lot orders traded by the rest of the market; is that

9  correct?

10                 MR. RIDNOUR:  Objection.  Can you clarify

11  that question?

12                 MR. ASCHE:  Yes, I'll try.  I'll try.

13                 MR. RIDNOUR:  Okay.

14                 MR. ASCHE:  I know I'm not -- (laughter)

15                 MR. RIDNOUR:  I was in the same boat

16  yesterday.  I understand.

17          Q.     (By Mr. Asche) His large lot executed

18  contracts represented 10.7 percent of his total

19  executed contracts; correct?

20          A.     That's correct, yes.

21          Q.     That percentage is significantly lower

22  than the rest of the market?

23          A.     I'm not sure if we have that number for

24  the rest of the market.

25          Q.     Well, if you have -- the number of large

1    lot orders which were not Moncada was 92,797?

2         A.    Correct.

3         Q.    And the number of small lot orders which

4    were not Moncada is 2,867,056; correct?

5         A.    That's correct.

6         Q.    Looking at table 2.

7         A.    Yeah.  Again, clarifying, these are trades

8    from those orders.

9         Q.    Yes.  So the rest of the market had a much

10   lower percentage of large lot trades executed than

11   Moncada?

12        A.    Yeah, because they submitted so many less.

13        Q.    Well --

14        A.    I mean, he submitted most of the market's

15   large orders, so I guess it's not surprising that

16   even with his low execution rate, he ended up with --

17   he ended up with a fair number of executions despite

18   his low execution rate because the quantity submitted

19   was so large.

20        Q.    And it's certainly predictable to him that

21   if he entered a large number of large lot orders, he

22   would end up with a fair number of executions?

23             MR. RIDNOUR:  Objection; calls for

24   speculation as to someone else's intent.

25             MR. ASCHE:  I don't know.  I'm asking.  If

1    he can't answer it, he can say that.

2         A.    I mean, I don't know.  I don't know what

3    was predictable to him.  You know, perhaps he thought

4    he could do this and not execute any.  I don't know

5    if that's what he thought.  In any event, he did

6    execute some.

7         Q.    (By Mr. Asche) Well, if he executed some,

8    he would know that some would be executed; correct?

9         A.    Certainly after the fact he would know.

10   What he expected going on is harder to say.

11        Q.    And this took place over a period of three

12   months.

13        A.    Yeah.  I mean, I studied about three

14   months, yes.

15        Q.    So did the number of large lot orders

16   diminish over time?

17        A.    I'm not sure I can give you the exact

18   answer to that.

19        Q.    Did the number of large lot orders which

20   resulted in trades diminish over time?

21        A.    I'm not sure that I tracked that through

22   time.  I mean, in general, if you're going to put in

23   large orders at competitive prices, you should expect

24   some executions.

25        Q.    So he was at risk; correct?

1     A.     Oh, yeah.  Whatever his strategies were,

2  there was risk, absolutely.

3     Q.     And again, when you compare Moncada's rate

4  of cancellation with the rest of the market, it does

5  not -- you have no way of knowing whether the rest of

6  the market resorts to modifications as opposed to

7  cancellations?

8     A.     I did not quantify their modifications of

9  large orders.

10     Q.     Okay.  By the way, do you know what the

11  CBOT's rules were with respect to priority of orders

12  in October of 2009?

13     A.     I've seen a couple of documents that

14  describe their algorithms.

15     Q.     What documents have you seen?

16     A.     I'm not sure I could give you the names,

17  the names of the documents.

18     Q.     Well, when did you see them?

19     A.     I saw one document back in March, give or

20  take, and another one more recently.

21     Q.     Do you still have those?

22     A.     In some form.  Not with me.

23     Q.     No, I understand.  Do you recall what the

24  priority rules were?

25     A.     The rule that I recall being described was

1    first, the party who was first to establish a price

2    had priority on I believe it was up to 100 contracts,

3    after which there was a pro rata allocation, sharing

4    with other contracts at the same price.  As I recall,

5    they rounded down in that pro rata, which then left a

6    little bit left over, and that little bit left over

7    went to the person who was first at the price.

8    That's my recollection of the description I saw.

9         Q.    So it was essentially a three-step

10   priority?

11        A.    As I understand it, yes.

12        Q.    And if there were more than 100 shares --

13   contracts traded, if one trader entered an order for

14   500 shares and the rest of the market combined

15   entered an order for 500 shares, he would get half

16   the available, assuming he would get half the

17   available contracts over 100?

18        A.    I think it's a little more -- yeah, I

19   think it's a little more complicated than that.  But

20   in general, there would be sharing of the order

21   across the various parties that had the same price.

22        Q.    But the larger a party's order, the higher

23   his pro rata share; correct?

24        A.    Assuming that the incoming order was big

25   enough --

1        Q.      Yes.

2        A.      -- to get beyond the 100 that was

3    allocated to the first one.

4        Q.      Yeah.

5        A.      Yeah, then a large order would get a

6    larger pro rata share, based on my understanding of

7    their rules.

8        Q.      Now, if a trader places and immediately

9    cancels a large lot order on a frequent basis, is

10   that pattern obvious to the market?

11              MR. RIDNOUR:  Objection; calls for

12   speculation.

13              MR. ASCHE:  He can say he doesn't know.

14       A.      I don't know what would be obvious to the

15   market.  They would -- if one was paying attention,

16   one could observe a pattern of large order entry and

17   cancellation.

18       Q.      (By Mr. Asche) And it's generally a good

19   idea for traders in commodities to pay attention?

20       A.      In general, yes.

21       Q.      And certainly if that pattern was

22   occurring over a three-month period, even a trader

23   who's not paying attention would be likely to notice

24   it; correct?

25              MR. RIDNOUR:  Again, objection; calls for

1    speculation.

2        A.    Yeah.  I mean, you know, I don't want to

3    mince words with you, but if they really weren't

4    paying attention, maybe they wouldn't.  Let's just

5    say that an older trader should notice a pattern of

6    this type.

7        Q.    (By Mr. Asche)  Right.  Did you track

8    whether there was any trend in the effect on market

9    price from the beginning of the period you studied to

10   the end of the period you studied?

11       A.    I did not.

12       Q.    So you don't know whether there was a more

13   exaggerated price difference at the beginning than

14   the end?

15       A.    Were the effects bigger at the beginning,

16   lower at the end?  I do not have any direct evidence

17   on that.

18       Q.    Now, if other traders -- in paragraph 24

19   you say: "Other traders' large lot order were placed

20   further from the BBO."  And BBO means what?

21       A.    Best bid or offer.

22       Q.    And you say: "Other traders' large lot

23   orders were placed further from the BBO on average."

24       A.    Yeah, that's correct.

25       Q.    Wouldn't that be a factor in determining