```
 1   how long a trader would keep his bid out there?

 2        A.    It could be one factor among many, yeah.

 3        Q.    Because you're less likely to lose money

 4   if your bid is way off the bid and offer?

 5        A.    I'm not sure that's true.  I mean,

 6   presumably these were not dumb traders, and

 7   presumably they were profit motivated as well, so

 8   they had their reasons for being there.

 9        Q.    Yes, but if the price is 500, and somebody

10   bids to buy eight ticks below the price, he's not

11   going to get hit unless the market moves eight ticks;

12   right?

13        A.    Right.  If there's other orders ahead of

14   you, you're not going to get hit.  Not immediately,

15   anyway.

16        Q.    Right.  So there's a lot less risk than

17   someone who bids at the market or one tick below

18   market?

19              MR. RIDNOUR:  Objection to form.  Is that

20   a question?

21        A.    Yeah, I mean, it depends on what one means

22   by "risk."  That's really hard to assess without

23   knowing what somebody's objectives are.

24        Q.    (By Mr. Asche) Okay.  There's a greater

25   chance of getting hit sooner than if somebody bids
```

1    way off the market?

2         A.    Yeah.  The more aggressive your prices,

3    the more competitive your prices -- you used the

4    phrase "greater risk of getting hit."  Another way to

5    say the same thing is a there's a greater chance of

6    executing your trade, which, in fact, I've documented

7    in a stock market.

8         Q.    And Moncada's bids were extremely

9    aggressive; right?

10        A.    That's why it's all the more remarkable

11   that he had such low execution rates on orders that

12   we would normally expect to have high execution

13   rates.

14        Q.    Well, some traders bid way off the market

15   and keep their bids out there, and Moncada bid at the

16   market and cancelled frequently.  Is that fair to

17   say?

18        A.    Those facts seem accurate, yes.

19        Q.    In paragraph 27, you say: "Although

20   Moncada most often cancelled his orders quickly, they

21   were visible long enough to generate responses

22   from" --

23        A.    I'm sorry, which paragraph are you

24   reading?

25        Q.    Twenty-seven, I'm sorry, page 13.

1       A.     I think you said it, but I missed it.

2   Okay, go ahead.

3       Q.     "Although Moncada most often cancelled his

4   orders quickly, they were visible long enough to

5   generate responses from computer algorithm

6   operators."  Do you see that?

7       A.     Yes.

8       Q.     Any experienced trader would know that

9   that's true; correct?

10      A.     Certainly anybody who's been trading in

11  the markets recently should have an appreciation of

12  how quickly computers can respond.

13      Q.     And you'd be surprised if Moncada didn't

14  know this?

15      A.     I would be surprised if he didn't know

16  that.

17      Q.     Okay.  So when he placed an order and left

18  it on for two or four seconds, he was very well aware

19  that computer algorithmic traders could hit his bid?

20             MR. RIDNOUR:  Objection; calls for

21  speculation on someone else's knowledge.

22      Q.     (By Mr. Asche) You would expect that he'd

23  be aware of that?

24      A.     It's a reasonable speculation, but it is a

25  speculation.

1    Q.    And as you say, an algorithmic trader can

2    respond within two to three milliseconds; correct?

3    A.    Yeah.  The evidence is that the responses

4    can be that quick, yes.

5    Q.    That the transmittal of the little zeros

6    and ones across the wires is a lot quicker than the

7    thumb or the forefinger?

8    A.    Definitely.  Computers can respond faster

9    than humans can respond.  I think the evidence shows

10   that.

11   Q.    And in October of 2009, a significant

12   portion of the market was being -- trading was being

13   done algorithmically?

14   A.    I don't have direct evidence on percentage

15   at the CBOT, but in the markets in general, by 2009

16   there was already a large amount of algorithmic

17   trading.

18   Q.    Okay.  At the bottom of this paragraph 27

19   you say: "Human reactions to even the simplest

20   stimuli typically take about 200 milliseconds."  Do

21   you see that?

22   A.    Yeah.  I mean, I'm quoting somebody else.

23   This is outside of my own expertise, but it was what

24   was reported.

25   Q.    So Moncada, if he was -- you know, if he

1    had his morning coffee, could have cancelled his

2    trades in 200 milliseconds?

3              MR. RIDNOUR:  Objection; calls for

4    speculation.

5         A.    I don't think we can infer that from this.

6    I used the phrase there "even the simplest stimuli."

7    The paper that I'm quoting is not entirely fresh on

8    my mind, but I think they were measuring it for

9    really simple things, like how quickly can you detect

10   that a light comes on, something like that.

11             So anyway, my point is, you know, I'm not

12   sure a human could have reacted in a trading

13   environment.  I'm not sure this tells us that a

14   trader could have reacted that quickly.

15        Q.    (By Mr. Asche) Well, we're not talking

16   about reactions, are we?

17        A.    I'm not sure.

18        Q.    If Moncada had a plan to enter an order

19   and immediately cancel it before it could be hit, he

20   could do it in 200 milliseconds; correct?

21             MR. RIDNOUR:  Objection; calls for

22   speculation.

23        A.    I'm really not sure about that as I sit

24   here.  You're getting beyond my expertise here.

25        Q.    (By Mr. Asche) Well, this is your paper

1  here.  You must have quoted this Kosinski for a

2  reason.

3       A.     Indeed.  The point was computers can react

4  more quickly than humans.  That was the point I

5  wished to make.

6       Q.     But I think you would agree that Moncada

7  could have reacted a lot more quickly than two or

8  four seconds?

9       A.     Presumably.

10      Q.     And sometimes he would leave the trade on

11 longer -- I mean the offer on longer; correct?

12      A.     Yeah.  Those were averages, yeah.

13      Q.     Beginning on page 14, paragraph 30, you

14 discuss "sunshine" trading and "spoofing"; correct?

15      A.     Yes.

16      Q.     Sunshine trading is essentially -- I don't

17 want to misparaphrase, but sunshine trading is

18 trading with somebody, both of you have the same

19 amount of knowledge about the subject matter, or have

20 access to the same?

21      A.     Yeah.  The theories of sunshine trading

22 that are out there are based on the idea of a trader

23 who doesn't have any special information to motivate

24 their trade.

25      Q.     Okay.  If one trader is looking to buy

1    wheat and another trader is looking to sell upwards

2    of 200 contracts but only places an order of 20

3    contracts at a time, would that be an example of

4    sunshine trading?

5         A.    Not necessarily.  If you'd like, I can

6    clarify a little bit about the theory of sunshine

7    trading if that's useful.

8         Q.    Well, I mean, in that circumstance, the

9    one doing the Iceberg trading is intentionally

10   concealing his full intentions; correct?

11        A.    I don't think I agree, and maybe I can

12   clarify.  The theory of sunshine trading is

13   essentially a theory of advertising.  I'm not sure

14   that's exactly the right word, but it's essentially a

15   theory of telling the world that you would like to

16   complete a trade.  "So I would like to buy.  Wouldn't

17   somebody like to come and sell to me?"  That's the

18   theory of sunshine trading.

19        Q.    Right, but if you said, "I'd like to buy

20   20," and what you really mean is, "I want to buy

21   200," you're concealing something that's relevant to

22   the price of the contract; correct?

23        A.    I mean, you're describing a hypothetical

24   here.

25        Q.    Yeah.

1          A.     That's not what I would expect from a

2    sunshine trader.  From a sunshine trader I would

3    expect that if I wanted to trade 200, I would tell

4    the world I want to trade 200.  The idea of sunshine

5    trading is to be transparent in your intentions in

6    hope of attracting counterparties.

7          Q.     And Iceberg trading is, to some extent, is

8    not that?

9          A.     Iceberg trading hides a portion of what

10   you're doing from the world, yes.

11         Q.     But you wouldn't call Iceberg trading

12   spoofing?

13         A.     Not necessarily.

14         Q.     But it could be?

15         A.     A spoofer, the theory of spoofing relies

16   on the world being able to see what you're doing, but

17   you're trying to fool the world.  But that's the key

18   distinction between sunshine trading and spoofing.

19   So sunshine trading is honestly revealing what you

20   wish to do in hopes of attracting counterparties.

21   Spoofing is revealing with hope of deceiving the

22   world.

23              So anyway, to circle back, it's important

24   to a spoofing strategy that the world can see what

25   you did, because you're trying to fool them with --

1   you're trying to fool them by giving them some false

2   information.

3          Q.      And the false information that you're

4   trying to give them in the example of spoofing that

5   you give is that you're -- you want to affect a

6   transaction at a price that is either higher or lower

7   than the bid or offer?

8          A.      That could be one motivation for spoofing.

9   Certainly if you can -- if you're putting in spoof

10   buy orders because you wish to sell, then certainly

11   getting a better price on your sell would be one

12   motivation.  Simply attracting more people so you can

13   sell with a smaller price concession could be

14   another.

15          Q.      Typically a spoofer will place a

16   relatively small order off the market?

17          A.      It's not --

18          MR. RIDNOUR:  Can you tell me what you

19   mean by "off the market"?

20          MR. ASCHE:  "Off the market" meaning

21   higher or lower than the current spread.

22          MS. DIAMOND:  That's not a question.

23          A.      It's not at all clear to me that that's

24   what a spoofer would do.  A spoofer wants their

25   orders to be visible.  So you'd -- like I said, they

```
 1    want their orders to be visible.  You know, a spoofer
 2    is trying to fool the market.  The rest of the market
 3    would prefer not to be fooled.  So in that sense it's
 4    a bit of an arms race and not obvious what a
 5    spoofer -- not obvious to me as somebody who doesn't
 6    develop spoofing strategies -- what would be the best
 7    way to try to fool the market.  But you do need to be
 8    visible to have an effect as a spoofer.
 9         Q.    (By Mr. Asche) Someone who enters an
10    Iceberg trade is, in effect, trying to fool the
11    market.  He's concealing the volume that he intends
12    to trade?
13              MR. RIDNOUR:  Objection to form.
14         A.    I'm not sure I would agree with that.  I
15    mean, they are withholding some information from the
16    market, but it's well understood on these markets
17    that trader would have the right to do this.
18         Q.    (By Mr. Asche) Sure they have a right, but
19    the reason they do it is because they don't want the
20    market to know how much they want to buy or sell;
21    correct?
22         A.    Yeah.  Clearly you choose to not reveal
23    the full size because you would prefer that other
24    people didn't know the full size.  So there's a
25    danger.  There's a danger that others could use that
```

1  information against you.

2       Q.     So you enter an order for significantly

3  less than the size you actually want to purchase?

4       A.     Yeah.  That is the Iceberg option, yes.

5       Q.     And --

6       A.     It displays less size than the total size

7  of your order.

8       Q.     And that can have an effect on the price;

9  correct?

10      A.     Yeah.  I mean, presumably the person who

11 uses an Iceberg order is using it because they hope

12 that this will help them get a better price.  But

13 again, there's nothing hidden about the existence of

14 Iceberg orders.  If you're trading in these markets,

15 you need to be aware that Iceberg orders are part of

16 the market.

17      Q.     It's a generally accepted way of

18 concealing your intentions?

19      A.     You know, "concealing" is a little bit of

20 a pejorative term, and not every market allows

21 Iceberg orders, although I think these days most

22 markets do.

23      Q.     In the example of spoofing you give in

24 paragraph 33, who are Hasbrouck and Saar?

25      A.     Professors of finance, Hasbrouck at New

1    York University, Saar at Cornell University.

2         Q.    You say: "A seller might post a small buy

3    order priced above the current bid in the hopes of

4    convincing other buyers to match or outbid."  Do you

5    see that?

6         A.    This must be paragraph 33, I take it?

7         Q.    Yes.

8         A.    Sorry, I went to page 33.  Yeah, so they

9    say -- they give an example.

10        Q.    Yes.

11        A.    "A seller might post a small buy order

12   priced over the current bid."

13        Q.    That's not what Moncada did.

14        A.    No.  This is an example.

15        Q.    Okay, but that's the only example I gave;

16   correct?

17        A.    Correct.  It's the only example -- yeah,

18   the only example I quoted Hasbrouck and Saar on.

19   But, you know, the economics are clear, and they

20   mention also the necessity of the order being

21   visible.  The economics are fairly clear.  One does

22   this with the hope of attracting orders on the same

23   side from other parties.

24        Q.    But Moncada's order is visible; correct?

25        A.    Yes.  As I understand it, the CME

1    disseminates, in realtime, the top ten levels of the

2    book.

3         Q.     But the cancellation is also visible?

4         A.     Correct.

5         Q.     So he's not -- what the market sees is

6    he's ordered and cancelled?

7              MR. RIDNOUR:  Object to form.

8         A.     Correct.  Someone who's paying attention

9    would see --

10        Q.     (By Mr. Asche) A spoofer --

11        A.     -- a cancellation.

12             MR. RIDNOUR:  Let him finish answering his

13   question, please.

14             MR. ASCHE:  I'm sorry.

15        Q.     (By Mr. Asche) A spoofer leaves his buy

16   order above the market out there and allows it to be

17   hidden; correct?

18        A.     That does not seem right to me.  First of

19   all, it does not necessarily have to be above market.

20   In their example it's above market, but I don't see

21   that that's necessary.

22             Second, leaving it out there, it's

23   unclear.  A spoofer does not want their order to

24   execute.  If you leave it out there a long time, the

25   risk of execution goes up.  So it's not at all clear

1   that a spoofer would leave it out there.

2          Also I think you asserted that a spoofer

3   would hide their size.  I don't think the economics

4   would support the idea the spoofer would hide their

5   size.  They want their order to be visible.  They

6   want to fool the market.

7          Q.     But what they're hiding is?

8          A.     That their true intention is to trade the

9   opposite direction.  That's the essence of spoofing.

10         Q.     Okay.  Now, paragraph 40.  In paragraph 40

11  you state: "The negative coefficient estimates on

12  table 8 indicate that Moncada consistently completed

13  trades in the opposite direction of his large lot

14  orders, buying after he posted large lot sell orders

15  and selling after he posted large lot buy orders";

16  correct?

17         A.     That's correct.

18         Q.     And I think we've established earlier that

19  that trend is only -- that the lion's share of that

20  trading occurred in more than 20 seconds after the

21  large order?

22         A.     That's true.  The trading in the opposite

23  direction was predominantly somewhat after the large

24  orders were rendered.

25         Q.     So, like, an hour later?  Half hour later?

1          MR. RIDNOUR:  Prior testimony speaks for
2     itself.
3          A.     Yeah, I don't think I went more than an
4     hour in my analysis, but from several minutes to an
5     hour later, the bulk of it.  There was evidence of
6     some trading in the opposite direction right away,
7     but the bulk of it was delayed some.
8          Q.     (By Mr. Asche) And in paragraph 41 you
9     say: "The negative coefficient estimates are largest
10    when assessing trades over longer intervals of time."
11         A.     That's correct, yes.
12         Q.     And over longer intervals of time you
13    would expect that the effect of his large lot orders
14    would diminish, if not disappear?
15         MR. RIDNOUR:  Object to form.
16         A.     By "effect" you mean its effect on
17    liquidity and prices?
18         Q.     (By Mr. Asche) Yes.
19         A.     I'm not sure if there's actually a
20    distinction between "I can't tell" and "I think it
21    disappeared."  It's more that "I can't tell."  To
22    borrow a term from engineering's signal-to-noise
23    ratio, as more time goes by, more other stuff is
24    going on.
25         Q.     But after 20 seconds, in the 10-second

1    interval after 20 seconds, you reported a coefficient

2    which you said was negligible; correct?

3          A.     Yeah, which basically means I cannot tell

4    what's happening beyond there.  I mean, it's one

5    thing to say, "I know when it dissipated."  It's

6    another thing to say, "I can't tell if it

7    dissipated."  The correct assessment would be, "I

8    can't tell.  I can't tell if it's still there or

9    dissipated."

10         Q.     Right, and if you can't tell, it's

11   unlikely that Mr. Moncada could have told?

12                MR. RIDNOUR:  Calls for speculation.

13         A.     Yeah, I mean, I don't know.  With his

14   perspective and experience, I don't know, maybe he's

15   got better statistical tools than I do.

16         Q.     (By Mr. Asche) But he would have to in

17   order to be able to make that judgment?

18                MR. RIDNOUR:  Object to form.

19         A.     Yeah.  Again, that's speculation.  I don't

20   know whether he perceived that he had a long-term

21   effect on the market or not.  I mean, you know, I

22   can't know what's going on in his head.  I can only

23   study what he did.  That's why the report focuses on

24   his actions.

25         Q.     (By Mr. Asche) By the way, do you know how

1  much money Mr. Moncada made or lost with this

2  strategy?

3      A.    I've never carefully quantified his profit

4  or loss.  It didn't seem to be a central issue to me.

5      Q.    Well, if he started doing it in August and

6  lost money, would that have an effect on your

7  judgment?

8            MR. RIDNOUR:  Calls for speculation.

9  Objection.

10     A.    So obviously it is speculation, but, you

11 know, if somebody finds that banging their head on

12 the wall hurts, maybe they'd stop.

13     Q.    (By Mr. Asche) Correct.  In paragraph 48

14 you discuss Mr. Moncada's trading after large lot

15 order were executed.

16     A.    Yes.

17     Q.    And you say that: "By market close,

18 Moncada had reduced his position to 22 contracts";

19 right?

20     A.    Can you point me to a specific phrase?

21     Q.    At the bottom of paragraph 48.

22     A.    Yes, I do see that, yes, but this was one

23 of the particular instances.

24     Q.    Are there consequences to holding large

25 positions overnight?

1      A.      Sure, there's additional risk overnight.

2      Q.      In addition to risk, is there a cost?

3      A.      One has to maintain margin, so it depends

4   on whether you think your interest rate on margin is

5   competitive or not.  But one has to maintain margin.

6      Q.      Do you know what the margin is on 400

7   contracts a week?  Or was?

8      A.      I would have to go to the Web site and

9   pull down the data on margins to see.  I don't -- I'm

10  not carrying that by memory.

11     Q.      Would you be surprised if it was over

12  $2 million?

13     A.      So how many contracts?

14     Q.      400.

15             MR. RIDNOUR:  Calls for speculation.

16     A.      Yeah.  Again --

17     Q.      (By Mr. Asche) Just give me an order of

18  magnitude.  It's a lot of money.

19     A.      There would be a fair amount of money in

20  carrying a large number of contracts overnight.  One

21  does earn interest on one's margin, or one can earn

22  interest on margin.  So how costly is it?  Depends on

23  what else one might do with that money.  You are

24  earning interest.

25     Q.      It's certainly not unreasonable for a

1    trader to divest himself by the close.

2            MR. RIDNOUR:  Calls for speculation.

3        A.    I'll just agree that many -- there are

4    many traders who seek to go home flat.  I mean, the

5    phrase "day trader," I don't know if Mr. Moncada

6    considered himself a day trader or not, but the

7    phrase "day trader" generally implies people who try

8    to be flat by the end of the day.

9        Q.    (By Mr. Asche) Did you look to see what

10   Mr. Moncada's pattern was in terms of holding

11   positions overnight?

12       A.    I never had data on his overnight

13   positions, so, you know, I can look at how much he

14   changed his position through a day, but I never had

15   data on his overnight positions.  Even here when I

16   say his position was reduced to 22 contracts, how

17   that should actually be interpreted is his position

18   was 22 contracts higher than it was when I started to

19   track it earlier in the day.

20       Q.    Okay.  That's not what you say, though.

21   What you say is he "reduced his position to 22

22   contracts, almost identical to his position prior to

23   the large order execution."

24       A.    I think if you read the full text, it will

25   be clear that I'm tracking changes in his position

1    since the beginning of the day.  I'm sorry, I

2    shouldn't say beginning of the day since they've

3    pointed the day.  I'd clarify that I don't have his

4    overnight positions.

5          Q.    If you read the entire paragraph, just the

6    opposite seems clear to me.  If you start with: "On

7    September 22, Moncada's position was 20 contracts

8    just before the execution of a large buy order."

9          A.    So if you want to read the entire

10   paragraph, that needs to include the first sentence

11   of the paragraph.

12         Q.    Go ahead, read it to yourself, and tell me

13   whether you want to change your prior answer.

14         A.    Okay.  No, I don't want to change.

15         Q.    Your position, you're saying that when you

16   say he "reduced his position to 22 contracts, almost

17   identical to his position prior to the large lot

18   order," what you mean is that it was 22 contracts

19   higher than it was before the large lot order?

20         A.    No.

21         MR. RIDNOUR:  Object to form.

22         A.    No.  The first sentence should make clear

23   that I've tracked his accumulated buying and selling

24   since midnight, so the 22 contracts says 22 contracts

25   more than he had at midnight.

1    Q.    (By Mr. Asche) That's not what it says.

2    A.    We can quibble all we like, but the first

3    sentence counts.  Every sentence counts.  The first

4    sentence is there.

5    Q.    Maybe I'm misreading it, but you're saying

6    just prior to the trade, he was --

7    A.    The answer is yes.

8    Q.    -- his accumulated trading was 20

9    contracts.

10    MR. RIDNOUR:  Object to form.

11    A.    The answer is yes, you were misreading it.

12    Q.    (By Mr. Asche) Well, normally it's

13    traditional to wait for the question, then correct

14    the questioner.

15    A.    Thank you.

16    Q.    "Moncada's position (accumulated net

17    trading since midnight) was 20 contracts just prior

18    to the execution of a large buy order."

19    A.    Correct.

20    Q.    Then you say: "By market close, he had

21    reduced his position to 22 contracts, almost

22    identical to his position prior to the large order

23    execution."

24    A.    Yes, that's what it says.

25    Q.    Which means that his accumulated position

1   since midnight was almost the same as it was before

2   the large lot order.

3       A.     That's correct.

4       Q.     That's not what you said.

5       A.     As I said, I believe you're misreading and

6   mischaracterizing what's there.

7              MR. RIDNOUR:  Objection.

8              MS. DIAMOND:  Objection.

9              MR. RIDNOUR:  Asked and answered.

10      Q.     (By Mr. Asche) In paragraph 52 you say

11  that:  "Moncada rarely used the Iceberg function for

12  his large lot orders, thereby ensuring that they were

13  fully visible, but he cancelled most of his large lot

14  orders before they could execute."  When you use the

15  term "could execute," do you mean before it was

16  physically possible or before they did execute?

17      A.     "Did" would be the more accurate statement

18  there.

19      Q.     You describe or -- you describe a

20  statistical model known as GARCH, G-A-R-C-H, all

21  caps.

22      A.     Yes.

23      Q.     Starting at paragraph 58.  Could you, if

24  you will indulge me, pretend I'm -- don't pretend,

25  assume I'm an idiot.  Would you kind of slowly give

1    me an elementary course in what that means?

2         A.    Sure, and I recognize that it's somewhat

3    cumbersome, or -- what's the word I'm searching for?

4    It's a big bite if you're not familiar with these

5    tools.  So in the footnote I describe what it's an

6    acronym for.  I don't know if we need to repeat all

7    that, but the basic background is that a couple of

8    decades ago economists became aware that volatility

9    in financial markets was kind of episodic.  You'd

10   have periods of turbulent markets, periods of calm

11   markets, and they wished to develop a statical

12   technique to study this phenomenon more carefully.

13        So these models, ARCH and GARCH, were

14   developed specifically to study how volatility

15   changes through time in financial data series.  So

16   that's what they're used for.  They're very, very

17   widely used.

18        I think I made reference to the unusually

19   large number of citations that these models have

20   received in the literature.  So they're very -- they

21   are somewhat complicated, but they are industry

22   standard for studying this phenomenon.

23        Q.    And the phenomenon is not -- is

24   volatility; correct?

25        A.    Well, the GARCH model simultaneously

1    addresses both the level of a series and the

2    volatility of a series.  So in particular, in here

3    we're interested in prices for December 2009 wheat

4    contracts, so the GARCH model allows us to study both

5    price levels and the volatility of prices

6    simultaneously.  That's one of the nice features of

7    the model.

8        Q.    And how does it do that?

9        A.    I'm not sure how far I should try to dig

10   into the details.  The technique is the estimation --

11   going a little bit by memory here because it's been a

12   little while since I read these papers as opposed to

13   implementing the models in a statistical package.

14            But as I recall, the estimation is by

15   something called maximum likelihood.  So the model is

16   basically going to say we need to estimate some

17   parameters, and it's going to choose the parameters

18   so that the model best fits the data.  I don't know

19   how deep you want to go into maximum likelihood

20   estimations.

21       Q.    Not very.

22       A.    Yeah, I suspected not.  It is the industry

23   standard for modeling, in particular for modeling the

24   volatility of a financial series.  It accommodates

25   this phenomenon that I indicated motivated the models

1    in the first place, that you tend to have periods of

2    volatile markets and periods of tranquil markets.

3              So the auto-regressive and moving average

4    parts that show up in the acronym there are for

5    accommodating, well, if the market's been volatile

6    recently, it's likely to still be volatile.  So

7    controls for those things, and then you can put in

8    variables and ask, Well, having controlled for the

9    fact that a volatile market tends to stay volatile,

10   having controlled for that, do these variables affect

11   volatility?  In essence, that's what the model is

12   being used for.

13        Q.    Okay.  And I think you've -- the numbers

14   of the effect on price are set forth in paragraph 62?

15        A.    Uh-huh.

16        Q.    Is that the result of the GARCH model to

17   the extent that it relates to price or volatility?

18        A.    Well, we have estimates of both, so let me

19   refresh my memory.  Let's see.  Which paragraph?

20        Q.    This is paragraph 62.

21        A.    So 62, there's two equations at once, one

22   for the level of prices, one for the volatility of

23   prices.  In paragraph 62 we're focusing on the one

24   for the level of price.

25        Q.    Okay.

1    A.    I should actually clarify, I said level of

2  price.  It's actually price changes.

3    Q.    Understood.

4    A.    Yeah, price changes and volatility of

5  price changes.

6    Q.    Okay.  And then starting on paragraph 63,

7  as I read it here, it's discussing volatility;

8  correct?

9    A.    Correct.

10    Q.    What does that translate to?  What would

11  the market be doing at a time when you say there's

12  increased volatility?

13    A.    So volatility is basically movements of

14  prices around the average.  So the average is not

15  terribly important for thinking about this.  We could

16  pretend that the average price move is zero, and it

17  would just kind of simplify the discussion.  So it's

18  basically how much variation do you have in prices

19  around the average.

20          So if you have a period of time where

21  prices are moving a lot, that's a volatile market.

22  If you have a period of time where prices are

23  tranquil, that's a nonvolatile market.  So it's

24  basically measuring price movement in either

25  direction, up or down.

 1          Q.      And which schedule reflects that?

 2          A.      Where?  Where are these estimates

 3   themselves?

 4          Q.      Yes.

 5          A.      Which table?  So the GARCH estimates are

 6   reported in table 11.

 7          Q.      And could you just walk us through table

 8   11?  Just what are you showing here?

 9          A.      Sure.  So let's focus on panel A.  Again,

10   I think it's the most informative.  This is for price

11   changes on the CBOT, and I'm looking at Moncada's

12   large orders and their effect.  So there's two

13   equations and there's parameters that the model

14   estimates, parameters for each of the two equations.

15   So the first is for price changes.  The second is for

16   volatility of price changes.  Would you like to walk

17   through both?

18          Q.      Yes.

19          A.      So first, price changes, we're trying to

20   statistically explain price changes.  The intercept,

21   the intercept just says that on average, the price

22   change is zero.  Sometimes up, sometimes down, but on

23   average it's zero.  So that's not terribly surprising

24   or informative.

25          Q.      Even I understand that.

1        A.      The next three, lag 1, 2 and 3, are price

2    changes.  So here and in other markets there is a

3    little tendency for memory in the markets.

4    "Momentum" is a term traders sometimes use.  So if

5    the price has been headed up, it recently has a

6    little bit of, statistically speaking, tendency to

7    keep going up.  So I accommodate that -- control for

8    that, if you prefer -- by including three lags of

9    price changes.  Positive coefficients indicate just

10   fair --

11        Q.      These lags occur when?

12        A.      By measuring everything at 10-second

13   intervals.

14        Q.      From when?

15        A.      Well, I'm using the whole -- the whole

16   database.

17        Q.      You mean at any given 10-second interval?

18        A.      On average throughout the database.

19        Q.      The price tends to change in the direction

20   in which it's going by these coefficients?

21        A.      Yeah.  So in other words, there is some

22   evidence of momentum in this data set price momentum,

23   which is not a big surprise.  We've seen it in other

24   data sets also.  So I'm just controlling for that.

25   Those are the control variables.

Hendrik Bessembinder * December 4, 2013          93

1      Q.     The new EM4 orders; right?

2      A.     So what I've got for the rest of these is

3    the newly-entered large orders by Mr. Moncada.  So I

4    like to look at his buy orders, his sell orders.

5    This is net.  If he had both buy and sell, it's buy

6    minus sell for the period.  So this is his net order

7    entry in the same 10-second interval, the prior

8    10-second interval, the second prior 10-second and

9    the third prior 10-second interval.

10     Q.     Okay.  And these coefficients, as I

11   understand it, translate to the price changes that

12   are in paragraph 62?

13     A.     Correct.  These are average price

14   movements associated with his new order entry,

15   measured in thousands of contracts.

16     Q.     And the furthest out you measured, you

17   were able to measure any change that was after 20

18   seconds?

19     A.     Yes.  I experimented with going more than

20   30 seconds out, but there was nothing statistically

21   significant.  In other words, the data couldn't tell

22   me whether there was anything there or it was all

23   just random beyond 30 seconds, the data.  The data

24   only indicated a statistically reliable effect

25   through 20 seconds.

Hendrik Bessembinder * December 4, 2013                94

```
 1          Q.     All right.  Now, volatility?
 2          A.     So now the volatility equation.  So here,
 3     volatility is basically how much movement there is in
 4     prices around the average.  The AR term and the MA
 5     term are not terribly relevant for our purposes, I
 6     don't think, other than I have controlled for the
 7     well-known tendency for if the markets are being
 8     volatile, they tend to remain volatile for a while,
 9     so controlling for that.
10            And then the coefficient of interest is I
11     take the absolute value of Moncada's new orders, so
12     whether those were buy orders or sell orders, that's
13     a value.  I'm just taking the positive, so whether it
14     was buy or sell, just how many new orders there were
15     on that.  And the reason for that is that the price
16     itself should depend on buy versus sell pressure.
17     Volatility is not -- it's not particularly an issue
18     whether these were buy orders or sell orders, it's
19     just they're orders.
20          Q.     Right.
21          A.     So in any event, the point of relevance,
22     the data point of relevance is that coefficient on
23     his new orders, which is positive and statistically
24     significant.  So the statistical method applied to
25     the data says that the markets became more volatile
```

1   at the time he entered his orders.

2        Q.    The coefficient, as I read it, is .003.

3        A.    Yes.

4        Q.    What does that translate to?  How would

5   you see that in movement, in volatility, in actual

6   prices?

7        A.    So the volatility itself is the standard

8   deviation of price changes.  So let me know if we

9   need to digress into what a standard deviation is.

10  But in any event, this basically says that the

11  standard deviation of prices change is increasing by

12  .3 per thousand contracts.

13       Q.    .3 or --

14       A.    I'm sorry, yes.  Thanks for the

15  correction.  .003.

16       Q.    So would somebody looking at price changes

17  be able to detect a changing volatility?

18       A.    I mean, essentially that's what I've done.

19  I'd used a statistical technique to look at it.

20       Q.    You did it statistically, but if somebody

21  looked at --

22       A.    If somebody was just observing?

23       Q.    Was looking at the market, would it be

24  visible in the naked eyes, I guess?

25       A.    Would they notice?

```
 1              MR. RIDNOUR:  Object; calls for
 2    speculation.
 3         A.     It is speculation.  No, it's not like
 4    we're saying volatility tripled, you know.  So I
 5    would just say they'd have to be looking pretty
 6    carefully to notice it.
 7         Q.     (By Mr. Asche) Well, I mean, is volatility
 8    the difference between the bid and the ask?
 9         A.     No.  That's the spread.
10         Q.     Okay, that's spread.  Volatility is the
11    difference between the price at one point in time and
12    the price at another point in time?
13         A.     No, that's not --
14              MR. RIDNOUR:  Object to form.
15         A.     That's not a very good description of
16    volatility.
17         Q.     (By Mr. Asche) Go ahead.  I get in trouble
18    when I try to do your job.  Go ahead.
19         A.     So volatility is variability in a series.
20    So the particular series that I've got here is -- I
21    think I used the midpoint.  I may need to refresh my
22    own memory on that.  I think I used the midpoint of
23    the bid and the ask, but we can double-check that if
24    it becomes important.
25              In any event, I'm measuring prices in the
```

1    market.  I'm measuring changes in prices.  So

2    volatility is basically, well, were all the price

3    changes zero or were they all some other number?  If

4    every price change is one tick, then there's no

5    volatility at all.  Every -- if it was one tick every

6    time, no volatility at all.  What we're measuring is

7    how much variation there is around the average.  So

8    high volatility says well, you had some periods of

9    time when the price went up by a bunch or went down

10   by a bunch.  Either direction is volatility.  So it's

11   high volatility says you get more variation around

12   the average.  Low volatility says little variation

13   around the average.

14        Q.    I'm trying to determine what .003 means in

15   terms of whether it's a lot of variation or a little

16   variation.

17        A.    I mean, it's a little bit in the eye of

18   the beholder.  I would not describe this as a big

19   effect on volatility.

20        Q.    That's what I was trying to see.

21        A.    There's an effect there.  It's

22   statistically distinguishable, but I would not

23   describe it as a big effect.

24        Q.    Okay.  And I take it you did not attempt

25   to look at actual price changes and sort of eyeball

1   it and see whether you could determine whether there

2   was greater or lesser volatility?

3       A.    Well, I mean, the whole point of using a

4   state-of-the-art statistical model is that you don't

5   fall into the million traps that can be involved in

6   trying to eyeball data, that you use all the data,

7   you let the data speak, you let it speak in a

8   scientifically valid manner.  So no, I didn't eyeball

9   it.  I used scientifically valid methods.

10      Q.    Okay.  And by the way, panel A is for

11  which days?

12      A.    I believe that was the full sample, so

13  that would run us from the date in early August

14  through the end of November.

15      Q.    Okay.  Do you know whether the volatility

16  for the eight days in question here was greater or

17  lesser than average?

18      A.    I did not look at that.  I don't think it

19  would be very informative.  There's a lot of things

20  going on in these markets in eight days besides

21  Mr. Moncada's trades.

22      Q.    So you don't know whether there was

23  increased volatility on those eight days?

24      A.    What I can say is there was increased

25  volatility around the time that he entered his orders

1   for the full sample and for the eight days.

2          Q.     Including the eight days?

3          A.     Well, yeah, on those -- the same statement

4   holds for the eight days as for the full sample.

5   There was increased volatility around the time he

6   entered his orders.  That's a different statement

7   from saying the market was more volatile on those

8   days than other days.  Volatility increased around

9   the time he entered his orders.

10         Q.     And you isolated those eight days?

11         A.     Yes.  Panel C is the eight charge days in

12  particular.  Perhaps by coincidence, perhaps not, it

13  was exactly the same coefficient estimate, .003, for

14  the eight days as it was for the broader sample.

15         Q.     And when you say increased volatility

16  around the time that he entered the orders --

17         A.     Yes.

18         Q.     -- what time lag are you talking about?

19  10 seconds?

20         A.     Contemporaneous.  During the same 10

21  seconds there was more volatility.

22         Q.     So you have no idea whether 11 seconds

23  later there was more volatility?

24         A.     I wouldn't say no idea, because after all,

25  a second later how much can things change?  But to go

1    to your broader question, I'm not saying that

2    there's -- I can't say from this evidence that he

3    made the market more volatile all day long.  I can

4    say he made it more volatile at the times he entered

5    his orders.

6          Q.    Okay.  And you don't know to what extent,

7    if at all, he profited from that increased

8    volatility?

9          A.    I have not quantified his profits.  What

10   kind of car is he driving?  Sorry, shouldn't be

11   tongue-in-cheek, should I?

12         Q.    You'd have to know when he bought the car,

13   I guess.

14         A.    That, too.

15         Q.    Bear with me, I'm almost -- as the lag

16   gets longer, it means I'm coming closer to the end.

17         A.    Sounds like good news.

18         Q.    If you can, go to table 12 -- or table 11.

19         A.    I'm still there.

20         Q.    Yes.  What do panels B and D show?

21         A.    So if you'd indulge me, just back up a

22   little bit.

23         Q.    Sure.

24         A.    I tried to assess both whether

25   Mr. Moncada's trades affected the level of crisis and

1    also whether it affected the spread.  Different use

2    of the word "spread" here.  Not the bid-ask spread,

3    but the spread between Chicago and Kansas City.  And

4    so panels B and D are focused on the spread between

5    Chicago and Kansas City, the changes in that price

6    and the volatility of that spread price.

7          Q.    Okay.  Did you check to see whether

8    Mr. Moncada took advantage in some way of the

9    increased volatility in terms of entering spreads?

10         A.    No.  Nothing I did would be a direct

11   answer to that question.

12         Q.    So you don't know whether Mr. Moncada

13   intended to increase the spread price?

14         A.    No, I can't say whether he intended to

15   increase the spread price.  I can say that he did --

16   overall, his trading behavior with regard to the

17   spread, was similar to his trading behavior with

18   regard to the CBOT itself, and that he also reversed.

19   On average, I traded in the opposite direction of his

20   large orders.  That's as true for his spread

21   positions as it is for his outright positions.

22         Q.    Do you know what percentage of the spread

23   positions were large orders?

24         A.    I don't think I have that exact statistic.

25         Q.    All right.  What does table 12 show?

1          A.     So on table 12 I'm conducting additional

2     analyses to assess whether Mr. Moncada's large orders

3     affected the market.  So a regression analysis here,

4     a little simpler than GARCH, but, broadly speaking,

5     similar, letting the data speak, using all the data,

6     not eyeballing.

7                So in panel A, what we're assessing is

8     whether his large orders were associated with changes

9     in the bid-ask spread on the CBOT.

10               And in panel B, I'm assessing -- I

11    basically look at new order entry by everybody except

12    Moncada to see if his orders affect other people's

13    order submissions.  And that's particularly relevant

14    because the spoofing strategy says that that's the

15    goal, actually.  My understanding of the spoofing

16    strategy is that that's the goal, to get other

17    people -- to fool people and get them to enter other

18    orders.

19          Q.     But for that strategy to work, you have to

20    enter your order at a time when the spoofing strategy

21    is effective.

22               MR. RIDNOUR:  Object to form.

23          Q.     (By Mr. Asche) You can't do it the next

24    day?

25               MR. RIDNOUR:  Object to form.

Hendrik Bessembinder * December 4, 2013          103

1        A.    I mean, the idea is to get -- the idea is

2   you put in a buy order to fool other people and get

3   them to put in buy orders also.  Then you would sell

4   into it.  That's my understanding of a spoofing

5   strategy.

6        Q.    (By Mr. Asche) But you have to effect your

7   sell at a time when the market has reacted to your

8   spoof.

9        A.    To be successful, yes.  I mean, more

10  generally, if you fail to fool the market, it's not

11  going to work.

12       Q.    Right.

13       A.    But if you do attract more orders on the

14  same side, it's consistent with the idea that to some

15  extent you fooled the market.  And that's actually

16  what panel B, the data, suggests, that around the

17  time that Mr. Moncada put in large orders, he

18  attracted net order entry on the same side around the

19  time that he did it.

20       Q.    Did you determine whether or not

21  Mr. Moncada placed his large buy orders because he

22  expected more orders on the same side?

23             MR. RIDNOUR:  Object; calls for

24  speculation.

25             MR. ASCHE:  I asked whether he tracked it.

1        A.      I controlled for lags of large orders by

2   the others with that sort of thing in mind, that it

3   was possible that he just tended to be putting in his

4   buy orders at times when other people were putting in

5   buy orders.  So I've controlled for three lags of the

6   net orders of others to statistically control for

7   what they've been doing lately.

8              So the estimate that here -- is reported

9   here says that he affected other people's order entry

10  over and above anything that could be explained by

11  what the others were doing recently.

12       Q.      (By Mr. Asche) Did you control for

13  Moncada's ability to predict what other people were

14  doing?

15       A.      Again, I don't know what's going on in his

16  head.  I can only look at the data and apply valid

17  techniques to it and say, "What does the data have to

18  say here?"

19       Q.      If Moncada puts in a large lot buy order

20  and other people thereafter put in large lot buy

21  orders, one explanation is they're reacting to

22  Moncada's order; correct?

23       A.      Correct.

24       Q.      Another explanation is that Moncada

25  noticed a trend and thought that people would be

1    placing buy orders, so he put his in first; correct?

2         A.    I think the lags at least partially

3    address that, if it's an issue of they've been doing

4    it lately.

5         Q.    Not "they."  He.

6         A.    Now, again, it's all hypothetical, so he's

7    able to predict -- he's able to predict what others

8    are going to do and trades in front of them.  I don't

9    know what was going on in his head.  It's an

10   interesting idea.  I think it runs into --

11   potentially runs into front-running sort of issues,

12   but I'm not the lawyer here.  But anyway, I can't

13   know what was in his head.  All I can say is around

14   the time that he entered his orders, there was

15   additional trading by -- additional orders by others

16   on the same side of his orders.  That you would

17   expect from a successful spoofing strategy.

18        Q.    It's also what you'd expect from a smart

19   trader?

20             MR. RIDNOUR:  Object to form.

21        A.    I don't know.  I mean, there's a lot of

22   things a smart trader can do.

23        Q.    (By Mr. Asche) Including predict the

24   direction of the market; correct?

25        A.    It's possible that he might have been in

1    the business of trying to predict what others were

2    going to do.

3           Q.     And by the way, it didn't happen every

4    time; correct?  This is an average?

5           A.     This is an average.

6           Q.     So on average, people tended to buy after

7    he bought, but not always?

8           A.     Yeah.  Around the time he put in large

9    orders, there was an increase in buy orders by

10   others.  That's what the data says.  It's consistent

11   with the spoofing story, maybe a spoofing

12   interpretation.  Might be possible to tell other

13   stories.

14          Q.     And can you tell whether this increased

15   activity by others occurred before or after his

16   orders were cancelled?

17          A.     What I've documented here is -- I'm sorry,

18   I should make sure to hear the last word of your

19   question.  Now, what I've documented is

20   contemporaneous, in the same 10 seconds as his entry.

21   Now, since, on average, he cancelled within 2

22   seconds, most of the time this is going to be

23   within -- you know, but I can't give a specific

24   answer on how much of it was before he cancelled and

25   how much of it was after, because I used the 10

1   seconds here.

2       Q.    And again, you don't know how -- you never

3   quantified how many trades he made in the opposite

4   direction within that 10-second period?

5       A.    I think that is quantified.  That was the

6   first row on the table that -- by "he" you mean

7   Moncada?

8       Q.    Right.

9       A.    Yes.  On balance, he traded in the

10  opposite direction of his large orders, even within

11  the same 10 seconds.

12      Q.    Where is that?

13            MR. RIDNOUR:  Is it Table 8?

14      A.    Yeah, you'd think I could find these

15  things in my own report.  Table 8, that's the one.

16  Thanks.  So yeah, each of the four panels has a

17  column of numbers under "coefficient," but the first

18  number in each of those columns is the...

19      Q.    (By Mr. Asche) Oh, yeah, I mean, we went

20  through this, what was a very slight positive -- a

21  very slight coefficient.

22      A.    Small.

23      Q.    Small, yes.

24      A.    Personally, I thought it was remarkable

25  that he was trading in the opposite direction of his

1    orders, even at the same 10 seconds that he placed

2    them, you know.  But in any event, it's much smaller

3    than it is if you allow some time to go by.  So I

4    think we've established that.

5         Q.    Would you turn to your Appendix B.

6         A.    Yes.

7         Q.    All the way down.

8         A.    Yes.

9         Q.    What was the subject of your deposition in

10   Topfer?

11        A.    Topfer was an estate planning and tax

12   case.  I'm not an estate planning expert, but this

13   involved a tax shelter, where the tax shelter itself

14   involved --

15        Q.    That was the California case?

16        A.    No, no, this was in Texas -- the tax

17   shelter involved complicated option trading

18   strategies.  I was involved in assessing the economic

19   viability of those option trading strategies that

20   were part of the tax shelter.

21        Q.    And in the IPO Securities litigation?

22        A.    So you're asking what was my role in the

23   case?

24        Q.    Yes.  For each of these, I'm asking.

25        A.    Absolutely.  I believe this is all public.

1   So the IPO litigation was related to initial public

2   offerings that occurred around 1999, 2000, the period

3   of the so-called "dot-com bubble," and I was involved

4   in assessing -- there were assertions made by the

5   other side that there had been so-called "laddering

6   trades," which the assertion was that these laddering

7   trades were done to artificially prop up the price of

8   the IPOs. So I was involved, essentially, in

9   assessing the validity of the evidence that the other

10  side presented in that case.

11       Q.    Gonzales?

12       A.    So Gonzales was the California Attorney

13  General case that was also a tax shelter case. This

14  one was not option trading. I'm trying to remember

15  if it was treasury bond or...

16       Q.    Basically the economic viability of the

17  trade?

18       A.    Yeah. Again, the underlying trading

19  strategy. The question was did that trading strategy

20  make sense.

21       Q.    The CFTC against Bradley?

22       A.    Yes, I think we touched on that one

23  earlier. That was a false reporting case. The

24  assertion was that these traders had falsely reported

25  trades to a service that compiled trades.

1          Q.     Enron we talked about.  Internet Law
2     Library?
3          A.     Short selling.  It was a short-selling
4     case.  The assertion was that some people had used
5     short-selling strategies to artificially depress
6     stock prices.  I was employed in that case by the
7     plaintiffs.
8               MR. ASCHE:  Okay.  I have no further
9     questions.
10               MS. DIAMOND:  Can we take a brief break?
11               MR. ASCHE:  Of course.
12                    (Recess)
13               MR. RIDNOUR:  Back on the record.
14
15                    <u>EXAMINATION</u>
16     <u>BY MR. RIDNOUR:</u>
17          Q.     Dr. Bessembinder, I've got two clarifying
18     questions.  Earlier you testified that traders may
19     use Iceberg orders to get a better price.  What do
20     you mean by a "better price"?
21          A.     So the Iceberg orders, my understanding of
22     the economics and also what I've documented in my
23     study of stock exchange trading in Paris, is Iceberg
24     orders are used to reduce the extent to which the
25     price will run away from your order, so somebody who

1    wants to buy is worried that the price could head up

2    before they can get their buy order executed.  So the

3    Iceberg function is used to reduce the extent to

4    which other people know that you have an interest in

5    doing a big buy, and hopefully you can get your big

6    buy done without pushing the price up.  So you're

7    doing it to reduce the price impact of your trades.

8         Q.     And you also testified earlier that there

9    is no volatility if the price moves one tick at a

10   time.  What do you mean by "moving one tick at a

11   time"?  And why does that mean there's no volatility?

12        A.     So hopefully the record will show that I

13   stated something slightly different than that, and

14   that's that if the price always went up by one tick,

15   that would be no volatility, because volatility is

16   computed around the average.  So if it always goes up

17   by one tick, then the average is one tick up.  And if

18   it's always up one tick, there's no volatility around

19   the average.  So that's what I intended to say.

20   Hopefully that's what the record shows I said.

21             Now, to broaden that a little bit, you

22   could have a market move in one-tick increments and

23   still you have a very volatile market.  It depends.

24   So if you have up-and-down moves, you have

25   volatility, and it depends on how many moves there

1    are.  It can move in one-tick increments, but if it

2    does that 30 times in a row, you've moved 30 ticks.

3    So, you know, if it goes up 30 ticks in a row and

4    down 30 ticks in a row, it can all be one tick and

5    you could still have a lot of price movement, you

6    could still have a lot of volatility.  So the

7    number of one-tick moves is not just directly a

8    measure of volatility at all.

9              MR. RIDNOUR:  Okay.  That's it for us.

10             MR. ASCHE:  That's it for me.

11             Send me the original and one.

12             I'll send it to you.

13             MR. RIDNOUR:  Okay.

14       (The deposition was concluded at 12:35 p.m.)

15                      *   *   *

16

17

18

19

20

21

22

23

24

25

1                        <u>REPORTER'S CERTIFICATE</u>

2

STATE OF UTAH            )
3                                ) ss.
COUNTY OF SALT LAKE      )

4

5              I, Kathy Morgan, Registered Professional
Reporter and Notary Public in and for the State of
6  Utah, do hereby certify:

7              That prior to being examined, the witness,
HENDRIK BESSEMBINDER, was by me duly sworn to tell
8  the truth, the whole truth, and nothing but the
truth;

9

              That said deposition was taken down by me
10 in stenotype on December 4, 2013 at the place therein
named, and was thereafter transcribed and that a true
11 and correct transcription of said testimony is set
forth in the preceding pages;

12

              I further certify that, in accordance with
13 Rule 30(e), a request having been made to review the
transcript, a reading copy was sent to the witness
14 for him to read and sign, and the original transcript
will be delivered to Mr. Richard Asche for
15 safekeeping.

16             I further certify that I am not kin or
otherwise associated with any of the parties to said
17 cause of action and that I am not interested in the
outcome thereof.

18

              WITNESS MY HAND AND OFFICIAL SEAL this
19 9th day of December, 2013.

20

21

22

23

24             _____
                 Kathy H. Morgan, CSR, RPR
25 My commission expires May 24, 2015

Notary Public
KATHY H MORGAN
Commission Number #10189
My Commission Expires
May 24, 2015
State of Utah

CITICOURT, LLC
801.532.3441

Case: CFTC v. Moncada, et al.
Case No.: 12-CV-8791
Reporter: Kathy Morgan
Date taken: December 4, 2013

## WITNESS CERTIFICATE

I, **HENDRIK BESSEMBINDER**, HEREBY DECLARE:
That I am the witness in the foregoing transcript; that I have read the transcript and know the contents thereof; that with these corrections I have noted this transcript truly and accurately reflects my testimony.    *SEE ATTACHED*

| PAGE-LINE | CHANGE/CORRECTION | REASON |
|-----------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____    No corrections were made.

I, HENDRIK BESSEMBINDER, HEREBY DECLARE UNDER THE PENALTIES OF PERJURY OF THE LAWS OF THE UNITED STATES OF AMERICA AND THE LAWS OF THE STATE OF UTAH THAT THE FOREGOING IS TRUE AND CORRECT.

_____
HENDRIK BESSEMBINDER

12/23/13
_____
Date Signed

CITICOURT, LLC
801.532.3441

Case: CFTC v. Moncada, et al.
Case No.: 12-CV-8791
Reporter: Kathy Morgan
Date taken: December 4, 2013

**WITNESS CERTIFICATE**

I, **HENDRIK BESSEMBINDER**, HEREBY DECLARE: That I am the witness in the foregoing transcript; that I have read the transcript and know the contents thereof; that with these corrections I have noted this transcript truly and accurately reflects my testimony.

| Page/Line | Correction | Reason |
|---|---|---|
| p. 15, line 1 | "lag files" should be "log files" | Transcript is in error |
| p. 16, line 22 and line 23 | "lag files" should be "log files" | Transcript is in error |
| p. 20, line 4 | "reasoning in my analysis" should be "reasoning and my analysis" | Transcript is in error |
| p. 20, line 12 | "Or orders" should be "Orders" | Transcript is in error |
| p. 60, line 10 | "going on" should be "Going in" | Transcript is in error |
| p. 64, line 5 | "older trader" should be "alert trader" | Transcript is in error |
| p. 79, line 19. | "I'm not sure if there's" should be "I'm not sure.  There is" | Transcript is in error |
| p. 84, lines 1 to 3. | "I shouldn't say beginning of the day since they've pointed the day" should be  "I should have said beginning of the day to that point in the day" | Transcript is in error |
| p. 92, line 12 | "by measuring" should be "I measure" | Transcript is in error |
| p. 93, line 4 | "like to look at his buy order, his sell orders" should be "look at his buy orders less his sell orders" | Transcript is in error |
| p. 94, lines 12 and 13 | "that's a value" should be "the absolute value" | Transcript is in error |
| p. 100, line 25. | "level of crisis" should be "level of prices" | Transcript is in error |
| p. 101, line 19. | "I traded in" should be "he traded in" | Transcript is in error |