

1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5320
Facsimile: (202) 418-5523

# FINANCIAL DISCLOSURE STATEMENT

Sections 6(c), 6c, and 8(a)(1) of the Commodity Exchange Act ("Act"), 7 U.S.C. §§ 9, 12(a)(1), 13a-1, and 15 authorize the Commodity Futures Trading Commission ("Commission") to initiate and conduct investigations and bring administrative and civil enforcement proceedings. In the course of an investigation or enforcement proceeding, the Commission may secure voluntary statements and submissions. The Commission's primary purpose in soliciting the information from you is to evaluate your offer of settlement and/or your ability to pay a monetary claim or judgment.

Disclosure of this information is voluntary. The Commission or the Department of Justice, if the matter is referred to that federal department, may also have the right to obtain disclosure of some of the information under statute or by subpoena.

The information you provide may be used in the routine operation of the Commission, which includes law enforcement, review of legislative and regulatory proposals, regulation of the commodity futures markets, and reviews of reports and documents filed with the Commission. The Commission may also use the information in any administrative or civil proceedings in which it is a party or any member of the Commission or its staff participates as a party.

You may request that the Commission afford the information submitted herein confidential treatment under the Commission's Freedom of Information Act rules. See 17 C.F.R. § 145.9 (2004). A request for confidential treatment allows you the opportunity to justify the need for confidentiality. The request must be in writing in accordance with Commission Rule 145.9, 17 C.F.R. § 145.9 (2004), and should be submitted when filing the financial disclosure statement. A copy of the Commission's Statements to Persons Directed to Provide Information, which includes the Routine Uses of Information, is being provided to you along with this form.

A request for confidential treatment does not guarantee confidentiality. Moreover, notwithstanding confidential treatment, copies of the financial disclosure statement will be provided to interested divisions within the Commission.

In order for the information you provide to be considered, the declaration on the last page must be properly executed.

To the extent that financial documents, tax returns and other documents are requested pursuant to the financial disclosure statement, they must be legible copies. Illegible copies do not satisfy the requirements for filing your financial disclosure statement.

After filing this from, you should promptly notify the Commission of any material change in the answer to any question on this form.

CFTC Form 12
Approved May 2001

| CITY Venice | STATE CA | ZIP CODE 90291 | Rent |
|---|---|---|---|
| PREVIOUS ADDRESSES - INCLUDING TIME PERIODS (Previous 10 years - Use additional pages if necessary) | | | |
| | | | |

| OTHER SOCIAL SECURITY NOs. | OTHER NAMES USED | | E-MAIL ADDRESS(ES) esiqmoncadaos@yahoo.com |
|---|---|---|---|
| DRIVER'S LICENSE NUMBER Ok M081888139 | DRIVER LICENSE STATE Oklahoma | | INTERNET HOME PAGE |
| EMPLOYER | JOB TITLE | | BUSINESS PHONE ( ) |
| NAME OF SUPERVISOR | BEGIN DATE | SALARY (INCL TIPS & COMMISSIONS) | |
| NUMBER OF YEARS IN PRESENT POSITION | WAGE EARNER/PARTNER/SOLE PROPRIETOR? | | |
| PRIOR WORK HISTORY INCLUDING EMPLOYER, START/END DATE, SALARY (Previous 10 Years - Use additional pages if necessary) | | | |
| | | | |

## SPOUSE BACKGROUND INFORMATION

| NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | HOME PHONE ( ) |
|---|---|---|---|
| CURRENT ADDRESS | | PLACE OF BIRTH | CELL PHONE ( ) |
| CITY | STATE | ZIP CODE | HOME: RENT OR OWN? |
| PREVIOUS ADDRESSES - INCLUDING TIME PERIODS (Previous 10 years - Use additional pages if necessary) | | | |
| | | | |

| OTHER SOCIAL SECURITY NOs. | OTHER NAMES USED | | E-MAIL ADDRESS(ES) |
|---|---|---|---|
| DRIVER'S LICENSE NUMBER | DRIVER LICENSE STATE | | INTERNET HOME PAGE |
| EMPLOYER | JOB TITLE | | BUSINESS PHONE ( ) |
| NAME OF SUPERVISOR | BEGIN DATE | SALARY (INCL TIPS & COMMISSIONS) | |
| NUMBER OF YEARS IN PRESENT POSITION | WAGE EARNER/PARTNER/SOLE PROPRIETOR? | | |
| PRIOR WORK HISTORY INCLUDING EMPLOYER, START/END DATE, SALARY (Previous 10 Years - Use additional pages if necessary) | | | |
| | | | |

## PREVIOUS SPOUSE(S)

| NAME OF PREVIOUS SPOUSE(S) (Use additional pages if necessary) | DATE OF BIRTH | PERIOD MARRIED |
|---|---|---|
| | | |

## CHILDREN/DEPENDENTS

| NAME | RELATIONSHIP | DATE OF BIRTH | SOCIAL SECURITY NUMBER | LIVE WITH YOU? (Y/N) | DRIVERS LIC. NUMBER | DRIVERS LIC. STATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

CFTC Form 12
Approved May 2001

| Assets (continued) | Amount |
|---|---|
| Securities, commodities and bonds (Sched 5) | |
| Automobiles, trucks, boats, planes, other vehicles (Sched 6) | |
| Business interests (Sched 7) | |
| Personal property (Sched 8) | |
| Judgments and settlements (Sched 9) | |
| Cash surrender value of life ins (Sched 10) | |
| Lines of credit (Sched 11) | |
| Other amounts owed to you (Sched 12) | |
| Wills, trusts and escrows (Sched 13) | |
| Fringe benefits (Sched 14) | |
| Transfer of assets (Sched 15) | |
| Other assets (Sched 16) | |
| **Total** | 0 |

| Liabilities (continued) | Amount |
|---|---|
| Notes, accounts payable and debts to banks, financial institution and others (Sched 18) | 4690.40 |
| Automobiles, trucks, boats, planes, and other vehicles (Sched 6) | |
| Judgments and settlements (Sched 9) | |
| Other loans and liabilities (Sched 19) | |
| Medical, legal expenses (Sched 20) | |
| Chattel mortgage (Sched 20) | |
| Other liabilities | |
| **Total** | 29,499.15 |
| **Total net worth: (Assets minus liabilities)** | 29,499.15 |

## MONTHLY INCOME/PAYMENTS

| Item | Amount |
|---|---|
| Salary (Sched 21) | 3500. |
| Commissions, fees, bonuses, (Sched 21) | |
| Spouse and dependents' income (Sched 21) | |
| Real estate income (e.g. rent) (Sched 21) | |
| Interest, dividends business income (Sched 21) | |
| Dividends/interest on personal income (Sched 21) | |
| Payments by others on your behalf (Sched 21) | |
| Disability payments (Sched 21) | |
| Court ordered payments received (e.g. child sup) (Sched 21) | |
| Food stamps (Sched 21) | |
| Social security (Sched 21) | |
| Unemployment benefits (Sched 21) | |
| Net commodity/securities trading profits (Sched 21) | |
| Annuity/pension plans (Sched 21) | |
| Sales of assets (Sched 21) | |
| Disbursement of capital to you (Sched 21) | |
| Repayments of loans to you (Sched 21) | |
| Other income (Sched 21) | |
| **Total** | 3500.00 |

## MONTHLY EXPENSES

| Item | Amount |
|---|---|
| Mortgage/rent (Sched 22) | 1650.00 |
| Food (Sched 22) | 1600.00 |
| Utilities (gas, electric, water) (Sched 22) | 200.00 |
| Automobile/transportation expenses (Sched 22) | |
| Credit card payments (Sched 22) | 800.00 |
| Telephone (Sched 22) | 125.00 |
| Cable television (Sched 22) | 125.00 |
| Insurance premiums (Sched 22) | |
| Court ordered payments (e.g. child support) (Sched 22) | |
| Subscriptions (Sched 22) | |
| Medical and legal expenses (Sched 22) | |
| Loan payments (Sched 22) | |
| Tuition (Sched 22) | |
| Installment payments (Sched 22) | |
| Contributions (Sched 22) | |
| Dues (Sched 22) | |
| Other expenses (Sched 22) | |
| **Total** | 4500.00 |
| **Monthly Cash Flow (Income Minus Expenses)** | (1000.00) |

## CONTINGENT LIABILITIES

| Item | Amount |
|---|---|
| As endorser of co-maker | |
| On leases or contracts | |
| Legal claims | |
| Provisions for federal income tax | |
| Other special debt | |
| Total | – |

List all cash, bank and money market accounts, including but not limited to checking accounts, savings accounts, certificates of deposit, credit union accounts held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse or your dependents. The term cash includes currency and uncashed checks. Use additional pages if necessary.

Cash on Hand: ________ Cash held for your benefit: ________

| Acct Name/Type | Name/Address of Financial Institution | Acct Number | Current Balance |
|---|---|---|---|
| Checking | Citibank | [redacted] | $ 00.84 |
| | | | |
| | | | |
| | | | |
| | | | |

Total Balance: ________

**Schedule 2**
**Accounts and Loans Due; Notes Receivable**
**To or For You, Your Spouse or Your Dependents**

| Debtor's Name/Address | Amount Owed to You | Age of Debt | Description/Nature of Debt | Description Security Held | Date Payment Expected |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Owed to You: ________

Property Address ______________________________

Name on Title/Deed and Ownership Percentages ______________________________

Description of Property ______________________________

Date Acquired ______________________________

Purchase Price ______________________________

Fair Market Value (market price minus unpaid mortgage) ______________________________

Basis of Valuation ______________________________

Gross Mortgage Amount ______________________________

Unpaid Mortgage Amount ______________________________

Monthly Mortgage Payment ______________________________

Name/Address of Mortgage Holder ______________________________

Mortgage Loan Account No. ______________________________

Lien Amount (other than 1st mortgage) ______________________________

Monthly Lien Payment ______________________________

Name/Address of Lien Holder ______________________________

Lien Account Number ______________________________

Rental Income (if any) ______________________________

Total Fair Market Value for All Properties: ______________

B. List all real estate under contract to be purchased or sold by you, your spouse or your dependents. Use additional pages if necessary.

Property Address ______________________________

Name of Seller/Buyer ______________________________

Contract Price ______________________________

Principal Amount Owing/Due ______________________________

Amount/Date of Next Payment ______________________________

held by others for the benefit of you, your spouse or your dependents

| Account Name | Account Number | Plan Type | Date Started | Trustee/Administrator's Name, Address, and Phone | Surrender Value | Credit Line/Amount Available Now |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total Available: | |

## Schedule 5
## Securities, Commodities and Bonds

A. Identify all securities (including listed and unlisted securities, registered and bearer bonds, state and municipal bonds, mutual funds, etc), held or controlled by you, your spouse or your dependents, or in which you, your spouse or your dependents have or had a beneficial interest at any time during the last 5 years. Use additional pages if necessary.

| Type of Security | No. of Stock Shares | Face Value of Bonds | Registered Name | Cost | Present Market Value | Income Earned Last Year | To Whom Pledged | Issuer | Name on Security | Loans Against Security |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | Total Current Market Value: | | |

or to which you, your spouse or your dependents are a signatory, ... additional pages if necessary.

| Account Name | Account Address | Account Number | Aggregate Deposit | Date(s) of Deposit | Current Account Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Balance:: ______________

C. List all government securities, including but not limited to savings bonds, treasury bills, and treasury notes, held by you, your spouse or your dependents, or held by others for the benefit of you, your spouse or your dependents. Use additional pages if necessary.

| Account Name | Type of Obligation | Security Amount | Maturity Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Maturity Value: ______________

Total Schedule 5 (5A + 5B + 5C): ______________

| Vehicle Type | | | | |
|---|---|---|---|---|
| Make | | | | |
| Model | | | | |
| Year | | | | |
| Date of Purchase | | | | |
| Registered Owner's Name | | | | |
| Registration State and Number | | | | |
| License Plate Number | | | | |
| Vehicle Location Address | | | | |
| Purchase Price | | | | |
| Current Value | | | | |
| Account/Loan Number | | | | |
| Lender's Name/Address | | | | |
| Original Loan Amount | | | | |
| Current Loan Balance | | | | |
| Monthly Payment | | | | |

Total Value of All Vehicles: ______________

## Schedule 7
## Business Interests

List all businesses for which you, your spouse or your dependents are an officer, director or owner. Use additional pages if necessary.

| Name/Address | Business Format | Description of Business | Positions Held in Last 5 years | Fair Market Value | Business Owner | Financial Interest in Business |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Financial Interest in Business: ______________

pages if necessary.

| Type of Property | Owner Name | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total Current Value of All Property: ____________

CFTC Form 12
Approved May 2001

| Name, Address and Telephone Number of Opposing Party | County/State of Judgment | Name of Court of Judgment | Amount of Judgment | Date of Judgment | Nature of Lawsuit |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Owed to You: ______________

B. Against you, your spouse or your dependents within the last 10 years.

| Name, Address and Telephone Number of Opposing Party | County/State of Judgment | Name of Court of Judgment | Amount of Judgment | Date of Judgment | Nature of Lawsuit |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Owed by You: ______________

## Schedule 10
## Life Insurance

| | Your Policy | Spouse's Policy | Other Policy |
|---|---|---|---|
| Name of Beneficiary | | | |
| Name of Insurance Company | | | |
| Address of Insurance Company | | | |
| Type of Policy | | | |
| Face Amount of Policy | | | |
| Total Cash Surrender Value | | | |
| Total Loans Against Policy | | | |
| Yearly Premium | | | |
| To Whom Policy Assigned | | | |

Total Owed to You: ____________

## Schedule 13
## Wills, Trusts and Escrows

A. Wills: Describe any vested interest in a will pursuant to which you, your spouse or your dependents are or will receive a devise, bequest other inheritance or distribution.

B. Trusts and Escrows: List all funds or other assets that are being held in trust or escrow by any person or entity for you, your spouse or your dependents. Also, list all funds or other assets that are being held in trust or escrow by you, your spouse or your dependents for any person or entity.

| Trustee/Escrow Agent's Name/Address | Date Established | Grantor | Beneficiaries | Present Market Value of Assets |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total Present Market Value: ____________

| Benefit | Employer Name and Address | Fair Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Total Fair Market Value: ______________

## Schedule 15
## Transfers of Assets

List each person to whom you have transferred, in the aggregate, more than $1,000 in funds or other assets during the previous five years by loan, gift or other transfer. For each person state the total amount transferred during that period. Use additional pages if necessary.

| Transferee's Name/Address | Relationship to You | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (loan, gift) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Aggregate Value of Transferred Assets: ______________

| Type of Asset | Location of Asset | Value of Asset | Financial Interest in Asset |
| --- | --- | --- | --- |
| | | | |

Total Value of Other Assets: ____________

CFTC Form 12
Approved May 2001

| Type of Tax | Date Incurred | Amount Owed | Amount of Monthly Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Amount Taxes Due: ____________

**Schedule 18**
**Notes Due, Accounts Payable and Debts to Banks, Financial Institutions and Other Individuals**

Itemize every note, accounts payable and debt over $1,000 owed by you, your spouse or your dependents.

| Creditor Name/Address | Amount of Note, Account Payable or Debt | Obligation Date for Note, Account Payable or Debt | When Note, Account Payable or Debt Due | Purpose of Note, Account Payable or Debt |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total Owed by You: ____________

CFTC Form 12
Approved May 2001

additional pages if necessary.

| | | | |
|---|---|---|---|
| Type of Loan | | | |
| Name/Address of Lender/Creditor | | | |
| Nature of Liability | | | |
| Name(s) on Liability | | | |
| Date of Liability Incurred | | | |
| Original Amount Borrowed | | | |
| Current Balance | | | |
| Payment Amount | | | |
| Frequency of Payment | | | |
| Balance Owing | | | |

Total Owed by You: ______________

## Schedule 20
## Other Liabilities

A. List all outstanding medical and legal expenses incurred by you, your spouse or your dependents.

| Creditor Name/Address | Type of Expense | Date Expense Incurred | Original Amount of Expense | Amount of Monthly Payment | Date Last Payment Due | Balance Owing |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Owed by You: ______________

B. List all chattel mortgages.

| Date Obligation Incurred | Original Amount of Obligation | Amount of Monthly Payment | Date Last Payment Due | Balance Owing |
|---|---|---|---|---|
| | | | | |
| | | | | |

Total Owed by You: ______________

necessary.



| | Amount | Source | Address/Telephone of Source |
|---|---|---|---|
| Salary | 3500.00 | Franz Moncada MD. Inc. | 9184814880 |
| Commissions, Fees, Advances, Bonuses, etc | — | | |
| Spouse and Dependents' Income | — | | |
| Real Estate Income (e.g. rent) | — | | |
| Interest and Dividends Business Income Due | — | | |
| Dividends/Interest on Personal Income | — | | |
| Payments by Others on Your Behalf | | | |
| Court Ordered Payments Received (e.g. child sup) | — | | |
| Disability Payments | — | | |
| Food Stamps | — | | |
| Social Security | — | | |
| Unemployment Benefits | — | | |
| Net Commodity and Securities Trading Profits | — | | |
| Annuity/Pension Plans | — | | |
| Sales of Assets | — | | |
| Disbursement of Capital to You | — | | |
| Repayments of Loans to You | — | | |
| Other Income | — | | |

Total Monthly Income/Payments: 3500.00

| | Amount | Purpose/Description of Expense |
|---|---|---|
| Mortgage/Rent | 1650.00/ month | |
| Food | 1600/ month | |
| Utilities (gas, electric, water) | 200 / month | |
| Automobile and Transportation Expenses | | |
| Credit Card Payments | 800/month | |
| Telephone | 125/ month | |
| Cable Television | 125/month | |
| Loan Payments | — | |
| Insurance Premiums | — | |
| Subscriptions | — | |
| Medical and Legal Expenses | — | |
| Court Ordered Payments (e.g. child support) | — | |
| Tuition | — | |
| Installment Payments | — | |
| Contributions | — | |
| Dues | — | |
| Other Expenses | — | |

Total Monthly Expenses: 4500.00

CFTC Form 12
Approved May 2001

| Opposing Party's Name/Address | Name/Address of Court | Docket Number | Relief Requested | Nature of Litigation | Status |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

B. Filed against you, your spouse or your dependents within the last 10 years. Use additional pages if necessary.

| Opposing Party's Name/Address | Name/Address of Court | Docket Number | Relief Requested | Nature of Litigation | Status |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## Schedule 24
## Safe Deposit Boxes

List all safe deposit boxes held by you, your spouse or your dependents.

| Owner (if other than you) | Name/Address of Depository Institution | Box Number | Contents |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## Schedule 25
## Application For Credit

List all applications for bank loans or other extensions of credit that you, your spouse or your dependents have submitted within the last two years. Provide a copy of each application, including all attachments

| Name(s) on Application | Name/Address of Lender |
|---|---|
| | |
| | |

CFTC Form 12
Approved May 2001

have examined the information given in this financial disclosure statement, attached hereto, & to the best of my knowledge and belief, it is true, correct and complete. I further declare that I have no other assets, owned either directly or indirectly, or income of any nature other than as shown herein, or attached to the financial disclosure statement. I understand that material misstatements or omissions made herein, or in any attachment hereto, may constitute criminal violations, punishable under 18 U.S.C. § 1001 (1994) or other statutes.

The statements herein and attached hereto represent my financial condition as of the following date: 6-7-13.

[signature]

Signature

6-7-13

Date of signature

Sworn before me this June day of ______________, 200__.

______________________

Notary Public

My Commission expires on ______________
Date

CFTC Form 12
Approved May 2001

| Type of Credit Card | Name/Address of Creditor | Account Number | Account Number | Current Balance | Monthly Minimum Payment | Credit Limit |
|---|---|---|---|---|---|---|
| Chase Credit Card | [redacted] | | | 8863.24 | 259.00 | 8500.00 |
| Discover | | | | 3773.55 | 76.00 | 4000.00 |
| Citibank | [redacted] | | | 12,171.96 | 450.98 | 15,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Credit Card Debt: 24 808.75

B. List all lines of credit that you, your spouse or your dependents have access to or lines of credit for the beneficial interest of you, your spouse or your dependents. Use additional pages if necessary.

| Name/Address of Issuing Institution | Amount of Credit Line | Amount Used | Repayment Terms |
|---|---|---|---|
| Citibank | 5500.00 | 4690.40 | |
| | | | |
| | | | |

Total Amount Available: 787.69