UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br>Plaintiff,<br><br>v.<br><br>ERIC MONCADA; BES CAPITAL LLC; and SERDIKA LLC.<br>Defendant(s). | )<br>)<br>)<br>)<br>)  Civil Action No. <u>12-cv-8791 (CM)</u><br>)  <u>(GWG)</u><br>)<br>)<br>)<br>)<br>) |

**FIRST AFFIDAVIT OF JENNIFER S. DIAMOND**

I, Jennifer S. Diamond, affirm pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney duly admitted to practice in Illinois.  I am appearing before this Court as counsel for the United States Commodity Futures Trading Commission ("Commission").  I respectfully submit this affidavit in support of the Commission's Motion Strike The Expert Report of Steven Wollack.

2.      Attached to this First Affidavit are a true and correct copies of the following documents which is an exhibit to Plaintiff's Memorandum in Support of Motion Strike The Expert Report of Steven Wollack:

      i.   Attachment A -Highlighted Version of The Expert Report of Steven Wollack,

     ii.   Attachment B - Deposition Transcript of Steven Wollack (excerpts)

   iii.   Attachment C – Deposition Transcript of Hendrick Bessembinder (excerpts)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  This 12th day of March, 2014
        Washington, DC

                                 Jennifer S. Diamond
                                 Senior Trial Attorney
                    U.S. Commodity Futures trading Commission