UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC MONCADA; BES CAPITAL LLC; and SERDIKA LLC.<br>　　　　Defendant(s). | )<br>)<br>)<br>)<br>)<br>) Civil Action No. <u>12-cv-8791 (CM)</u><br>) <u>(GWG)</u><br>)<br>)<br>)<br>)<br>) |

### SECOND AFFIDAVIT OF JENNIFER S. DIAMOND

I, Jennifer S. Diamond, affirm pursuant to 28 U.S.C. § 1746, as follows:

　　1.　　I am an attorney duly admitted to practice in Illinois. I am appearing before this Court as counsel for the United States Commodity Futures Trading Commission ("Commission"). I respectfully submit this affidavit in support of the Plaintiff Commodity Futures Trading Commission's Reply to Defendant's Opposition to Plaintiff's Motion to Strike the Expert Report of Steven Wollack.

　　2.　　Attached to this Second Affidavit are a true and correct copies Deposition Transcript of Steven Wollack (excerpts) (Attachment A).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: This 2nd day of April, 2014
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　*/s/ Jennifer S. Diamond*
　　　　　　　　　　　　　　　　　　　Jennifer S. Diamond
　　　　　　　　　　　　　　　　　　　Senior Trial Attorney
　　　　　　　　　　　　　　　　　　　U.S. Commodity Futures Trading Commission