# ATTACHMENT A

To PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE EXPERT REPORT OF STEVEN WOLLACK

Deposition Transcript of Steven Wollack (excerpts)

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF NEW YORK

 3      UNITED STATES COMMODITY     )
        FUTURES TRADING             )
 4      COMMISSION,                  )
                                    )
 5            Plaintiff,            )
                                    )
 6         vs.                      ) No. 12-cv-8791 (CM)
                                    ) (GWG)
 7      ERIC MONCADA; BES           )
        CAPITAL LLC; and            )
 8      SERDIKA LLC,                )
                                    )
 9            Defendants.           )

10         The deposition of STEVEN E. WOLLACK, ESQ.,

11   called for examination pursuant to the Rules of

12   Civil Procedure for the United States District

13   Courts pertaining to the taking of depositions,

14   taken before JENNIFER M. DALY, a Certified Shorthand

15   Reporter, within and for the County of Cook and

16   State of Illinois, at 525 West Monroe Street,

17   Suite 1100, Chicago, Illinois, on the 2nd day of

18   December, 2013, at the hour of 8:07 o'clock a.m.

19

20

21

22

23

24
```

```
                                                                 2

 1                      APPEARANCES:

 2       COMMODITY FUTURES TRADING COMMISSION

 3       BY:  MR. ANDREW RIDENOUR, ESQ.

 4            aridenour@cftc.gov

 5            MS. JENNIFER S. DIAMOND, ESQ.

 6            jdiamond@cftc.gov

 7            MR. KENNETH McCRACKEN, ESQ. (Via Video)

 8             kmccracken@cftc.gov

 9            1155 21st Street, N.W.

10            Washington, D.C.  20581

11            (202) 418-5438

12            (202) 418-5531 (fax)

13                 On behalf of the Plaintiff;

14

15       LITMAN, ASCHE & GIOIELLA, LLP

16       BY:  MR. RICHARD M. ASCHE, ESQ.

17            richardasche@lagnyc.com

18            140 Broadway

19            New York, New York 10005

20            (212) 809-4500

21            (212) 742-8757 (fax)

22                 On behalf of the Defendants.

23    REPORTED BY:  JENNIFER M. DALY, RPR, CSR, CCR

24    LICENSE NO.:  084-004688
```

Wollack, Steven

```
                                                              3

                            I N D E X

    WITNESS:  STEVEN E. WOLLACK, ESQ.

    EXAMINATION                                     PAGE

    BY MR. RIDENOUR                                 6

    BY MR. ASCHE                                    138




                          E X H I B I T S

    CFTC                                            PAGE

    No. 1 -                                         6

    No. 2 -                                         15

    No. 3 -                                         54

    No. 4 -                                         76

    No. 5 -                                         83
```

Wollack, Steven

18

1   referred to it in the report as I didn't have the
2   data for that.
3        Q.   And what specific data are you saying
4   you didn't have access to?
5        A.   I believe it was Eric Moncada's trades
6   on those dates of -- there were, I think, three or
7   four dates that I didn't -- three dates I didn't
8   have data of; October 14th, 19th, and 30th of 2009.
9            So, I wasn't able to analyze any of the
10  trade data from that day.
11       Q.   If Mr. Wollack does supplement his
12  report, we would reserve the right to take a
13  separate deposition regarding any supplementation.
14       A.   Sure.
15       Q.   And when you're saying that you didn't
16  have access to trade data, what -- and it was trade
17  data regarding Eric Moncada's trades on three of the
18  dates?
19       A.   Correct.  And all of his large, you
20  know, lot orders that were either executed or
21  cancelled.
22       Q.   What data did you have access to when
23  you prepared your report?
24       A.   I had the trades he made on the days

Wollack, Steven

62

1    necessarily that you generated the daily statements
2    or the monthly statements from Advantage.
3         Q.    Okay.
4         A.    When I say, "CFTC data," I was referring
5    to all data that you had and then you forwarded.
6    So, that would have included the Advantage Futures
7    also.
8         Q.    Okay.  Okay.  So, I guess just to wrap
9    everything in a bow, when you say, "CFTC data," you
10   are referring to two different sets of data.  One
11   was produced by Advantage Futures, or generated by
12   Advantage Futures and then produced by the CFTC to
13   Mr. Moncada?
14        A.    Right.
15        Q.    The second set of data, which also falls
16   under the category "CFTC data," is the data that
17   shows trades by all market participants, including
18   Mr. Moncada?
19        A.    Yes.
20        Q.    Okay.  You state in your report that you
21   reviewed a "portion of the CFTC data."
22              What portion of that data did you
23   review?
24        A.    I reviewed -- I concentrated mostly on

63

1   Mr. Moncada's trades and large lot orders.
2       Q.   Did you use the filter function --
3       A.   Yes.
4       Q.   -- to isolate Mr. Moncada's trades?
5       A.   Yes.
6       Q.   What days of the CFTC data did you
7   review?
8       A.   They would be the days that I specified
9   in my report.  The eight relevant trade dates that
10  are in the Complaint.  I reviewed all the days
11  except for three dates:  October 14th, 19th, and
12  30th of 2009.
13      Q.   Did you review the entire days' trade
14  data for those days, for the days that you -- the
15  eight trade days minus the 14th, 19th and 30th?
16      A.   I looked at the days for Moncada's
17  trades, yes.
18      Q.   At the full day?
19      A.   Yes.
20      Q.   Did you look at trades placed by traders
21  other than Mr. Moncada?
22      A.   No, other than -- I should say just
23  generally, I just -- you know, I looked at the other
24  large lot traders just to see what they were and the

Wollack, Steven

64

 1  frequency, but basically, relied on Mr. Moncada's
 2  data.
 3       Q.   And when you say, "large lot orders,"
 4  are you talking about orders for 200 lots or more?
 5       A.   Yes.
 6       Q.   When did you receive these documents or
 7  the CFTC data?
 8       A.   I don't recall.
 9       Q.   Would your timesheets --
10       A.   They might reflect it.
11       Q.   Could you take a moment to review your
12  timesheet?
13       A.   Sure.  I would -- looks like around end
14  of June.
15       Q.   And from whom did you receive these
16  documents?
17       A.   Mr. Asche.
18       Q.   Did you receive them in electronic
19  format?
20       A.   Yes.
21       Q.   And did you get them on a hard drive or
22  how did you -- how did you physically receive the
23  electronic documents?
24       A.   It was a hard drive that was sent to me.

Wollack, Steven

106

1  those days?
2       A.   I did ask him which trades the CFTC was
3  specifically looking at, and he, quite honestly,
4  didn't seem to know.
5       Q.   For the eight days charged in the
6  Complaint, was that your only discussion with
7  Mr. Moncada about trading on those eight days?
8       A.   I believe so.
9       Q.   Mr. Wollack, I'd like to ask you a few
10 questions about your general experience looking at
11 trading data.
12           Have you ever had any experience doing
13 statistical analysis of trade data?
14      A.   No.
15      Q.   Earlier you had mentioned that in the
16 context of Business Conduct Committee proceedings at
17 the CME that you had looked at time and sales data.
18 When you looked at those time and sales data, what
19 were you looking for?
20      A.   We were looking for whether the trades
21 could have occurred when people said they occurred.
22      Q.   Those time and sales data, did those
23 relate to pit trades?
24      A.   Back then, yes.

Wollack, Steven

120

1  Q. You said that you didn't see any spikes
2  of such as a five cent move in 30 seconds to a
3  minute after the large lot order. Did you do any
4  analysis of trade data to determine what price
5  movements did occur following the 710 large lot
6  orders Moncada placed on the eight days charged in
7  the Complaint?
8  A. No, I did not.
9  Q. Did you --
10 A. I found -- I did look at Bessembinder's
11 report, and his data seemed to support my opinion,
12 although he reached a different conclusion.
13 Q. By saying that his data supports your
14 opinion, what do you mean? What data --
15 A. I think he -- I think somewhere in his
16 report, if my recollection is correct, he said the
17 result of these large orders would increase the
18 bid-ask by one-tenth of one cent, or something,
19 which is less than the -- a one-quarter tick.
20     In other words, it didn't move the
21 market, and he says this is a result, this becomes a
22 result of excessive market movement. And it just
23 isn't there. The data's not there. The market
24 never moved.

Wollack, Steven

1           He makes a statement.  I could look at
2      it in his report, but . . .
3           Q.   Did you conduct any analysis of trade
4      data for time periods when Moncada was not placing
5      large lot orders to determine what average price
6      movement is in the CBOT wheat futures market?
7           A.   No, I just basically looked at the time
8      and sales and looked to see whether the market
9      during the day was moving in one-quarter tick
10     increments in which case it was doing so almost all
11     the time.
12          Q.   So you just eyeballed the time and
13     sales?
14          A.   Yeah, I looked down, but I didn't do
15     a -- any kind of detailed analysis.
16          Q.   Looking back --
17          A.   I did look at time and sales in relation
18     to some of his large lot orders that were entered
19     into the market to see whether that had an affect of
20     having the market run or not, and you know --
21          Q.   By "market run," what do you mean?
22          A.   Puts in an order to buy a large lot at
23     534 and a quarter, and I looked to see what the next
24     trades were, and it was 531 and a half, 531 and a

122

1   quarter, 531 and a half, three-quarters.
2          In other words, there was no -- I didn't
3   find any evidence that he put in a 500 lot order, a
4   large order, and the market went from 534 all the
5   way to 535 just like that.
6          In other words, it would just move up
7   orderly if it moved up at all.  Sometimes it didn't
8   move up at all.  Sometimes it actually came back
9   down.
10      Q.   Did you look to see how often after the
11  710 times that Moncada put in large lot orders the
12  price did move and in the same direction of his
13  order?
14      A.   No, I did not look in terms of make a
15  study of that.
16      Q.   A little bit farther down on page 3 at
17  the end of that first partial paragraph on page 3 of
18  your report, Exhibit 2, you state, quote, "In fact,
19  on some occasions, the market went the opposite
20  direction of his large buy or sell orders."
21         What do you mean by "opposite
22  direction"?
23      A.   Well, the one instance when he was -- I
24  think it was October -- I forget the date.  He was

Wollack, Steven