UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

U.S. Commodity Furtues Trading Commission,      12  Civ.  8791  (CM) (GWG)

           Plaintiff(s),

                                        **TRIAL NOTICE**

   -against-

Eric Moncada,

           Defendant(s).
-------------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled for trial before**

**the Honorable Colleen McMahon, United States District Judge, on Monday, November 17,**

**2014 at 9:30 a.m. in courtroom 17C, at the U. S. District Courthouse, 500 Pearl  Street,**

**New York,  New  York 10007.** Parties are directed to file all trial documents required by Judge

McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy

copies are to be provided to chambers.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: July 15, 2014

    New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

7/15/14