UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES COMMODITY <br> FUTURES TRADING COMMISSION, <br> Plaintiff, <br><br> v. <br><br> ERIC MONCADA; BES CAPITAL LLC; <br> and SERDIKA LLC. <br> Defendant(s). | Civil Action No. 12-cv-8791 <br> (CM) (GWG) |

9/4/14

MEMO ENDORSED

## MOTION FOR WITHDRAWAL OF
## KENNETH W. McCRACKEN AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 1.4, Plaintiff U.S. Commodity Futures Trading Commission ("CFTC") hereby moves to withdraw Kenneth McCracken as counsel for Plaintiff in the above-captioned action. Mr. McCracken's employment with the CFTC ends on August 18, 2014 and therefore he will no longer be working on this matter. Plaintiff will continue to be represented in this matter by Rick Glaser, Andrew Ridenour, Elizabeth Davis, and Jennifer Diamond who remain counsel of record for Plaintiff in this matter. Accordingly, Plaintiff requests that the Court grant this motion and withdraw Mr. McCracken as counsel from this action.

9/4/2014 Remove this individual from the docket firm. granted